# EXHIBIT 1

Schedule "A"

| Defendant | Seller Name | Store URL | Country |
|---|---|---|---|
| 1 | *bling*-_-*panda* | https://www.ebay.com/usr/*bling*-_-*panda* | GB |
| 2 | 14-shop | https://www.ebay.com/usr/14-shop | GR |
| 3 | 5starplus5 | https://www.ebay.com/usr/5starplus5 | GB |
| 4 | 98gafei | https://www.ebay.com/usr/98gafei | CN |
| 5 | acb_design | https://www.ebay.com/usr/acb_design | GB |
| 6 | accessoriescircles | https://www.ebay.com/usr/accessoriescircles | GB |
| 7 | aeiwo | https://www.ebay.com/usr/aeiwo | AU |
| 8 | affordablejewelryshop | https://www.ebay.com/usr/affordablejewelryshop | IN |
| 9 | agamo-online | https://www.ebay.com/usr/agamo-online | DE |
| 10 | ainnee35 | https://www.ebay.com/usr/ainnee35 | CN |
| 11 | aj6ftrre4 | https://www.ebay.com/usr/aj6ftrre4 | IL |
| 12 | ajseller39 | https://www.ebay.com/usr/ajseller39 | IL |
| 13 | alezi_shop | https://www.ebay.com/usr/alezi_shop | VN |
| 14 | als_handmade_store | https://www.ebay.com/usr/als_handmade_store | AU |
| 15 | amazingshirts-de | https://www.ebay.com/usr/amazingshirts-de | DE |
| 16 | ameiva-apparel | https://www.ebay.com/usr/ameiva-apparel | GB |
| 17 | annosha_store | https://www.ebay.com/usr/annosha_store | IL |
| 18 | anoshjewels-usa | https://www.ebay.com/usr/anoshjewels-usa | IN |
| 19 | arhas-9022 | https://www.ebay.com/usr/arhas-9022 | IL |
| 20 | artstore777 | https://www.ebay.com/usr/artstore777 | LT |
| 21 | atlastex99 | https://www.ebay.com/usr/atlastex99 | GB |
| 22 | aussiemarketonline | https://www.ebay.com/usr/aussiemarketonline | AU |
| 23 | autotattoo | https://www.ebay.com/usr/autotattoo | AU |
| 24 | awards2win | https://www.ebay.com/usr/awards2win | GB |
| 25 | ayo-store10 | https://www.ebay.com/usr/ayo-store10 | MA |
| 26 | b.h_designs | https://www.ebay.com/usr/b.h_designs | GB |
| 27 | b_bitzu20004074 | https://www.ebay.com/usr/b_bitzu20004074 | GB |
| 28 | bagno-250 | https://www.ebay.com/usr/bagno-250?_trksid=p2047675.l2559 | LT |
| 29 | bagofixil | https://www.ebay.com/usr/bagofixil | IL |
| 30 | bargainaccessories123 | https://www.ebay.com/usr/bargainaccessories123 | GB |
| 31 | bat1921 | https://www.ebay.com/usr/bat1921 | VN |
| 32 | bazaarturca | https://www.ebay.com/usr/bazaarturca | TR |
| 33 | be66587 | https://www.ebay.com/usr/be66587 | CN |

| | | | |
|---|---|---|---|
| 34 | beady-bo-bo | https://www.ebay.com/usr/beady-bo-bo | GB |
| 35 | beautiful-vinyl | https://www.ebay.com/usr/beautiful-vinyl | GB |
| 36 | beautyworld1997 | https://www.ebay.com/usr/beautyworld1997 | IN |
| 37 | besile234 | https://www.ebay.com/usr/besile234 | CN |
| 38 | bigcarthub | https://www.ebay.com/usr/bigcarthub | IN |
| 39 | bikerswear_uk | https://www.ebay.com/usr/bikerswear_uk | GB |
| 40 | bizzarefindings | https://www.ebay.com/usr/bizzarefindings | LT |
| 41 | blingzntingz | https://www.ebay.com/usr/blingzntingz | GB |
| 42 | bluediamondbeads3 | https://www.ebay.com/usr/bluediamondbeads3?_trksid=p2047675.l2559 | IN |
| 43 | blunts.shoes | https://www.ebay.com/usr/blunts.shoes | GB |
| 44 | bluntsfootwear | https://www.ebay.com/usr/bluntsfootwear | GB |
| 45 | bluoctopus_2000 | https://www.ebay.com/usr/bluoctopus_2000 | GB |
| 46 | bruria23 | https://www.ebay.com/usr/bruria23 | IL |
| 47 | bulk-army-disposal | https://www.ebay.com/usr/bulk-army-disposal | GB |
| 48 | busybugzy | https://www.ebay.com/usr/busybugzy | GB |
| 49 | buycustomthings | https://www.ebay.com/usr/buycustomthings | GB |
| 50 | captivart | https://www.ebay.com/usr/captivart | GB |
| 51 | carboy43 | https://www.ebay.com/usr/carboy43 | GB |
| 52 | charukamadu2574 | https://www.ebay.com/usr/charukamadu2574 | LK |
| 53 | cheappicks_10 | https://www.ebay.com/usr/cheappicks_10 | IL |
| 54 | click*and*shop | https://www.ebay.com/usr/click*and*shop | IL |
| 55 | clublux | https://www.ebay.com/usr/clublux | AU |
| 56 | cndealz | https://www.ebay.com/usr/cndealz | LK |
| 57 | comboclothing | https://www.ebay.com/usr/comboclothing | GB |
| 58 | completefashionjewelery2011 | https://www.ebay.com/usr/completefashionjewelery2011 | GB |
| 59 | confetticrazybykirsty | https://www.ebay.com/usr/confetticrazybykirsty | GB |
| 60 | cosmo-shope | https://www.ebay.com/usr/cosmo-shope | IL |
| 61 | cpannell78 | https://www.ebay.com/usr/cpannell78 | GB |
| 62 | craft_diy | https://www.ebay.com/usr/craft_diy | CN |
| 63 | craftlady_dress | https://www.ebay.com/usr/craftlady_dress | CN |
| 64 | customsignsbym.e | https://www.ebay.com/usr/customsignsbym.e | GB |
| 65 | ddiqpp_hope | https://www.ebay.com/usr/ddiqpp_hope | CN |
| 66 | ddiqpp_ship | https://www.ebay.com/usr/ddiqpp_ship | CN |
| 67 | ddmn91 | https://www.ebay.com/usr/ddmn91 | GB |

| | | | |
|---|---|---|---|
| 68 | decalmaster | https://www.ebay.com/usr/decalmaster | BG |
| 69 | dental*factory*store | https://www.ebay.com/usr/dental*factory*store | CN |
| 70 | designshopjmc | https://www.ebay.com/usr/designshopjmc | GB |
| 71 | detem-unity-ltd | https://www.ebay.com/usr/detem-unity-ltd | GB |
| 72 | dfghv_3 | https://www.ebay.com/usr/dfghv_3 | CN |
| 73 | digitalworlduk | https://www.ebay.com/usr/digitalworlduk | GB |
| 74 | dirijewels | https://www.ebay.com/usr/dirijewels | IN |
| 75 | diy_paintings_store | https://www.ebay.com/usr/diy_paintings_store | LT |
| 76 | do_76658 | https://www.ebay.com/usr/do_76658 | GB |
| 77 | doodoods | https://www.ebay.com/usr/doodoods | IL |
| 78 | doris-65 | https://www.ebay.com/usr/doris-65 | DE |
| 79 | douetb52 | https://www.ebay.com/usr/douetb52 | CN |
| 80 | dovki1 | https://www.ebay.com/usr/dovki1 | GB |
| 81 | easyinkpress | https://www.ebay.com/usr/easyinkpress | GB |
| 82 | echnouk | https://www.ebay.com/usr/echnouk | GB |
| 83 | eciedwa-hpft8cxa | https://www.ebay.com/usr/eciedwa-hpft8cxa | GB |
| 84 | eclectic-shop-uk-ltd | https://www.ebay.com/usr/eclectic-shop-uk-ltd | GB |
| 85 | eilamalle-0 | https://www.ebay.com/usr/eilamalle-0 | IL |
| 86 | elhol-7119 | https://www.ebay.com/usr/elhol-7119 | GB |
| 87 | ema-981 | https://www.ebay.com/usr/ema-981 | DE |
| 88 | ena587 | https://www.ebay.com/usr/ena587 | IL |
| 89 | epshop_67 | https://www.ebay.com/usr/epshop_67 | LT |
| 90 | esfa2669 | https://www.ebay.com/usr/esfa2669 | ID |
| 91 | ethnic-hub | https://www.ebay.com/usr/ethnic-hub | IN |
| 92 | ethnicrainbows | https://www.ebay.com/usr/ethnicrainbows | GB |
| 93 | excellent*gift* | https://www.ebay.com/usr/excellent*gift* | IL |
| 94 | ezers777 | https://www.ebay.com/usr/ezers777 | LV |
| 95 | famillelap | https://www.ebay.com/usr/famillelap | FR |
| 96 | fancorporation | https://www.ebay.com/usr/fancorporation | VN |
| 97 | faru-5831 | https://www.ebay.com/usr/faru-5831 | IL |
| 98 | fashionfizz | https://www.ebay.com/usr/fashionfizz | IN |
| 99 | fashionjewelleryforyou | https://www.ebay.com/usr/fashionjewelleryforyou | GB |
| 100 | fastfashionfusion | https://www.ebay.com/usr/fastfashionfusion | GB |
| 101 | filishop | https://www.ebay.com/usr/filishop | FR |

| 102 | firitiris65 | https://www.ebay.com/usr/firitiris65 | LT |
|---|---|---|---|
| 103 | flagmarket | https://www.ebay.com/usr/flagmarket | GB |
| 104 | flyung | https://www.ebay.com/usr/flyung | GB |
| 105 | frevans2004 | https://www.ebay.com/usr/frevans2004 | GB |
| 106 | funtime-store | https://www.ebay.com/usr/funtime-store | LK |
| 107 | fvewekk84 | https://www.ebay.com/usr/fvewekk84 | CN |
| 108 | fyldecoastmerch | https://www.ebay.com/usr/fyldecoastmerch | GB |
| 109 | gernurzama0 | https://www.ebay.com/usr/gernurzama0 | ID |
| 110 | getclobbered | https://www.ebay.com/usr/getclobbered | GB |
| 111 | gift-base | https://www.ebay.com/usr/gift-base | GB |
| 112 | giftsfromthecryptuk | https://www.ebay.com/usr/giftsfromthecryptuk | GB |
| 113 | giftshouse168 | https://www.ebay.com/usr/giftshouse168 | CN |
| 114 | glamourgirlz123 | https://www.ebay.com/usr/glamourgirlz123 | GB |
| 115 | go6etter | https://www.ebay.com/usr/go6etter | GB |
| 116 | goingoutofbusiness100 | https://www.ebay.com/usr/goingoutofbusiness100?_trksid=p2047675.l2559 | LT |
| 117 | goldbows | https://www.ebay.com/usr/goldbows | LK |
| 118 | goldshmithan_0 | https://www.ebay.com/usr/goldshmithan_0 | IL |
| 119 | grabmybits07 | https://www.ebay.com/usr/grabmybits07 | GB |
| 120 | greencotton | https://www.ebay.com/usr/greencotton | GB |
| 121 | guntur24 | https://www.ebay.com/usr/guntur24 | ID |
| 122 | hackney-clothing | https://www.ebay.com/usr/hackney-clothing | GB |
| 123 | haotian175175 | https://www.ebay.com/usr/haotian175175 | CN |
| 124 | happiness2020 | https://www.ebay.com/usr/happiness2020 | MA |
| 125 | hastingsdesigner | https://www.ebay.com/usr/hastingsdesigner | GB |
| 126 | hegibaer | https://www.ebay.com/usr/hegibaer | DE |
| 127 | heimsas_77 | https://www.ebay.com/usr/heimsas_77 | LT |
| 128 | hertsdeals | https://www.ebay.com/usr/hertsdeals | GB |
| 129 | hh-commerce | https://www.ebay.com/usr/hh-commerce | VN |
| 130 | hjmsupplies18 | https://www.ebay.com/usr/hjmsupplies18 | GB |
| 131 | home_garden_care | https://www.ebay.com/usr/home_garden_care | IN |
| 132 | homechoice_819 | https://www.ebay.com/usr/homechoice_819 | ID |
| 133 | homedecor2012 | https://www.ebay.com/usr/homedecor2012 | AU |
| 134 | hope_99 | https://www.ebay.com/usr/hope_99 | MA |
| 135 | hopkinsoncycles-2008 | https://www.ebay.com/usr/hopkinsoncycles-2008 | GB |

Schedule "A"

| | | | |
|---|---|---|---|
| 136 | hs-120 | https://www.ebay.com/usr/hs-120 | IL |
| 137 | husha_8119 | https://www.ebay.com/usr/husha_8119 | GB |
| 138 | hvfour | https://www.ebay.com/usr/hvfour | CN |
| 139 | iamtomer | https://www.ebay.com/usr/iamtomer | IL |
| 140 | idbenb0 | https://www.ebay.com/usr/idbenb0 | IL |
| 141 | il2014-shpu | https://www.ebay.com/usr/il2014-shpu | IL |
| 142 | imagination-station | https://www.ebay.com/usr/imagination-station | GB |
| 143 | intomyworld | https://www.ebay.com/usr/intomyworld?_trksid=p2047675.l2559 | CN |
| 144 | it-marketing | https://www.ebay.com/usr/it-marketing | GB |
| 145 | j.moran923 | https://www.ebay.com/usr/j.moran923 | GB |
| 146 | j5012 | https://www.ebay.com/usr/j5012 | AU |
| 147 | jackyhappy2018 | https://www.ebay.com/usr/jackyhappy2018?_trksid=p2047675.l2559 | CN |
| 148 | jacodohert0 | https://www.ebay.com/usr/jacodohert0 | IE |
| 149 | janel-1869 | https://www.ebay.com/usr/janel-1869 | GB |
| 150 | jewellerybouquetco | https://www.ebay.com/usr/jewellerybouquetco | TR |
| 151 | jewelrydiy | https://www.ebay.com/usr/jewelrydiy | LT |
| 152 | joseyjosey1113 | https://www.ebay.com/usr/joseyjosey1113 | AU |
| 153 | just.a.little.company | https://www.ebay.com/usr/just.a.little.company | GB |
| 154 | justbeautybydovile | https://www.ebay.com/usr/justbeautybydovile?_trksid=p2047675.l2559 | LT |
| 155 | justflipping | https://www.ebay.com/usr/justflipping | LV |
| 156 | kafa-192 | https://www.ebay.com/usr/kafa-192 | ID |
| 157 | kamal2enterprises20 | https://www.ebay.com/usr/kamal2enterprises20 | IN |
| 158 | kawaiirebels | https://www.ebay.com/usr/kawaiirebels | CY |
| 159 | keithwright9832 | https://www.ebay.com/usr/keithwright9832 | GB |
| 160 | khoishop | https://www.ebay.com/usr/khoishop | VN |
| 161 | kilz.amo | https://www.ebay.com/usr/kilz.amo | IL |
| 162 | kiralouise2014 | https://www.ebay.com/usr/kiralouise2014 | GB |
| 163 | kli_ynon | https://www.ebay.com/usr/kli_ynon | IL |
| 164 | kmty13 | https://www.ebay.com/usr/kmty13 | CN |
| 165 | kondacanik-0 | https://www.ebay.com/usr/kondacanik-0 | GB |
| 166 | koolkids-toys | https://www.ebay.com/usr/koolkids-toys | GB |
| 167 | kpabdiell-26 | https://www.ebay.com/usr/kpabdiell-26 | VN |
| 168 | kuliahapakerjadek | https://www.ebay.com/usr/kuliahapakerjadek | ID |
| 169 | kustomstyle89 | https://www.ebay.com/usr/kustomstyle89 | TH |

| 170 | lamourexports | https://www.ebay.com/usr/lamourexports | IN |
|---|---|---|---|
| 171 | latestbuy-au | https://www.ebay.com/usr/latestbuy-au | AU |
| 172 | latinsmile-uk | https://www.ebay.com/usr/latinsmile-uk | GB |
| 173 | legs.galore2009 | https://www.ebay.com/usr/legs.galore2009 | GB |
| 174 | lewsleyanddavies | https://www.ebay.com/usr/lewsleyanddavies | GB |
| 175 | lihu757 | https://www.ebay.com/usr/lihu757 | CN |
| 176 | lilgifts | https://www.ebay.com/usr/lilgifts | IL |
| 177 | lingling2615 | https://www.ebay.com/usr/lingling2615 | CN |
| 178 | liph-6517 | https://www.ebay.com/usr/liph-6517 | VN |
| 179 | loonerworld | https://www.ebay.com/usr/loonerworld | DE |
| 180 | lostinsummercom | https://www.ebay.com/usr/lostinsummercom | GB |
| 181 | lotusfunofficial | https://www.ebay.com/usr/lotusfunofficial?_trksid=p2047675.l2559 | CN |
| 182 | luatiu0 | https://www.ebay.com/usr/luatiu0 | UA |
| 183 | macdo_80 | https://www.ebay.com/usr/macdo_80 | GB |
| 184 | maconii | https://www.ebay.com/usr/maconii | AU |
| 185 | magicmomentssublimation | https://www.ebay.com/usr/magicmomentssublimation | GB |
| 186 | mailingbagsrus | https://www.ebay.com/usr/mailingbagsrus | GB |
| 187 | mangohouse | https://www.ebay.com/usr/mangohouse | GB |
| 188 | margothsstore | https://www.ebay.com/usr/margothsstore | GB |
| 189 | mariaoliver2012 | https://www.ebay.com/usr/mariaoliver2012 | AU |
| 190 | markylis | https://www.ebay.com/usr/markylis | GB |
| 191 | matchdayexperience.online | https://www.ebay.com/usr/matchdayexperience.online | GB |
| 192 | mc_duck1 | https://www.ebay.com/usr/mc_duck1 | GB |
| 193 | meglob | https://www.ebay.com/usr/meglob | ES |
| 194 | meilidongren2008 | https://www.ebay.com/str/meilidongren2008 | CN |
| 195 | meito2088 | https://www.ebay.com/usr/meito2088?_trksid=p2047675.l2559 | CN |
| 196 | menejet | https://www.ebay.com/usr/menejet | ID |
| 197 | merchantsinn2012 | https://www.ebay.com/usr/merchantsinn2012 | GB |
| 198 | milenag25 | https://www.ebay.com/usr/milenag25 | BG |
| 199 | minervacraftsandfabricsuk | https://www.ebay.com/usr/minervacraftsandfabricsuk | GB |
| 200 | mini-it | https://www.ebay.com/usr/mini-it | GB |
| 201 | minilabel-ltd | https://www.ebay.com/usr/minilabel-ltd | GB |
| 202 | mmtradinggoods | https://www.ebay.com/usr/mmtradinggoods | GB |
| 203 | mobilepartner-hamburg | https://www.ebay.com/usr/mobilepartner-hamburg | DE |

| | | | |
|---|---|---|---|
| 204 | momarket38 | https://www.ebay.com/usr/momarket38 | IL |
| 205 | monsterpiercing | https://www.ebay.com/usr/monsterpiercing | GB |
| 206 | muskanhandcraft | https://www.ebay.com/usr/muskanhandcraft | IN |
| 207 | neo-graphix | https://www.ebay.com/usr/neo-graphix | GB |
| 208 | ngprinting | https://www.ebay.com/usr/ngprinting | GB |
| 209 | nicoman_ltd | https://www.ebay.com/usr/nicoman_ltd | GB |
| 210 | nipunpi-11 | https://www.ebay.com/usr/nipunpi-11 | LK |
| 211 | nmb_store | https://www.ebay.com/usr/nmb_store | LK |
| 212 | noamchen11 | https://www.ebay.com/usr/noamchen11 | IL |
| 213 | non-stop-party-supplier | https://www.ebay.com/usr/non-stop-party-supplier | GB |
| 214 | normanbusiness | https://www.ebay.com/usr/normanbusiness | LT |
| 215 | novel_cases | https://www.ebay.com/usr/novel_cases | CN |
| 216 | nuutp0 | https://www.ebay.com/usr/nuutp0 | ID |
| 217 | nxt.bigthing.gymwear | https://www.ebay.com/usr/nxt.bigthing.gymwear | GB |
| 218 | oguz-simsek | https://www.ebay.com/usr/oguz-simsek | TR |
| 219 | oldmit39 | https://www.ebay.com/usr/oldmit39 | IL |
| 220 | omnia-supplies | https://www.ebay.com/usr/omnia-supplies | GB |
| 221 | ongsang_0 | https://www.ebay.com/usr/ongsang_0 | TH |
| 222 | online_retail_exporter | https://www.ebay.com/usr/online_retail_exporter | IN |
| 223 | origina8056 | https://www.ebay.com/usr/origina8056 | GB |
| 224 | overseasdealscn | https://www.ebay.com/usr/overseasdealscn | LT |
| 225 | pagalveshii | https://www.ebay.com/usr/pagalveshii | ES |
| 226 | partridgepromotionsltd | https://www.ebay.com/usr/partridgepromotionsltd | GB |
| 227 | party-supplies-manchester | https://www.ebay.com/usr/party-supplies-manchester | GB |
| 228 | pattayabazaar | https://www.ebay.com/usr/pattayabazaar | TH |
| 229 | pawd9 | https://www.ebay.com/usr/pawd9?_trksid=p2047675.l2559 | CN |
| 230 | perkfashion | https://www.ebay.com/usr/perkfashion | IN |
| 231 | piercing-boutique-uk | https://www.ebay.com/usr/piercing-boutique-uk | GB |
| 232 | pilgrimshospices | https://www.ebay.com/usr/pilgrimshospices | GB |
| 233 | pinbacks_magnets | https://www.ebay.com/usr/pinbacks_magnets | GR |
| 234 | pinbunny | https://www.ebay.com/usr/pinbunny | CN |
| 235 | pincorataa | https://www.ebay.com/usr/pincorataa | ES |
| 236 | polinapch21 | https://www.ebay.com/usr/polinapch21?_trksid=p2047675.l2559 | BG |
| 237 | pomt9055 | https://www.ebay.com/usr/pomt9055 | IL |

| | | | |
|---|---|---|---|
| 238 | prawimal-46 | https://www.ebay.com/usr/prawimal-46 | LK |
| 239 | projectvinyluk | https://www.ebay.com/usr/projectvinyluk | GB |
| 240 | promogifts4less | https://www.ebay.com/usr/promogifts4less | GB |
| 241 | pv_personalised | https://www.ebay.com/usr/pv_personalised | GB |
| 242 | qitds2019 | https://www.ebay.com/usr/qitds2019?_trksid=p2047675.l2559 | CN |
| 243 | raelenevo_8 | https://www.ebay.com/usr/raelenevo_8 | DE |
| 244 | randysha-82 | https://www.ebay.com/usr/randysha-82 | DE |
| 245 | ranran456 | https://www.ebay.com/usr/ranran456 | CN |
| 246 | rasha9009 | https://www.ebay.com/usr/rasha9009 | IL |
| 247 | rbrj8335 | https://www.ebay.com/usr/rbrj8335 | CN |
| 248 | rc-apparel | https://www.ebay.com/usr/rc-apparel | GB |
| 249 | rema_6586 | https://www.ebay.com/usr/rema_6586 | ID |
| 250 | renegadegraphics | https://www.ebay.com/usr/renegadegraphics | GB |
| 251 | retailhut-ltd | https://www.ebay.com/usr/retailhut-ltd | GB |
| 252 | retrostyler | https://www.ebay.com/usr/retrostyler | GB |
| 253 | rev-level | https://www.ebay.com/usr/rev-level | GB |
| 254 | rifftown-merch | https://www.ebay.com/usr/rifftown-merch | GB |
| 255 | ringarchive | https://www.ebay.com/usr/ringarchive | GB |
| 256 | robsmegastore | https://www.ebay.com/usr/robsmegastore | GB |
| 257 | rocco27111982 | https://www.ebay.com/usr/rocco27111982 | DE |
| 258 | rotigoreng | https://www.ebay.com/usr/rotigoreng | ID |
| 259 | rutmerch | https://www.ebay.com/usr/rutmerch | GB |
| 260 | sagib-6893 | https://www.ebay.com/usr/sagib-6893 | IL |
| 261 | sanai028 | https://www.ebay.com/usr/sanai028 | CN |
| 262 | sandeee1 | https://www.ebay.com/usr/sandeee1 | GB |
| 263 | sarahaugnes | https://www.ebay.com/usr/sarahaugnes | NO |
| 264 | satyamcreation | https://www.ebay.com/usr/satyamcreation | IN |
| 265 | seeseeds | https://www.ebay.com/usr/seeseeds | RO |
| 266 | sellershuang | https://www.ebay.com/usr/sellershuang | CN |
| 267 | sevenpointshop_7 | https://www.ebay.com/usr/sevenpointshop_7?_trksid=p2047675.l2559 | NO |
| 268 | shaha_271784 | https://www.ebay.com/usr/shaha_271784 | IL |
| 269 | shamhfruit0 | https://www.ebay.com/usr/shamhfruit0 | LK |
| 270 | shamrocksuperstore1 | https://www.ebay.com/usr/shamrocksuperstore1 | GB |
| 271 | shesheshe888 | https://www.ebay.com/usr/shesheshe888 | CN |

Schedule "A"

| | | | |
|---|---|---|---|
| 272 | shinyspring | https://www.ebay.com/usr/shinyspring | CN |
| 273 | shirt-heaven | https://www.ebay.com/usr/shirt-heaven | DE |
| 274 | shockingblew | https://www.ebay.com/usr/shockingblew | AU |
| 275 | shoe-empire | https://www.ebay.com/usr/shoe-empire | GB |
| 276 | shopster0 | https://www.ebay.com/usr/shopster0 | LT |
| 277 | shunbor | https://www.ebay.com/usr/shunbor?_trksid=p2047675.l2559 | CN |
| 278 | silverdalestore | https://www.ebay.com/usr/silverdalestore | GB |
| 279 | silverselections007 | https://www.ebay.com/usr/silverselections007 | GB |
| 280 | simmadesign | https://www.ebay.com/usr/simmadesign | LT |
| 281 | simonb8592 | https://www.ebay.com/usr/simonb8592 | GB |
| 282 | sincere-1 | https://www.ebay.com/usr/sincere-1 | CN |
| 283 | sipee560 | https://www.ebay.com/usr/sipee560 | CN |
| 284 | sisih_82 | https://www.ebay.com/usr/sisih_82 | IL |
| 285 | slquinn0202 | https://www.ebay.com/usr/slquinn0202 | GB |
| 286 | smart_buyer-place | https://www.ebay.com/usr/smart_buyer-place | IN |
| 287 | smile_party_decor | https://www.ebay.com/usr/smile_party_decor | GB |
| 288 | somon2827 | https://www.ebay.com/usr/somon2827 | TH |
| 289 | spoonvoodoo | https://www.ebay.com/usr/spoonvoodoo | GB |
| 290 | stickerfreaks* | https://www.ebay.com/usr/stickerfreaks* | DE |
| 291 | sticker-plaque | https://www.ebay.com/usr/sticker-plaque | FR |
| 292 | stikkys | https://www.ebay.com/usr/stikkys | GB |
| 293 | store-4-every-thing | https://www.ebay.com/usr/store-4-every-thing | GB |
| 294 | stuff-enough | https://www.ebay.com/usr/stuff-enough | BE |
| 295 | styleandfashionwholesalers | https://www.ebay.com/usr/styleandfashionwholesalers | GB |
| 296 | sugarkittenlondon | https://www.ebay.com/usr/sugarkittenlondon | GB |
| 297 | summ-5099 | https://www.ebay.com/usr/summ-5099?_trksid=p2047675.l2559 | CN |
| 298 | sunflower1891 | https://www.ebay.com/usr/sunflower1891 | CN |
| 299 | systemshub | https://www.ebay.com/usr/systemshub | GB |
| 300 | talofri12 | https://www.ebay.com/usr/talofri12 | IL |
| 301 | teedrag | https://www.ebay.com/usr/teedrag | MA |
| 302 | teesite | https://www.ebay.com/usr/teesite | GB |
| 303 | teetribe21 | https://www.ebay.com/usr/teetribe21 | NG |
| 304 | textildruckburg | https://www.ebay.com/usr/textildruckburg | DE |
| 305 | thanya_kt249 | https://www.ebay.com/usr/thanya_kt249 | TH |

Schedule "A"

| | | | |
|---|---|---|---|
| 306 | thatgreendress | https://www.ebay.com/usr/thatgreendress | GB |
| 307 | the_23cc_store | https://www.ebay.com/usr/the_23cc_store | GB |
| 308 | thecactusboudoir40 | https://www.ebay.com/usr/thecactusboudoir40 | GB |
| 309 | thecredit-cruncher | https://www.ebay.com/usr/thecredit-cruncher | GB |
| 310 | thedealhut1 | https://www.ebay.com/usr/thedealhut1 | GB |
| 311 | thekingconcept | https://www.ebay.com/usr/thekingconcept | GB |
| 312 | throup5 | https://www.ebay.com/usr/throup5 | GB |
| 313 | thugishgifts | https://www.ebay.com/usr/thugishgifts | GB |
| 314 | thvum_62 | https://www.ebay.com/usr/thvum_62 | VN |
| 315 | tiernanclarke15 | https://www.ebay.com/usr/tiernanclarke15 | GB |
| 316 | tlpchoodies | https://www.ebay.com/usr/tlpchoodies | GB |
| 317 | tmapparel | https://www.ebay.com/usr/tmapparel | GB |
| 318 | topbadgeshopper | https://www.ebay.com/usr/topbadgeshopper?_trksid=p2047675.l2559 | |
| 319 | top-stickers | https://www.ebay.com/usr/top-stickers | GB |
| 320 | touch_jewellery | https://www.ebay.com/usr/touch_jewellery | GB |
| 321 | toyland-store | https://www.ebay.com/usr/toyland-store | GB |
| 322 | trendiz34 | https://www.ebay.com/usr/trendiz34 | TR |
| 323 | trntph_0 | https://www.ebay.com/usr/trntph_0 | VN |
| 324 | trouk-2avvrzin | https://www.ebay.com/usr/trouk-2avvrzin | GB |
| 325 | truffleshuffletshirts | https://www.ebay.com/usr/truffleshuffletshirts | GB |
| 326 | ukbargains4u | https://www.ebay.com/usr/ukbargains4u | GB |
| 327 | ukflagshop | https://www.ebay.com/usr/ukflagshop | GB |
| 328 | ukoommoja | https://www.ebay.com/usr/ukoommoja | GB |
| 329 | unique.treasures.101 | https://www.ebay.com/usr/unique.treasures.101 | GB |
| 330 | unique_diamond11 | https://www.ebay.com/usr/unique_diamond11 | IN |
| 331 | uspassion | https://www.ebay.com/usr/uspassion | IN |
| 332 | vatchara2424 | https://www.ebay.com/usr/vatchara2424 | TH |
| 333 | vertex-graphics | https://www.ebay.com/usr/vertex-graphics | GB |
| 334 | w4rung.88 | https://www.ebay.com/usr/w4rung.88 | ID |
| 335 | warriors-collection | https://www.ebay.com/usr/warriors-collection?_trksid=p2047675.l2559 | IN |
| 336 | werbeprofi1408 | https://www.ebay.com/usr/werbeprofi1408 | DE |
| 337 | whitedynamicsltd | https://www.ebay.com/usr/whitedynamicsltd | GB |
| 338 | whiteelephants | https://www.ebay.com/usr/whiteelephants | IN |
| 339 | wingraf_studio | https://www.ebay.com/usr/wingraf_studio | GB |

Schedule "A"

| | | | |
|---|---|---|---|
| 340 | worldofflags | https://www.ebay.com/usr/worldofflags | GB |
| 341 | wow-shoes | https://www.ebay.com/usr/wow-shoes | GB |
| 342 | wuhuah12 | https://www.ebay.com/usr/wuhuah12?_trksid=p2047675.l2559 | HK |
| 343 | wyreforestfootwear | https://www.ebay.com/usr/wyreforestfootwear | GB |
| 344 | xiaocao1 | https://www.ebay.com/usr/xiaocao1 | CN |
| 345 | xsimplyvinylx | https://www.ebay.com/usr/xsimplyvinylx | GB |
| 346 | yes.bw | https://www.ebay.com/usr/yes.bw | AU |
| 347 | yhan2016071688 | https://www.ebay.com/usr/yhan2016071688 | CN |
| 348 | yjw777 | https://www.ebay.com/usr/yjw777 | CN |
| 349 | yngdgg | https://www.ebay.com/usr/yngdgg | CN |
| 350 | yo!e | https://www.ebay.com/usr/yo!e | GB |
| 351 | youdesign24 | https://www.ebay.com/usr/youdesign24 | DE |
| 352 | yousu2929 | https://www.ebay.com/usr/yousu2929 | CN |
| 353 | yuanriver_beautyriver | https://www.ebay.com/usr/yuanriver_beautyriver | HK |
| 354 | zapan98096 | https://www.ebay.com/usr/zapan98096 | CN |
| 355 | zaxar1974 | https://www.ebay.com/usr/zaxar1974 | IL |
| 356 | zhizhushic-1 | https://www.ebay.com/usr/zhizhushic-1 | HK |