# SCHEDULE D

AXENCIS

# Evidence Collection Report

**Page Title**

Edgy and Fun T-Shirt | Life is Good with Blount Spitationed Smiley Face | eBay

**URL**

https://www.ebay.com/itm/304687948

**Collection Date**

Tue, 09 May 2023 00:42:42 UTC (US Department of Commerce - NIST authenticated timestamp)

**Collected By**

Client Axencis

**IP Address**

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 V1.5)**

[hash string]

# File Signatures

**SCREEN CAPTURE**

**File Type**

PDF

**File Name**

[filename].pdf

**Hash (SHA256)**

[hash]

**Signature (PKCS#1 V1.5)**

[signature string]





















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 21:33:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OlpD/5ovUGuswB0JEw77BS6MEd200zdLiptVlyDi8OT+8McPcFcTiHAWANLjhIKnZWJhedb5LK0R6abA3SnN+g0DeNidlMVbu/kIDzCQ7bLi/rTQR/Ro/FTY0eID9IdV+rRIQ7TJlPprvI0Xv+OE9JSuvRLMNoV6o5zIJQNzRp2tPll7YRotY5vOtFokGvQiuN2k1H7oH5suLVpmZ9znzHcCA0C5MHgxcB4jbxkAm28h7z9/DK/H//Q0i4uKjfTo5IuZwQBkwNtzErzjYBI+zTp8RzGFQ7C5tSSyFufRlc8AGdsVnfQJLvA+QkeuKBY2so3ZFo+hBWAAkulovm15Kg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-21-33-13-GMT.mhtml

**Hash (SHA256)**

0aa4eedb6c83d984fea449bc79aee0479866b880361e993861ed6c7f3887b081

**Signature (PKCS#1v1.5)**

O0sQTzNTxmoNgoorFIeSaRtsGr0Df25rF22Faa7JngOEbr770srvaTYExyA54+d+zwxhEIAsHv9Xk1spwhdeS5k1g1Qo9JnChoevwdbzaVHVuolDkEl9W+s93OzdhBcupYLi0My1RhvQicJW9ci4j3KXS+XpuLPHxo9o1kwdSHuqPloybF9+Eyh+Ss7tU4uGP5Q/w5OOaj4AyyrJXlAXDgU2aJp+C0NYES0Xmgk+nPxoX/z24I3UWOSQpiiHSif5wweoexy6fxS18c9adpnr+08/RTd7X1QVDHldMg3i/ux0oLNQHzR0SIuATc+Q48w3xrstCJP9+cmuZVAi4UQI5Q==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

# Evidence Collection Report

**Page Title**

4X Pcs 6×10mm Yellow Smiley Face Beads Jewellery Making Xmas Gift 3D | eBay

**URL**

https://www.ebay.com/itm/394560046054

**Collection Date**

Wed, 10 May 2023 05:57:17 UTC (UK Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Roache

**IP Address**

194.156.114.27

**Hardware ID**

d6cdc013-69ea-ee-5f 7221-804d1-w9L-bpad4456d18 357 1A1XML b9c baota1 Chorhel T 0 D 3 3 6a7a1327 2A

**Digital Signature (SHA256 / PKCS#1 v1.5)**

e497g40a5fba1bf0a04d0601e0946a9a4215194a0970bfa1567f1b9de56d7d98d32f4a1c4c47b0f0b6f040ds50a1d6d98d6c8e944a021eb5f5461e8166013431a0fbebfa8d3fgbtt-

# File Signatures

**SCREEN CAPTURE**

**Type**

PDF

**File Name**

screencap_394ye6d84fd00soocAkay_cos9eSE4X5VN44mA4d_Wdl_Wed, 10 May 2023 05 04 17 GMT.pdf

**Hash (SHA256)**

04d013d4a97dd3ad4d720461a7f00sd3001620344e22ef4c57a1d3aa8a00fd8d3 cea2e48cea2e4d021

**Signature (PKCS#1 1)**

9b2v1a7g716721e93fs2 s6bs9o pzz b5c11f6be4h6a0s4ee6644u b7eoeb2d30s37b4 2ae3s5a5e7f3 pb6q2sd5a37adqel5e7ey1e5cs9a7515q1aua7mz ¢1b2al 3ndfdsa0b1a7a0gtdb4a0e4edd7 fz5r0g43e4dds91ysmgarob0sdbt













# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 15:13:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IHBZ0ijZiX7Mr72xeEtEALiQLqlUeGLZBOYk8N6AAwr1uw/4Rvmh0MpK2vvcVmhtB3kGAizWT2g1/nRa9Oyhga4069lw3vEurH15uV3jKYDAAj+uPpcyhUTwPvCiHvbQQCmcNa4ZM18o+mL7vucuL1QuI7M7w5l1EF3JFUhayINKuQj3aYQzTyokMSgPKwiI1rc24jXX+hCy+xIMWH8vNKpsVvy8bLQHahyZXp87MIeydJBEycHkJ3IW4GDJ2tU6+rBp/9fmXDVnMFKtcFsovTiJyGLejGVkOYxxr1D/KIDy/NT5ACZPUra0gfuVtl2pPZEUeFI1pv3MIZtvoWtps3Q==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-15-13-01-GMT.mhtml

**Hash (SHA256)**

f3bfaa056c57436b9c226c931fc8e7532b4c061d0a511a0ec6604be84089ba55

**Signature (PKCS#1v1.5)**

ihqvzlk+tUSpRyELUyPelwYVQTFVr89yhn2wf46REEECh1idnwdqMB8gKuB9SPfk5MfeOKCdGwmEZopdhmVawnOwVYFxcepzocWyLlssVTWVM4f7fuQFMCc9VLgVfUuIvtqDGD1ZwwRuURCWCgQQWA3iA83hiPFt1AOCbX8cl8s+UcRmy/bF4uLeSF9V6fedtSn5HpsYWTFjG97w1j2tfcAYt3kqhv4O+GZbQPS8VfSei1jwe4LoMw7WWyhYt4A46Yu+PO0BqePKSPokOvreXTOwJ8GgQRvhq1uPOL4YtJ5WzT6Rt9RWaVW1eiJu6hpqD6dUJsRpbPTJY0R0wwOZtdlw==



# Evidence Collection Report

**Page Title**

**URL**

https://www.ebay.com/itm/255287744270

**Collection Date**

Tue, 13 Jun 2023 11:36:45 UTC (UpChannel Channel of Commerce: 1657 authenticated timestamp)

**Collected by**

Chris Sharma

**IP Address**

2601::cb3:4000::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.5735.91 (K...

**Digital Signature (SHA-256):** PKCS#7 v1.5

baed2a170ff7ad4a2a67c0e9f6f97f96b8...

## File Signatures

**File Type**

PDF

**File Name**

evidence_85eac6d50fe1ece2ea8c4500d416e910f343a09j Tue 13 Jun 2023 11:36:458 pdf

**Signature (PKCS#7 v1.5)**

fe1e52c5fd9cfd3b044f4c003b1dbbaf5090fa347847b...





  

     

 



        

     

    

       

    

     

     

    



Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 09:00:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TV7e41YcX3ApTQt7cobTp11tNT+jJHHrfxoWSYP/b8d3lSDpNuFw5NFE4OEE+01C41XGFL3nCPzMNY6fw9rBVuqelo4sW9MN3Qa11YI7scdDlKxGXhQvS744sgoLkqPmid4KeKiLMxDnMff9VRVmuT7RHH2yPJjNONw64QXjHfSQD2H9y0c2IwM79KAixLbtex6y+5egOJhruMTv9LpkGya9b16DH97USXoO2YH2rv0rk64Ebr7bG9etf4LZYHm0zekb0eE2o3R1pfaoutlWn1KOOeim2axbYuPiED0iJjnOF/wJGji79u6k4HndelbK24x+ywgorGb9fUUXQFPA3QA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-09-00-32-GMT.mhtml

**Hash (SHA256)**

e943a21038fb20a4f6ab73d8de7aa542eddd0d5fc27dfa46291c23d5a9815da5

**Signature (PKCS#1v1.5)**

N6M/7hL4qMwyAi+UiZmqeteLcZ306zDltw1GzkiMvfqTh0Idn7SwVIF1rtTKPlANqehbKOeai0kVOf/X8bSDcQbbpYARG80mJU9SOTV5bvAXcGozNvaW6Q8Et0fhMWrWDJ/aV37MaJUR5liXs7N4/zqohdW77q1m3nq2n4cKpVrw+xFRMTE8G6NEi6OISnx0TNRMmMbNXtt+eNVA/CxkTr0fhVEbht8BtQHid5tWgae6FWUejFEwPN+97NPCQTXRWQ1NO75r27nQNqakFGmCbWGbConyGDdRx08KSky/GnWdWf/tqo59a+94sUx6S2+fKJegvrQVp0DOypjkb8l/g==



# Evidence Collection Report

**Page Title**

**URL**

**Collected by**

**Collection Date**

**Browser Information**

## File Signatures













Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 20:10:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iez60xgu8p8GErBZ8deQtkYLuS+KfWHBBwSBZjjZAQRCirp9XE1I3tWrt68qrRkNpkTGVmMRp3iUHaTUa64Sopg5nNGEVdA9U1Pos8GB/U+mnt1wBQq2XuDwQlSOioqi2uhTVCYBbiBGWmfd642GWGA7MtNY8jZZaLqkdwlwtqLqQvcik3J1EMLVr7dDcyqC0CbO2UDMzeXwiTa3/t4o2kNZSbpYDtBioZZMuzDQVVUxURhX3flqxJaeLvqvJwRnMuppg6yU3W6jdPUtd9x2cRqYDwyi9ZRWVMndepG6MXtm3i3J82mV8wXJUBiCD+pvhqtiWGue4tioaJRVFY0gdcg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[]https[s][fs][fs]pay.ebay.com[fs]rxo[]_Tue,-23-May-2023-20-10-27-GMT.mhtml

**Hash (SHA256)**

4cc662f3c677af7cca7b43f124a2e39b52fbc90de2a03eb7fe5b3a89fd0dff07

**Signature (PKCS#1v1.5)**

QSNqCs4WytT/lvm54AOfBi1RYaWCcVhY2Wcg+X7236U5NgLxo1CB1INiou27fsDusxiioaJJ2Ws7BQA1CvomWJ2OBpwsUR3gmWebi8jdg6zV86H4wnVtc1JsccB+6NR1mSQkMrnB2UNop0TtPjMvdL73UP74j/zscalCfrMbOemighj8zhdqee/u2dWAaZhzGc5g6ddQz1zF/tkp8As/I+P/2cHTPfgwoyPz+Y8JuYKNYQLlkAqllckjVaUWdIYQ3tYQ3qGFT1uFYPbwh45hmDvkxr8aoEaaj1YS1MUU94IRHjgpiq4T8bCEThYhoWY7eh2vF6ps6OLuRkoJMroAYg==



# Evidence Collection Report

Page Title
URL

Collection Date
PDF
File Name

IP Address

Browser Information

Digital Signature (SHA256 / PKCS#7 v1.5)

Signature (PKCS#7 v1.5)

# File Signatures

SCREEN CAPTURE

PDF

File Name
File Hash

Signature (PKCS#7 v1.5)





    





 

 



 

 





























Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 16:09:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ImeYVqDsfVVRV8QmMRZUCEMe5EX3SQGaQrdLzJGDdCs5H2hTJcUSqs5G9TMQUliILTmJ6qbclz26KaVr9ysFAm46sSPbqYZywsg4b5V9Ycjt5VX05/8fQhJOkDQu7TQ6fW6omw6VCcZcArx8s43bEXlPsap7DlbPaYW78vLU43Kur9uiJ+vQ6GnjMUsfVVmfgk5T6L4N8p6uayHcLO3Nevb7BOddSs+rvX3CwB7fuyTZmoBSPHqAmXWjcsOTK3uVPmpsXD7gPRl2zLZVTQcwEZNoob81v69zX9VE5ZXkXarqzTx77PkG8220OjJYj4tu6jqCfrCPLTEBDqZoKHgrw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-16-09-47-GMT.mhtml

**Hash (SHA256)**

4dc64ad8b5db1541dd27b7d16602d276c958769d05ae3415611a2c0ce1603c4d

**Signature (PKCS#1v1.5)**

MpKlegawkNisRYn7lwfSxTlR2ly0QLNWfppgcL6D7t0WKWXySNgISHoIhyMsLA9Qw4JKjKx0oIb65M/AruL2uKnbnR4SLTHxr9o5jZ2OkP+2OBfh2DHTkpv1kZCnVm3cIkQ1mX4e0re3G/6hIQpvkKVB/JJ/IrKrfRnKAGh/wdD1iNmGCd8of0yi612rY9QFTvhxSpvC8mZCmDl4M4PUmoosayNhwiFzpdwS/GIJ0OrilchlDCKWxV4L3lN5m9clEu19NyJQzvX/bs3/wlm4pc1DYbQlN4G3k1BVTnSjA5zZIx9ugzYsJooT95JTWEtoxsVpb+d1auu1lblSwNV37Q==



# Evidence Collection Report

**Page Title**
Retro smiley Mama t-shirt, mom shirt for Mom for Mother's Day, Mama T-shirt, Shirt for Mom for...

**URL**
https://www.ebay.com/itm/296031758855

**Collection Date**
Mon, 13 May 2024 14:11 UTC (US Department: XX.XX.XXXX.XXXX – GMT preferred/preferred/preferred)

**Collected by**
Chris Beeny

**IP Address**
198.XXX.XX.XXX

**Browser Information**
Mozilla/5.0 (Macintosh; Intel Mac OS X 10.XX) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/1.X.X.X Safari/537.36

**Digital Signature (SHA256 / "Multfor / ...)**
24e7f8f9-xx8xf4d8f-bd8cf8d3f-xx8eXXXXXXXX33e1xf321x

## File Signatures

**File Signatures**
PDF

**SHA1**
bxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**SHA256**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

## File Signatures















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 10:23:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D8dUESxVR97owiJJQsRBwY2RmhDYz91viCwqofy9dQaJUFvCJJ+mB0fqksdf3XjVD0fs7GU0Cf4xnXg10yg+8Aj/FDr5Rv/197whzpyCQGWMP+3bYSw/xCrCPoyQ6stOqibWfePbm917+jk0oXGk8up7eHm/cZg
+ZyYiHgFWsJ4FjBBWPnMWq9sY094T0p2AHQZKQmidbdTtb1w3mslm4TeLPsdxMhGi0yQ+z5aYqCGTw2YQZaG34dpTeQt3zeJpHS82DTyxkk6i55/UgJOtUuJCZuiCGb+DFUjs+6cdYGVfMfZVmqMpmNrZh/JrzFO1HeoI6UOwbTaxEd0sfuErWQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-10-23-36-GMT.mhtml

**Hash (SHA256)**

744e9e1287787868149baec458a60771a8b5386cde95995f626a9bace784fdddc

**Signature (PKCS#1v1.5)**

QTi6GP5OpQOEoVij33IVrncMG8YbVaPo+8Cw2NA1hEva9q4lPF0JbpCB24woBC84pg9zrFEQu3F78z+ivRXOE+uLVjzrYGXGB1DCc0Weg44VfkigWj0ZICZQyh4bFoNgkzb/0yJnzbnJPuK5APA0CR5NqbbAoBXzHZ+dgWxno/ZR7fXkJnbhugjZes/3OxX0iEM1gduil/
uz1FNaaVewPDNJ/i9VOTtJ1tnDNKlpCO2wYiJHG6cBp+bXsMrncWWGD6q5f9dM8pLi7wMYP9mygHB+ky5G8b+P9A5Tw4t5sqSxv3V1hXKxsaxNg4WMnSCkg4D/gRjFsHsdMRm54r+fPExgg==



# Evidence Collection Report

Page Title:
[field]
Page URL:
https://www.ebay.com/itm/[...]
Collection Date:
[...]
User Agent:
Mozilla/5.0 [...]
Browser Information:
[...]
Resource string [IP Address and application ID and GUID, document version string, Document version string]
Digital Signature (SHA256 / RSA-PSS 2.0):
[...hash...]
[...hash...]

# File Signatures

File
Type
Size
[...hash...]
[...hash...]





















# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 21:44:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

POpqOOjb96WdvmXjRCgTQZ295tLNzGnj2UfLz8nKZTaO1U5pDUayEKAdJws/7wd8Ilnio0ezxS0+v9uR/9O6iZPxu6LmZP/tCEWtahuc+4DCtDQeGAT9PTVvP2/s7tetiV+gvqt3h7qoRulKY6xbSmSAA0899pBWZeOiHDZ9S+SAIqqr2kwRpv6nW+s+xdwrjZ
+uovSoCHq7K8RmebxN4DuANWtf7eLBLC5WVqJ5zNSWyEgPOq6IALraDvGOrNl4iymRTCMkWWrs5NFVTFBWyOqAr3AAuQuUfOhOIXrL6qVizCo+csb0j3xYtWj80qLNSH4QXxNJTKmmwc6oJxSWdg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-21-44-08-GMT.mhtml

**Hash (SHA256)**

46f1f7f51067743994c520d52d61163580f1c2c56ee642f955c4d7b131a9b31d

**Signature (PKCS#1v1.5)**

dmSW+bIMORTfff4rW6iKirtxxql39kdinzs+eieN2gMMvuKyUUz2Ox7x47kDnQECTbHNdzrvN7Dbe1hdm6DGWzijxklP2cuTRynErxBViQCRUhNgJEF4UmNhsEnG3vT0+fKnMktfCASLg
+DwtxLdL7wDR2bTi0nYPE4x248NleIJMwD5vjJZHDRh9Ue2I4FvFZwaT63Xp1TBH0uJnfoKEs3tfvtOHLI35mQxyWujB7dkMkOcK6UJf0BMZxFLuIJ5H4A1Xfy+PwPyBcX/EZW8nu95AhE1XdewVWuMQ5OrhfdLGCcpaW6UWheyeZQL6ZLjh+SDuW+IcnAM134o1FnBK/Q==



AXENCIS

# Evidence Collection Report

**Page Title**
Sterling Stopper Flower Silver Charm Hoop Earrings, Handmade Fashion Jewellery | eBay

**URL**
https://www.ebay.com/itm/1598873759514

**Collection Date**
Wed, 24 May 2023 11:08:00 UTC (US Department of Commerce, NIST authenticated timestamp)

**Collected by**
Nimrod Lev Indranigam

**IP Address**
172.58x.x.xxx

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
iFac5c8cGm8eVaFM8lzkPSTaWbdXhFwzDjmK3iy5oJJ0sQR7uhovd2...

# File Signatures

SCREEN CAPTURE
SHA756:
File Name:
screencap_iEhieaSb8fQhrpovisyp.c4c6b8d0f2636b912146.png
Hash:Sha256:
...
Signature (PKCS#7 v1.5)
...













Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 13:41:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nDEAt80TE+bcmavePlkn6VoXnt23as5I/wARmrgXWreMwOrvM/84iXHlMh3cFbbEIkuwoitAdpkryaV7DvR757Xnphh4bijsb7RYQrelHWkOw6TfqFjFsWttq6wbFjrTgsJ0rMyqKQUWcCButJtQA7aDJdnpu0gksEXk9L3/HVUSDgBMgPGpilrSCZBlcw/bI0/qz/C6Nh41d2PY+91yBKGOVSsJBMHM4CGIUkJILpZTMMEiaWIAPjpcs7W9E5DUKsoDyddcLUQ9/WOK3RW4edEhMrS4TCUJioi8gdl+dh+60oziAuNBsrmZvAdYTR1HCcOWmuwDREkRakZwPJoLKw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-13-41-44-GMT.mhtml

**Hash (SHA256)**

5ca4cbd81cfa60f75d9b9d174800e93fbcb4c1ac3b1229f2f29189c7a0e81ac

**Signature (PKCS#1v1.5)**

YxF8MjGvnyfrI2Mxuq3XpGjKfDquzVbFFAIaSwwpGwx125lyo9oP1Wc7NqiERha6ZT8bKiTHhqHIz/aWiJM+p8VjgTA6HSptuU/eklQ1xlZkmg5R5yWt2br9BWADlDL5tM5y0gc93iVpBd8ggXGamMYfrE5p6o8+OmoEV2mhBpwQEdLLSMafOsDJ/viaOA/0cnfXXevN3j5gq6VVmjBBGrGvNGLW9d+WFfna1MVvMBJJE4qE8lk5hc1Jm+YRZrCyWbb3USMJ38m9x9SpZ5gISL++LAggeRRSgnPegjhYfXhFkTs7CoXu6yU/2+dsCMZ4Zp6hy6ZoFYGeV2DrpzXL3yNg==



# Evidence Collection Report

Page Title

URL
https://www.ebay.com/itm/266036977138

Collected Date
Mon, 5 Jun 2023 00:45:06 UTC (US Department of Defense AFIT authenticated timestamp)

Collected by
Chris Ramiro

IP Address
108.12.115.27

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
3d449a... (truncated hash string)

## File Signatures

SCREEN CAPTURE

File Name
PDF

Signature (SHA256)
(truncated hash string)


































Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 17:03:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DnF7nwsOMAVkJRglvH3xr09JzLeOU5qYg6PRw6devP7yOClL+b/9SYysELroq60K74MtcHYp5vdyph6rLbz/9mfhC6ioTy+JrV/f4xS5/YLiW1GL1TeyHHnD7Ns1WoDsD2lSSqr59vvkolGVZQkxOx0u18mlClsvESDMTQhgMLri88b3VehnglazT/cnM3WJk8R0GKoxjihav9UWFv+WYqmNR/YHemZD8MZkgNUaPGzM+Vj2F2A7Lik8KYsR27jGvYdgeo8kC89npYJvC5cmGaSOOrwwpG7kDuYVfhjhasgFT3gBwawrXokdGNZG6413rW56SNY85GdTy5UL3qCFgTg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-17-03-45-GMT.mhtml

**Hash (SHA256)**

24f3cf3c30bc0e612fa6ec17750b5d5d98645821e51c863278dd9b91526a6058

**Signature (PKCS#1v1.5)**

qJrwQR/vGO+g16IRmsJuMY0GM1dQLBcNk+YtaRRVXG08DF65a78rfZPlp/89Cc5jiqjDR8nUe9LaqELjTzKgMTyX0HWjSJpGOv9edVSA6T45MVU5GKaqyL7OxxH1ya5qtmwE8soPUQRtj6C9Z5WvVDiQg02g1Ot57njybFeB4pnhh3LYZNmSHNTB0yWE0gE5ypRFNHjTieGfsE9XbxOhvbw+BDUEFJImSQ4XJle8ROd6WahTNw5zVmRWnfsSh1eGg+6pC4C85Ex30690k5bKY3ahfZpfh7n7pXNQr39ACGLPGJFYaSv8IYv61aR5OdQdmFwyyjZ7qA2i2d6L56SBug==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

# Evidence Collection Report

Page Title
Smiley Face Slippers Women Comfy Warm Plush House Shoes Non-slip Slider-Slippers | eBay

URL
https://www.ebay.com/itm/266084767818

Collection Date
Tue, 20 May 2025 12:18:44 UTC US Department of Commerce / NIST authenticated timestamp

Collected by
Axencis

IP Address
196.245.113.27

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:109.0) Gecko/20100101 Firefox/115.0 on FLOSS (a.k.a. Axencis

Digital Signature (SHA256): PRCOKF-v1.2)
bb65e1c322d30e5ae22bf2b42ff52fa2af7d0e18c39ddeeb82e5e7a8c6af8ef8

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_266084767818.pdf Tue, 20 May 2025 12:18:44 GMT.pdf

Hash (SHA256)
de040e64a6a57bdd6713adaa70f46e82e10e00d11dfaa0ca7e57ac2ba8a8e6e3

Signature (PRCOKF-v1.2)
6cf40549ca8f6768f6a8c7fd4e67a92861f0aaa6c8a9af8e74e6d8fa8a97a0fd48af8fca47a8f2fca9b88c7c7fa9898afa9fae989898f898c789a8e



















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 09:37:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ntyyFax,lY/7jLzYA+8MvBuyxUoDMm+Rpy4ZHnyIG78KVpRs0GLmKr6Cc5o2MR6C51Atd+Mox5fwdnC8N+321m46NlpwHg1kcuGfYxwyrTABjgRDKW+U/0+CukhhkBQgS4nThki5VjD/Xj08rAHlJb7tim9OR8RwH731S8ZoEPsnGe+EYZuxMI+mpdgQNCXWdIXlBV1hmps5wouIxlj4bNpZYAaReHp7TGdd4HRLimOHqEEmXVeY5J7+ppehbp2lrf1og8ADBHsizdqNcDumeBw7XkP6CsbeukMzOf5GTcOL986PN46heg/0xhyJJ0lDcqYrNnV4XVm5z3jujfV0H5sHg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-09-37-25-GMT.mhtml

**Hash (SHA256)**

5910fba5e88a95a77fd19dfd1fadbdc4b047c56f264e60bd6ab2f7d20a12659d

**Signature (PKCS#1v1.5)**

KmdDw6gLUwVm/bIRtYcs33x/6v8Zqs9eh9dF/L1j2O4DMDZ7fn5oE3EK0jkzpHyyMw5YWKxQzR0Qw2dhtHquQ1GL9waZwmgza3IKkUt/kRqNsKmBQ/nhaPp6YI0eV/2yO8xDeMnFcYMwO4Dhy0guM0HJLd4ggu3mxGpWBk5/zw9g+EDNJkvrEJt1XaWXWWDnRNXYpTEqSRochYhsdIDENHpa2U9UEYaRG+z/7q6oGh/PJpW8CNN0nH62k4BgvUaxEpxaBC0ugAuvHSQbpSEcIxU9VNMtKW+oBzCWptrxBgT8JrQ1JH3cox0iF4Is7UmHt3Qj4AH20j18N37E7Jndtw==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ