UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"**

    *Defendants*.

_____/

**ORDER**

On June 28, 2023, the Plaintiff filed a Motion to File Under Seal [ECF No. 5], asking us to seal Schedule "A" to the Complaint until we rule on the Plaintiff's request for *ex parte* relief and, if that *ex parte* relief is granted, until the relief has been effectuated. After careful review, we hereby **ORDER AND ADJUDGE** that the Motion [ECF No. 5] is **GRANTED** as follows:

1. Schedule "A" to the Plaintiff's Complaint shall be filed under seal and shall remain under seal until further order from this Court.

2. The Summonses in this matter shall be filed and issued under seal and shall remain under seal until further order from this Court.

3. Within seven days of completing service, the Plaintiff shall move to unseal Schedule "A" and add all of the Defendants as parties through CM-ECF.

**DONE AND ORDERED** in the Southern District of Florida on June 29, 2023.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:  counsel of record