UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, hereby gives notice that the attached proposed summons is being electronically filed.

Date:   July 13, 2023          Respectfully submitted by,

                                            */s/ A. Robert Weaver*
                                            Arthur Robert Weaver (Fla. Bar No. 92132)
                                            Email: rweaver@brickellip.com
                                            THE BRICKELL IP GROUP, PLLC
                                            1101 Brickell Avenue, South Tower, Suite 800
                                            Miami FL, 33131
                                            Telephone: (305) 728-8831
                                            *Attorneys for Plaintiff*