AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| The Smiley Company SPRL,<br><br>*Plaintiff(s)*<br>v.<br>The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-22385-RKA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. Robert Weaver, Esq.
The Brickell IP Group, PLLC
1101 Brickell Ave., South Tower, Suite 800
Miami, FL 33131
T: 305-728-8831
rweaver@brickellip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 14, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S. Carlson
Deputy Clerk
U.S. District Courts