UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, residing in the county of Hillsborough, and I am an attorney for Plaintiff The Smiley Company SPRL in the above captioned action.

On July 14, 2023, The Brickell IP Group, PLLC emailed copies of the Complaint (Dkt. 1), Schedule A (Dkt. 6-1), sealed Order granting the temporary restraining order (Dkt. 8), Issued Summons (Dkt. 13), and Order extending the TRO and resetting the preliminary injunction hearing (Dkt. 14) to all defendants on Schedule "A" based on e-mail addresses provided by the third party online marketplace platform eBay in response to Plaintiff's third party subpoena.

The Defendants were contemporaneously provided a link to Plaintiff's publication website https://www.dropbox.com/scl/fo/8tbqd3xmuk466jn6rs9sg/h?rlkey=peje0k21zwgjpeusetwf6v35l&dl=0 on which Plaintiff has maintained copies of all filings in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Date:   July 21, 2023                                   Respectfully submitted by,

                                                            THE BRICKELL IP GROUP, PLLC
                                                            1101 Brickell Avenue
                                                            South Tower, Suite 800
                                                            Miami FL, 33131
                                                           Tel: 305-728-8831
                                                           Fax: 305-428-2450

                                                           */s/ A. Robert Weaver*
                                                           A. Robert Weaver
                                                           Fla. Bar No. 92132
                                                           Email: rweaver@brickellip.com

                                                           *Counsel for Plaintiff*