UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

    beautiful-vinyl (Defendant No. 35 on Schedule "A" to the Complaint),

    fyldecoastmerch (Defendant No. 108 on Schedule "A" to the Complaint), and

    jacodohert0 (Defendant No. 148 on Schedule "A" to the Complaint).

Date:  July 21, 2023          Respectfully submitted by,

                                              **Javier Sobrado**
                                              Javier Sobrado (Fla. Bar No. 44992)
                                              Attorney Email address: jsobrado@brickellip.com
                                              Arthur Robert Weaver (Fla. Bar no. 92132)
                                              Attorney Email address: rweaver@brickellip.com
                                              THE BRICKELL IP GROUP, PLLC
                                              1101 Brickell Avenue, South Tower, Suite 800
                                              Miami FL, 33131
                                              Telephone: (305) 728-8831
                                              *Attorneys for Plaintiff*