UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

THE SMILEY COMPANY SPRL,

*Plaintiff*,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

*Defendants.*
_____/

## ORDER

The Plaintiff filed Notices of Voluntary Dismissal as to Certain Defendants [ECF Nos. 20, 21], in which the Plaintiff voluntarily dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- beautiful-vinyl (Defendant No. 35 on Schedule "A" to the Complaint)
- fyldecoastmerch (Defendant No. 108 on Schedule "A" to the Complaint)
- jacodohert0 (Defendant No. 148 on Schedule "A" to the Complaint)
- Pincorataa (Defendant No. 235 on Schedule "A" to the Complaint)
- sagib-6893 (Defendant No. 260 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on July 24, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:   counsel of record