YINSU ZHOU
Owner
sugarkittenlondon (ebay account id)

6 CORRIGAN COURT
GRANVILLE GARDENS
LONDON W5 3PA UK
help@sugarkittenlondon.com
+44 7543880638

Defendant is self-represented

---

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

FILED BY ___MC___ D.C.

JUL 2 4 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

---

THE SMILEY COMPANY SPRL,

    Plaintiff,

vs.

YINSU ZHOU,

    Defendant(s).

**ANSWER**

CASE NO. 23-cv-22385-ALTMAN/Reid
Judge: Roy K. Altman

---

Your Honour

Defendant answers Plaintiff's Complaint as follows:

**RESPONSE TO ALLERGATIONS**

1. Defendant denies the allegation in NATURE OF THE ACTION claiming previous ignorance that 'Smiley' is a registered trademark name owned by Plaintiff. Defendant used 'Smiley' in a title description on a smiling cheerful faced oxidized sterling silver human shaped pendants (the alleged Counterfeit Good) sold in Defendant's ebay store and has no intention of counterfeiting and infringing Plaintiff's brand.

2. Defendant admits the allegations in JURISDICTION AND VENUE, but specifies that after being listed on ebay for 3 years, only one out of six of these particular products has been sold to a US buyers located in Sierra Vista, Arizona at £16.21 and £4.5 postage fee. However, the rest five items were all sold to UK residence.

3. Defendant denies the allegations in COUNT I -- TRADEMARK COUNTERFEITING AND INFRINGEMENT PURSUANT TO § 32 OF THE LANHAM ACT (15 U.S.C. § 1114) stating that this listing has already been taken down by ebay across all their global sites and defendant has no plan to relist this item on ebay and any other e-commerce websites in future.

4. Defendant denies the allegations in COUNT II -- FALSE DESIGNATION OF ORIGIN PURSUANT TO § 43(A) OF THE LANHAM ACT (15 U.S.C. § 1125(A)) and insists that this particular product's facial features have very little similarity between Plaintiff's trademark logo (iconic yellow circle, two dots, and a smile), only shared with 'a smile'.

5. Defendant admits the allegations in COUNT III -- COMMON LAW UNFAIR COMPETITION that using 'Smiley'

pledges not to use the word 'Smiley' in reference to any further listed products.

6. Defendant denies the allegations in COUNT V -- INFRINGEMENT OF COPYRIGHT and claims that using the name 'Smiley' in the item description was accidental, unintentional and with no purpose of infringing the Plaintiff's brand especially given that, as stated before, the defendant was hitherto completely ignorant of this brand, its name, trademark and logo and has no intention of utilizing this brand to sell her products.

DATED 15/07/2023

YINSU ZHOU
Self-represented

Original of the foregoing was caused to be filed via mail on 15/07/23 to:

(Judge Roy K. Altman )
Wilkie D. Ferguson Jr. United States Courthouse
400 North Miami Avenue
Courtroom 12-4
Miami, Florida 33128

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

Copy caused to be sent via Email on this day to:
A. Robert Weaver, Esq.
The Brickell IP Group, PLLC
1101 Brickell Ave., South Tower, Suite 800
Miami, FL 33131
T: 305-728-8831
rweaver@brickellip.com

Sales history:



Sterling Silver Moving Ghost Smiley Kids
Cute Charm Penda...

**Paid: £30.70**
Order number: 12-07374-80472
Item ID: 284076430243
with or without chain: Pendant only
Date Sold: 22/07/2021
Quantity sold: 1
Quantity Remaining: 7
Contact or leave Feedback for abbi666

### Delivery details

Post to:
tina wignall
hawthorns,heath ride
RG403QN wokingham Berkshire
GB



Sterling Silver Moving Ghost Smiley Kids
Cute Halloween C...

**Paid: £14.85**
Order number: 06-08256-67688
Item ID: 284076430243
with or without chain: Pendant only
Date Sold: 12/02/2022
Quantity sold: 1
Quantity Remaining: 6
Contact or leave Feedback for
gandk-2007

### Delivery details

Post to:
Karen Gawith
24 Upland Court Road
Harold Wood
RM30TT Romford Essex
GB



1



Sterling Silver Moving Ghost Smiley Kids
Cute Halloween C...

**Paid: £14.85**
Order number: 26-08486-43454
Item ID: 284078430243
with or without chain: Pendant only
Date Sold: 09/04/2022
Quantity sold: 1
Quantity Remaining: 5
Contact or leave Feedback for
lilleyhoppper

**Delivery details**

Post to:
Sian Lilley
flat 10
50 the gardens
se22 9qq London London
GB



Sterling Silver Moving Ghost Smiley Kids
Cute Halloween C...

**Paid: £20.85**
Order number: 10-08801-38423
Item ID: 284078430243
with or without chain: + 45cm snake chain
Date Sold: 28/06/2022
Quantity sold: 1
Quantity Remaining: 9
Contact or leave Feedback for landscape-
ed

**Delivery details**

Post to:
Hilary M Hoad
1 Bos Vean
The Lizard
TR12 7RU Helston Cornwall
GB

2



Sterling Silver Moving Ghost Smiley Kids
Cute Halloween C...

**Paid: £20.85**
Order number: 10-08801-38423
Item ID: 284076430243
with or without chain: + 45cm snake chain
Date Sold: 28/06/2022
Quantity sold: 1
Quantity Remaining: 9
Contact or leave Feedback for landscape-
ed

**Delivery details**

Post to:
Hilary M Hoad
1 Bos Vean
The Lizard
TR12 7RU Helston Cornwall
GB

Your buyer's postage details:          Dispatch by:
Lupe Van Huss                          **11 May 2023**
600 Chantilly Dr
Sierra Vista, AZ 85635-4732
**United States**

Your buyer has confirmed a payment of £16.21 plus £4.50 postage and now it's time to
create a postage label.

**Post your item with a tracked service within the dispatch time** you promised in your listing,
so you're protected in the event of a claim or dispute – and don't forget to update the
tracking information. Most transactions are covered by seller protections, but this only
applies if you use a tracked service.

Unless subject to a hold, your payment will be available for payout within two working days
of order confirmation and distributed to you in your next scheduled payout. Funds are
deposited directly into your bank account per normal bank processing times. Check your
payment information for updates.



Sterling Silver Moving Ghost Smiley Kids Cute Hall...

| | |
|---|---|
| Paid: | **£16.21 + £4.50 postage** |
| Order number: | **20-10040-70162** |
| Item number: | 284076430243 |
| with or without chain | Pendant only |
| Date sold: | 10 May 2023 |
| Quantity sold: | 1 |
| Quantity remaining: | 9 |
| Buyer: | guadalupe157 |

3





sugarkittenlondon jewellery <help@sugarkittenlondon.com>

**Listing details for item - 284076430243 SR# 1-465718119661**
2 messages

**customerhelp_uk@ebay.com** <customerhelp_uk@ebay.com>                    15 July 2023 at 15:45
To: help@sugarkittenlondon.com



Hello Yinsu,

I hope my email finds you and your family in fine health & well-being!

Thank you for contacting to us about your account limitation and listing removed concern. My name is Ahmed and I would be happy to help you.

Yinsu, this is a follow up email for the listing details of item "284076430243" which you have asked in the previous chat. The listing details are given below:

Listing Title:
Sterling Silver Moving Ghost Smiley Kids Cute Halloween Charm Pendant Necklace

Listing Description:
(Solid 925 Sterling Silver Oxidized Moving Ghost Smiley Kids Cute Charm Pendant Necklace - Gift Boxed

Happy dancing ghost kid with movable body and limbs

ITEM INFORMATION

Pendant size: 3cm full length, 10mm width

Jump ring size: 4mm inside diameter

Chain Length: 45cm

Weight: 2.9g (pendant), 2g (chain)

Metal: Solid 925 sterling silver stamped

Surface: Oxidized)

Item Attributes:
(After receiving the item, your buyer should cancel the purchase within - 30 days
Condition - New with tags
Return postage will be paid by - Seller
Returns Accepted - Returns Accepted)

Seller Tags:
(Base Metal – Sterling Silver, 925 parts per 1000
Brand - SUGARKITTEN LONDON
Colour - Silver
Features - Nickel-Free
Length - 16 - 17.99"

Main Stone - No Stone
Metal - Sterling Silver
Metal Purity - 925 parts per 1000
Pendant Shape - Ghost kid
Style - Pendant
Theme - Cute Ghost/ Kid/ Moving Pendant
Type - Pendant)

Above are all the details which you have requested for from your listing. If you still need any of the details, then feel free to reach us back through this same email, we will be more then happy to help you in this particular concern or any other concern.

You have all the information now so there'll be no issue. I'll close this contact as fully resolved in the meantime as you'll be fine from here.

Lastly, I wish you all the very best for your upcoming experiences & future sales on eBay. We certainly are proud and blessed to have a seller like you. And, we are always here for you.

Wishing you a lovely day ahead. Please stay safe and take care of yourself & your family. Cheers!

Many thanks & Regards,

Ahmed S.
eBay Trust & Safety
[THREAD ID: 1-465718119661]

eBay Document ID: 133230892006

ebay

Visit our Privacy Notice and User Agreement for more information.

Learn more about account protection. If you have a question, contact us.

eBay (UK) Limited, registered in England and Wales with number 03726028, registered office at 1 More London Place, London, SE1 2AF, United Kingdom

© 1995-2023 eBay Inc. or its affiliates

sugarkittenlondon jewellery <help@sugarkittenlondon.com>                                    15 July 2023 at 16:01
To: customerhelp_uk@ebay.com

Thank you Ahmed!
[Quoted text hidden]



**International Standard**

Privacy policy: www.royalmail.com/privacy

Delivered By
**Royal Mail**
Postage Paid GB

AIR MAIL
PAR AVION

Large Letter

20g

11-0B1 81C 5A0

UB 7368 3644 3GB

Judge Roy K. Altman
Wilkie D. Ferguson Jr. United States Courthouse
400 North Miami Avenue
Courtroom 12-4
Miami, Florida
33128
USA - MAINLAND

Return Address
Flat 6
Corrigan Court
London
N5 3PA
UNITED KINGDOM

Postage Cost
£4.20

Post by the end of
22.07.2023

Paid and printed from
**Click & Drop**