UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    autotattoo (Defendant No. 23 on Schedule "A" to the Complaint),

    eclectic-shop-uk-ltd (Defendant No. 84 on Schedule "A" to the Complaint),

    giftsfromthecryptuk (Defendant No. 112 on Schedule "A" to the Complaint),

    somon2827 (Defendant No. 288 on Schedule "A" to the Complaint),

    worldofflags (Defendant No. 340 on Schedule "A" to the Complaint), and

    yuanriver_beautyriver (Defendant No. 353 on Schedule "A" to the Complaint).

Date:  July 26, 2023                     Respectfully submitted by,

                                            **Javier Sobrado**
                                            Javier Sobrado (Fla. Bar No. 44992)
                                            Attorney Email address: jsobrado@brickellip.com
                                            Arthur Robert Weaver (Fla. Bar no. 92132)
                                            Attorney Email address: rweaver@brickellip.com
                                            THE BRICKELL IP GROUP, PLLC

1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*