UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

*Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

*Defendants.*
_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal as to Certain Defendants [ECF No. 25], in which the Plaintiff voluntarily dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- autotattoo (Defendant No. 23 on Schedule "A" to the Complaint)
- eclectic-shop-uk-ltd (Defendant No. 84 on Schedule "A" to the Complaint)
- giftsfromthecryptuk (Defendant No. 112 on Schedule "A" to the Complaint)
- somon2827 (Defendant No. 288 on Schedule "A" to the Complaint)
- worldofflags (Defendant No. 340 on Schedule "A" to the Complaint)
- yuanriver_beautyriver (Defendant No. 353 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on July 26, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record