UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

flagmarket (Defendant No. 103 on Schedule "A" to the Complaint),

Rutmerch (Defendant No. 259 on Schedule "A" to the Complaint), and

thatgreendress (Defendant No. 306 on Schedule "A" to the Complaint).

| | |
|---|---|
| Date: July 28, 2023 | Respectfully submitted by, |

    **Javier Sobrado**
    Javier Sobrado (Fla. Bar No. 44992)
    Attorney Email address: jsobrado@brickellip.com
    Arthur Robert Weaver (Fla. Bar no. 92132)
    Attorney Email address: rweaver@brickellip.com
    THE BRICKELL IP GROUP, PLLC
    1101 Brickell Avenue, South Tower, Suite 800
    Miami FL, 33131
    Telephone: (305) 728-8831
    *Attorneys for Plaintiff*