UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, pursuant to this Court's Order [D.E. 19] hereby gives notice of the following defendant parties being entered into the CM/ECF system:[1]

| Defendant | Seller Name |
|---|---|
| 1 | *bling*-_-*panda* |
| 2 | 14-shop |
| 3 | 5starplus5 |
| 4 | 98gafei |
| 5 | acb_design |
| 6 | accessoriescircles |
| 7 | aeiwo |
| 8 | affordablejewelryshop |
| 9 | agamo-online |
| 10 | ainnee35 |
| 11 | aj6ftrre4 |
| 12 | ajseller39 |
| 13 | alezi_shop |
| 14 | als_handmade_store |

---

[1] In consideration of technical limitations of the CM/ECF system, Plaintiff's notice is limited to batches of 100 defendants.

| 15 | amazingshirts-de |
|---|---|
| 16 | ameiva-apparel |
| 17 | annosha_store |
| 18 | anoshjewels-usa |
| 19 | arhas-9022 |
| 20 | artstore777 |
| 21 | atlastex99 |
| 22 | aussiemarketonline |
| 23 | autotattoo |
| 24 | awards2win |
| 25 | ayo-store10 |
| 26 | b.h_designs |
| 27 | b_bitzu20004074 |
| 28 | bagno-250 |
| 29 | bagofixil |
| 30 | bargainaccessories123 |
| 31 | bat1921 |
| 32 | bazaarturca |
| 33 | be66587 |
| 34 | beady-bo-bo |
| 35 | beautiful-vinyl |
| 36 | beautyworld1997 |
| 37 | besile234 |
| 38 | bigcarthub |
| 39 | bikerswear_uk |
| 40 | bizzarefindings |
| 41 | blingzntingz |
| 42 | bluediamondbeads3 |
| 43 | blunts.shoes |
| 44 | bluntsfootwear |
| 45 | bluoctopus_2000 |
| 46 | bruria23 |
| 47 | bulk-army-disposal |
| 48 | busybugzy |
| 49 | buycustomthings |
| 50 | captivart |
| 51 | carboy43 |
| 52 | charukamadu2574 |
| 53 | cheappicks_10 |
| 54 | click*and*shop |
| 55 | clublux |
| 56 | cndealz |
| 57 | comboclothing |

| | |
|---:|---|
| 58 | completefashionjewelery2011 |
| 59 | confetticrazybykirsty |
| 60 | cosmo-shope |
| 61 | cpannell78 |
| 62 | craft_diy |
| 63 | craftlady_dress |
| 64 | customsignsbym.e |
| 65 | ddiqpp_hope |
| 66 | ddiqpp_ship |
| 67 | ddmn91 |
| 68 | decalmaster |
| 69 | dental*factory*store |
| 70 | designshopjmc |
| 71 | detem-unity-ltd |
| 72 | dfghv_3 |
| 73 | digitalworlduk |
| 74 | dirijewels |
| 75 | diy_paintings_store |
| 76 | do_76658 |
| 77 | doodoods |
| 78 | doris-65 |
| 79 | douetb52 |
| 80 | dovki1 |
| 81 | easyinkpress |
| 82 | echnouk |
| 83 | eciedwa-hpft8cxa |
| 84 | eclectic-shop-uk-ltd |
| 85 | eilamalle-0 |
| 86 | elhol-7119 |
| 87 | ema-981 |
| 88 | ena587 |
| 89 | epshop_67 |
| 90 | esfa2669 |
| 91 | ethnic-hub |
| 92 | ethnicrainbows |
| 93 | excellent*gift* |
| 94 | ezers777 |
| 95 | famillelap |
| 96 | fancorporation |
| 97 | faru-5831 |
| 98 | fashionfizz |
| 99 | fashionjewelleryforyou |
| 100 | fastfashionfusion |

Date:   July 28, 2023                         Respectfully submitted by,

*/s/ A. Robert Weaver*
Arthur Robert Weaver (Fla. Bar No. 92132)
Email: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*