UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, pursuant to this Court's Order [D.E. 19] hereby gives notice of the following defendant parties being entered into the CM/ECF system:[1]

| Defendant | Seller Name |
|---|---|
| 101 | filishop |
| 102 | firitiris65 |
| 103 | flagmarket |
| 104 | flyung |
| 105 | frevans2004 |
| 106 | funtime-store |
| 107 | fvewekk84 |
| 108 | fyldecoastmerch |
| 109 | gernurzama0 |
| 110 | getclobbered |
| 111 | gift-base |
| 112 | giftsfromthecryptuk |
| 113 | giftshouse168 |
| 114 | glamourgirlz123 |

---

[1] In consideration of technical limitations of the CM/ECF system, Plaintiff's notice is limited to batches of 100 defendants.

| | | |
|---|---|---|
| | 115 | go6etter |
| | 116 | goingoutofbusiness100 |
| | 117 | goldbows |
| | 118 | goldshmithan_0 |
| | 119 | grabmybits07 |
| | 120 | greencotton |
| | 121 | guntur24 |
| | 122 | hackney-clothing |
| | 123 | haotian175175 |
| | 124 | happiness2020 |
| | 125 | hastingsdesigner |
| | 126 | hegibaer |
| | 127 | heimsas_77 |
| | 128 | hertsdeals |
| | 129 | hh-commerce |
| | 130 | hjmsupplies18 |
| | 131 | home_garden_care |
| | 132 | homechoice_819 |
| | 133 | homedecor2012 |
| | 134 | hope_99 |
| | 135 | hopkinsoncycles-2008 |
| | 136 | hs-120 |
| | 137 | husha_8119 |
| | 138 | hvfour |
| | 139 | iamtomer |
| | 140 | idbenb0 |
| | 141 | il2014-shpu |
| | 142 | imagination-station |
| | 143 | intomyworld |
| | 144 | it-marketing |
| | 145 | j.moran923 |
| | 146 | j5012 |
| | 147 | jackyhappy2018 |
| | 148 | jacodohert0 |
| | 149 | janel-1869 |
| | 150 | jewellerybouquetco |
| | 151 | jewelrydiy |
| | 152 | joseyjosey1113 |
| | 153 | just.a.little.company |
| | 154 | justbeautybydovile |
| | 155 | justflipping |
| | 156 | kafa-192 |
| | 157 | kamal2enterprises20 |

| | |
|---|---|
| 158 | kawaiirebels |
| 159 | keithwright9832 |
| 160 | khoishop |
| 161 | kilz.amo |
| 162 | kiralouise2014 |
| 163 | kli_ynon |
| 164 | kmty13 |
| 165 | kondacanik-0 |
| 166 | koolkids-toys |
| 167 | kpabdiell-26 |
| 168 | kuliahapakerjadek |
| 169 | kustomstyle89 |
| 170 | lamourexports |
| 171 | latestbuy-au |
| 172 | latinsmile-uk |
| 173 | legs.galore2009 |
| 174 | lewsleyanddavies |
| 175 | lihu757 |
| 176 | lilgifts |
| 177 | lingling2615 |
| 178 | liph-6517 |
| 179 | loonerworld |
| 180 | lostinsummercom |
| 181 | lotusfunofficial |
| 182 | luatiu0 |
| 183 | macdo_80 |
| 184 | maconii |
| 185 | magicmomentssublimation |
| 186 | mailingbagsrus |
| 187 | mangohouse |
| 188 | margothsstore |
| 189 | mariaoliver2012 |
| 190 | markylis |
| 191 | matchdayexperience.online |
| 192 | mc_duck1 |
| 193 | meglob |
| 194 | meilidongren2008 |
| 195 | meito2088 |
| 196 | menejet |
| 197 | merchantsinn2012 |
| 198 | milenag25 |
| 199 | minervacraftsandfabricsuk |
| 200 | mini-it |

| | |
|---|---|
| Date:   July 28, 2023 | Respectfully submitted by, |
| | */s/ A. Robert Weaver*<br>Arthur Robert Weaver (Fla. Bar No. 92132)<br>Email: rweaver@brickellip.com<br>THE BRICKELL IP GROUP, PLLC<br>1101 Brickell Avenue, South Tower, Suite 800<br>Miami FL, 33131<br>Telephone: (305) 728-8831<br>*Attorneys for Plaintiff* |