UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

       Defendants.

                                 /

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, pursuant to

this Court's Order [D.E. 19] hereby gives notice of the following defendant parties being entered

into the CM/ECF system:[1]

| Defendant | Seller Name |
|---|---|
| 201 | minilabel-ltd |
| 202 | mmtradinggoods |
| 203 | mobilepartner-hamburg |
| 204 | momarket38 |
| 205 | monsterpiercing |
| 206 | muskanhandcraft |
| 207 | neo-graphix |
| 208 | ngprinting |
| 209 | nicoman_ltd |
| 210 | nipunpi-11 |
| 211 | nmb_store |
| 212 | noamchen11 |
| 213 | non-stop-party-supplier |
| 214 | normanbusiness |

---

[1] In consideration of technical limitations of the CM/ECF system, Plaintiff's notice is limited to batches of 100 defendants.

| | |
|---|---|
| 215 | novel_cases |
| 216 | nuutp0 |
| 217 | nxt.bigthing.gymwear |
| 218 | oguz-simsek |
| 219 | oldmit39 |
| 220 | omnia-supplies |
| 221 | ongsang_0 |
| 222 | online_retail_exporter |
| 223 | origina8056 |
| 224 | overseasdealscn |
| 225 | pagalveshii |
| 226 | partridgepromotionsltd |
| 227 | party-supplies-manchester |
| 228 | pattayabazaar |
| 229 | pawd9 |
| 230 | perkfashion |
| 231 | piercing-boutique-uk |
| 232 | pilgrimshospices |
| 233 | pinbacks_magnets |
| 234 | pinbunny |
| 235 | pincorataa |
| 236 | polinapch21 |
| 237 | pomt9055 |
| 238 | prawimal-46 |
| 239 | projectvinyluk |
| 240 | promogifts4less |
| 241 | pv_personalised |
| 242 | qitds2019 |
| 243 | raelenevo_8 |
| 244 | randysha-82 |
| 245 | ranran456 |
| 246 | rasha9009 |
| 247 | rbrj8335 |
| 248 | rc-apparel |
| 249 | rema_6586 |
| 250 | renegadegraphics |
| 251 | retailhut-ltd |
| 252 | retrostyler |
| 253 | rev-level |
| 254 | rifftown-merch |
| 255 | ringarchive |
| 256 | robsmegastore |
| 257 | rocco27111982 |

| | |
|---|---|
| 258 | rotigoreng |
| 259 | rutmerch |
| 260 | sagib-6893 |
| 261 | sanai028 |
| 262 | sandeee1 |
| 263 | sarahaugnes |
| 264 | satyamcreation |
| 265 | seeseeds |
| 266 | sellershuang |
| 267 | sevenpointshop_7 |
| 268 | shaha_271784 |
| 269 | shamhfruit0 |
| 270 | shamrocksuperstore1 |
| 271 | shesheshe888 |
| 272 | shinyspring |
| 273 | shirt-heaven |
| 274 | shockingblew |
| 275 | shoe-empire |
| 276 | shopster0 |
| 277 | shunbor |
| 278 | silverdalestore |
| 279 | silverselections007 |
| 280 | simmadesign |
| 281 | simonb8592 |
| 282 | sincere-1 |
| 283 | sipee560 |
| 284 | sisih_82 |
| 285 | slquinn0202 |
| 286 | smart_buyer-place |
| 287 | smile_party_decor |
| 288 | somon2827 |
| 289 | spoonvoodoo |
| 290 | stickerfreaks* |
| 291 | sticker-plaque |
| 292 | stikkys |
| 293 | store-4-every-thing |
| 294 | stuff-enough |
| 295 | styleandfashionwholesalers |
| 296 | sugarkittenlondon |
| 297 | summ-5099 |
| 298 | sunflower1891 |
| 299 | systemshub |
| 300 | talofri12 |

3

Date:   July 28, 2023                    Respectfully submitted by,

*/s/ A. Robert Weaver*
Arthur Robert Weaver (Fla. Bar No. 92132)
Email: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*