UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

     Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, pursuant to

this Court's Order [D.E. 19] hereby gives notice of the following defendant parties being entered

into the CM/ECF system:[1]

| Defendant | Seller Name |
|---|---|
| 301 | teedrag |
| 302 | teesite |
| 303 | teetribe21 |
| 304 | textildruckburg |
| 305 | thanya_kt249 |
| 306 | thatgreendress |
| 307 | the_23cc_store |
| 308 | thecactusboudoir40 |
| 309 | thecredit-cruncher |
| 310 | thedealhut1 |
| 311 | thekingconcept |
| 312 | throup5 |
| 313 | thugishgifts |
| 314 | thvum_62 |

---

[1] In consideration of technical limitations of the CM/ECF system, Plaintiff's notice is limited to
batches of 100 defendants.

| | |
|---|---|
| 315 | tiernanclarke15 |
| 316 | tlpchoodies |
| 317 | tmapparel |
| 318 | topbadgeshopper |
| 319 | top-stickers |
| 320 | touch_jewellery |
| 321 | toyland-store |
| 322 | trendiz34 |
| 323 | trntph_0 |
| 324 | trouk-2avvrzin |
| 325 | truffleshuffletshirts |
| 326 | ukbargains4u |
| 327 | ukflagshop |
| 328 | ukoommoja |
| 329 | unique.treasures.101 |
| 330 | unique_diamond11 |
| 331 | uspassion |
| 332 | vatchara2424 |
| 333 | vertex-graphics |
| 334 | w4rung.88 |
| 335 | warriors-collection |
| 336 | werbeprofi1408 |
| 337 | whitedynamicsltd |
| 338 | whiteelephants |
| 339 | wingraf_studio |
| 340 | worldofflags |
| 341 | wow-shoes |
| 342 | wuhuah12 |
| 343 | wyreforestfootwear |
| 344 | xiaocao1 |
| 345 | xsimplyvinylx |
| 346 | yes.bw |
| 347 | yhan2016071688 |
| 348 | yjw777 |
| 349 | yngdgg |
| 350 | yo!e |
| 351 | youdesign24 |
| 352 | yousu2929 |
| 353 | yuanriver_beautyriver |
| 354 | zapan98096 |
| 355 | zaxar1974 |
| 356 | zhizhushic-1 |

Date:   July 28, 2023                    Respectfully submitted by,

*/s/ A. Robert Weaver*
Arthur Robert Weaver (Fla. Bar No. 92132)
Email: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*