UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

*Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

*Defendants.*
_____/

## ORDER

The Plaintiff filed Notices of Voluntary Dismissal as to Certain Defendants [ECF Nos. 34, 35], dismissing the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- partridgepromotionsltd (Defendant No. 226 on Schedule "A" to the Complaint)
- rifftown-merch (Defendant No. 254 on Schedule "A" to the Complaint)
- hope_99 (Defendant No. 134 on Schedule "A" to the Complaint)
- liph-6517 (Defendant No. 178 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of ~~Florida on~~ July 31, 2023.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record