UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    98gafei (Defendant No. 4 on Schedule "A" to the Complaint),

    ainnee35 (Defendant No. 10 on Schedule "A" to the Complaint),

    be66587 (Defendant No. 33 on Schedule "A" to the Complaint),

    besile234 (Defendant No. 37 on Schedule "A" to the Complaint),

    ena587 (Defendant No. 88 on Schedule "A" to the Complaint),

    happiness2020 (Defendant No. 124 on Schedule "A" to the Complaint),

    KiraLouise2014 (Defendant No. 162 on Schedule "A" to the Complaint),

    lihu757 (Defendant No. 175 on Schedule "A" to the Complaint),

    ongsang_0 (Defendant No. 221 on Schedule "A" to the Complaint),

    pawd9 (Defendant No. 229 on Schedule "A" to the Complaint),

qitds2019 (Defendant No. 242 on Schedule "A" to the Complaint),

ranran456 (Defendant No. 245 on Schedule "A" to the Complaint),

sanai028 (Defendant No. 261 on Schedule "A" to the Complaint),

shunbor (Defendant No. 277 on Schedule "A" to the Complaint),

sipee560 (Defendant No. 283 on Schedule "A" to the Complaint),

topbadgeshopper (Defendant No. 318 on Schedule "A" to the Complaint), and

yngdgg (Defendant No. 349 on Schedule "A" to the Complaint).

Date:   August 1, 2023					Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*