UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

*Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

*Defendants.*
_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal as to Certain Defendants [ECF No. 40], in which the Plaintiff voluntarily dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- 98gafei (Defendant No. 4 on Schedule "A" to the Complaint)
- ainnee35 (Defendant No. 10 on Schedule "A" to the Complaint)
- be66587 (Defendant No. 33 on Schedule "A" to the Complaint)
- besile234 (Defendant No. 37 on Schedule "A" to the Complaint)
- ena587 (Defendant No. 88 on Schedule "A" to the Complaint)
- happiness2020 (Defendant No. 124 on Schedule "A" to the Complaint)
- KiraLouise2014 (Defendant No. 162 on Schedule "A" to the Complaint)
- lihu757 (Defendant No. 175 on Schedule "A" to the Complaint)
- ongsang_0 (Defendant No. 221 on Schedule "A" to the Complaint)
- pawd9 (Defendant No. 229 on Schedule "A" to the Complaint)
- qitds2019 (Defendant No. 242 on Schedule "A" to the Complaint)
- ranran456 (Defendant No. 245 on Schedule "A" to the Complaint)
- sanai028 (Defendant No. 261 on Schedule "A" to the Complaint)
- shunbor (Defendant No. 277 on Schedule "A" to the Complaint)
- sipee560 (Defendant No. 283 on Schedule "A" to the Complaint)
- topbadgeshopper (Defendant No. 318 on Schedule "A" to the Complaint)
- yngdgg (Defendant No. 349 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on August 1, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record