UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

ajseller39 (Defendant No. 12 on Schedule "A" to the Complaint),

arhas-9022(Defendant No. 19 on Schedule "A" to the Complaint),

bagofixil(Defendant No. 29 on Schedule "A" to the Complaint),

cheappicks_10(Defendant No. 53 on Schedule "A" to the Complaint),

craft_diy (Defendant No. 62 on Schedule "A" to the Complaint),

doodoods (Defendant No. 77 on Schedule "A" to the Complaint),

fvewekk84 (Defendant No. 107 on Schedule "A" to the Complaint),

giftshouse168 (Defendant No. 113 on Schedule "A" to the Complaint),

home_garden_care (Defendant No. 131 on Schedule "A" to the Complaint),

hs-120 (Defendant No. 136 on Schedule "A" to the Complaint),

1

idbenb0(Defendant No. 140 on Schedule "A" to the Complaint),

khoishop (Defendant No. 160 on Schedule "A" to the Complaint),

kilz.amo (Defendant No. 161 on Schedule "A" to the Complaint),

latestbuy-au (Defendant No. 171 on Schedule "A" to the Complaint),

oguz-simsek (Defendant No. 218 on Schedule "A" to the Complaint),

oldmit39 (Defendant No. 219 on Schedule "A" to the Complaint),

rasha9009 (Defendant No. 246 on Schedule "A" to the Complaint),

shesheshe888 (Defendant No. 271 on Schedule "A" to the Complaint),

shinyspring (Defendant No. 272 on Schedule "A" to the Complaint),

talofri12 (Defendant No. 300 on Schedule "A" to the Complaint),

thvum_62 (Defendant No. 314 on Schedule "A" to the Complaint),

Date:   August 9, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*