UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

    *Defendants.*
_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal as to Certain Defendants [ECF No. 46], in which the Plaintiff voluntarily dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- ajseller39 (Defendant No. 12 on Schedule "A" to the Complaint)
- arhas-9022 (Defendant No. 19 on Schedule "A" to the Complaint)
- bagofixil (Defendant No. 29 on Schedule "A" to the Complaint)
- cheappicks_10 (Defendant No. 53 on Schedule "A" to the Complaint)
- craft_diy (Defendant No. 62 on Schedule "A" to the Complaint)
- doodoods (Defendant No. 77 on Schedule "A" to the Complaint)
- fvewekk84 (Defendant No. 107 on Schedule "A" to the Complaint)
- giftshouse168 (Defendant No. 113 on Schedule "A" to the Complaint)
- home_garden_care (Defendant No. 131 on Schedule "A" to the Complaint)
- hs-120 (Defendant No. 136 on Schedule "A" to the Complaint)
- idbenb0 (Defendant No. 140 on Schedule "A" to the Complaint)
- khoishop (Defendant No. 160 on Schedule "A" to the Complaint)
- kilz.amo (Defendant No. 161 on Schedule "A" to the Complaint)
- latestbuy-au (Defendant No. 171 on Schedule "A" to the Complaint)
- oguz-simsek (Defendant No. 218 on Schedule "A" to the Complaint)
- oldmit39 (Defendant No. 219 on Schedule "A" to the Complaint)
- rasha9009 (Defendant No. 246 on Schedule "A" to the Complaint)
- shesheshe888 (Defendant No. 271 on Schedule "A" to the Complaint)
- shinyspring (Defendant No. 272 on Schedule "A" to the Complaint)

- talofri12 (Defendant No. 300 on Schedule "A" to the Complaint)
- thvum_62 (Defendant No. 314 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on August 9, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record