UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

    *Defendants.*

_____/

## ORDER

The Plaintiff filed Notices of Voluntary Dismissal as to Certain Defendants [ECF Nos. 48, 49], in which the Plaintiff voluntarily dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- *bling*-_-*panda* (Defendant No. 1 on Schedule "A" to the Complaint)
- anoshjewels-usa (Defendant No. 18 on Schedule "A" to the Complaint)
- bazaarturca (Defendant No. 32 on Schedule "A" to the Complaint)
- diy_paintings_store (Defendant No. 75 on Schedule "A" to the Complaint)
- intomyworld (Defendant No. 143 on Schedule "A" to the Complaint)
- jackyhappy2018 (Defendant No. 147 on Schedule "A" to the Complaint)
- shamrocksuperstore1 (Defendant No. 270 on Schedule "A" to the Complaint)
- warriors-collection (Defendant No. 335 on Schedule "A" to the Complaint)
- Retro Styler (Defendant No. 340 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on August 14, 2023.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record