EMAIL SENT TO BRICKELL IP; HARDCOPY TO COURT AND BRICKELL IP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

```
FILED BY_____D.C.
AUG 14 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

CASE NUMBER 1:23-CV-22385

THE SMILEY COMPANY SRL, Plaintiff

V

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED

ASSOCIATIONS IDENTIFIED ON SCHEDULE A (*to the Complaint referred to below*)

ANSWER

1    We are identified as defendant numbered 114 (glamourgirlz123) on Schedule A (Exhibit 1) to the Complaint

2    We are in receipt of the following documents:

    (a)    a Summons dated 27 June 2023;

    (b)    a Complaint dated 27 June 2023;

    (c)    Schedule A (Exhibit 1) to the Complaint (list of defendants)

    (d)    an Order granting ex parte application for Temporary Restraining Order which

    (e)    a further Order following an unsuccessful application by the Plaintiff's attorneys to extend the date for the preliminary injunction hearing confirming hearing date on 31 July 2023

    We have not received any notification of the outcome of the hearing referred to in paragraph (e) above.

    Further we are invited to access the website at www.sriplaw.com/notice in order to access documents pertaining to the case but we are unable to find how to access these document and clearly we cannot file a detailed answer without access to all relevant documents. This website is the website of a law firm called SRIP law whereas the Plaintiff's attorney on the record are the Brickell IP Group, PLCC and we require this to be clarified.

3    We are a small retail seller of clothing and other goods and sell through ebay in the United Kingdom. We do not seek to sell goods in the State of Miami.

4    We have very limited financial services and cannot afford to employ expensive US lawyers to respond to the very detailed legal points in the Complaint.

5    This complaint is in relation to one product (exhibit A) (**Slipper Product**). As can be seen this is not similar to or capable of being confused with the distinctive black on yellow within a black circle which is owned by the Plaintiff and protected in the USA although we understand that

this does not enjoy trademark protection in the United Kingdom and Europe which is where sales of our products are directed.

6    We are not a manufacturer and purchase products for sale from wholesalers and intermediaries. We assume that our suppliers have cleared any potentials trademark issue and if we had been aware of any potential intellectual property issues we would not have offered these products for sale.

7    The history of the sale of the Slipper Products on ebay is as follows:

    (a)    we first put up the Slipper products for sale sometime in 2021;

    (b)    we did not make any sales of the Slipper Products on ebay during this time from 2021 and we withdrew the Slipper Products on 31 May 2023 (nb 2 weeks after the Private Investigator did a screen grab of the product – see paragraph 8 below

    (c)    we gave away our remaining stock to charity shops for no payment,

    (d)    we no longer keep any stock of the Slipper Products and we will not buy or sell or advertise for sale any Slipper Products or any other products which infringe the Plaintiff's intellectual property rights.

8    On page 2 of the Summons it is stated that "the Plaintiff's investigator accessed the Internet-based e-commerce stores operating under Seller IDs and placed orders for the purchase of various products offered for sale bearing, or suspected to bearing, at least one of the Smiley marks and Copyrighted Works at issue in this action from each Defendant"". In fact this was not true in relation to this Defendant as no orders were placed and the investigator reported only that they had visited the site.

9    We no longer have any stock of the Slipper Product and have informed the Plaintiff's attorneys that we no longer have any stock and that we are prepared to give a legally binding undertaking not to sell any Smiley Face products.

10    Our understanding is that the normal procedure in order to protect a trademark is for the owner to serve a cease-and-desist notice requiring the person who is alleged to be infringing intellectual property rights to stop marketing and/or selling the offending product and to give up or dispose of any unsold stock. This may also be accompanied by a request for an account of profit in respect of the products sold.

    This process is designed as a necessary prior step to legal proceedings in order to reduce legal costs and prevent the Honourable Court's time being wasted when in most case the matter can be settled by agreement of the parties without the need for the initiation of litigation.

    We do not know whether the same is true in the State of Miami but our understanding is that in some jurisdictions a failure to give prior notice of a legal claim if the circumstances allow may result in any legal costs not to be recoverable.

    We do not know when the Plaintiff first became aware of our alleged infringement of its intellectual property rights and would request that the Plaintiff provides us with this information as we understand that in order to obtain an injunction it is necessary as soon as the plaintiff becomes aware of a potential infringement.

11    The procedure referred to in paragraph 10 was not followed in relation to our sale of Slipper Products

12    We have however told the Plaintiff's attorney that we are willing to undertake not to sell any products bearing the Smiley Face name or logo in the future. We would have been willing to pay by way of an account of profit any profit on the sale of any Slipper Products on ebay but as none were sold there is no profit to account for but we are willing to make a payment of $100 in full and final settlement of all claims against us.

13   We reserve the right to respond in greater detail to the Complaint if our offer as referred to in paragraph 12 is not accepted. This will amongst other things refute the argument that there was some form of joint action or endeavour between the 356 defendants to this claim. The only connection between us and the other 355 defendants is that we are all (presumably) ebay sellers.

We hereby deny all of the claims brought against us but draw the Honourable Court's attention to what we have proposed as a reasonable proposal to settle this matter.

If we are forced to employ a US attorney to provide a detailed response, then we will apply to the court for an order that the Plaintiff should pay our legal costs as a result of its failure to settle this prior to the initiation of legal proceedings (as referred to in paragraph 10).

Signed by

Dolly Atansavoa

on behalf of

glamourgirlz123

Dated 3 August 2023

EXHIBIT A



3

From Ebay user id:

Glamourgirlz123

Troilus house

22 Neville Ave

New Malden KT3 4SN

United Kingdom

case no 23-CV-22385

August 3rd 2023

Ebay user Glamourgirlz123 is one of the named defendants in case no 1:23-CV-22385. Please find a copy of our response to the complaint which has been emailed and hardcopy also sent to Brickell IP.

Regards

**EXPRESS WORLDWIDE DOX** — **DHL**

Origin: **LHR**

From:
TROILUS HOUSE
22 NEVILLE AVE
KT3 4SN NEW MALDEN
UNITED KINGDOM

Contact: S DISTR COURT OFFICE

To:
U.S. COURTHOUSE
400 NORTH MIAMI AVENUE
COURTROOM 12 – 4 FL
33128 MIAMI
UNITED STATES OF AMERICA

**US – TMB – EYW**

Day  Time

**NSR – ADI**

Pce/Shpt Weight: 0.04/0.05 KG    Place 1/1

Rel Code TP – 6103887

Content Description
NON – VALUED DOCUMENT

WAYBILL 96 5644 3140

(2L)US33128+42000000

Reference

(J) JD01 4600 0111 3132 7909