UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    dental*factory*store (Defendant No. 69 on Schedule "A" to the Complaint),

    meilidongren2008 (Defendant No. 194 on Schedule "A" to the Complaint),

    minilabel-ltd (Defendant No. 201 on Schedule "A" to the Complaint),

    ethnic-hub (Defendant No. 91 on Schedule "A" to the Complaint),

    satyamcreation (Defendant No. 264 on Schedule "A" to the Complaint),

    hvfour (Defendant No. 138 on Schedule "A" to the Complaint),

    yjw777 (Defendant No. 348 on Schedule "A" to the Complaint),

    Dirijewels (Defendant No. 74 on Schedule "A" to the Complaint), and

    Mailingbagsrus (Defendant No. 186 on Schedule "A" to the Complaint).

Date:   August 16, 2023                       Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*