UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    *Defendants*.

_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal as to Certain Defendants [ECF No. 52], in which the Plaintiff voluntarily dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- dental*factory*store (Defendant No. 69 on Schedule "A" to the Complaint)
- meilidongren2008 (Defendant No. 194 on Schedule "A" to the Complaint)
- minilabel-ltd (Defendant No. 201 on Schedule "A" to the Complaint)
- ethnic-hub (Defendant No. 91 on Schedule "A" to the Complaint)
- satyamcreation (Defendant No. 264 on Schedule "A" to the Complaint)
- hvfour (Defendant No. 138 on Schedule "A" to the Complaint)
- yjw777 (Defendant No. 348 on Schedule "A" to the Complaint)
- Dirijewels (Defendant No. 74 on Schedule "A" to the Complaint)
- Mailingbagsrus (Defendant No. 186 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on August 17, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record