UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

glamourgirlz123 (Defendant No. 114 on Schedule "A" to the Complaint),

simonb8592 (Defendant No. 281 on Schedule "A" to the Complaint), and

uspassion (Defendant No. 331 on Schedule "A" to the Complaint).

Date:   August 22, 2023                  Respectfully submitted by,

                                                        **Javier Sobrado**
                                                        Javier Sobrado (Fla. Bar No. 44992)
                                                        Attorney Email address: jsobrado@brickellip.com
                                                        Arthur Robert Weaver (Fla. Bar no. 92132)
                                                        Attorney Email address: rweaver@brickellip.com
                                                         THE BRICKELL IP GROUP, PLLC
                                                        1101 Brickell Avenue, South Tower, Suite 800
                                                        Miami FL, 33131
                                                        Telephone: (305) 728-8831
                                                        *Attorneys for Plaintiff*