UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## PLAINTIFF'S MOTION TO STRIKE ANSWER [D.E. 24]

Plaintiff The Smiley Company SPRL, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 12(f) hereby moves to Strike the Answer filed by Yinsu Zhou on behalf of Defendant No. 296 "sugarkittenlondon" [D.E. 24], and in support thereof states as follows:

1. On July 25, 2023, an individual by the name of "Yinsu Zhou" filed an Answer on behalf of Defendant No. 296 "sugarkittenlondon."

2. In the top left corner of the Answer, Yinsu Zhou indicates that "Defendant is self-represented" and lists a contact email address of help@sugarkittenlondon.com.

3. A review of the website operating at the domain name sugarkittenlondon.com reveals that "sugarkittenlondon.com ("site") is a trading name of Bisbie ltd…We are a limited company, incorporated in the UK, with limited company number 11990417 and vat registration number GB324495789. Our registered office and trading address is 6 Corrigan Court, Granville Gardens, London W5 3PA." Attached as an exhibit to this motion is a true and correct printout from this defendant's website.

4. It is a well-settled principal of law that a corporation cannot appear *pro se* and must be represented by counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985). "Because corporations cannot appear *pro se*, the Court must strike any pleading submitted by a *pro se* corporate Defendant." *Nerestant v. ASN Faith Corp.*, 18-cv-22810-JEM, 2018 WL 11466501, at *1 (S.D. Fla. Nov. 29, 2018).

WHEREFORE, Plaintiff respectfully requests that the Court strike the Answer filed on behalf of Defendant No. 296 "sugarkittenlondon" [D.E. 24] and order this defendant to obtain counsel within twenty (20) days of this Court's order.

### L.R. 7.1(a)(3) Certification Statement

The undersigned certifies that counsel for Plaintiff has made reasonable efforts to confer with the individual who filed an Answer on behalf of Defendant No. 296 "sugarkittenlondon" but has been unable to do so. On August 25th, the undersigned contacted this individual by email at the address help@sugarkittenlondon.com. This is the email address identified on the Answer [D.E. 24], and through this email address the individual "Yinsu Zhou" previously corresponded with the undersigned. The undersigned included a copy of the motion and requested a reply from the individual on or before August 28th. No response was received. Plaintiff respectfully submits that this is a reasonable effort in compliance with L.R. 7.1(a)(3). Alternatively, Plaintiff respectfully submits that L.R. 7.1(a)(3) is inapplicable because this individual is not a "counsel" pursuant to L.R. 1.1 because, as explained in this motion, this defendant cannot appear *pro se*.

Date: August 29, 2023     Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue

South Tower, Suite 800  
Miami FL, 33131  
Tel: 305-728-8831  
Fax: 305-428-2450  

*/s/ A. Robert Weaver*  
A. Robert Weaver  
Fla. Bar No. 92132  
Email: rweaver@brickellip.com  

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Electronic Mail on August 29, 2023 on all counsel or parties of record via CM/ECF filing. An as-filed courtesy copy has also been e-mailed to help@sugarkittenlondon.com.

*/s/ A. Robert Weaver*  
A. Robert Weaver

3