# Terms of service

Thank you for visiting our site. when you use our website either as a registered customer, or as a guest, you agree to adhere to these terms and conditions which set out the basis on which you can place an order; the contract which is formed when we send goods to you; the after sales help you can expect from us; and how you may use our website.

sugarkittenlondon.com ("site") is a trading name of Bisbise ltd, and any references to "us", "we","our" in these terms are references to Bisbise ltd. We are a limited company, incorporated in the UK, with limited company number 11990417 and vat registration number GB324495789. Our registered office and trading address is 6 Corrigan Court, Granville Gardens, London W5 3PA.

## PRIVACY POLICY

Our privacy policy can be found here. You acknowledge and agree to be bound by the terms of our Privacy Policy.

## GOVERNING LAW

These terms and conditions and every transaction will be governed by and interpreted in accordance with English Law.

## CONTRACT

No contract will exist between you and sugarkittenlondon for the sale of any product until sugarkittenlondon has accepted and dispatched your order. Our acceptance of your order brings into existence a legally binding contract between us. Only those aged 18 & over are entitled to enter into these legally binding contracts. We reserve the right to cancel any order without giving reason or notice and will refund you the full amount.

## TERMS OF SALE

By placing an order you are offering to purchase a product subject to these terms and conditions. All orders are subject to availability and confirmation of the order price. We must receive the payment in whole. Once payment has been received by us we will confirm that your order has been received by sending an email to you at the email address you provide in your order form. Our acceptance of your order takes place on the dispatch of our products to you unless we notify you that we do not accept your order, or you have cancelled your order.

## ORDERING ONLINE

Ordering Online with us is safe and secure and we do not store any financial information. We use a payment processing partner who is certified to PCI Service Provider Level 1 (thats the highest you can get). We also use SSL on our payment, login and registration pages to keep your data secure.

## ONLINE ORDER CANCELLATIONS:

If you wish to cancel an order please contact us by using 'chat with us'on the right bottom line (the quicker way to get in touch) or email



us at thesugarkitten@gmail.com. They can be cancelled at any time up until the order is dispatched. If your order has already been dispatched, we will be unable to redirect it therefore please return the parcel for a refund when it is received.

## PRICES

The prices payable for goods are shown on the product pages and are correct on the date the customer places the order. They include VAT and are in UK Pounds. Any prices shown in printed material (except for errors/emissions) are correct at time of printing but are subject to change without any prior notice.

## DISCOUNT CODES

We may offer promotional discount codes, which may apply in respect of orders made at sugarkittenlondon. These codes may only be used on full-price items and cannot be used in conjunction with any other offer or discounts. We retain the right to withdraw or cancel a discount or promotion at any time.

## DELIVERY

The delivery prices for orders are set out in our Shipping and Returns section. All prices are inclusive of VAT. Items will be sent to the delivery address provided at time of order – it is your responsibility to ensure this is correct. If your order is returned to us because the courier or postal service could not complete the delivery to you for whatever reason, then you will be responsible for the repeat delivery costs. Please note that any import duty and taxes incurred for shipping to international countries are the responsibility of the customer.

## 30 RETURNS

Goods purchased from sugarkittenlondon may be returned within 30 days of purchase providing that the items are resellable. This does not affect your statutory rights.

## 12 MONTH WARRANTY

All our goods come with a 12 month warranty covering material defects and production faults. During this time, we will repair or replace defective goods. If this is not possible we will offer a refund within the first 6 months or an exchange or gift voucher for purchases made over 6 months ago.

## LATE OR LOST DELIVERIES

We will refund or replace lost items until 14 days after the date of dispatch (30 days for international deliveries). We use tracked mail for over £30 orders. We advise all items are delivered to home addresses as if an item is delivered to an office, it can sometimes go missing if signed for by a colleague or left in an unknown place.

## LIABILITY

If the goods we deliver are incorrect, damaged or the incorrect quantity, we shall have no liability to you unless you notify us by message or email of the problem within 7 days of the delivery. If you do not receive goods ordered within 7 days of the date on which you ordered them, we shall have no liability to you unless you notify us by message or email of the problem within 14 days of the date on which you ordered the goods. If you notify us of a problem under this condition, our only obligation will be to redeliver, refund or replace any damaged item. We cannot be held responsible for any delays

once the goods have left us and are in possession of the courier or Royal Mail.

## LIMITATIONS OF LIABILITY

So far as permitted by law, we exclude any liability for loss or damage of any kind resulting from the use of the site.

## REVIEWS and FEEDBACK

We love to hear from you, good (or bad!) so please get in touch and tell us what you think at 'chat with us' (the quicker way) or email thesugarkitten@gmail.com.

You may post reviews, comments, feedback, questions and other content to the website ("user content") provided that such user content is not abusive, defamatory, obscene, illegal or infringes the privacy or intellectual property rights of another, or is otherwise injurious to third parties. you may not post "spam" or misleading user content, or any user content which is factually incorrect or misleading.

If you post user content you grant us a perpetual, irrevocable, non-exclusive, royalty-free and fully sub-licensable worldwide licence to use, reproduce, adapt, modify and publish the user content in any media, to use the name you submit in connection with any user content, and otherwise commercially use the user content including any ideas, concepts, know-how or techniques contained in user content.

If you post user content you represent and warrant that (a) you own the rights to, and have all necessary permissions (including any applicable licences) for us to use the user content as contemplated under these terms; (b) the user content is factually accurate; (c) the user content is not defamatory; and (d) the user content does not infringe the intellectual property rights of, or is otherwise injurious to, a third party. you agree to indemnify us and keep indemnified us, our officers, directors, employees, agents and contractors against any loss, costs, damages, expenses and claims brought by third parties arising out of, or in connection to the user content you supply. if you believe that any content contains a defamatory statement or infringes your own rights, please notify us via our contact page.

## INTELLECTUAL PROPERTY

The entire content of the website, including all designs, copyright, trademarks and other intellectual property rights, including the use of the name sugarkittenlondon is the sole property of sugarkittenlondon and its licensors. You are not permitted to publish, distribute, manipulate or otherwise reproduce, in any format, any of the content or copies of the content supplied to you or which appears on this website nor may you use any such content in connection with any business or commercial enterprise.

## ACCESS

ou can access our site on a temporary basis, but every so often we may remove access to the whole or part of the site, and modify and change the site, its functionality, content and purpose. there may also be times when the site is undergoing refurbishment, or the server on which the site is hosted is not available. we will not be liable if for any reason the site is not available.

you must ensure that your login details and password are kept secret and secure to prevent unauthorised access to your account by somebody other than you. you must ensure when access the site from

a shared computer or through a shared internet connection that you log out at the end of every session, and you must not write your username and password down or share it with anybody. we may disable any password, at any time, if in our opinion you have not complied with any of the provisions of these terms.

you are responsible for all of your activity in connection with accessing the site, and we may terminate your use of the site for any suspected fraudulent, abusive, or otherwise illegal activity. you may not post or transmit, or cause to be posted or transmitted, any communication or solicitation designed or intended to obtain personal data from any user of this site.

you must not: disrupt or interfere with the site, or any services, system resources, accounts, servers or networks connected to or accessible through site or linked websites; disrupt or interfere with any other user's enjoyment of the site or linked websites; use any robot, spider, other automatic device or manual process to monitor, copy or extract any web pages on the site, or any content, without our prior written permission; take any action that imposes an unreasonable or disproportionately large load on the infrastructure of the site, either on your own, or in collaboration with others; reverse engineer, reverse assemble or otherwise attempt to discover source code or other arithmetical formula in respect of the software underlying the infrastructure and processes associated with the site; use the site to violate the security of any computer network, crack passwords or security encryption codes, transfer or store illegal material including material that are deemed threatening or obscene, or engage in any kind of illegal activity; engage in any kind of illegal, criminal or tortious activity through the use of the site, including infringement of any third party intellectual property rights (including without limitation copyright, trade marks, patent, trade secrets and confidential information), fraud, pornography, trafficking in obscene material, violation of applicable export restrictions, drug dealing, gambling, harassment, stalking, spamming, hacking, sending of viruses or other harmful files, or illegal posting of computer passwords or computer code; attempt to obtain unauthorised access to the site or parts of the site that are not opened to public access; or post or transmit to or via this site any material that may infringe the intellectual property rights of any third party, or any defamatory, derogatory or offensive material or publication.

you must comply with all applicable local, state, national and international laws and regulations that relate to your use of or activities on the site. we reserve the right to report potentially criminal activity to appropriate law enforcement agencies.

## ENTIRE AGREEMENT

These terms and conditions set out the entire agreement between you and sugarkittenlondon in respect of the sale, purchase and use of our goods. They replace any previous agreement or understanding in relation to the subject matter hereof. No variation of these terms and conditions are binding on us unless agreed by us in writing. From time to time our site may also contain technical inaccuracies or typographical errors.

Subscribe to our emails