UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

beautyworld1997 (Defendant No. 36 on Schedule "A" to the Complaint).

Date:   August 29, 2023                Respectfully submitted by,

                                                    **Javier Sobrado**
                                                    Javier Sobrado (Fla. Bar No. 44992)
                                                    Attorney Email address: jsobrado@brickellip.com
                                                    Arthur Robert Weaver (Fla. Bar no. 92132)
                                                    Attorney Email address: rweaver@brickellip.com
                                                    THE BRICKELL IP GROUP, PLLC
                                                    1101 Brickell Avenue, South Tower, Suite 800
                                                    Miami FL, 33131
                                                    Telephone: (305) 728-8831
                                                    *Attorneys for Plaintiff*