UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff The Smiley Company SPRL ("Plaintiff") hereby requests that the Clerk enter default in this matter against the defaulting Defendants, the Individuals, Partnerships and Unincorporated Associations as identified on Schedule "A" attached hereto (collectively "Defaulting Defendants") on the grounds that Defaulting Defendants have failed to appear or otherwise respond to the Complaint within either the time prescribed by the Federal Rules of Civil Procedure or the time set forth by the Court for Defendants to respond. (Declaration of A. Robert Weaver in Support of Plaintiff's Request for Clerk's Entry of Default ("Weaver Decl.") at ¶ 7, filed concurrently herewith.)

On July 14, 2023, Defendants were served with their respective Summons and copies of the Complaint via e-mail pursuant to the Court's Order authorizing alternate service of process. (Weaver Decl. at ¶ 4; *see also* ECF No. 17, Certificate of Service on file with the Court reflecting that Defendants were served). Defendants were also served via publication by posting a true and accurate copy of the Complaint, Issued Summons and all other filings in this case on the website

https://www.dropbox.com/scl/fo/8tbqd3xmuk466jn6rs9sg/h?dl=0&rlkey=peje0k21zwgjpeusetwf6v35l. *Id.*

Only two defendants responded to the Complaint. *See* ECF Nos. 24, 51. The Court struck one "Answer" [ECF 24] filed *pro se* on behalf of Defendant No. 296 "sugarkittenlondon," and the Court ordered this defendant to have counsel appear by September 12, 2023. *See* ECF No. 61. The other "Answer" [ECF 51] was filed on behalf of Defendant No. 114 "glamourgirlz," but this defendant was subsequently dismissed with prejudice. *See* ECF Nos. 54, 56 (Notice of Dismissal and Order regarding the same). These defendants along with the other voluntarily dismissed defendants are excluded from the Defaulting Defendants Schedule attached to the Weaver Declaration.

The time allowed for the Defaulting Defendants to respond to the Complaint has expired. (Weaver Decl. at ¶ 5.) Neither Plaintiff nor the Court has granted the Defaulting Defendants an extension of time to respond to the Complaint, nor has any Defaulting Defendant requested same. (*Id*. At ¶ 6.) The Defaulting Defendants have failed to answer or otherwise respond to the Complaint or serve a copy of any Answer or other response upon Plaintiff's attorneys of record. (*Id*. at ¶ 7.) Plaintiff is informed and believes that none of the Defaulting Defendants could be considered infants or incompetent persons. (*Id*. at ¶ 8.) Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply. (*Id*.)

WHEREFORE, Plaintiffs hereby request that default be entered against Defendants, the Individuals, Partnerships and Unincorporated Associations as identified on Schedule "A" attached hereto.

Date:   August 30, 2023                                     Respectfully submitted by,

                                                                                *A. Robert Weaver*
                                                                                Javier Sobrado (Fla. Bar No. 44992)

        Attorney Email address: jsobrado@brickellip.com
        Arthur Robert Weaver (Fla. Bar No. 92132)
        Attorney Email Address: rweaver@brickellip.com
        THE BRICKELL IP GROUP, PLLC
        1101 Brickell Avenue, South Tower, Suite 800
        Miami FL, 33131
        Telephone: (305) 728-8831
        *Attorneys for Plaintiff*