UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**PLAINTIFF'S MOTION TO STRIKE ANSWER [D.E. 69]**

Plaintiff The Smiley Company SPRL, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 12(f) hereby moves to Strike the Answer filed on behalf of Defendant No. 255 "ringarchive" [D.E. 69], and in support thereof states as follows:

1. On September 8, 2023, an Answer was filed on behalf of Defendant No. 255 "ringarchive."

2. On the signature line of the Answer, the *pro se* filing provides a contact email address of ringarchiveonline@gmail.com.

3. An internet search revealed that this defendant "is a UK jewellery studio, sharing the love long-lasting, quality accessories" and this studio has the business name Clark Creations Ltd., located in Basingstroke, United Kingdom. Attached as an exhibit to this motion is a true and correct printout from this Defendant's Facebook webpage and eBay storefront.

4. It is a well-settled principal of law that a corporation cannot appear *pro se* and must be represented by counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985).

"Because corporations cannot appear *pro se*, the Court must strike any pleading submitted by a *pro se* corporate Defendant." *Nerestant v. ASN Faith Corp.*, 18-cv-22810-JEM, 2018 WL 11466501, at *1 (S.D. Fla. Nov. 29, 2018).

5. Additionally, a Clerk's default was entered in this matter on September 1, 2023. [D.E. 67]. Even if this Defendant was represented by counsel, it has not demonstrated good cause to set aside the default entered against it. This Defendant even admits to receiving the complaint and summons. *See* [D.E. 69], at 1. Defendant being in default provides separate and independent grounds to strike this answer.

WHEREFORE, Plaintiff respectfully requests that the Court strike the Answer filed on behalf of Defendant No. 255 "ringarchive" [D.E. 24] and order this defendant to obtain counsel within twenty (20) days of this Court's order and show cause why the previously entered default should be set aside.

**L.R. 7.1(a)(3) Certification Statement**

Plaintiff respectfully submits that L.R. 7.1(a)(3) is inapplicable because the individual filing this answer is not a "counsel" pursuant to L.R. 1.1 because, as explained in this motion, this defendant cannot appear *pro se*.

Date: September 10, 2023

Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ A. Robert Weaver*

A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Electronic Mail on September 10, 2023 on all counsel or parties of record via CM/ECF filing. An as-filed courtesy copy has also been e-mailed to ringarchiveonline@gmail.com.

*/s/ A. Robert Weaver*
A. Robert Weaver