UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

bulk-army-disposal (Defendant No. 47 on Schedule "A" to the Complaint),

hh-commerce (Defendant No. 129 on Schedule "A" to the Complaint),

just.a.little.company (Defendant No. 153 on Schedule "A" to the Complaint),

nxt.bigthing.gymwear (Defendant No. 217 on Schedule "A" to the Complaint),

pinbacks_magnets (Defendant No. 233 on Schedule "A" to the Complaint),

Silverdalestore (Defendant No. 278 on Schedule "A" to the Complaint), and

Systemshub (Defendant No. 299 on Schedule "A" to the Complaint).

Date:  September 12, 2023        Respectfully submitted by,

                                          ***A. Robert Weaver***
                                          Javier Sobrado (Fla. Bar No. 44992)
                                          Attorney Email address: jsobrado@brickellip.com
                                          Arthur Robert Weaver (Fla. Bar No. 92132)

Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*