UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

*Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

*Defendants.*
_____/

## ORDER

The Plaintiff filed Notices of Voluntary Dismissal as to Certain Defendants [ECF Nos. 72, 73], in which the Plaintiff voluntarily dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- bulk-army-disposal (Defendant No. 47 on Schedule "A" to the Complaint)
- hh-commerce (Defendant No. 129 on Schedule "A" to the Complaint)
- just.a.little.company (Defendant No. 153 on Schedule "A" to the Complaint)
- nxt.bigthing.gymwear (Defendant No. 217 on Schedule "A" to the Complaint)
- pinbacks_magnets (Defendant No. 233 on Schedule "A" to the Complaint)
- Silverdalestore (Defendant No. 278 on Schedule "A" to the Complaint)
- Systemshub (Defendant No. 299 on Schedule "A" to the Complaint)
- tuan anh SHOP (Defendant No. 590 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on September 12, 2023.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record