UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

accessoriescircles (Defendant No. 6 on Schedule "A" to the Complaint), and

spoonvoodoo (Defendant No. 289 on Schedule "A" to the Complaint).

Date:   September 12, 2023         Respectfully submitted by,

                                                    *A. Robert Weaver*
                                                   Javier Sobrado (Fla. Bar No. 44992)
                                                   Attorney Email address: jsobrado@brickellip.com
                                                   Arthur Robert Weaver (Fla. Bar No. 92132)
                                                   Attorney Email address: rweaver@brickellip.com
                                                   THE BRICKELL IP GROUP, PLLC
                                                   1101 Brickell Avenue, South Tower, Suite 800
                                                   Miami FL, 33131
                                                   Telephone: (305) 728-8831
                                                   *Attorneys for Plaintiff*