UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
    _____/

## MOTION FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT NO. 296

Plaintiff The Smiley Company SPRL ("Plaintiff"), pursuant to this Court's Order [D.E. 61], hereby requests that the Clerk enter default against Defendant No. 296 "sugarkittenlondon" on the grounds that this Defendant has failed to appear or otherwise respond to the Complaint within either the time prescribed by the Federal Rules of Civil Procedure or the time set forth by the Court for Defendants to respond. (Declaration of A. Robert Weaver in Support of Plaintiff's Request for Clerk's Entry of Default ("Weaver Decl.") at ¶ 7, filed concurrently herewith.)

On July 14, 2023, this Defendant was served with the Summons and copies of the Complaint via e-mail pursuant to the Court's Order authorizing alternate service of process. (Weaver Decl. at ¶ 4; *see also* ECF No. 17, Certificate of Service on file with the Court reflecting that Defendants were served). This Defendant was also served via publication by posting a true and accurate copy of the Complaint, Issued Summons and all other filings in this case on the website

https://www.dropbox.com/scl/fo/8tbqd3xmuk466jn6rs9sg/h?dl=0&rlkey=peje0k21zwgjpeusetwf6v35l. *Id.*

This Defendant filed an "Answer" to the Complaint on July 25, 2023. *See* ECF No. 24. However, the Court struck this response because this Defendant is a corporate entity and may not proceed *pro se*. *See* ECF No. 61. The Court further ordered that this Defendant obtain counsel by September 12, 2023. *Id*. No counsel has contacted the undersigned, and no counsel has appeared on behalf of this Defendant. Weaver Decl. at ¶ 9.

Accordingly, the time allowed for this Defendant to respond to the Complaint has expired. (Weaver Decl. at ¶ 5.) Neither Plaintiff nor the Court has granted this Defendant any further extension of time to respond to the Complaint, nor has this Defendant requested same. (*Id*. At ¶ 6.) This Defendant has failed to answer or otherwise respond to the Complaint or serve a copy of any Answer or other response upon Plaintiff's attorneys of record. (*Id*. at ¶ 7.) Plaintiff is informed and believes that this Defendant could not be considered infants or incompetent persons. (*Id*. at ¶ 8.) Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply. (*Id*.)

WHEREFORE, Plaintiffs hereby request that default be entered against Defendants, the Individuals, Partnerships and Unincorporated Associations as identified on Schedule "A" attached hereto.

Date:   September 12, 2023            Respectfully submitted by,

*A. Robert Weaver*
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar No. 92132)
Attorney Email Address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131

Telephone: (305) 728-8831
*Attorneys for Plaintiff*