UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## DECLARATION OF A. ROBERT WEAVER IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, A. Robert Weaver, declare and state as follows:

1.    I am over 18 years of age and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiffs' Request for Entry of Clerk's Entry of Default.  If called upon to do so, I could and would competently testify to the following facts set forth below.

2.    I am an attorney duly licensed to practice before this Court, and I am counsel of record for Plaintiff The Smiley Company SPRL ("Plaintiff").

3.    On June 27, 2023, Plaintiffs filed their Complaint (ECF No. 1) against Defendants, the Individuals, Partnerships and Unincorporated Associations identified on Schedule "A" hereto (collectively, "Defendants").

4.    On July 14, 2023, Defendants were served with the Summons and copies of the Complaint via electronic mail ("e-mail"). Defendants were also served via website posting

pursuant to the Court's Order authorizing alternate service of process. See Proof of Service (ECF No. 17).  Defendant No. 296 "sugarkittenlondon" filed a response (ECF No. 24), however the Court struck that answer. *See* ECF No. 61.

5. The time allowed for this Defendant to respond to the Complaint has expired.

6. This Defendant has not been granted any further extension of time to respond to the Complaint, and this Defendant has not requested such an extension.

7. This Defendant failed to answer or otherwise respond to the Complaint, or otherwise serve a copy of an Answer or other response upon Plaintiffs' attorneys of record, aside from the previously struck "Answer" filed *pro se*.

8. I am informed and believe none of the Defendants are infants or incompetent persons, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

9. As of this date, the undersigned has not been contacted by any counsel on behalf of this Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 12th day of September, 2023.

/A. Robert Weaver/
Arthur Robert Weaver