## DEFAULT SCHEDULE A TO MOTION FOR DEFAULT FINAL JUDGMENT

| Def No. | Seller Name |
|---:|---|
| 2 | 14-shop |
| 3 | 5starplus5 |
| 5 | acb_design |
| 7 | aeiwo |
| 8 | affordablejewelryshop |
| 9 | agamo-online |
| 11 | aj6ftrre4 |
| 13 | alezi_shop |
| 14 | als_handmade_store |
| 15 | amazingshirts-de |
| 16 | ameiva-apparel |
| 17 | annosha_store |
| 20 | artstore777 |
| 21 | atlastex99 |
| 22 | aussiemarketonline |
| 24 | awards2win |
| 25 | ayo-store10 |
| 26 | b.h_designs |
| 27 | b_bitzu20004074 |
| 28 | bagno-250 |
| 30 | bargainaccessories123 |
| 31 | bat1921 |
| 34 | beady-bo-bo |
| 38 | bigcarthub |
| 39 | bikerswear_uk |
| 40 | bizzarefindings |
| 41 | blingzntingz |
| 42 | bluediamondbeads3 |
| 43 | blunts.shoes |
| 44 | bluntsfootwear |
| 45 | bluoctopus_2000 |
| 46 | bruria23 |
| 48 | busybugzy |
| 49 | buycustomthings |
| 50 | captivart |
| 51 | carboy43 |
| 52 | charukamadu2574 |
| 54 | click*and*shop |
| 55 | clublux |
| 56 | cndealz |
| 57 | comboclothing |
| 58 | completefashionjewelery2011 |
| 59 | confetticrazybykirsty (now kraftyconfetti) |
| 60 | cosmo-shope |
| 61 | cpannell78 |
| 63 | craftlady_dress |
| 64 | customsignsbym.e |

## DEFAULT SCHEDULE A TO MOTION FOR DEFAULT FINAL JUDGMENT

| | |
|---|---|
| 65 | ddiqpp_hope |
| 66 | ddiqpp_ship |
| 67 | ddmn91 |
| 68 | decalmaster |
| 70 | designshopjmc |
| 71 | detem-unity-ltd |
| 73 | digitalworlduk |
| 76 | do_76658 |
| 78 | doris-65 |
| 79 | douetb52 |
| 80 | dovki1 |
| 81 | easyinkpress |
| 82 | echnouk |
| 83 | eciedwa-hpft8cxa |
| 85 | eilamalle-0 |
| 86 | elhol-7119 |
| 87 | ema-981 |
| 89 | epshop_67 |
| 90 | esfa2669 |
| 92 | ethnicrainbows |
| 93 | excellent*gift* |
| 94 | ezers777 |
| 95 | famillelap |
| 96 | fancorporation |
| 97 | faru-5831 |
| 98 | fashionfizz |
| 99 | fashionjewelleryforyou |
| 100 | fastfashionfusion |
| 101 | filishop |
| 102 | firitiris65 |
| 104 | flyung |
| 105 | frevans2004 |
| 106 | funtime-store |
| 110 | getclobbered |
| 111 | gift-base |
| 115 | go6etter |
| 116 | goingoutofbusiness100 |
| 117 | goldbows |
| 118 | goldshmithan_0 |
| 119 | grabmybits07 |
| 120 | greencotton |
| 121 | guntur24 |
| 122 | hackney-clothing |
| 123 | haotian175175 |
| 125 | hastingsdesigner |
| 126 | hegibaer |
| 127 | heimsas_77 |
| 128 | hertsdeals |

**DEFAULT SCHEDULE A TO MOTION FOR DEFAULT FINAL JUDGMENT**

| | |
|---|---|
| 130 | hjmsupplies18 |
| 132 | homechoice_819 |
| 133 | homedecor2012 |
| 135 | hopkinsoncycles-2008 |
| 137 | husha_8119 |
| 139 | iamtomer |
| 141 | il2014-shpu |
| 142 | imagination-station |
| 145 | j.moran923 |
| 146 | j5012 |
| 149 | janel-1869 |
| 150 | jewellerybouquetco |
| 151 | jewelrydiy |
| 152 | joseyjosey1113 |
| 154 | justbeautybydovile |
| 155 | justflipping |
| 156 | kafa-192 |
| 158 | kawaiirebels |
| 159 | keithwright9832 |
| 163 | kli_ynon |
| 164 | kmty13 |
| 165 | kondacanik-0 |
| 166 | koolkids-toys |
| 167 | kpabdiell-26 |
| 168 | kuliahapakerjadek |
| 169 | kustomstyle89 |
| 170 | lamourexports |
| 172 | latinsmile-uk |
| 173 | legs.galore2009 |
| 174 | lewsleyanddavies |
| 176 | lilgifts |
| 177 | lingling2615 |
| 179 | loonerworld |
| 181 | lotusfunofficial |
| 182 | luatiu0 |
| 183 | macdo_80 |
| 184 | maconii |
| 185 | magicmomentssublimation |
| 187 | mangohouse |
| 188 | margothsstore |
| 189 | mariaoliver2012 |
| 190 | markylis |
| 191 | matchdayexperience.online |
| 192 | mc_duck1 |
| 193 | meglob |
| 195 | meito2088 |
| 196 | menejet |
| 197 | merchantsinn2012 |

DEFAULT SCHEDULE A TO MOTION FOR DEFAULT FINAL JUDGMENT

| | | |
|---|---|---|
| | 198 | milenag25 |
| | 199 | minervacraftsandfabricsuk |
| | 200 | mini-it |
| | 202 | mmtradinggoods |
| | 203 | mobilepartner-hamburg |
| | 204 | momarket38 |
| | 205 | monsterpiercing |
| | 206 | muskanhandcraft |
| | 207 | neo-graphix |
| | 208 | ngprinting |
| | 209 | nicoman_ltd |
| | 210 | nipunpi-11 |
| | 211 | nmb_store |
| | 212 | noamchen11 |
| | 213 | non-stop-party-supplier |
| | 214 | normanbusiness |
| | 216 | nuutp0 |
| | 220 | omnia-supplies |
| | 222 | online_retail_exporter |
| | 223 | origina8056 |
| | 224 | overseasdealscn |
| | 225 | pagalveshii |
| | 227 | party-supplies-manchester |
| | 228 | pattayabazaar |
| | 230 | perkfashion |
| | 232 | pilgrimshospices |
| | 234 | pinbunny |
| | 236 | polinapch21 |
| | 237 | pomt9055 |
| | 238 | prawimal-46 |
| | 239 | projectvinyluk |
| | 240 | promogifts4less |
| | 241 | pv_personalised |
| | 243 | raelenevo_8 |
| | 244 | randysha-82 |
| | 247 | rbrj8335 |
| | 248 | rc-apparel |
| | 249 | rema_6586 |
| | 250 | renegadegraphics |
| | 251 | retailhut-ltd |
| | 253 | rev-level |
| | 256 | robsmegastore |
| | 257 | rocco27111982 |
| | 258 | rotigoreng |
| | 262 | sandeee1 |
| | 263 | sarahaugnes |
| | 265 | seeseeds |
| | 267 | sevenpointshop_7 |

## DEFAULT SCHEDULE A TO MOTION FOR DEFAULT FINAL JUDGMENT

| | |
|---|---|
| 268 | shaha_271784 |
| 269 | shamhfruit0 |
| 273 | shirt-heaven |
| 274 | shockingblew |
| 275 | shoe-empire |
| 276 | shopster0 |
| 279 | silverselections007 |
| 280 | simmadesign |
| 282 | sincere-1 |
| 284 | sisih_82 |
| 285 | slquinn0202 |
| 286 | smart_buyer-place |
| 287 | smile_party_decor |
| 290 | stickerfreaks* |
| 291 | sticker-plaque |
| 292 | stikkys |
| 293 | store-4-every-thing |
| 294 | stuff-enough |
| 295 | styleandfashionwholesalers |
| 296 | sugarkittenlondon |
| 297 | summ-5099 |
| 298 | sunflower1891 |
| 301 | teedrag |
| 303 | teetribe21 |
| 304 | textildruckburg |
| 307 | the_23cc_store |
| 308 | thecactusboudoir40 |
| 309 | thecredit-cruncher |
| 310 | thedealhut1 |
| 312 | throup5 |
| 313 | thugishgifts |
| 315 | tiernanclarke15 |
| 316 | tlpchoodies |
| 317 | tmapparel |
| 319 | top-stickers |
| 321 | toyland-store |
| 322 | trendiz34 |
| 323 | trntph_0 |
| 324 | trouk-2avvrzin |
| 325 | truffleshuffletshirts |
| 326 | ukbargains4u |
| 327 | ukflagshop |
| 328 | ukoommoja |
| 329 | unique.treasures.101 |
| 330 | unique_diamond11 |
| 332 | vatchara2424 |
| 333 | vertex-graphics |
| 334 | w4rung.88 |

DEFAULT SCHEDULE A TO MOTION FOR DEFAULT FINAL JUDGMENT

| | |
|---|---|
| 336 | werbeprofi1408 |
| 337 | whitedynamicsltd |
| 338 | whiteelephants |
| 339 | wingraf_studio |
| 341 | wow-shoes |
| 342 | wuhuah12 |
| 343 | wyreforestfootwear |
| 344 | xiaocao1 |
| 345 | xsimplyvinylx |
| 346 | yes.bw |
| 347 | yhan2016071688 |
| 350 | yo!e |
| 351 | youdesign24 |
| 352 | yousu2929 |
| 354 | zapan98096 |
| 355 | zaxar1974 |
| 356 | zhizhushic-1 |