

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 21:33:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OIpD/SovUGuxwB0JEw77BS6MEd200zdLiptVlyOd8OT+BMcPcFcTiHAWANLjhlKnZWJhedb5LK0R6abA3SnN+g0DeNldlMVbu/kIDzCQ7bUJrTQR/Ro/FTY0elD9IdV+RIQ7TJlPprvl0Xv+OE9JSuvRLMNoV6o5zUJQNzRp2tPfl7YRotY5vOtFokGvQuN2k1H7oH5suLVpmZ9znzHcCA0C5MHgxcB4jbxkAm28h7z9/DK/H//QO4ukjfTo5IuZwQBkwNtzErzjY8I+zTp8RzGFQ7C5tS5yFufRlc8AGdsVnfQJLvA+QkeuKBY2so3ZFo+hBWAAkulovm15Kg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-21-33-13-GMT.mhtml

**Hash (SHA256)**

0aa4eedbc63d984fea449bc79aee0479866b880361e993861ed6c7f3887b081

**Signature (PKCS#1v1.5)**

O0sQTzNTemoNgoorFleSaRsGr0Df25rF22Faa7JnqOEbr770srvaTYExyA5+d+zwxhEIAsHv9Xk1spwhdeSSk1g1Qs9JnChoevwdbzaVHVuolDkEI9W+s93Ozdh8cupYLi0My1RhvQic,IW9ci4j3KX5+XpuLPHxo9lo1kwdSHuqPloybF9+Eyh+Ss7tU4uGP5Q/w5OOaj4AyyrJXIAXDgU2aJp+C0NYE5QXmgk+nPxoX/z24i3LW0SQpiHSifSweweoexy6fx518c9adpnr+0B/RTd7X1QYDHIdMg3i/ux0oLNQHzR0SlluATc+Q48w3xrstCJP9+cmuZVAv4IUQI5O==



AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 11:22:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R5ZsYhwcTp9ejMFMPLf064PS03guUZlbeInmhTliUTAAIyhX1zM0yA4QBV0PwsUowoGmlir1DmvSDSMpcuvskLLc49mlvOnavchMtck6hGSJaTpbMGrFru1OLxQ3yHAWHRXXamDFJj0yfh0+qenN2M0MB5VUz2KBBVZGFWkohw3kzllH434QVzXvqIGVtfSrSTt+3H4HDz3pF8R5jxLFO6pchkLtW6241kE1eLvMe3agIJy6M1yJr1XsNK14kT9Zhw2K62kZyd74pcSunfH9Y9oWXdFlnZNWthTElC9aFSTeDUBrJ64rVzFWrfiD9BAApZSlDnMS28LxsK7Fy36hZQw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-11-22-27-GMT.mhtml

**Hash (SHA256)**

549798a18355501741956b345eff8b65da67507fa878a8ca6d2af49b9683e5f8

**Signature (PKCS#1v1.5)**

CqvFhtmuqsqlNUZzKHJRmt9HVb+xb+8loJP/5hVDJ9HbZjDfPnvhTcXAyLNs05Ez4Rve9c6mLRdK+BcHoTL6qgudPU1E2raKZrAYm3THqPZHPj/i6UJGrOr2purkXJHPmOUcjn98VB8peoxY3dpFKa82Y0rXzNu7jNstVwu9bh8npELT1EKBGhrPJB0+45ds8b3NSxS8CXeWcVOkq836NCpO3B/MVsyp+VJZYzdcx1GYnVyNzYJ5F/pKtZNK9IuEUQpH/gBRFfkMvhMFlKw0KrYUVH+Qi7bZTHjNbQ1DtEpavQBi0GVT+tpEysLj+uVVjC5FA2E7s8cXwyqDvZEUaw==







File Signatures




Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 10 Apr 2023 09:53:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HPME/Rwj109fbR/0gGvw70r2L13DGfLBjI+YVkOEuRq2K5EsMewfz/78YghhK9LLxGFMsCHrIZgXBlHWPm+9xFpwNqIeIYAE7u+z79t4m4F65xQEW99FaW7GtkzEw07GbkoW02EIr7bvhqbNHsksJ5CdPeI1vIYopc4snpSIp90y9Q6uXhkz40pUQgOFNmRiucHZd1QCuU0y+v0NLOEf0z9A5NAcuI9GG6EtKEKin8IWPyTvqxKJgRubUQOpEaUOVCrVdTY1pa4YocYUX53hMvQjgSWesU2prjzhO3kBWsNUJL5glbli87uwegwW396hNz+SfdpmXnn49A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-10-Apr-2023-09-53-36-GMT.mhtml

**Hash (SHA256)**

0388573591d7bc13bbe0ccad2246506e8919d8522cbe4e0c05f04d15b0af4b06

**Signature (PKCS#1v1.5)**

JpkbpkZd5Jo08EV31qwmpIjbDgDvA4wvpSTrrlppZOU1MR87QKDgLK/UW4dAPzWaBGNFYcS+mdfuTv95/O/GYtCevML1x1X5XIcTj3pPoyDFGIDpox49yzIVJGcGv1x7cA5bOsCKBGjvPMk6I7CzI3rW3r/6IfAktT9/SAd/wyBJsqfD6hLYVUTdICnzzgF6nplZ39Y1uH2QFYeEQJuOBtOz54RmJuPDRwA/K7G/Gu/62nlAH3uhO/JIP6C2DR7X61KroJ3YGSjLQvJ/3O5/Xp27KG63aNTNcFL1d4yMJPvP+q/rgfQtGcKJ/i+0nL3zP8JJTuq24Bggrwdqw==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

## File Signatures





Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 09:00:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TV7e41YcX3ApTQt7cobTp11tNT+jJHHrfxoWSYP/b8d3lSDpNuFw5NFE4OEE+01C41XGFL3nCPzMNY6fw9rBVuqelo4sW9MN3Qa11Yl7scdDlKxGXhQvS744sgoLkqPmid4KeKiLMxDnMff9VRVmuT7RHH2yPJJNONw64QXjHfSQD2H9y0c2lwM79KAixLbtex6y+5eg0JhruMTv9LpkGya9b16DH97USXoOZYH2rv0rk64Ebr7bG9etf4LZYHm0zekb0eE2o3R1pfaoutl4Wn1KOOeim2axbYuPIED0JjnOF/wJGji79u6k4HndeIbK24x+ywgorGb9fUUXQFPA3QA==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-09-00-32-GMT.mhtml

**Hash (SHA256)**

e943a21038fb20a4f6ab73d8de7aa542edddd0d5fc27dfa46291c23d5a9815da5

**Signature (PKCS#1v1.5)**

N6M/7hL4qMwyAi+UiZmqeteLcZ306zDltw1GzkiMvfqTh0ldn7SwVlF1rtTKPtANqehbKOeai0kVOf/X8bSDcQbbpYARG80mJU9ISOTV5bvAXcGozNvaW6Q8Et0fhMWrWDJ/aV37MaJUR5liXx7N4/zqohdW77q1m3nq2n4cKpVrw+xFRMTE8G6NEi6OISnx0TNRMmMbNXtt+eNVA/CixkTr0lhVEbht88tQHid5tWgae6FWUejFEwPN+97NPCQTXRWQ1NO7Sr27nQNqakFGmCbWGbConyGDdRxo38KSky/GnWdWf/tqo59a+94sUx6S2+fKJegvrt2Vp0DOypjkb8I/g==







AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 20:10:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iez6Dxgu8p8GErBZ8deQtkYLuS+KfWH88wSBZjjZAQRCsrp9XE1i3tW68qrRkNpkT0iVmMRp3iUHaTiJa64Sopg5nNGEV0A9iU1Pos8G8/U+mnt1wBQq2XuDwQ0S0ioq2uhTVCYBbiBGWmfd542GWGA7MtNY8jZZaLqkdwlwtqLqQvcik3J1EMLVr7dDcyqC0Cb02UDMzeXwiTa3/t4o2kNZSbpYDt8ioZZMuzDQVVUxURhX3fkpxJaeLvqvJwRmMuppg5yU3W6jdPUtd9x2cRqYDwyi9ZRWVMndepG6MXtm3i3J82mV8wXJUBiCD+pvhqtWGue46oaJRVFY0gdcg+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-20-10-27-GMT.mhtml

**Hash (SHA256)**

4cc662f3c677af7cca7b43f124a2e39b52fbc90de2a03eb7fe5b3a89fd0dff07

**Signature (PKCS#1v1.5)**

QSNqCs4WyiT/lvm54AOfBi1RYaWCcVhY2Wcg+X7236U5NgLxo1CB1N6ou27fsDusxiioaJJ2WcvomWJ2OBpwsUR3gmWebi8jdg6zV86rl4wnVtc1Jscc8+6NR1mSQkMrnB2UNop0TtPjMvdL73UP74j/zscaICfrMbOemighj8zhdqee/u2dWAaZhzGcSg5dd0z1zF/tkp8Au/l+P/2cHTPfgwoyPz+Y8JuYKNYQUkAq9ck[VaUWdiYQ3IYQ3qGFT1uFYPbwh4ShmDvkxrBaoEaaj1YS1MiUU94RHiqpiq4T8bCEThYhoWY7eh2vF6ps6OLuRkoJMroAYg=+



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 19:39:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DQ+3KgETGi5dALOutyOXpVFpMnUzVJPijkz/XI5SGCsuCNnoP5CcwNx2okAr3Xom0a4bPpgROweM4S3AOXZAXfpIvGL74P67c/2ESWL/5qGz5LXcTAC3PYFwqRU8Q3S8gzCwWK8fpmvIvne56J3msxVRcvWvbQfK5d/
f2fx1bB5zw1fP7Yw8hRri8ZsXN3AIYJkUKnALnNVxLKjq6HofGTWA4sT5cRCEiWar4ywcIyiVw8wEQWjbCX4cfUbHoibDFdN9kt3hPVciaU5KSjcfPzsX0fJ337zGvPVaCeCavGijwFvhK0Lc3z/h9nQ0jwOuBqgXU2maepUVskp3Upho1Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-19-39-55-GMT.mhtml

**Hash (SHA256)**

c0f0277d4569b6195c54620d8e476e3a8ece1b16a8ef5ff6f399e01b304792c

**Signature (PKCS#1v1.5)**

muWCOGgOxD0XUucdan4tM7IyjDAIvF0DOzrFQo8U+fZLNES/MCO6Ug29hUQryxOWLcnxgTKpuxM20bYkM2PDXKSoZhuvv0/rOSPdbIuOOpOUvzJ2mzSA6xNIxZ64kUN+u8CwutY/IMIUbmR0ebzXLoXNBy+juw6YXPoUM52UuSdK/PpELkgDe95wnKzpkeNnonAfC9XqrE+eQnB5P+MjhG6I/
T4GbfQCi/3/n0oHkF/TV1h3qejVfLtOQDQJEO9AdDM6rP2qCRnhnXcpRuT5PsJCNWPSdBi5SpewEEhrtfPwLYgFknMUraZX5fB3j8RMrfbuQkL65XIx9dtK5+x5w==



AXENCIS

File Signatures



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 16:09:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ImeYVqDsfVVRV8QmMRZUCEMe5EX3SQGaQrdLzJGDdCs5H2hTJcLGsqsSG9TMQUllLTmJ6qbclz06KaVr9ysfAm46a5PbqYZywsg4b5V9YcjtSVX05/8fQhJ0kDQu7TQ6fW6onw6VCcZcArx8x43bEXlPsap7DlbPaYW78vLU43Kur9uiJ
+vQ6GnjMtJsfVVmfgk5T6L4N8p6uayHcL03Nevb7BOddSs+rvX3Cw67fuyT2mo8SPHqAmXWjcs0TK3uVPmpsXD7gPRl2zLZVTQcwEZNoob81v69zX9VE5ZXkXarqzTx77PkG82200jGJYj4tu6jqCfrCPLTE8DqZoKHqrw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-16-09-47-GMT.mhtml

**Hash (SHA256)**

4dc64ad8b5db1541dd27b7d16602d276c958769d05ae3415611a2c0ce1603c4d

**Signature (PKCS#1v1.5)**

MpKlegawkNisRYn7lwfSxTlR2IyOQLNWfppgcL6D7t0WKWXySNqlSHoihyMsLA9Qw4JKjKxOolb65M/AruL2uKnbnR4SLTHx9o5jZ20kP+2OBfh2DHTkpv1kZCnVm3clkQ1mX4e0re3G/6hlQvvkKV8/J/iIrKrfRnKAGh/
wd01rlNmGCd8of0yi612rY9QFTvhxSpvCBmZCmDl4M4PUmoosayNhwiFzpdwS/GUJ00rilchlDCKWxV4L3lN5m9cIEu19NyJQzvX/bs3/wlm4jec1DYbQlN4G3k1BVTnSjA5zZtx9ugzYsJoo7t95JTWEtoxsVpb+d1auu1lbSwNV37Q==



AXENCIS
Tradence-Certified Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 10:23:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D8dUESxVR97owUJQsRBwY2RmhDYz91vICwpofy9dQajUFvCJJvmB0fqksdI3XjVD0fx7GU0Cf4xnXg10yg+8Aj/FDr5Rv/197whzpyCQGWMP+3bYSw/xCrCPoyQ6st0qibWfePbm917+jk0oXGkBup7eHm/cZg
+ZyYiHgFWsJ4FjB8WPrMWq9sY094T0p2AH0ZkQmidbdTtb1w3msIm4TeLPsdxMhG0yQ+z5aYqCGTw2YQZaG34dpTeQt3zeJpHS82DTyxkk6i55/UgJOtUuJCZuiCGb+DFUjs+6cdYGVfMZVmqMpmNrZh/JrzFO1Heol6UOwbTaxEd0sfuErWQ+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-10:23:36-GMT.mhtml

**Hash (SHA256)**

744e9e1287788786814bjaec458a60771a8b5386cde9595f626a9bace784fddc

**Signature (PKCS#1v1.5)**

QT46GP5OpODEoVj33IVmcMG8YbVaPo+8Cw2NA1hEva9q4PF0JbpCB24woBC8+pg9tzrFEQu3F7Bz+vRXOE+uLVjjzYGXG81DCc0Weg44Vfkig4Wj0ZfCZQyh4bFoNgkcb/0yjJnzbnJPuKSAPA0C5NqbbAo8XzHZ+dgWxno/ZR7fXKJnbhugjZes/3OxXGiEM1gduli/
uz1FNaaVewPDNJr8VOTUJ1tnDNKlpC02wYLrHG6c8p+bXsMfmcWWGD0q5f9dM8pLi7wMHYP9myqHBHky5G3Bt+P9A5Tw4tt5sqSxv3V1hXKxsaxNq4WMnSCkg4D/qRjFsHsdMRm54+IPExggv==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Evidence Collection Report

File Signatures




Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 14:04:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qydmRk9Kvn1LzI6DQDcnhHl3jRoSGrUsI51vsYozeS6HqyCcsjQCA9H461XHtSeY+QFYl4vDwfxGr5H+NZKeK1jI2nvWpoStamWUN8F8q/wJU8OLSZwZgeUlFH9TvDq/JJJ/hhFLxvIW7PwOOqZ+1vUDLP+8oygKrYCj7a1DIGDV2NJJ6+OoEZAHS7F3tKqUDCDiwFNZeyrQzDE6LaTEMLyFywA1Qt7qHTn/ewd5QeuGLR2GSw8KYdjGOzCsJy5bPKSBsOz/xVjyn4V+bW1i2PFdJNpb2Eq9rJIG3jeyrtY+xynKWR6yB0r/IOQ+pvlL/svqNCM1D4njTcZ6kW4DOQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-14-04-39-GMT.mhtml

**Hash (SHA256)**

1a5e869516cb13302466ebdffa9551c51224c668d9f32e5efbf09354b7d4822c

**Signature (PKCS#1v1.5)**

uNYccJDaHHvR7Prq+RVDT/UYxwFtQNexiaVXrq3iNjAJ++TLrfRBQYFHTZ0iFug3BisEd2fEkjZEpmyCUUg3DJPQTPcVMjr5tyP9yzTsteOIpKtbRvs7PA5on08LEyv1Ht6dEBb/q0x0IrWMtoW84kLm6SIcDkbRy5ZCwmbthtSFBEvP2vqzsEuskZcwa0VXxFoIY8oQzcoSIniS8r1F786VH/TuOIeuyHPrKeZxAuW5shydo82JadUmUDqaRKMgutEbqQJNDoP5v9nrQM/JPiv7D+PIBvHi5rty440x9pwGdc42VIptjfpczIzuKjFdQHyMt+TcQ74dacdzVerZShA==



AXENCIS

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabanang

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 21:44:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

POpqOOjb96WdvmXjRCgTOZ295tLNzGnj2UfLz8nKZTaO1U5pDUayEKAdJws/7wd8llnioOezxS0+v9uR/906lZPxu6LmZP/tCEWtahuc+4DCtDQeGAT9PTVvP2/s7tetiV+gvqt3h7qoRuIkY6xbSmSAA0899pBWZeOiHDZ9S+SAlqqr2kwRpv6nW+s+xdwrjZ
+uovSoCHq7K8RmebxN4DuANWtf7eLBLC5WVqJ5zNSWyEgPOq6lALraDvGOrNl4iymRTCMkWWrs5NFVTFBWyOqAr3AAuQuUfOhOlXrL6qVizCo+csbGj3xYtWj80qLNSH4QXxNJTKmmwc6oJxSWdg==

## File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]]f[s]f[s]pay.ebay.com[f[s]rxo]]_Tue,-16-May-2023-21-44-08-GMT.mhtml

**Hash (SHA256)**

46f1f7f510677743994c520d52d61163580f1c2c56ee642f955c4d7b131a9b31d

**Signature (PKCS#1v1.5)**

dmSW+blM0RTff4rW6Kirtxxq39kdinzs+eieN2gMMvuKyUUz2Ox7x47kDnQECTbHNdzrvN7Dbe1hdm6DGWzijxklP2cuTRynErxBViQCRUhNgJEF4UmNhsEnG3vT0+fKnMktfCASLg
+DwtxLdL7wDR2bTl0nYPE4x24BNleLJMwD5vjJZHDRh9Ue2I4FvFZwaT63Xp1TBH0uJnfoKEs3tfvtOHtL35mQxyWuj87dkMkOcK6lJlf0BMZxFLuIJSH4A1Xfy+PwFyBcX/EZW8nu95Ah61XdewVWuMQ5OrhfdLGCcpaW6UWheyeZQL6ZLjh+SDuW+IcnAM134o1FnBK/Q==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



File Signatures



**AXENCIS**

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Thu, 18 May 2023 15:21:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
SMsQUVO+pvWcRIsL74ehGyI7tSjjZjMUpe56X9Xmc0koyOpWrADccGtWdxxtZTMeFltsxM2z+oCfM5+LQd3dSKBg5LTD8H0Rw8sG84e5EhpJnthKsgXu+BD7dBXLvid8zQVN9e/VgzCLm4fcyDqo/
zfSBGOWkbvep0/6vBdfUW.JdGurwhcHEGDaBuN0nmoMqHH5bQBniifxSLJ9AfLuOzvDkrjHqLfdAkPux0muXNqZqLeI3kW5DCR/50ZdnKDlU+T69QbSix9AaaWEzeNDKVDwKPDYndtYNs+L4dddwwtYLZ2ChG5ypC1S0nc+L+Wakw25FtwMz2q1VCySWZbGz6A==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-15:21-29-GMT.mhtml

**Hash (SHA256)**
fb258a0439e669565c1d64192a38ce3308be3d9c1a35099d1e2ad752e30b72f1

**Signature (PKCS#1v1.5)**
qd65hmNA1yzi+/m7AbaEQt4oL/LVozowTsRxdnFlCTMAZJtnkJOctYULvIYawONQExqRtG+BbcLplqP
+cQm27SWFHuerSBWy2kBWsUYzx3HtYiXdfzohHYv0OkLREwiQa8tUn8XYsRPjLCmX7vusFpZIcYdvG8B9bKTqfU3nHKTzeV6wKs93AEvsMQAyWl4DPpVbJpKEA8S47fbTpNECa3Td2RpiAQZuPuKKcbT2MLaHPmIJ76VHkgLE0S3Op09GVQ1LVNcaVUXYjTSH0nBnjYledqPjDQMpTb8JHVWJASK
tXPsswKHyDFjhLlHu+uBZXMSBE1o1I5vdze3NtcFledw==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Evidence Collection Report

File Signatures



**AXENCIS**
Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 07:13:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

doPETnzJTfg2NAPv0TbTAN6lshVs7Qr6QhlhaBLswNZ6J4eD5MMP5YUV9R8kryqFw0+cJ2qKZpnlH4lzroiPt8hwMOn85Nd1Ju4U9ji2PaxF/fUqiR/bqlNGXKwwQ0afxJPt4DN/1So9RLeR6+lYA2gwjrEGrE4Ko2ptAiUpp9y0b3RNENPqTnP6K8pKiLA63+ElFXmANDUBrYNcqlXZA8LA8s2E5OCqEP0MQqZWnrmwd1/juSnb42Ogkm0/gJGnGUGiTCv6lMoYiHuf86FKORNbF9Gy02wf9itDGIV1zR13RbRthNZOMU2SZmWwBBJnVwR/w6z1TC295usok6g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-07-13-35-GMT.mhtml

**Hash (SHA256)**

f5ba9f1384066f0210e7aec364d36e9673135fa97bb7254ebd00cf003ad7068d

**Signature (PKCS#1v1.5)**

eM8a3cQcGLOqQb2Pxd+SluYVihi7XXW1d/bgLvnU4b+AEXOWwEDPg8ButmNirBAdTpB8Ywuzoswt/RHqeu+xUl9aZTGbP7FW/MXpyWa/xF8DYPy35qvlldRVR3Mv5Irb+VX2JlAFNlxhUbM+ksWkcqWpN/2p0joEH0gd23cMun1vVZ8m8ZRv4TlEddHT71pwbMuFPjn6u85oJ36pdDTQELKz12GcN1yt4zxovnTsDjSSoSzlSD3I28bFnMHW+5L52X5MdjK/yEAiVhfd01syi5F3Yi9o7TsMRJSCDD+W9XAXDuiME4Estg82nVEsNki6NlL1Qlpsl0xWeZDIDPwwQ==



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 24 May 2023 13:47:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
ILeC788kjhpXWdyhhkZkGV36p2SRznCXXTgaIRZs3O+oFgZI5YbtohiZcAPfZ2zXqSBPS+BUdd82aUPUP8sakwu01Nq/yp/UD0TTjHa+Gcdq8/zhteYjyfUNv6HtNiJMSUJ8Mzd7XuSeOzjE6u35i/V94k/56iFFzfwc9D0P7RTMYUVcDI6WE2m/tZWT7x380jibbu1mOM5RaoHC5TgP+0/mBEtuRqH9rUHqg9AnuDRSnqHsLgX2DvfVXnBOe+eyP1BOJVjAR1m2Ur7f5s0xwCHBuvpYDug7/iiVB3TBFzkK+QFYNIdP1R/FV/zyeLgxgjZJEZ+LAA5Prg1+uhmT7Ew==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[a]fs]fs]pay.ebay.com[fs[rxo]]_Wed,-24-May-2023-13-47-54-GMT.mhtml

**Hash (SHA256)**
e005d89399c3a1c648dd9ef2cb43ee09eb703fc8cd7ae168d9fcaa267ffc4745

**Signature (PKCS#1v1.5)**
xVPxmLD0yaYf5g8Pshq8DutSdJLVC07CMr8f/L852hTN7VrkF4ssh3oODsOvKDMhHwIjs1KdgiSfISnBM08eV+zcRKezzSE/Kmm+pDYdO9MYl1FgtBaepoN2DvsJ8MW4v3UDeKRm4runyGldpN3Tg2wGN+ukn5yEsnFOBsaD+rbtVIFN8g808yS/FPxyGKR0/DnsA7+saBzVkM0dgsaSojYk11FDqDO09djnWfEfpGp4V+pl6PcdJU4iUwd42qbvIdSXftLtmkBccLZSidN/U9IfHmYtLHYewIXrZz3UZY/BJnhA14bncGFV1F2/Am/nftoMh11/KGwY6d0DKmtAOw==



AXENCIS

File Signatures



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 31 Mar 2023 05:43:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fbGk9VFlozquin4juj0azZVKBfvvNOhJqztW4eVswZ67yucUdvjyY3Do2C7yPnhv6fRXda+B8mDrngccy3JdNhIESvy+8FYMvaGcp1r4tZmCEguozRTVd6vTTVc8923wl6JtZQKGOekNsFRxcBsn0JixYX/4m+4VLr7JLT+FczaYjUPy5687Lj+MVeLvf6VXS3YXUfDkRuAQe8l/pDgsY60J134thGZRbUUFwnIR7foVR/1GJFW2P1VUDhGKM0XMFb+cnZcpwhdjv7YVOYoEswWYbqAnk3Ky8BPEKq7my50AF+plx07wNaAhYEl4VzBFrmsSqXG56xK4nAYm/E0LjD==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[mhtps[s][fs][fs]pay.com[fs]rxo]]_Fri,-31-Mar-2023-05-43-19-GMT.mhtml

**Hash (SHA256)**

1703966bb834ed2059f57ff5e7bb24ad8110fabac3f66fe322e40041cafe4bf1

**Signature (PKCS#1v1.5)**

JzgGRtXDj3gorUG+cM2imYw2cyIUMwCu6UGxXETMLRJaOE6mywgGu7YmxBzofCcFkCVAXDiUKzdutY0Tp/O9tPa7W9fTUcfP+jccrBEXYrpZALxcICO9099d93Di/yn7VuGrybAQZBx6i8DaFinFX+XsnOO25+7YnAbqZSdkLN7ThOgbR6+c6U+/cwqPNFiQKDF6oFpv0mtgXpKuZWaBMRNzqNstMzubij[3eJOojNraZ31Pro8Uj/tugk+nBbPQqqjbyAKi6JCYk254P6GPiBihN9177PxZs466eplPcbyt9NjnfnmMDaqeYNcVF72nrGD01jy16uQX2PwSM7w==



AXENCIS

Evidence Collection Report

Page Title

URL

Collection Date

Authenticity

IP Address

Browser Information

File Signatures

File Name

Signature (MD5/SHA-1)





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 15:44:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cYA7H5/lD7WLKcjDEoXKHWDuMbbNvK45iL7J1D96lhYaDAclOp1x8RWA5wVeHr2QdA7ODldxB+JDT3lSJwytEvMfm++VmUCM5ua/tlZpaMCkb8jcJ6OiOkjsxG0lpfEUFGNVwU6eKAxi0jmzdv56foo
+1NoN4A3dXsTCi0+XJrRQu0PZNg7H5zyWuikE9c9PlxtbgJvZcfHQMcTydcGSA6RjFm6rFLJLPMCUClvxizD9FyDCQcs1mZMWqgGGT+eFbU00Ie1G1uPl+TdJ14la/jbrLQrNobhuER+CiXxOjSrJm3VWyFXl7og/0nGJpCtWCPQonE61ZfmRFDOXiqzX1A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-15-44-51-GMT.mhtml

**Hash (SHA256)**

c12468d610a080071caf50dbd03ef4c14a68c745675912b06ef1a423b0b19d46

**Signature (PKCS#1v1.5)**

nrxzVkyw9F/aARWqGhpkbSY7JJUBiWT8K1YSX8fyhnF6ftp7XtKAcZIg1v0QDKOxLXDPSsw7rcYyYzTg/1qiYjAS4dJjTELEppYtOH2X3zm07YRc3F5qztP4qLmt5LBS3a+BzBl5LByPMzx+jBX6yKx/
Xvtlz6jm0ZLqTEpY7+XvGTddqa7C8vOlvdlY0AQnny44GKlVpt4SrQMwRlRaPTw2AKtdr1tNrDOJTf590rEyYs83ikmmj4/NNHhFtL11Z6arUf8rSSMDqboE26NK8aZcNq3HH1UzM0Bw2lWvMLgu1dUBB4AiZHBsmllCtSJzymq/7DClPn9rUzLCQSFNtw==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Evidence Collection Report



File Signatures



AXENCIS

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 16:49:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i8ibbkVc7rgMKazmstT0txc8eBMbP/0xT9WI459NZVyg/rGqAitQh2gwNGz/wZRWD+//OngeInMJmHRgz4SMikLqtM+TSIQsgrGPjiRHlJyTmqV7bLqP9HLSGF8YZsr/A3xnXkWeLL0CWlzaEgTJsWEFYski8TYbV/qZk21QplFg2ooVE1qGr+nnN1PhIwu8LTkePtPv0sTx+ed0hEYerr8x2Nv0zmgj7QWLSzMGiIEgOlf/6Elz3cYod8KOIWJYxOQRbqVRNmRJRXjFMP3yuxoVKSWyegIlU2qKD9xgiiHtgirZClGanld/NN+R6hRl/Zs6a4bWKi9odi9riPGiGOA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]/[fs]]/fs[pay.ebay.com[/fs/rxo]]_Wed,-14-Jun-2023-16-49-36-GMT.mhtml

**Hash (SHA256)**

96fa41445fe0c7f974ac1f8e3bb0eb182d867a2389f450416494bceede8e1b573

**Signature (PKCS#1v1.5)**

LApWgFdttDtDoCNxlmuy9YWfMoJogJVEPp1RvMZbdgINwcxeNxl2C9FQX6zt64tfiOa33Q0Ay/fiJuPgWuUCduDHXpDiAObbObjghR4j669Jplag2JwY9CO93niOV+7XZuj9qhPtg/YNf5QLZTjGIrsCEKCqZ0N6WiUoC6WMAbgrACZEaoM0b1dpjsOQREo64z,JtqD+uacy4OQS7/fpEuLq3WYuIUQ5kTkzd2XJgbM/3Imu4JzpewOTgSUoTT4gg9k6tk+S/5POkwany3wRoWqIjkfGNNe7mcLqJ9gfr8GEQWcJrMAmIPIDjP9c6yo+brzkQ4L49oD8Ehvnzrd33VpyA==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

**AXENCIS**
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 17 May 2023 19:07:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
hA68YyfO8ckXqbF18IsdHW9IZTQ0QFWCEDPKUJAF3F1RDO4I1CbkbOU3wZcB7oMD5NONBSMaoMzQPwBngLXpusEmQMwI8NDpxIo57Cee5HCeuu1XNSgtcdFKMNxEmxUreSPgAxxCi6vyspi/E4e810vY9LjHyIGujaTJ5l8BOYfNVzCCA3hbg02xTdhxIxIcxHA/PVHhhiNt9rydSi9TD6/Hnf9mNDMdrZFwelrdI38FLy5JTHdvIL7BuQEl9Wr5MnkfhmnEq+4UGvhONHji7Q1m9MAXSOxNPffTx1JVUQNgjocb5y8JhcL+Q+0FvUv79XNX4IiFmIdW93U5xFeX18g=+

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-19-07-44-GMT.mhtml

**Hash (SHA256)**
3af63e68c759da402fceb48c064009fe24477aa34418e6a0720fe1934b86f02b

**Signature (PKCS#1v1.5)**
fb680FHySiSXLt6DVlHsu1DU6TaMraiO8PhqD8RLl4wSEkG119YpjwF7+mAeS6KJhaUGCHE73jRkY8YlLSxFeMMU8OLVdjLfn4frnJdEjiJPhJzzPV6mq2AH38mOiq/p369WtDPygRzT6AYGoXfHSUTVjanEC3L42G8mwbZRDv9riC3N9u4o851LVlJ/o/eCcoWCKer]rY/zx/GWO9ZpRfySL79bPiocvkEUspakFmKOnss73+Hs6tMvVIFPqEHefr2Nx1S+8icPaoeCsBflabGz1omCiL9tm6er8fAj0Jsy2C9vgOv7VW42eDstVvcw2RlskdGh1O2ORc7HpOn0Tzltg++



AXENCIS

File Signatures





File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 18:14:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

irIBhuPPG8Pr0RKE0CZGstSu5LrrgeNjavcC4D75FiKLpYRWb5w4vleryRYK71AxDP/gwnQbwlcGMrzgVc379fy6DsHl6H+1SyR2D/SePqQNljySGp8Ck6hfnv6NvSlvLstkVOgMTW1TFRWa//EUj5JxOSrDUF7XxJ0JQmfKz7O7+3xznPe+ZJx/RClA18QEVvseQNDwDU9FRpNVuYGwtH194CnK6+0iAvm8PLq47Amtbn7OG9c+aEROl89Bzo8qM+0qK5JrFdz5Vg2TG8cl3xe4aW9wCR6QPQyZDF1bAw4KPYPLR4g4nh3Pfz4+jTXijGBEfj8BV5P3zvD5dr8RqYQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-18-14-38-GMT.mhtml

**Hash (SHA256)**

b0e9842fc1ab8e60b7de5e58454a4d47056bc63316b47d47c7d97c6a65463e2d

**Signature (PKCS#1v1.5)**

tbEc07WI+2lGinn33mE/
AeBADpxVksnjepnHiJCM5FH1VbiWqUIiaCPJ7JxeVMh7AJsML4cqR1xlCl6Cfu3gvBE6O8RZeWw2B6rHkQUQYRX1XOC3zknzbZ9tlDtlBiQAz8AlHQJXUffmSLX6sdiVuyi9jBGxcp1+w3YbTYjUp4f1aJ9aTNg8i4JWAzPt8cb3I0sKO5oiInChGbs31P8yKkdzoGEsufl9RWvb3QwqHDIo8Z2qMKUlEIuUwIb7jvNyO71wtOuH8KALnOZfw99aPgTicbQq2ww+QT2qM7UlzEwC8pC4LrlKlo2Va33FFaVpeTZ8GlcF42m1qqQTfB4Tg==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice.

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 25 May 2023 11:21:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

wKtt7CSn67SjyxRuIBQNQhC5UjILowtYhRL9UamJdrpSGYcVNfMaV7bcFzS1FfXbX5faFwuKFga7xs33atYMAW2XMuyM9CmLZZ48HS535/qoeup2l5ug4OwQ+yDYjKw9kXs
+IXWh2oFWtMU/533H4pwEdxLz4g5QTwiV5+uBFd/9W7MOe5Q3U9334bDz6ePBy6dC1tVR2gytYdexnenKQ7Wvoy9u1bktDnQZbsdVK2E+0jS/NiuSn5goi6dv6K3ow4qHy4nAWEgOOLWSX/Hz0mNLWEcGTKPCiblM1gJeg+RnlWKtk+nV9NSeADz+BaAXShB0+O5RsfuIFc2CdRvQDQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-25-May-2023-11-21-18-GMT.mhtml

**Hash (SHA256)**

8294f6037c1d5e2cd0a60b72b0212586b22f769c29ca2a6511d4864895d68b59

**Signature (PKCS#1v1.5)**

E4qUhNHfyPZsDcqRJG+rzy21oofJAVTT78FydpEuNpDFCqXbQHhPFsTCTQ7uA/0JO2CumIQXBje/iMhIV6xpc5YPxgADKfcuoJ1fJYV2lX+b0gRmMmtC3C4plxO9EJXtV1jnFmlWGQZJ3HANt/93QtJTZhbz0lcW3mlW7b1WyYA0O3cNkpxK0352g7/zQ
+FCNvvVcwlfhAXmcqCGiAuXdU5gx0zrpwhQp9W/07jgPSSGiWl64d30aghWv47R4fYQRtB3JccR/3DB5Nb7XUfitnQ6FOZNOenKKKv1xPZkxvDVC5jBHx2Dzn2qJRlPMqNqvfby/Gd+0QCe1/TUS75kw==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Evidence Collection Report

Page Title
Smiley Beads 50pcs Mix Colors Clay Spacer Polymer Jewelry Making DIY Handmade | eBay
URL
https://www.ebay.com/itm/354713607746
Collection Date
Wed, 10 May 2023 10:11:03 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Chris Stavros
IP Address
198.238.115.27
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
msdjLP1qbGZYjCpsXIrzbaE7h4Pgpknnlca8Baxhln3arbwye9rnVPuhHTH6CbenQnL0TwL4Qjk1M0Xq1PsdbKd8WgqG3dsUqxbdtuXNQ1N2b3BGL5Y7pf0LoTtvHe32tXLkK4Se3ckMAkavoomhmJQ23a4wqbkMrv

## File Signatures

SCREEN CAPTURE
PDF
File Name
screen-nn_[Hxsz2x]hZ3zcvvm.ebay.com[hz8mfjtZ3417-0X0271WQ]_Wed, 15 May 2023 10:11:03 GMT.pdf
Hash (SHA256)
x03ba915 dbdbf7adnG2ea03X2cc03XA0Z371703xnkdp3d5x7-170HfZk17Tx0Sz3a
Signature (PKCS#1 v1.5)
X1fsMnv3z7fqAZpc3f3ny0l112pxFsMz3cPA0NS-1hUg3XAXDn47xdj3p3GDeC7xzd0hyX7azz6S4wv153nMM6dg1BOX0Lpw0Iu7 hypR1PMHP0Dj0Xu4TzgLpz5T35SGGf0DgZ3Nn402C3U7xvUTpMM6CP



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 16 May 2023 13:18:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
eOe6GMY/PQWz7ZNgcgwj0rjlR4qrVNUn2ysxbrFogt12E3JBy7m8ONSWRY7AovOZ1icxleBr9nIZJGHNHjg/AtoJeVW3ttCz890Y8wzz/gouSQTiHobQjMgI+7NbUooVtaoSFMAnkbYgdCfNX/40GxKm/EzyflatDc2iXbcmPZ4NFKXi+VFoilwZURsfT74+7+ekOQfQrTxY/Ydd5vCJFqUJjtjugl1wT76GwiA/Rzv2qH0nmg3xP96yi4mb06oKAxSFZa6b52IgzCaGOdT9bTAJ70U1eUE5PQ3GL5zjcxQ/bI/y7X0L13Dfpw6n6nYRfnBxksgjKO4Q9khNAXDA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[httpsl[s]][s][fs]pay.ebay.com[fs]rxo][_Tue,-16-May-2023-13-18-51-GMT.mhtml

**Hash (SHA256)**
940B6e311554242da9a6ca627c00372a3727e46c6b93750761ca8d71b87203da

**Signature (PKCS#1v1.5)**
PchzrG16XXJh4Lf1onih38PYioC4L3N8ybtRXHzPqEH5EghOyEW/jnkMwURWfjQBGuDX9tBADRjGsxUhsAuCO3KJuPBpAgiMbVgBd6vLxo6bD5uzmtaTiXF4RD7N6q21wsm/us1nxiwN6d4etWXU9rUpRR3Ulusgf/NnM/nY7WutAX2QrQpK24g/GVS4qoMNNUPTNaqUJVgS59k/tiY/BLmemwkKdLXpUNr4mnwcClkljctTov/T6+90lClsTPFyQqQ+5I/n1ZMdBBDCIj6D4fA5uullY8klePbJbHJoFkEGxrdEfEixDX4dxX3dGeXx/SEjm4RydXzC0AuWnFmjk2A==



Copyright © 1995-2022 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 14:47:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S984EXQDbRCpfT4au8cFiVAdJqZFAW7Yy6NHYNnYWB76D8bMOlf7Z9XMPef0ddmOZiCGu7TX5xK6Pd8Rx6FDtUJ22XPvt/YNhHZLCfE6M9BMsvJlrOvNkLgdHuw6zebctHJOL+TKUZiEp2pDjBbzKuxf6P8bY7g7Vqpo2aqscxwlB9cMJRKB3SkNGPFfQ5gr82IeMiCZWgO4FMGKs/qHzABBPUex6zsc6z8NN2BzkET1t4t45kHxFr/ye28t9T+kBJcil683/tbRLHlmmrw87qnaqllYS8NTV/OKwBMx94CZvt6ZJ8GGcAOM5vxHVeXpb6uWuRizCCWc8zSKXQF+2Q==

# File Signatures

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-14-47-59-GMT.mhtml

**Hash (SHA256)**

7af0b4973cc8ffa66ec10b9e594335d8b15d39e9471ae1a655e9b36754811797

**Signature (PKCS#1v1.5)**

BEN6XLOYrxMC+yGVDv+T4sbVBvLhNEjEoSfoaUqTthsOUCqng/+7seU0nn2E19+j9fvtSmrT/3SzH9sK1mptsdZl6YBnD4qGeRlfXOu8UzHqxMVQmBeeHYlXPl2WehHvuu/yy0xdR7gmj4HDBsb+8XTNhdAbbTMwrrvvFlrYjT2YHss+o/+/iskQiMySgSJZXUldh/wSv7eu8SAp0LlIZ+PtxsuQckVHW4YuJJxJqDZjzAq7D8dvBbL+my2RsJbNUK/9H1PDwfuhWc41Q30deX2g+2A4UNzAVtRwt4HZCJNjT2Qu4zYb7KUqMar6Ll8B9WMhbhlX3veUUW2iSjlg==





File Signatures





# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Fri, 07 Apr 2023 10:17:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Xfpl7Y2o8WLmgGrbn1C9jpt+oaBPfZdsOuFSMROwc39UyslilY6zO3Nup3KrAsy2JD4FozesUjiufm3MgoQtCcY8fyEJVfVTAiyiivoFX+uc+xbO89NIBbu
+JxqmSxxv12m/9klpk2wg0e70o6e0YZa2Uzt4IngGBNW7lyT0aGRpnawranfODxKGPAdaQt9iueffSNJwnfkWR3wyFnoOGuzXVjOvnm33DdHrMX4RiA4g51fLsVvTcEFb1qM6jWxQCy4fyXeYFLVm2f9/YhUvBJcfpcUvuKmqhfvVD6mZ/31cwwXdfMtxePHU/dp6GHNMeztFZCuysFSCCfG/LAgHezncnw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][s][fs]]pay.ebay.com[fs[rxo]]_Fri,-07-Apr-2023-10-17-22-GMT.mhtml

**Hash (SHA256)**
36ea532a4f25a601d72c84f1ea0946ba9c71a86f91e008d5ac1742140dd24651

**Signature (PKCS#1v1.5)**
QkVgNekhwkK2seCrH9ZEpoXv50pyMfyl+qc5atBtJvgEKgSA/K92RmBzoJXztP0Od6DIFnxayyUOUuYgt3U6xGFfAwXiYhLmoZY38Rfw86CPgCmiSfkZTlssQGeaHOhRDfIc/rlLT4hseM5v1yf5PBTcn0uLLl/KwqGNDMGk6AuUra8qznMykVNYa/0iNqy5ehlIuJi9ni05RZe1GjZnZOLxj0Ek3cw7KzuEEFWlPaczzlBxKdOv4dD8bzYCr+71c466o+rnb101ruZy3212f7FG4s+PfD27U7rHHYpuBNg68/Hpi0XMecVsIQ8VoIMKXPhMEo7jY4RShD86In1T/Ww==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⊘

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 13:44:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Sl4nH3qj2sIP0f3njOmlsTkDFBKo0XXXTyblegcXL71kCxXeSBIUElQXCRtS0XqJi8rVEwEyiiBjuymLbIyYi94dQ0TRQ5CS3Vnk4OwX83Zw8zGARoizi/PuhaZZ8AEKKd02LHMfmWeCQOzL16/sFfT0gCZFShE4ty8AQb8UP59kPCSYxC5d+sMJWfNHmLGYyUK5P +lUVK8Xo8gxbG1SvJ8htJzXa6r2XTmb4z1DQql9xddvKwzEl71u+ehNvLhVxzxC865uDu7uWVIKXPUfPWzMNtTndpOQ+1LmGh2qCBymoqobK90z/SpXoWymHqNzN3wfYgdLQ6+VjPGVzaUsg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-13-44-34-GMT.mhtml

**Hash (SHA256)**

13dd75ef251e7b2657587db31df1dcbbdfeb6da81d03cf106ecc64c2442174a6

**Signature (PKCS#1v1.5)**

nab3udTtJdTuWHS2PcjAhhpKOxIlzaC+zfX6qexK5VRzqGoSwLfQr7Cpuqws860NpO5HBayVfPP1M9T715fSGEFhK8EcPdbhbIY4lY/CAVOS6Kiy5kAERBQSILTJdMM3PDFJw8IaFLzH +10DchABZioSN3ByKeiFPI2+yhO4dRcfCMkVOObf09AYsF49Pe1hEqrMKetBnPlrWmUNP5iBglP1sTEpUSN4ALjYMfHqSCRgulTtGm65dnVWICmcgo161sz9ZBwoyvt2Mu6C7NdADmNX+gWyB9fq/hYxQvm1o8jquNtN0LydZDtHC4uuGX9I1adZQOqhbhX+7LKEr/UnOw==





AXENCIS

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 09:27:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dRqEtB4P0me/5KGJ/VEJolgB2aQhVaz7uBo6DHYupwpKWt93hTrouyygOd5a1+au+09gchTjQ6C+OC3qE2/zEj6oqBD1bY/XtiLL0kabqhb/p9Lg0FAltAaogLrvl620x4jxagDhZ2jAcBYnwj1rGqwn1bARPE/
sMJTfAQvagh78XmjNSOzbA5tZEpBsajxD8bamnVpWCGN5rqYsgg1YtL7OPAjlnBeQs6t02E8/IexcusiGo9lsQrZ+O7M0pj1+ayalHdYIBMK4KgyRlmd5J40GuVSp69ic1L0AjpCXo+kVmK3fYKJ1oR5M6pCLJP1OS8s/GO6y+00pZyY/+vmKnA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[x][s][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-09-27-22-GMT.mhtml

**Hash (SHA256)**

04866525ea8fc6afad5e2673535f4a30aaf84d18a5273a9a210e25e9a86bd81f

**Signature (PKCS#1v1.5)**

Fgw6D8ruZvXEKsiYnmRd9sumdJGbGjheO+4jraXK/6jwloc9D+B+MJneuBnzqHB4rd3deKTWvp3RtzZuj7aZ1W+zrT8p6WBIh2L5NrH4NxqAXAdwgClBkYAXhpO9ioXf3iD+wn/L6/18Dg9izUnKlNncn+tkma4lsa1QbUHSTZRgyVjSEPcad4OEuxMFHnTmXP/j4DJlKXMf
+9g9AcxPrkP7gH43OEPbWjUtGW0aziHf3qJw+KCASR4FaZdGrVTwkuGX0CsWkevqLb64lB4+2gYFV0mVsaf6irjJeaXMRxe2fn9piVFqyixzy+mFo3s/gwGLqzCCdMJXTxa6sREjA==



Evidence Collection Report



## File Signatures



AXENCIS

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 16:15:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Wxyu00AHBAhy2PMwiFangiFFm8ThiGMTBvyrxLFgI6idGPdoNQjB4pz6kFO6LRDBfWy9U+n0rPsT1Z2ZZzVx6S8bnATdZrNSXdDJW18ycfq23We7h8K7PLgN7ctapQkZUeIkTzgJFJC+ruCmmCCjsI2OeS22bL0KHownGS87QZ+Y6vXWVAcNiSYXR6UYJtNG3mC/fM9fkLF6ybxVdHXz4SZBZp8xkZY+5nzQXobWXfbiM86ojRWdfRwPwmsWGTxvYVlb3lz40mXz4rXBvy8cIj62kfACRrBTE74XKo/aS3W4zp3tYZNbw1c/b987hi08ATyXQqlHnM7Rxnjea0g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https]s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-16-15-35-GMT.mhtml

**Hash (SHA256)**

cf8eb6e7e7f01b65420d89e08220474c350ac8fbfdda2de503c998e1f62ebcaf

**Signature (PKCS#1v1.5)**

mGAUe2BjNoZT7pd+4uuQ031Weayf+RUTJEhF7HyC1v4q3QUHsAQHOw2BPv46cyYdHMfdVU4Kjqx.JDPwOB8e+aJ1NrBUEq+qiHI92L56MzFDsQmL1ISxqLlWbPwJokNeSU/WiAli+nA/y2x0eQ8KAMktYKz4ajqoRJSPOvFpP9Xs45T0mxEnIMLyYEKfEj70BQn7AR2LryXv6vnlsni2EfhOBVxfCEvko51WQPal/vtSKaAiMhto4IRi9XIG2bkXPWowRQYuXE1f19Jk8ySLn8jpbxU9wW0TGXiu3gJBCJYGSCFgwwAwdeOIZHUSeB6GIQ9D+WygXB1JbKXLMDMg==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ▷

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 19:15:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ugkw6G39z4hkJMqv9REArGwJaBnPR9ZZ/6lQ+dG7J9nG/GQN0IYk3raFQZAitAO8ZPKxOoU3XUPKE7inXjDZEtk6pm/GDFSiv79o5JS/bKeNaCzvE3aN+MrNHes7OpqXhpyGcnT5d1k2MXIgNEpB2tpkwWLJM6HITXVP1TNkmp1MUzqfdJJ/ZP/tENzFeKwEnlESKqCyxShqI7jUz9JcT8UwVFOCjB4DGeBM68grhOoDRAsLgj10oShKcRTS+SKFBtmKTrzt5SzhvduBWqYMp7uQb4ZcZIPTpqAjBWLQAUZy+lHpRa/B1f457QW45WaGKT2t7s2E2sAvFuw++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs[fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-19-15-36-GMT.mhtml

**Hash (SHA256)**

61b48a4780f421d3b09bfe7b41b484ef0fbe41c480ea1c93a09c477cac41cb54

**Signature (PKCS#1v1.5)**

wDPo7stxXhmZerCHrzX5JCAH8isxyQh7SEDzYyWgN0E0IAjf7j5q9kxgdygyZ3qlzTqN9Cxf888S6yLirm6zhxa0cbwfhxTayd43Tl4T4TmYrYLiepebhfjiQUeD6fKFOe/FskdY8BvZEntnprQmrYm9SbHo76Ck5fGGSKN+TL4VvO6bI6ebeiHaFC4yx5UnRCiGbTjrdc/2JaUbU33lmYfnFG3PtyzkOP3PAMde5yOZGN9xSlaTdzT7LxFpr0O7yL0HphnhCd1NWfigmJdrPC/dmz5fsdW5v4NGYTJJFZDNwByGPbBxJv+7ZD4sO0jXJJFSioAA9HeHPRPUYSPTuiqg==



AXENCIS
Trademark Research Report

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 20:29:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KQeCUUiYrqeDV+VB/dW0tRJRELvTH3rNj7ZlSB2LF6zFk+EeLkW/gE0uONS8J6PQzNQNYAR8WPwJHAXGPBa6xI1w9Wg4wDEo38SxDsdCwsJCKN
+BuiNIJBjqVLtur46tGtR5PtKNI71VRdfV4umtrovRn67jPZXi8mZHibo264fUiVOole57Idzdicw€vpIMyOGvwDuXpzsnHQeZ0tJqz3hZL3PZYeqRR8WJt27t1a52hcjjvMRMQNjOR6HoYFA5dUuXmQRDo/upBuYizxYi/MftztGnObW4PB+duVXxccGjm
+jZLPtKv38ADD53Rv2llDY3KDXT2UrmDbMJw4iuag++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https]s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-20-29-18-GMT.mhtml

**Hash (SHA256)**

f541b18e82744dc906da182ce4be45dc7bef4ac712ff59c3d88e175fa143f870

**Signature (PKCS#1v1.5)**

X2wfYhMEFpqi/AmZcLa1QrhwY8gsqBldrlqiY6OVnKJuQ0v6/vKzjyMe8JMirh0b9pY8oe+Fp8bH4oMAdZ1ChmEW5nzw+us5Sqp9SDTnegw8FbCaxo+9E7g65Q8Wz/4LvQ8/
ZzRGNLIDVMcSmweBSZf8amBnl8RjZ7ebx5ux1LIrDeyh0QVlFsd/3Fdidtlpotr4fYBbAO4BFRMDDNau1+bt3fDLN6n56b2LluKmv6XUqMiOlSwXQzBGtgvxh2Kkp6CWFmwK5KjOuVHUcDjAfD9J88NRyd03d1GLHmXaYqMdEuCPad9QhTXUCVg2zNFRIQHFTUynTFLlwT7cQ++





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



File Signatures



**AXENCIS**
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 11 Apr 2023 05:29:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
LaSLAy8TYz8e7kput4Gu7tg0zAFqYOyfBlrsC9t9Fe4i/lxozkE+WYdryNbyqwzApcl3wKYreSGTYN4AGpQ5htss9fbiXS+fClEeqgn76vUNen4a0RvHhqln9SmKxB0/41xSCp99e7kAXtMZpUYvu27MciGfUFg1G6Xi8mRM6+dFDHs3DIqecYrCYY0pOyzkp0U3owRJu7MKebn1i71e/flBTAKH3t58xqhr0+ldqyC0+IyvaU0QiTSYd+VEyV+7pWiSiRINBKEcDh7b/5UDNMJoF5NeEnUeob78FQosOmSP3qbKF1yv/NM2Jf6iEZmWdeRNXnQQvorT6Pf5GqMA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]/fs][fs]pay.ebay.com[fs]rxo]_Tue,-11-Apr-2023-05-29-13-GMT.mhtml

**Hash (SHA256)**
934bfd349396f3d50a880c4960705ce4a2eaa7307077d4d31745Te24d28913c3

**Signature (PKCS#1v1.5)**
NK6VTTuQsP7w5K1z862jOfp3uf33pidME276+2XLBnLvuHZqa6+X1qklDmunbedzCCNQtlFSiwiXX6rzuOZKlH7CwVwJbmFTZ+2a4SDuZLeguoMi8VI8RYkrmTRmAth/04pJRn5z0hKrfxHyB9SIQ+KPlby8cWPQsJ8Z6sE77pWrtQK5PxTEn8P2eODKvdzFKkDBLarGihaoERW4ZctQF7uJOoTky9EsvcCfKWuEWgwRhIC/QGyrHxuZeXrSn6UKT3X373w+XMWg1j+M2jUL7rfOHa1vc13EAYHbrY3tgfIVzWOseAVhhxjF2qS0wVmKfctMhJi2W5BHogfX4qw==





AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 20:03:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bodMayRVFd+27Nd0D5tgoUri9b11159EmDwrYRypfjABh7NBOqX8fAhVVZyTNFJ6JDoCzSb8fWkknTKxTSaorHivxoW/+YSmy2MXMLebMQAjM/Hfe3e+e8Yfh8ay6RcCFEabXJfrMVctgZ2MzqWkHf2kIBvdP6jBtsetBMLz67X+h/hA54d0faa9D2DFuocsjm068yEuWHCRoqyc38e/
S3LwPI0BDL0pgMw8hZnYOi1r83r3JEmJwGYCPFSdowMm79BH6Pu2wldpd/AjGwdxBuj9B9Vew8JofGmRNoNwKqe7fyjWlNHla7QU7pwfyPcNPumxI8KHl4ACE5zUQwg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_@https[s][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-20-03-02-GMT.mhtml

**Hash (SHA256)**

ee4a7e04760546636l7d7e3f728fa5da643f5bbfb45f1230c2c9b0e8fbbe82a29

**Signature (PKCS#1v1.5)**

aa89d4Qhoxu5l59t1a56CKg1b51ofWeeTJlU3NeuA4EgEmjRzhh1GVq4TRaWoOHOsjfuY9SaFFyeQ/TP4UZvaqPunl0KuMpvGxLc8JqqloPs97dMctk/Rj4KX3Usf1x+AGHX0W/wQRXPPyX3f1Z31pGLsWdp3qhzr5gdz2rprWJKvM2f7V85mf6Df8SzHUbGPe9UjyQPc/ZXdKE7/
ec5JiUXR0eCmfmFcYDCQbrD/hghJGHQge+c/kgTFd9HilmsngGQW1KcMIXqteEN1rzWlXx0clHdW65rnvpjETyZEdg/rqVLB/o4mViwGBUekH8Yl3hPwNHhv8/lgH3o79oCVtyA==



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 23 May 2023 08:28:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**
Mozilla/5.0 (Windows NT 10.0, Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
YDT3JLf/0RjjeMvHBbXrsL/yTqko7raPentGd7ZpWnmzJRQsnoyIu8es+SO3tzO2TvEAri1/zdjjiXo27VANDorP3HBZu3HPNJxJolG9ywOnj3NVtahIyXpAvACHfNo4fLwOUPdbz050CF/0yds2Dlblstc8/5ety2JcZLJsV4iCLd6Q39cCZrez+iXYPY3DM23VFg27WYFJ731rfm5zC8N/6Diju+X4RRKKKuXmb4IKy+mAD/Ab/ThAVEd8SmrCTHEfgZTzZ/9h+EyvXT8spi2AXGgCwaqE10zLb1CD+VBT2ULH/RxorFOrQFzawtSQT0+0GEGVZgWlL4O6mQNA==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-08-28-23-GMT.mhtml

**Hash (SHA256)**
aab852db421790739016e3a1220f074e281ffidd22fde8ad965bd4af42cd79463

**Signature (PKCS#1v1.5)**
rNRTc/em3SWZrf+5pefkTJgDV3DQIKQBZOpeAE2mjl82mn9XT27,Ir13E+zZfRTdKCgf61g81tZU89bqbRzmukjQUbCwwaTA7/8XjAmSigWEUuj54px T6FRB29CTmPHYzfDkgIAIzqM3rdY+wi/MPtxKxNbyeNjToJCwRSmuqbeuMLvNeKHGGJ0Lt1MOxFsAeAax3IfKKEDIgwR1RR1chE7aCy8I0y677B27hVIgm428LUkERSRIU7gjPMDYxIaHTLjmE89hy35FesQhBI3gWZ5CsAftTBcrey4556wVUo+gPAbAtT82er/78D6ck23IOj7P3Yiq7SHaoM7FGztPfJA==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 10 Apr 2023 12:27:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EELDilOlmAuiP+p1i8T3B5ra0hwfb7qPwLnZpqmXPI1QtLSHNrlCV6nUHRYQoO2Q/5q9I7BXyFU5bf7VhD+qwpvUqU9K7w26yz6e4Ut0Qf/SE1XjYKoJAYNqJjbH7okJp6f18dc1et0JpysxUc5ol9Pivd8NpekuiLbU/exwrVGrRnweT9swRQ7wZmyNUAWyO8VmeWj3V/BRoW5fmgIFf5T5KN7VQtSY2lndQoAAKJGj1xL7dVMizKAzKlPKy+y1yq8J/1UBPJbzJNNrr+onItG1vWEQMNvF/hjVBBuzgGujfSZHq3+xuLwAZC4/a/wVSSR/YuSyAKjkgBM7j/XoWDwyCg+r

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-10-Apr-2023-12-27-01-GMT.mhtml

**Hash (SHA256)**

00aef5bac6e42dba4562cda5bad04ccb64f5d33ec0d4efb4786133724be6642f

**Signature (PKCS#1v1.5)**

MoK30ZtzagP0AaRpkSTW9WfRZFSVNj5pwAswZ7khnxrM0dqnz1O9iFJk0r0tzOK9FyMR7AtRgSUZ2Q1Zb6kiifC7AvNQ/YpYTClgRoTWun1kCXslcsn78ePtLt7JRQbtyuFpdVaQ6PM848ED6AYP9HUNlE2fm8GsPfLD6OatlTf9NoyuiHSMUWk1tE7qGhhxnKR3h6H9M43sU1oycSWLQ+csI6uTX8svFKhJglyR4Cb+bAdfDudHuY0KTHf0R4exk3KIZMk+WXk0FdfzphwhFqXX0NNApSnCGzSAKVb1ErRXYww+9LCf0cd24rZnaUK1hx+Qagoh4VeGVKAW0TE/A7y6w==





File Signatures



AXENCIS

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 14:56:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IbQZeHURzNvU+Fa0+GA3Oy3rC5+vQylBLqRiHilCSWL3lcbBa4rO9XYoSJeL0b3HfC80es+pkx4B0J0oGiXoFb7dnhTqscRti+hKPkRDt1nWbbjseIIcVF+6zU+ZUlOXkScJ0CN82zlWxLx+JDR8xdzf6jMaCqyuxhbp5Aw/EeEbM4wYbtAIqKhvqrnyXuSgyPx889zXjJlD2aHzaQuQE2zQLSmA7V+KeIFkUZf0OhvzWKGwv1T8e2oimE3jT3VWnKne4rkkTBOUnoJrdpp/Pej+qQHJaBmxJMXgmwNi7gX7YViy64wJusv/GLnRnRaagA//SN5xj/ZN/iWiiHyR5Q++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][hs][hs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-14-56-37-GMT.mhtml

**Hash (SHA256)**

7b3339e5039e71fef14996556ecd28fa7185f4d4586ca36f78d522d0d28b71e1d

**Signature (PKCS#1v1.5)**

UMZPUyWNk216EjrdvMKHliMsj58dtOMmYmIKSyleegFirJPjaG597GJ4HSkBzqqKzr7H8aRbxllPhpNRoDbgU3ZVo85mu4/L8A0CWab8km0+hYXpt3qKZEp/Celnkcx+5jjCv+WBrGi+wxSlKHuNnuKnWUGXyOQtS3x/E/ZUcFaPLm/leIQiFPCj+fCW8Zzf4NP1JDqm4zRLkfe209Ce6TPqfPOMFOJZeSRJNMtqJxjwGzRAMiDnkpCekd6kAXUEajBJd+76uEvHcED1xahhTWaT01FtmputNqzl9vpga6TZA74SqdTsiUa9DvcfQjzw7AYAqkSJ8JbOfNQBTrLZoxg++



AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 10:33:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

0Y0X3ykXue4RMmVhhV3Zyn2FinzzlR3tTdijr0kLqui7fV56BGQ6pASlOLiiw8thsVorwiiZ5zR9r4XboHvtBI+R2y6tsWdH/WCINBTjWMO6HOy5lBhX2CuRyoJAlkTuP7DQzRbpiFEG92PKHNjKawhEZ9SXpWhElW58s2s2sCN7a14BSc8CSxAvDD6Oy6WbTPlB1MvTQnv/R5LGWvKW5NYhfo3h7jJtDiKrAdvi4asj6ultBcfITgSDKCKju7FiaBE6uZ0VK644enoOC9rzmnVK/Gsy5h+m71EpdE389e1AEhPwuMxVVtBMSxbtHWtqkGVjHfhoPeoAZV92me14vA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-10-33-01-GMT.mhtml

**Hash (SHA256)**

b30e3491c69be432302c98f784852894dd67afd7a52f419303774a85ac5329b

**Signature (PKCS#1v1.5)**

gWR7kxJE7bDgeCgdKuloklRJHf5/MYRcezAkymbhuU03yErmxjsK6OtovETgRbz0hwKAmpUtZKaC80FBQF4euw8ngSYwiLNdK9RybO/k5UqcEBcHgwMSZSxCoN6VB364XMVjt0duT+G/h6wjq18XF2JUWguW34ZsvEagafeR3jk62QjNd7W+LtrktLHXRztWTFXUv/6j2tNlaspZUNBmhPzr7WJrUt8tQ5RzGi13nkEYTaaUDPxIbZPpAWrvKzWjjKZ7cP9Xm6Jy8OPZlTyuN3gZm3hFUf9LUheQk0ooDr1nIsV0ydRSZ6qSSnOn+nqFa68IcMduu96uDpzqmHkULpb5Q==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

File Signatures



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 07:23:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c3kPoeBiABQZPxdhigqVVSAOd3ttL3bQuIo6g4Cojwk4SgPoWRIJaK7Ve/+rtohk7wLEi1LJKzWTmTEWaaIM/s6KHm23QHSyiZ4O/XxHKfR6yuICPJTqO8cU/XaBE2FOSfhCl6nD6yiSJChf3axvkHqofSi5nJPpfw6GXIVhRO7G2R8EW/aiCtXo51ySl4iQy0zvaJH5+5lTRqDSAdw5yCLYhwOl20Hnd10yBD5Z2nIV8LwXI3mqAOiWQMBAGm9MRIOu6/SAU7WSHc/Lnv7sba4Z83SkCpkOyRH6sS25Qtn/8is2i/89nfa0W0XSTjEzhyBbkb3jGa6xSLHw/T90a0w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs]fs]pay.ebay.com[fs]rxo]_Fri,-07-Apr-2023-07-23-26-GMT.mhtml

**Hash (SHA256)**

9fc84030a275032f1b3c5c6185f4db8286of8e9fe4e7b1bb1bea8fd2c5c020895

**Signature (PKCS#1v1.5)**

VEcQryzHGZppSo1SqIs6w5jMxrCKdoCU4tXEiG/IMFA5f/a3L6EfbfBa8Mmis9Mgmcz9L7uM+2QggWxOc1MnDTUmcWhmuDf8/jm+uQW+gMdgoGRr3ZmiMh+1yizh2HBkYgMRX3IN2Vm3y2yJ1kBDWwRZfwxg1WG4xpZ0xX2viKg21XzChg/bz3KGTzbdEJuqVxpq9DzJQHps0N9Rb2dwJFI20esnZMe9bfdpbt0C9fT9uXXI7+bY+1p8w+jn8JZN0/PSWq/FNFcgO798ahK/sfuEbyVhmwLF28GOKUFIMqhHYQBRqhVLAWs0nXRFgyhMPcCoY2TNnnDuVmNbrVA==



AXENCIS

File Signatures



AXENCIS
Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 14 Jun 2023 06:13:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abtahi Rakin

**IP Address**
27.147.190.179

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MRxTim8cM/N3Gs/fP2K1xwet/bHxsUsGnNxBIuMiOpfoNk/pPe99UtFP/fopoqgW3A4HKhLd/dET2YHvY0IBKAHaZQ7mK+xh7+3ovncQ3Dn71WyDT7BMow16S4yYbyq1oEdIJ5TidIPp80jcymQ+/zji3IR03jHzISBer/TQI6SwYfmz14eaxVJ0jQcBKHKX0rFDhz5iXJDCNM2N+pkKXoY1NtuL
+9kFotppLK0/dUhWLuv6ektogwJVxCMi4QG6JJBBLNut6JGx4HfMNADfs/DY98zEri3Zm3yiBK6AodXH/dyZLLLDvuFJYDmed+FLTG68zA331vLC7S4oKf2VTSA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-06-13-44-GMT.mhtml

**Hash (SHA256)**
8a3eed18fd95c3788c5c1088a731ce5463c4da949aa8d6fa7f8d0375bd3ca109

**Signature (PKCS#1v1.5)**

DchoP/8M2UKKCDIm1beCgJzygpImM8IDxsehWNkzf7jeE7ResdNoNLHgtt9DrR42WkeVczpagcU36l0iaduGPe2RJxaE2xiH7Y5DhmwKEL+53JzPKd5/z2KtBt9S1Ed87yOB4M+sRAO2QP10bKkdhZ8DxyQIEfgmzkaheq8RgTqMDLaUNZHNWCc/
LLABpfhkITRPFf1xuaRRoOm5oycWzCDkQ0HianaH9AtZuY70ZkaB+gEchnUSZd3Fjmg4n3zpSie1O1R0rguE4X2RTc1FuKQmX+bAJGzvnokSv4BfPUO0hGsDRuzyKTCJZVC6iTpP23m8i6uliqyxxqurg+=



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



File Signatures



**AXENCIS**

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 11 Apr 2023 11:12:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UVmGxe02mwJnrvf1icdoM0yzVC/mLia7BFR0NScNsCdCW/jYDldf8xtbF0Yp6K20mQQDTfTvmBABgTTaFeOnx65cJvxYuraQMwhSiXwL2hdB48ZnT2vbshm4ZGu9TqZ2u2L2QH6HqDz9Eb/hM4L7KKrV0+U/9ODSSAYoweEgNON6wWkYr8NxBUyNMHgkjK8yRly0Rdtoxn0fhUiVw2fJRsQG7jjKVZfDd2NBFQedfEn1pvVrb3Xt74vCW0zizkunN6OpVz/2kq106z/0-5ginF6auCVa0ZHkJNj0xZouFJGbNaezYwa0NyRirNv9bH-j4xAnrxHZMHH+XkdfzUnoHUg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-11-Apr-2023-11-12-43-GMT.mhtml

**Hash (SHA256)**

f35121cbc0870dfe3440e382f5bd0d828ce65997dbca7c2c40b98bc4bcaf57e12

**Signature (PKCS#1v1.5)**

ON.JqRNg5up55U1Mkh1XZ1WBmt/GRQ59iDVz3pe6ChyfdR7TCgvm4SM31pnV4jznF3wCLWSJCzU519stT3J3PQERKH0ef2emXQanSgYKWkcfo59f/SgpUdgTjm70c/Xl32BCu2CWKg92DLNqpciZQyPTAe85QnUcaRRTCEZT44N1CfmfWn1v0qrpbGSTWE8uUYJivk5C7SeU-Rmu4v2GjUZ6Zzq+rBdbJ5fnMHSXI5iNyvH5595PD5OXYYstU.lnCaBmuRlCbJMC81y81FiEqGmxbG81Z9KVDQN57anq1AkomNalDDV/nWH6Xvpe7GWyyb1bFGpMPNtJjOUuoz0aq7z2ADA==



Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 06:15:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:447a:1500:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

I5xHjXyaSpvBPC9fhD+JWnnmhPfw5Z9dWPiwFa6q+6jqRAAuCuCVPY+cbJJ2Jwa/l605i4Q/Tl5IcU7mwVdpB+oaBroW79ArayOfWP3y3NpLLqEf7W3ICde2y17tpt2Jm7LsA0rXzh8OyfotuPWXin7JrsubWvBWXdCnOOmyGFQBzo9RpK7+y1niZYP6xDomBM2Q/St3S+yggqLwFFQ09nhb9SX9fQ10vh3GrXek2GiMw5KWx0g3mmmeiydCmPF2NrQPT/8BH1m7clbwM7df34chVH/Ig8jDohfBboHOvA/N6kqUXWMHrb66o2yTgzUmQXsmCd72f6q9IX5qRMNbSIAzQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_{[https[s]]fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-06-15-52-GMT.mhtml

**Hash (SHA256)**

67e35612702d77b3ad15f2521a30a26fe807905971b5eb92754a738ef4fc866f5

**Signature (PKCS#1v1.5)**

tsVWRrkdap7Qp/xX03DSFEgrqhTnKNABML6XTFNPNxYgY3VF2fnAhDvCl2GYuKxJLOyo+DFacmkQa/pqN8O2wu+CG42uUybjoeSRNh0uSNiunilyrdIhl0YNYUehSX2lf70jK19fPzpSxeYSY/NiT1UnmBYiAlwKmsg/yaPSAWJTkco0rUiGc9BH3nr2MrTo9zOtWwZZ4XnVDiQT6lgc8Pv9/IBFgJGN0od2SlUH5fqUglLmNf3jrsabpcEycHjB9wVCnL/Q6Y9uLVMPfdkppeoI+IHNZD/Dafqz+NYfUkH2lD3BOhKRiljStmuhjaOyvXmJw5Z38y9PU02ehK+79SQ==



AXENCIS

Evidence Collection Report

File Signatures




AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 15:21:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NRzYZxegulJnIujdKMSSrQ0oWz7A+qYsrnM8cuJ5JQcuDmZbaWpZK3txv75Uznni8+cQNDDzEkcQAF6s0TZ9AQ1xDQwm9syWjfOCZxmj+qZEQ7Lfsl/0+pCdAPZ/6kK3XFUFd5f1ANVwYxAf5+f1W0WUQAWwjFYRF5wGJsUid3WQUjb7gzk09ef578vrolwiMV0NnjNSDK/O49mIM9z3e/WiVvyS51mGhdVh3gE41LduTBHiml9iEtXReTeONzbf9Fij8TtODX0cz6oxwC16Rkbry/rT0jomZ5D9otHGEemXnnVl5PqmifVY8k7sOV377YfU5OVpU94Zlnw72lUeRGg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-15-21-42-GMT.mhtml

**Hash (SHA256)**

e6f784a37eee9c79672f0af0fdf71bf9df181a804d4e92beab731cef95962bfa

**Signature (PKCS#1v1.5)**

B2QgRVCJVKqkG0do29FG4bDOTJ0pRfBHjjJwyu0goX7S5NTBT0B3mWBuxB6BHsTajDyNTVQL8Z2u82id/K8k5d5MsFcc8tGcLVq1hmEDwIR0tgXcVp+uL2EaLpu5rjLcclMDhZ+dXQezf2JolxY2SATVeuMHzG/pPUSz1re9CYANvBnKyeSAyxNLbtvwnArLSH+ULVPim43M42yTgqyoC1wk0ngeJBiaJNcNKib4YfzQtA93987CF8NHUKrGk/QXdV9AMZurkxk5QT/KdVeN3uiCexo9huUJfMoDeW8XbC7hJovSrYE9RgMJuUZvMHsAjYWeYItY1AGRi/pAwmKwNQ==



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Thu, 25 May 2023 11:40:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Nhvdbt0DW9zS4LFVKr2C/SD29Nn3TvaLb4658CPsmhGLQnx51FFRij0eCUBN3bcRCHv4WD3Y7iWCSw99J9JbMZAyJTKLsuvKXS3Mv2kP9LSbz6+zb5g4l6kOJFu92dBsmV92errGX6zDUNQfHSH6ad35Nqxs8E3MznwiXAySx402Zx59IF02N/v7C5eEJQhdQDFY5JFigHzUG33w
+JLRAsWwFJC3nCiqo8m1IBCua5xuoyMn8F4JwwKC7Jy60IgzjTvibiiWJboAdH7Ar2+HP96Eih358UIq6/8npfq9H5caVto305WrpIoCQVfuDfE/92ind9U1h8aODPfePCbbCZw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[x][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-25-May-2023-11-40-00-GMT.mhtml

**Hash (SHA256)**
823818fa0ac7e9db04e13583391c62d490a27e61646565c3091665c10ba350a

**Signature (PKCS#1v1.5)**
BIojBu+ZkTGB3JAWR+ZQ7qswmQ3Ri56lWAjwSxt3BoMHNmQf9drTYRdbaH8pmFRmE1HhPSa6sjmfQZnwWKfVdcr3dyXvjgrTmx2CJdtG2JTqlj04M1b/V1rMPBQnvMDacUi+YdODhkjSiyl
+ln6cs9mFnWuJMCMcRvKjBU4lmNk1emP1LznxBL8vythjxcB7xd9k/5NvB9S8vh9b5NfWVSDLV9OJyB8Q7xlfugtxdP0tXchLQegVs/2RfBKJBYGX64+rya7bxmtVSr7lxlosY9DX6ehar1dsKQMysZ2mJW6OjNc1Ld4mtviCH5deWGeC8Cu/8jSn5FGVuXLxpfSiA==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

File Signatures



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Fri, 19 May 2023 13:33:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:44e7:d400:9c74:9d70:8bf6:793d

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Xd9m7YuBLBrobTd7DVu6B/7RyIZo57dFVbWp7nnzFgjJGZ7KhZjnRYUsvWePTjXz3EqEnMv3QNib6ZQMSWVkYVRA9Gibo/VxCq1aN5e52MhIMMYZUw5z7BECLLGk0K12xsVRsozC82YHIFY1hX/3qC1cq3xY3ZTp9qxgpWNzVObnOz+i
+f0UYHlab17t8GsY7RerO3GzgkJFMhVAkOiq237HdTHL9rOel75n8MPT5g0J31mmHOtGVqcS82Odw07LNEw0tIGqKJ1UgVT8xr34PssAST7bVdRaYzs3ZDuzrtQkVLqNRoPM6rVmcvpwBZ7YfJf/Duv4FQko7mw+0y92Ow==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]][s][fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-13-33-08-GMT.mhtml

**Hash (SHA256)**
96b70c22b86d047c3723b9b45a3a5637ed9063afa968682521a198c77813140e

**Signature (PKCS#1v1.5)**
ksriqZ+LIchnqycHORF8d7RG/1XzEBLJXjGObyyOR38frnBZU5xx24JjHiXBAhXquUnEP1e3svT5Scior4LMx4WAodtU92EFOFbRLNnVPk/jLRB2PefiJpGNxL6sMvoB3fflw8ddZJu3f8HtdAyKY79XqUkZ/nTkzIcybBUYw716nZGCRtLwe4qRNQ5woqli
+q46m6WUsrAVkzZjdmfvyLO3qRHoZNc0Y6kKTpBvO93zvH/Y4p7Q6W+k7QJqTcUfdtGbmN8drck2MytqQJdHsaF0OCam08K+tiWSOtzSzOwKYoUcXkrXld4hpPgj7XKdldS3zaE3xonFqL4mdP9Trg==



AXENCIS

Evidence Collection Report

### File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 14:50:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

n6LWC7N/SI5Epwo76XG+/WDPI4I/tNYZ5n6iAu8XnXN5sI5RHbPjwKyYR5EYW97dbxkncHokLSB1F0YnLQARD0fzzQ008CnlMG2YGwUTeFlTr+DbbBofxXhGa8kCvqcjpxZpLvwpqeUQxa4vvUI/rLw+4JE4sxO6vA4j2CEwC0mRVxXe1mtGwI68mmU6woUkG2j/iQNtwPQhNXfTdquu5yTvxIAZiSaRyaJRPMvvnrLW/dkXx2JH+rlZ6Jce02V0UemZ+VHMl6gs8fK2YihbuL3wXoohSCMoi/On3URgWhYx5rYpfSIwfa18Lajr2U32QUzqCrS4QBvLv/E0WTJMBg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-14-50-40-GMT.mhtml

**Hash (SHA256)**

6c343fdb5f875e1e18c2ef89a82841a03287399b27b9e9a4934580f533ebee2

**Signature (PKCS#1v1.5)**

KTKdxkY9ZsVmgB6iOt+k4dGstGmegbeAely1/sf0yKBm2zX587rk94/Lr1.1T83+CUtUnZpHGV9zr2cGw3BBJdLyWNO+rzKiwejjxk4bop+h6yzATTEKm1ej3Emx2H0lE2zCAi2SbwqHOW4nXoxhXGISgxkCJn0GTnjoazA2vUQhlwa3v80MRQ6Hduxrh/WHflql0ydP1qon+8AE34k+kpsIEiAG0LGqRwLTvgLpl9clsO78GBaYTBN8pbbbmqjnbKimobLz/StWyzgdEU5k2CZgZye99xc+pbik4yvXCP0eel87pVUEye2L9HLE1d619pl3IV/nZMnFhN8HEjMx1Q==





Evidence Collection Report

Page Title
2" Round Smiley Face Sticker | eBay
URL
https://www.ebay.com/itm/16xxxxxxxx
Collection Date
Tue, 13 Jun 2023 11:48:13 UTC (US department of Commerce / NIST authenticated timestamp)
Collected by
Xxxx Xxxxxx
IP Address
XXX.xxx.0.81.2
Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit) Chrome/109.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
0xffdffd1xxf6161fxx786fxbbxbd5cxfx1xf4xxx5466xcd6cxxf1fxx5f45xfxxx4x686xfxf8f836x54f9fxxf4xxx6x1fxf4xxx4x9d86xxxfxxf1x8xxxfxxf4xxb0xfffxxb0

File Signatures

SCREEN CAPTURE
JPG
File Name
screencap_52bxxxbxf4jbxxx.xbop.wuf83a6x90830423102435f8_Tue 13 Jun 2023 11:48:13 465.pdf
Hash (SHA256)
0xf56xcb6c3416f4fxfxf5f131f1f76x473c721xb6xxxx1acxxfx3xeaf487 9x6ff31xcxbbf4xcf3f5fxcxxxxf7x4x6xexxf51xbfx896fffax
Signature (PKCS#1 v1.5)
0xf51xbxbc70f3x0f4fgx6f957x6xf7xf987xx161x4xxfx49x6xxf42ceafb0x73xf426x6xx37f426x7cbf5xceefxf6fx8xf8xxf6xxf8ffxf6x4f3x6fxffxf4x0fxf6f746fcfxf46fxf44fxf98fxf8f





Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 21:08:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UcWEfBbOgmmH0MV8wmhcNJSr/9m/e3FT5khiZn8oZRQmSpp36JOwrZtlb0v/reOJ37Ih2v2dG0xs4URt3FN4N4KdN5fdfpX7JejYBUfDJxIuNomrSdVRTJeP09uZxIV9KBH6l09X9aPraq+40NXNNeV4zWdTsCysM80f8XXd2vCKsua7U23h+cczOnzQuCF+8isoK9S90zX+sgjbgJYRUTr25cerGc7/i8SoJpEcRYy0cT5Q1quzdD7m/B2Cq4Y0bQKyWPK5i12vFSky2w/lyCMXhe6aOS18Tzm2H7tEuBLAod0VafEunLxDY5JuODxphSxSjrNkd4xRlL0srp+sKWg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_][https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-21-08-08-GMT.mhtml

**Hash (SHA256)**

a7a9efc8f6f037e4c9c0b23423e5b01b2be960359c48ac15849cefc9b922358c

**Signature (PKCS#1v1.5)**

Ddz1nauuCYFZMZrcFmFtzoKoBSiHfivBrkELSq3ktd/O/YSoVpyt0L5kpUuAGHpIxiASEyjfVg9hfhbSj8eZy/HBUPJrwC03g0WEtQl9AvgVkzYOdzMjRWevk6zvv9wJSYqCE8mfpIxNbIJoCqYDfOEjpEby0vzBL9d/gYYkUc3SWvthglN28kWmnxax3oDp3FdpmgEWROoO0emL3tnV1bIEBFcrOOB3eCRuNrvHmHmN2m/RT5ykTju/QcZXDCFk/t2vvzxDws3X37J4s3VCIL6NFVCcFT3D4ri7paDH/PJxy6hS/aG1X/Dz2yPTYZq/fr/L9gwLpJRYFAWvXxvVhdlw==





# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 24 May 2023 11:37:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
xPt4j1mOjpKXBtDQt0YV+dzdiPLYBbHV+9+qtXvBSGKCwUsC496cC5yoA7Z8KN3A8u/zsGn+AYguLyvCnm137iE1aKtPzcWpm0T9qf/bOZA80tJDVjR5HTX0nvWOCKcjUkXTUcHgt9JYzacvsJjP7f2k5mwns/0F7R3Aw9Wb+H/deaw/EuOSaDtSlwJ4dc7HpCUJMPD55wCig85M6pQnx464mw5iOk2Sxi/un9JtTjWlSatXAZtJhsu+S5E1+xtm+FhjNFgzALnxGiPtOmZUp7fiJuM8w3zs0ibBGE2g5dxsFBdVyRtEX1UekHsovKmhmz9Xl6jnb/g3UcZzhh73w==

# File Signatures

## SCREEN CAPTURE

**MHTML**

**File Name**
screencap_[[https[s][ls]]fs]pay.ebay.com[fs]rxo]_Wed,-24-May-2023-11-37-50-GMT.mhtml

**Hash (SHA256)**
54bdcb5f510dd0e50aa99af4ca5fb50d3895da55dad66b15657bdb9227814610

**Signature (PKCS#1v1.5)**
tcUs7D+AXYkAQjjghbr3XV1XtfvELszeHBtXrsgJ0K8PENmrZGb8Nsrn0i9rdQ6KDNytqGC80ouq659TuPegbGBCSAjBFzse/G97iKlka30/bn/xs10wYhyy9Kcy75Hgu/AuBcYKTCvfAYn20LoocUgoykJE9Vc3CBUuTTrLa23E3sULdLpog5E8pwB51yP4UiCHnlb+UUMzDOQvcE/gbN9IP4jD/YZiBoZcpb41vFqcZiaJ3peVWbn+3F9i/q4KE7mOTo1F9a5yZVVmFDBGxtzywZo1sfD9XwibFHwYpZhbrGskvCpDDG2CvMr0awyN4tt11rwYIL3KmBiyhOdSVUw==



AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 14:51:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

I+pfBiD1fPlW9aM0ZX/IbZ1v9qMvpsAIAtusT3W05x7HhbySMUB03xBLvwts/dimxthJxdRw/ZNlKZqBJytOyVG9oDFtPdnMifoc1dIkhkTWDYRdATg1zQA3srNZPbHPV++0by1vfCPGddEVbBwfT4vrToR3SEL3yPHdHYwt+83UYH5OVSO3jxE+HZ
+JNoSEUNVXdV8GW7WiSABRfa44TBLgE2+r9KShGaT7Sh0iZj0F4bjmjR2fsOIZZf7GADcPE+PsM+0kM+MxUhFK+U03J2rzexxhe6k4y6wErieJiXd/9DPxeATx4wz0cSarN2q8sbmJ3J8byz2R8WrvtGhDvA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-14-51-26-GMT.mhtml

**Hash (SHA256)**

a2ddf91e9009c88e8bc4c053fc99f85497720a51df0dcd1b7250f2f133af72b3

**Signature (PKCS#1v1.5)**

TK1a2hQlJLufN5fXy5QOrm/AWWnxujku1/mvx2/D8VWb6ynA1RRvOWcM4oVzMpnV7hj/pBGsPC/8eCmvUR1TfSLgcB15DjwpEhdCGaTMumiFn7BZbTentZzLd0NPNbQ8wDFMwGwYEUVyyvjaVJ4Px+toxKHIodZctRzswM+VSwL9/YkPZtiamZTZ47A4Mnip0rzFjGXpQNjl/A52f/fbPh6WoV
+KP8c/vmCeZ+j9z0ghtsjcxy0XlJrqa5/iJgC12hX6MPdKtDDaDWCW4nJ1JW8K/h07atFLbzFb40YZBv49n+P/D01sUPBkymNhWehlXEft1Sf9u3w1aUQpXrOJEw==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 20:52:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

snmTFKXjtr4zFg7o/iithA0pe8d+TO/97/t/oJ87myV4f9WSkr1+uas41zY8LcpiAK9Kl2QkOFbOul6NVUNFseik0cO6YZsGerylTvudKXZvwp3taV8Gs3nKKxaYnFh9LmWP4HEyfODYrU+GU/aivLeuwKW7EbLOl6w56kqxDil+kVkU1Y56QaGPSglloJXet8BnNOipCZwQvPi5wT0GWeLLeeeNsATDKGbESYKJ7DH3AXzajA6pyh6H8sRi2HwF3uoPRb4FE6X+cfhWH+O4FRLU1o7bONk8DcQn/3ztO2dnDWFw+fTNRqYiHwojuZNhtgp27FZ5A5eEPnyV9QvYA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-20-52-02-GMT.mhtml

**Hash (SHA256)**

1dac6ac750c6cf174e725d7bd2387f9ffdc1c07a7d963352689698032b4fe10c

**Signature (PKCS#1v1.5)**

odXJS1JepI/GSb91v9QiMkwuxAlpYF83tYBYiibiZfKfvDwdeM/hgeLwaAVoDLZE82iQb7h8oExQPcqU/I9vxnKQLwS6DyTozuZ3zJktsTXGv1XSu5DStdZRmVK1qCn4C64wxRMOeGuY+F7/nmQBmBPP5tietWL0oWpC9pUPszfi+3kuRa2eOCkW4xjDEk33182ek26+EpZumbsEcm+kZw0gH2p4F3DqqzOGhnjEPGh6sOiOw0JOiPxpPReUY7bcFZrmqWj+5gEuNeDlxZvsmQ0sPs4yTifqTeK/4UAoQz7czVI7Wx1pDeIoxK8m8sOna/8Ys4Mfa/WFCVk1/4o+xQ==







# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 06 Apr 2023 05:55:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

imHy2/A1v+J6iVBdovUFWkkABbZL/YZMPd4nh6NssbeRm4XXMo8MTJiVWVOKPEqh5U9jFJOKzt4OcCqNYFKyRqYXYKsRdM6pDByFnna6/yKAFMVT4cSdY+gAPEaVW89vCTLYaTan1H6gggXE+Adrg/6Mj+mmrH4DOvyxq0MXeAzd/wiqXkEHcsPzvpSLkl4HbiBJZNWXJNSP6dpXRFJJPQm 7f4T42ZTPkF5aOcftOb2yY7oe6CUatuJPlLWIWMUmn781LQPkmzw.Jo5TJ047Uhd3eiNZI78JCBPy+2zG3v56iLp9pd3OV1OTFkyJAYXFsgTmKqpsbyAaWcaHpgkHOvQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[https[s]]fs[]fs[]pay.ebay.com[fs]rxo[]_Thu,-06-Apr-2023-05-55-42-GMT.mhtml

**Hash (SHA256)**

062ccd1310dec81bbf12aafbfbabf1f5da91d1a13bc941104be3d5d035ac6b3f

**Signature (PKCS#1v1.5)**

GdAAFTVkvd0Bwu91NO0zDURujycG89+BF4NZdPZT10f65pU7PYGve49xnYnmodOVnK/CgUs0ETCiWXECACXJbv5UDtUza0u4bfj3OCn3AbvPZZtjI3kIF36ft65pzsoYBZoud1Wuh3kyde8D/tbpUCBQLvg0c9LjptrBkVmwoH8Oiep45KlyNHzjf/NN/jg/Zskvpvsgx/rypWsw9Oe/0AZggFyG80bzjq9i0PbthLiWG26nAHByyBhqc+1oOfY4AeuwjWa4FxOdInvPVkG0IN1GOX0q0JNPwjHEi50fs7TwVdCc5j7MthPUpFxq7Up9euTs7oCkyoq41ZkZHWv68A==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility. User Agreement. Privacy. Payments Terms of Use. Cookies. Your Privacy Choices and AdChoice

File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 12 Apr 2023 08:53:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gncB32Irqh+dkVwLSdnIG88Y0zwrltOaS/lEv0J8bLletQEwTKQKD4uVrPS0KYlk4PtLwuG4aZ/lMHGEeBAN0uTmSzfZ4PxwkavUzyq3dqSkEgB2nSQMyPzEz/Q58YrzXBHWWPeUQNEBxsGKeNH5EouiHiuE3gGaNCCJY9tXxKnqhEmO5g6aX7rdWDHTv8SIaGwvoTx0yw7MG+acE7ohP169vAY8YOeVjJUPidfd1nHWpuMWsmOz+CdvTP+886/o+tfb4h63wNKOmEoEpANrdnRc2h5tY70FhxL0STdXpvfDUd3iYD14VtNsfM8ESMjCLGl7xmCrIHEWmeMwZV8w==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[fhtpx[s][fs][fs]pay.ebay.com[fs]-rxo]_Wed,-12-Apr-2023-08-53-56-GMT.mhtml

**Hash (SHA256)**

ae15e8ca41295033245519a28bb382218d239a35894846fd483c8493a89353c

**Signature (PKCS#1v1.5)**

d17WsO+Jz/5hOS5Knj+STFJ50zcXc39U6JGFgZ5kVzMOS/kGhmLo53WMTubtNwQHgw6C7dDzAEVn2pJ44baqthgLhGaCokoYdatdvwT7bCNRLaZEal+URHy6s15ZINOGm0+vKCeqSItynG+6nkKbs+crze9YwkKwxzoJ/tRJokd06fiyco67whrB715sJa5n7MeJNGyma0Ogt9LX8r504LudSpma6Zlsr4CQLwAAZ0xtS70SA98+n9kQ0ugGm9Wayfiv646t0HRUztCXrikGGFwLtPz6xpQa7FqJXtAE9yFzrwEfOeD0EeT3kO8cSOszDWgsqDJ+EX0KmuJTyWNiA0FRHw==





Evidence Collection Report

**File Signatures**



AXENCIS

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 05:17:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:679::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JMkEic4BPmDJSiKwIV1Lc1qWMWH+9LxCfCQTsNHOe6Ee3pcD775p4c+HLcfUvCascAmAxVEUYiRyemK4u9lTtwFSZj66HTpUUb5VwuWU0Hksl:Jx6ODv82EcA59ay/6QE+tU6ui97CPw47ZE3u64qKCCHSzClaoyU6E96Eqdoq40GNtni4zGGdLgcqeksDiDOYUI0Ss6aH/XrbUI3oMPqT4n4ZS+PLNnzdpNVLBCmCz7MzaiQ2iafA4qfe3Ketqj874395/vXyeXEHOnz/2KOKQ9ecWIA7/2n/MZX3eud0hnuAgwjgrBxQ/L+5/CidfpiTmxAVnrQIAQdtcR60UDg=+

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https]x[fs]]fs[[pay.ebay.com/fs]rxo]]_Fri,-07-Apr-2023-05-17-15-GMT.mhtml

**Hash (SHA256)**

ebf2d26097c3775c95f6609ff46c377821fd24f7f9d9ed41fb415ea2aff59eb7

**Signature (PKCS#1v1.5)**

fj7CrmawPAY7I5tL/AeOw8pYagH5o/HNNpTq8W4HludCUAcq6P6gyvEao651askx9aiYNnrsGA/qj2sJgv508bzMVcSwOGYDYCYeDjZn7aD4t8ymi8XfbCBYAoBNcN0wi7rkQJkXzV2V6mrEWGyLXgm8VHE32xFw33fr5t+JxvMkEcfUIOzVzZpqlSL7pJMDxwbHDT+/rcbUhOSDGiErhXF1AsoJMhfkV580e0wfGM9kc352oGFHGN6gc4LD9ifN6R+m5cSnuQFYfmOCBC79vYoH+bhV/Jh9r1JRIX6hne8RGgoDGaysYMYphBuri+BfL8kZT/gs6u0baP9+Y1A=+





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 20:40:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jrLSAVl7ZsJDoufNflWckQkjVH2fS1r1ejYeCZ5mqkXlSm64jMP37lSPtM3elu8GZQ/qmwRbyYy7PnCWF0RQ62oulRX/a0It7i3iQjTUfmUBRKpGBDwTmiR9ls0Fu9PUkyjb+kimVZ4DV0W95M/feX80DVWa0Hod2d1bFpEdyZDsg8QcRK3WRifi1DCZgtWOnZ/Ve71F8xgvKr+KHnEepZSnMORHxFDpC/04AHqYU02uiHpCg5Ln0+1DuiNBifJcizmw9ry60cZlGWPeFv01j5b7Evm32JkgMt2yEADyuJrBOobZJiHXb83huwY3unHqqta+CgyNwGyHRWNYOVKfQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-20-40-20-GMT.mhtml

**Hash (SHA256)**

5dc36c025aa4cf0d35532973281917772e2ef5cb5870936136a4ec2ca631a1cb

**Signature (PKCS#1v1.5)**

HAcLj+5jMUtSkDmXSrWWwWnBH/pj0LYlQYAP4UaYyeMDnpii6ZhHy5wV1Af9nqJVhToYFtjbEDgKVLMsHqGyJ7aDgyH9x40GFzoy0CXCmPCBHq0TCwbhAOEo+KBfamUWCtATcoZ8bR94IHdGEqq+7lPuYZIlRMstfyjT+BeqAawiAs2X45x4ZLNAzJg51WgPE+3AlQJhiBWfIJQ+ct8nh8Y4a6FyMcl8+veWQZGUOnXI3WTW2cq299AYQlKKV1Ln+Qp2EnvDu+jlpX9ZKRAzeYOwDGnk+ELaY10IjafHwrIRsIMsscv+K19eWR4ooOT3A1+pw/PZAF1/AKl0KXVrSg==




Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility  User Agreement  Privacy  Payments Terms of Use  Cookies  Your Privacy Choices  and AdChoice

File Signatures



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 11 Apr 2023 10:59:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M7rYOzQZwOzV5gYtKX6Ekn2xQ5vhgM2kwt7dgnnCyhSkPZKwnBI/nuBYVoYxcdxABSGc4SWbCBFwKbwT9F1Qttf1ToLKms2Rq5r08In6bXJnFqNqTmmw1J6AN0Sokwc5fb4wZypa15bAij7/HNPRp7yJGj799TkP9G/aanfQRCviesD9XMJoCjSmJkM94+TR+ebOPf5IbUkqjXQ0R5vODL+UE4bOo/BtGmTWuN8nkmX+p937ow4s75f55Av0C6qAX0a3WT1z5DFaIA5Qn+bI5By0GuEeYqR/XrG/9HsyLBFz11eEogFxStsPXfEozjmXyF6ZqPoyjgyg2VnFVcg++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs]fs]pay.ebay.com/fs]rxo]]_Tue,-11-Apr-2023-10-59-19-GMT.mhtml

**Hash (SHA256)**

e66da9c1dc99118c6889c467624006bb7be44c42940cdaecfe36dfc3bef9a9aa

**Signature (PKCS#1v1.5)**

Z4TEJA5mYVHz/enQrNV2RdP11bjv6GyDEqAedON3gza6Bx9nVyf1z6iHidWJO23oSkuI4F1PMqS3kSFP3niHicCNeNc5BO4ACvsFnZYViqhHSOCj99JhA3junNIraMkMCyMGXOwtshd7Qvea5Y8wruM64bv05kjJ003J/6iOvD70gUFLs2oRwmGfgfUvJzedXJgxAfgcynKTEhXPqPNy6YfQNYJNxMUmMHjsqS8r0rteZRdO/qROmPaL68IZPtt2gnXcRLtYcsa8IJ/ela5+jI0pt3DSywZEDb8r3961R9WDE/Pp8iArzGF8AKSd5pN6yatb0136IFBwy1ewA5Wqlg++



File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 19:57:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IakAsA+RczWtM/
o1DMYdb8qnQwDLXqf3Tr7ZY0IVkp95ypcyNkvP77hYZNwptlwk5HXVojVkOLWtmay4Ex6Fjouhd!NU5u27pp9ZvJOSHpLZJbHhYNQQERH0AES6+N7oCoE4gqpR0pMaLZjqCcBDb10GNARfDJ20XTtGHLeY31BHNwapdLwZXiiHLJB4iUQV7VwFtD1MzjfKZAeeP7ImYT7nAg6u6rnf
+ohNzrY375gVjyKaFrhhiCaj56Q+OJwoIPvMrgx4Hrnh7H7o3tNLf5DmoNjPfNYwtiPvw5Jv/izlXFCBYD/ob640xf2P5Top6pLAaZeqSKbWDIyeADmLwA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-19-57-39-GMT.mhtml

**Hash (SHA256)**

7b17e07488bd820a2c316d8d9255100fb64c398fd41dec5c20dce7b0f55c1805

**Signature (PKCS#1v1.5)**

ntbgT4ijfvjQtlNV+Hkagyrt1ecDmqBH1hOLlY89kon6FZNzvbD7HxGXfBHRcY/ro6Y+dsnvF5TLgg8QNtR7W9V/u0NPifhlWAInrNBFRmTzBA0+mcHuqu/jFneL99QFcTSp6HEWOZfYfUYYGb/hCouvjRtslX1SZeRywr0ltOoT/yAijBdQe6e8fJmo5+iStGFgm/J5quZfIvKpfORt/
zcIhVA39517M8tJf36VmtYV3pVzqzXVDrEDpOZCqtE8NatnSbmYaNwayL6ryIJJCj60q54Qh1+rRyh4LR1GEi/XxzhCg6USHAjJ1I5Of4uMJ3eBBu73O0seFr9ZU25pacA==



Copyright © 1995-2023 eBay Inc. All Rights Reserved   Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ▷

AXENCIS

File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 19:07:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

8m44fdxyZdhnKEtQdbgvS8fdD1FdQlOAq5pr6wTR8jVJsMDgo3QGi8/2uydH1aQQWXo922Jh0jWl4Z35nb+ocm77gKbUNGVZ66c/uJwo2KLMOguP2+EyR1yjR2MgxaifIYQ4l+hCi+ywSsAHYXG0+
+j79ezSlyJWv2Vpqcu0FrheCRXCYw9zLYpWpdDEFfv1Ee82i6z7Yo78bPDWAJnDy00wECp2JfuxCQ0j5XqxvqZ87PzH+XSzHTdizQ1PF9dlF/o3Gi6epVL1HCRPjRZWZ+HwlGNh+vhhZo6ghrlNM8t4JTAwtgXkyRioYh++u7Dsvx0kctyCL8qEgl/+isQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs]]fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-19-07-03-GMT.mhtml

**Hash (SHA256)**

07935001789df0c5892200e1c892d1b40f7e28dcc796e4e76a71c2963230506e

**Signature (PKCS#1v1.5)**

gPWqZ97DSqGxwCaiyhvuLkCr8cfsOzX+zhru90vhK7XusJOlA0AA2Msn13+nfgSwGmIncFuDlw3wlmquPlHKSCJlbDwPehrG6StTUYsmuYcH15L1TVTZVjvJTeE4+WSz0jQwTHSq22VJw4cCU3GtcgC+7TfuhkWLSU68lCAowkbHh5HqjPvOrYgJCCmqaMrN9lvWfWQW2EoqSeg5EKzJRSI
+DzGBFZ+/9fSzvvgkrNLn2pbiPKVxngBXf80pmmLtsa+mGQ1O9J0mjaP1dVV+d3kQL/eN1R+zXxm/7ERbjvpv6H0AuSBVXi6KzqQl2/3lWi5xxStO/kUtrGU0Q==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookie, Your Privacy Choices and AdChoice

AXENCIS
Addendum Detailed Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 11:30:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

a5zX5/rgSbse8aq7O7qJyFEMbqMVJ1ndC/3Q91oNfJgFDA1/pNM+lWZWHlDT9RWg2blx8vJFlAMkpExpgXh0QqafZDro+OSDS1InrPhU989tm6cuZYnuG8opR4gYj9dmSmzeuI0TjaXLPEs6o5Pm4CupD4f2ODLA4MjpRYt93jRm6jvzcdHlYh4HmYWvFxHmAjPVOtsyzmnj/Z6fwUbf2zDuo5CqgOBuH3qNeqhbjjhPFk5FFqaI9EefF0htack2pJzrigWukLA7vp0rHcDdVSn4b47tkjta7Va+oA4ZYVNPxNEmgcPZCw0GfpHI6ZVDN5RO6oYDA7h11dJhl68DL7A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-11-30-00-GMT.mhtml

**Hash (SHA256)**

1f07b2069a90dc5e3775b93df9280cb42f80bda9076dc4e55660e92001c7b98f

**Signature (PKCS#1v1.5)**

bfed2aMtG3BTZ1H3MRcnrVCCbKBGV0Sw1frURn10whVmAHSAsKO407KgAvlHeEP6+h16H
+Lt8t2N1xzVubjsVjkwxshPM5OpFeuDpPKbmAa4YBjRcGyRalfbl3jLt9qqC94KlvazEn9f31DOmTV7LBVwl5rCdikYaelssslItcsk4C/5YfwisYZ3gz/7nmZodTnwVCi4IBTxTPyByXvyjnq6uoyHb7Jq00D6yEi7e9gyMAcle3cuL3xsNkBAvqhVpP/8CRODq0RuPWn4Ny6sKU9bSeuTZM+X
+qGhtzevLD7kxaUB+0Ji0NFdP3pDlaogZNkr3hJuZhw7bAaiQixTLA==







AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 14:23:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YaOwLzQ6nNc144LAc+gE2Nf+9cUgkAonewAHBr001j2nP9Hor8y8XdvpBMNtP8Gs7xABDS4M/d2YNgCDvWujaUF0hkAmmGAY9zkI/kY27/x4c2Zkof5SPOR59ysffBskKv3ppZVflf79Kh2ZzX+SjOm2yzYqOVvyglkTt395QVE2bkKsrcF3dwMTeBKpdWHrhIyld46aUDZnjkNi9Fe/Sr8jjMBTFBnqovgcKfCkBy5aWKi36P1tLAVpuOo0PfAnCbgLJXIrws4uUErZckFYNBxztE60InyuunBmzLsKJGDGvKVDYOkpaajKjB6R/nhto2ZS2HJN9pf3Ww5Ct3zW9HnvQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-14-23-11-GMT.mhtml

**Hash (SHA256)**

98f572a445fd72e024b01b07a29cfc04605e9d4dbdd2e8dc88f5e0b885b03d12

**Signature (PKCS#1v1.5)**

aL0ufh95Pl0/7Ju/vcQ8NmDuXv4bLjYa7ftMMpviETitgxeYtFZf5Fkh7+B1zEyvG7tvQTUr8rugxapiRdk8uMVHV6gnJjdHaemdzKqUf1/R0fgUxpP3jo8Vt30U0vDmrvMMtpqz5eJVFhgdA9zICP0QNhmuDJmK7UhVKV/0LcXbMpZcr88ohb8pOYnYBIoAg+cyrZiQQoEie1vnZ1yu6uIgfixf5V5kqUBXKEAzrhuwx+ySKAR5I5c246D4C1sS3NNN9xqq7h9arjUA4rxpZAzNAzg7LrKf9i/whwv081kALBoIhd4tnRv+IXC09vJjNxig/GDwxQ0rArCQIr94hA==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Evidence Collection Report

## File Signatures



**AXENCIS**
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 15:27:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

r2DFwt+hzhbU8zrfwikg6rBUZX9E5vjPvVc6uI8ef09c3ly4ybjbh+z6xHFSufV+elnRg+5Z6ZJU7F7432a8VAjiXfiayni6jF8aCFVYZa1YX90MhhRwKmqodd53nL5vq1sAbL5C/JtcC8XH480Z5bg4zjUkzVXzVG59J/4P8ZUfj5Mjr0xtTHv6YDVUtkJP/8DsBioIuJzN55nA+LoyaNGx5Wu8cVnF5cceAsQbKY6KDpLY/YKIPom0wu0Yzxfh4UVsYOTNC/Ugv8WvOTZq2SOLU/mU0SPn55aL+opxwQWM7rj97Z8gMcmh4q2m98ddb0VL85NAOgs+prO8uCLG2cg+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-15-27-12-GMT.mhtml

**Hash (SHA256)**

09f4adf7bab0463bd1a84df2bfff8eeb5c5cc5d58d6bd727438fcb85cf7b9072

**Signature (PKCS#1v1.5)**

XDcfikqVS7PR9UFN21McxNd6OW2oyqv1C3tYO4IBaYBLFnBBMtu/y7pwTgK+CFnPMeaQfQmxLq0aB+/QvLb3YD8FZpTf0d1VPnZpGGBu9u6eahE5srCUj+W7ie526ghj0p2g8odF+ROT9euA4t5cbik1skAOKvxLv827u2bpVA2A0EPTVa9s3aOYaeFQBvYWfGixWSB/ECOmkuKks3F9a3myyrfxZFC3ngolrexqRNKA/skFEpuQMC3xborzBL7iGHgTwHO6FMbTWte7EqwOgPagj/PF4bk9zGjuMEyqalOiMYp3PG07gtE+oBshinXe3maYiOyaePfbtQH8q6fA==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

File Signatures



**AXENCIS**

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 09:19:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kdwbfq7sIubC/6xzU+mK0KXqXwae44TZyKc2+FhlpgSeQU9ZCUi3evDyTt+RgC2082kFmI44w4lE66iVrSv5ajANh8nImOXEKfWycsXioQRpQtKiM8pO5eqvzI/RRGgKdhMa6DlDJRPxJwEhMJJi5XmtGd5kWM6wg86vJ2C0/lfHMhkr1Rw4Aqnah/c5mQTKBtveVmOqfcU3buqdfwZRXL448jUm2hiv0CXfLyYYAwBqo/AxE2yF-/YGJAQhKkRiVvghfe83ustAviQAEZAcaqgoTHKb0vLsw8FYEA4yxVCbFyz1QASqNUP3WtUVGNn1+SF2L1pXP1vJO85oTmJNqOg++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-09-19-43-GMT.mhtml

**Hash (SHA256)**

85e7d6772e4020e871c23e0d7250856b67e7e89dbb4523dc717972a1e8c126f2

**Signature (PKCS#1v1.5)**

rh4OGxLVyQnkfYlapAY01MviIWzfuBhPuBKgzh8gxwUan7VR3fczKjc64wNONSTtQRKzEW2PLrYu2thIvKkegeesKjD8J+VprScHnSM4Yb.Ja84iHE5aQiuxWtTN5CTVN6CiQ7oZ11cfz2iK9pCXyNtjscH5nETSgZEsgZP1m/kHiNqFmwZy9xW6EIeVFt7mxbZyWCg2oRQIKGH5FlqFwqEPUfxX1jr+CsvJwYl8klsxqG3HRFDKGVHmU9imgvde1FRAHHokH5cCL/7uz158lycem3wQZA6oG3rtf/OQ/Bw+9XM3FoeoTN02dcNw4WcsTdvTklCEERPnKrwrJX5jtsD++



AXENCIS

Evidence Collection Report

File Signatures





AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 10:36:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RKgXK4/swq3XPLsRH78X2Jvn5J/xz3UZBYapuyN0F7tino9FuGCyQCM4UcS/XLLVgm4cE6yBtj2xyehej7Ec+lk+7MEB3sE3IqtAOLLaPiT6O/sRhNNH9p5k9BYPbLgPH4KqlHWRPzwaqWjxRhNYAWwGGF9PPjPbhh3XHMtm2SI+q99UDKWpCHJz4F/cEnVX05HjevkqcxDcBAanzuSYOfKwhqdw0HRU/J5xZ9UskP0KWt69TVicTnX5Ogbbfovkfgaohgo0qBxPf+MjhmZFb+HXOcKdUdmKc+czB/ovHjUBBHzsRYWFyLNeOXzwM3be/TtY6eS4+X4ztRZ3jovg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-10-36-14-GMT.mhtml

**Hash (SHA256)**

8a9448c6e7a2219bea6b3d2f66f1a30c2eadb0b6951e6814ad16e6c709d1e7fd

**Signature (PKCS#1v1.5)**

tliQP6RzMD+vebHBhqt32VQHRgv3N/gjWWBM2iZSiUxxnLyWCGHpsd02M1gBByLoxdeEmxnrXWXGCYAw6jPpr66Sy0Ti5Uf9Zqos+m2hC1OEEPX57hUVMQW97nZMmac4ISJFOx30Cf102wALkicy07GC7aK9Xq0SioGIxegJcrZbds+W+zjhNdzJaC4Hri2Bz2fB6qkjr8ZgzAJmuH0/aOj0X0Yq9z1uHHz1pkNXy6ce6WAnXGPqyhAD1qN0apxcaXwCELg6Yw7Nlnfb8ge7jj36zPrXFrniyOkQR/fO+HPLuc0tAOVc0j+Uqt6gBBBc0ugWe0OxQ6cK0fBQZ1QRXyA==



AXENCIS

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 16 May 2023 15:57:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
xVWz7JyoguIwjqXw9GnSAhtSE+C0NQVW7hbBUkjfGXSQrwoE0H37reIN/bO+LugciX86tKFVXz8w38VbpkZjh/55ERBTgUroptDagxQNTi/T6ZZtkTyI0qHEAv+BaouqrKrdxsGNbqaLNWh/i9HRfnTQp/NYrLr5NUgB4i/8bM30g9TtE8D2MTSyCy2/IH8UURaVVmCCnUnNdn3dNxReSSOEXDvwvoVlCFnRVSFJiNI56JicaBOy4kqYJoqBkEtmxKQn30J1Bizel9I8pOfiuPe2dYZUXQIAFvev.I29P3RF6RZz3T6qUHrO7tX8qT8IjuvMVKu0Yw5JTLEytwDrwSLw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-15-57-00-GMT.mhtml

**Hash (SHA256)**
2dd0f174b3ed6b4f564f9e1e036d34fce769ab2c388d99c2338c0f448da9499a

**Signature (PKCS#1v1.5)**
m9g+O7ShHpMo6Vr7ROY/oJpGwAIhE7IKIxf9tpaAPAMWjFlgvMjtjbL6j+dRfLBlC2P2Xp+YE8Xt5w15S7NgkT2soCwLrItYJNMNpUsS41YtAOKdpG5PIcV5tERkIiPSQDVQt5E7+iQkQGKbAzfKGrF7/iniN9w81kXiEE+vXzRBywFnBhLo7V/K7dryq7f7Bxli0lWDnvRuAMM7UDYExhu76Jw66eehhhlqMuMAyDuu60fjCnjziSUFK1BEq7wphpl+ZGjKJSdUrVSMvK1fgJFp9Hvi/9hDaYYZfsLfOXgtGrUl4OasjL5RMu/0231KkyysF+PEMRdVnxbADutkUQ==



AXENCIS



File Signatures




Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 09:46:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FkBcX4MbZ19Dm/4eJe8EEYRQH45Og2FDbXEMNRmdAh68zOhKhe4mYvHiCwxfhHo2PHNA9ip1Qa7MHPonP0JaZvdrSf2rU56rTAAJcyv3qPN0UEVtOVvgoM8N0f1cswEHDT9797xO3UmlXnk/RtCj4OV6vEFjQ7l5ujuN5NDQsY7DWQadYG5joQbGdUMcoia6XrQQlGljBNTg8D/Y1NjTKVcGQl87bsmfGTGL2A5GgFHr5IcojsRdJXkkJgwsQxVk6ZF8abSm6uE9a9ZOMTnUffhc/qDa+wgmelp95sY/7ycif4rg2+ObKFbovbrvSVYgA77wy5xhpqVbn64SQ7ZaKA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-09-46-00-GMT.mhtml

**Hash (SHA256)**

482e69fdb3cd0a52a18740e7ac069873f363723aeedf461ad60b1d4eab1216bf

**Signature (PKCS#1v1.5)**

TsV5iTLvVJGTIgfKR43yKp3mosu8n5ictQ4LyHJaPnK3D2bmdA5Zlw3A7U+CCrDqfowwm9SWRwjKEwMynXJpAtTflZu1Ze7YLg+aK9qUUjzt3pNUK+wd2pxR1vn1ITsSC8vjKKHKKrMO/rnyrDT9ncfBPKJZ/rHcGERYjrL8K3sZB8bh9rH96vCYANTI8/EAoG15DMcYSW/wDA1HdX287oW+0Ho9vCdZm3d8l12ttspGHvrv71JB4Fkufy2qdq8yYuyFJY/mg4RDjZTq0oNvXRVvgORa4GG8BT9PP0zfrDEiV6o9o/v85BlLyoBNJKJA7C67q1jnPye9SI7xpKo6QQ==





Copyright © 1995-2023 eBay Inc. All Rights Reserved   Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 18:59:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PNUc2ik56SYgg/uRYSBU3xFR3m+wvXCTvzE0lMW0KbrRplsPtDpRgOdKBeN28MT/mJUszDCHzdWIr7WPBA2FsH7o3r+hUZA26tttinisl12w+F4A7unAyvdZ6tdN/IVYPtFyyK5jLDYkzCsW5IRMBFP0Wiw489IHO3tmzHEd+N4rd/BpLrhZL9f6klpshE7fxL1/lfGad3xjPvCH6znAJYiY2lQBzg2xbNheT90vspU53ChBZFHRurtykbVinnoODACTIfsXSY9/6/MafCib7Z0k0ISC1YAuRm6C36yECydj4eQM54ep48l2ZecfrGnHlyp/A7dDbspcn4bh5aftw==

# File Signatures

## SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-18-59-59-GMT.mhtml

**Hash (SHA256)**

ca47a9590edfc59e615f9a3bcf6e3479e195b857389e4421dd8027cf0ba14d41

**Signature (PKCS#1v1.5)**

caOr6n2BAgB9DsBfRWauN+USnsjR8InwBfuKFbfaHtmnGAoI3J4MugAqgs97zX1f1wr3+haob7IHOfDyPVZZw+SNfvctGicmBIDXtJKCY+IJ0Ax3ksjPtroKIXv4nH0IM592+rSrpd4w5ABh9UKIGK28WVhS/ZNDOET6KHSKjdam6gMqsJmUTZoV1g60qMTkyMHIiaZrk9JyRP94Tu2g/Jqb6PziBNoUPAaebMpR+mZhgskQQnZMNCsDqimJ9nwHcFBss2sFV45aYErNIChq64VqspVjX+/MtIGVr51kDMKjIbx6BOvqfzv+aZJT5I/xOngUlhphinmdDCV9MAd2Q==





File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 18:09:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bCLEIMwiq79hE0tw9LvHTuw4Bx6x7J01intlw6lMaOwk80k3/Cb5wxwx2EyopwFecyPzq4OMi/lw1Onq1IJUQRXZ30CMR/Fr80ms8SaN004P8JsZkmqhw4i5MfSZn8iwhLF7MS6jwQ+0ke0ymjAXGdUwgw/PHF5yt0WXxiP1NU/if6uTkwNWP9ZG6dq2w/y0OxnhyS70npw3QzGC2k3ilmFHi9wsfhzjcod2c5foixgsad2G8CQGzE5Kv2fvxc5DkWP43dH93SqLoY07t+6jOzp2c7FHo4tH59jnyxWhMUxQW+70yVMACymZuv9nJqH4I8S+0QM/DUq2OGszyX9IDQ++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[x][s][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-18-09-13-GMT.mhtml

**Hash (SHA256)**

dad8309faaa33d80636baa87eda4350240992c2748cf02c50892de3ce1c8fe9c

**Signature (PKCS#1v1.5)**

aU+7WrHxfu7bF5hwcvFJEAD3r8aLUlO55ZaEGFMMVMIxBnPFZn+45ry6W7GAhv+SAfQGCggyP1TzBOQ5fsHaS1w4pU0PPy6MCzRFRTWQTB7vLW9Aa9hDRFbcjyN6oGzSDwWDm5DFoh4SIsRdw59C9JxA3nEK99McFo+gemlwnflM6aNCeK7rcU4Y9iwFZbFW7X/e3QAKNwGnX1jNiV1/dlRPkCv+FLDDtcDkxJYLoPfg3ITlsU+mB0KVmBolKCTciQ+8j+NhvWF2c42sVY4hupl8fqow0hy/FcMAkZ4Di6K/HP2QbnW6fYpt+SC9rJvCjrw7nSZ5n/V4kYCMbg++



AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 19:19:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Yq0mafCVE7HZrRnTvBF2BnTcdpjyoN/B4MmiyNlp/9dVlJWoFl4yRrlIhFemcZscsTbPFXLVDSFkvsCVSoaQhxRNNkyH19ei2o5WCNwo0iVvLvmLS7yryOX69Wxg8f85+/F4XzNM2uAKoGpqXVlk93Ti7xna3rU7u+WT0B0lExkWNs4Yq1jvfDWXwVfjfZ2T6jC9jhqEp+1m0yCAaS8FE5ET0xSpzyoK5m0/M7gKybWn04/r92Rj2tWa1XlReSHKRjh8ByXVU7Q5cAg7JmkxjZnQt/YsOB6bZypC+/LW7g4Uo+FQDDhmQwekbY11xdlGncaBjneglmJgXpXXV2FMMyIg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-19-19-03-GMT.mhtml

**Hash (SHA256)**

200cc8c12b5b8f0bcb41e2f7c5e526df4d458788e128ed0e743d0dbaec6afe653

**Signature (PKCS#1v1.5)**

JnKGtc+xYu+3hjG5SSM6F3uOWjhjsbNFCMZ7MfrJJhLYo8F1HpqaukrzPp3fw6t7pfSx1UiCUQW0rfuiM+IPVoM2xNzNwTeViLYVaqy5LyfLUS1Yf/PXG+YSA/cYyV6Di9j+MoZaDkH2hTmQD50LSxQ1yg++v7NhzulO84q1BlXYH+te9dR2TXaeXdT5VZdtlZTRQgL1xW9wlloOrNcV4dqxMek7veCzfBR7ktjVrvkZkNG07Lzf0NFBneMLQv4hFEyujKcH7i58qrprCl0J5SL0HirxYYFGZ8PEM260GESqcU6qDRm1vPkURwhcnwASw7krfW6ATiv8fKaLQYTQ==





Evidence Collection Report

**Page Title**

Smiley stickers, cabinets, refrigerators, doors, toilet stickers | eBay

**URL**

https://www.ebay.com/itm/135326280744

**Collection Date**

Mon, 03 Apr 2023 11:29:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chloe Blancou

**IP Address**

Data not in it

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**

7c5bc62882cc452c23ceacd4ed231f2e6868344875020a7f1e1b4c5 be8ba5b3ce1d43e175ea2367e63b0b4e 7341ae9a6cd4e1d396e89c3e6dcb577c277cc427fc44ce2ad5f2188

## File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[Attack]@US www.ebay.com/itm/135326280744_FAQ_Mon_03 Apr 2023 11:29:29 GMT.pdf

**Hash (SHA256)**

a2f14dd2aabf713721b013eca75704d2bd2e4c4b4bdcadedea3f02eec47ec3ec8e

**Signature (PKCS#1 v1.5)**

5b490c3ce825eea32a6c9df1d433b8a9d244927 77aa041ca84f0ba0fff6ab2aacc1135228e3fc4 9737bcb359c6f0ae24cdcf1a3df438a0b83ecff40d89f6b29f2b94d63cf1ab236c77a0cac82914cc





AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Fri, 07 Apr 2023 06:46:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
iibbAbK5C1pgof47k528iix33uxTC+Qf998t8D5RA1vx+ru8hh7Nikxwx2QC9WkDtg8x6mqCzgi1LyQ/LmS70XTrOryHfUWoPYIAwh4mmtjh5+Tho/Vpfvmmh/ms8tQ/32cvjAu0gNquJviqAQX4usDt65YcsLH0dw76EaK/1bm/BOP5LdHM4Sqn+ESmeNLdepK5fbEvqWzaFdJ9SvmC2EhUG+gMyfhPXKQvtgnUYPQA5Zhz152oSqi/mSazV2fAqKSY6dyKp+dsJx88ob8pyhVsKLwM8VCs+rF0TgEWTpYdzv0VDMFYhU0zRS/8QW3LxCPzJTf5hRDAbSKFRg9Reg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_@https[s][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-07-Apr-2023-06-46-23-GMT.mhtml

**Hash (SHA256)**
fa600b0b7d4ba62a4830cddc0fcb814a0739e5bd998e138348db314a91d350b2

**Signature (PKCS#1v1.5)**
Gd+roXKAq6hptQHJ7Ac99L2pO1W24uCnnATZXFGfL9tmIWKcF96gy3kvx/lfXQUUK7wJwON3E8SbpOpj6iw2l1l8etjKX4D4t8kpfuz7ny2yvA9KeHngg9exb83YNhUU5XUjL/02GiLzQDCyDoWDV/YfNmxoncAQY05b0CAdWMS94xBeb63HFj5htZaD2U8E+9ZIn3FbtwO5zSkHwAndyD7KLZ7hDn6J/LphA02KT0HEwbjoGodE20PTtHihRXwTQPmhRGgjalpz+uGAI4dT7D2YE7stlyfIADxIU2FSHZQ9+pz45baSb1KYyz5vO+c+q7/AkU0781MpO60xhkQ++



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility. User Agreement. Privacy. Payments Terms of Use. Cookies. Your Privacy Choices and AdChoice ▷

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 23 May 2023 14:44:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
XrvsC/5DDzMekM54JLeWjGX6Oid/iYEHXG59z16iJX5DmVpc4WO0/3MLn3BhL4/zQ3Da9g9eFGJ0r0Xmm92x6jBA1llDtarW1DvRnh8JoPqdHPO6BIDvKb+6CaTAp9Bm8kFi/WcWwqjdKbArjYhpYj1n6L6u+qwMxC1erWYO7hOeNPYS6nB4WYD87bbZq3Yiw5wFQBC7mwODa7KCdK8/nwb0UxjNJkq9akoytotk90Z7KRV8FkWjTMd7REFH5cgJm8v8FbtjfDCn5Oismx7EFybXjJdDx1k1sGiycLZRi/jMAQHUFoIVWe+hTW9nnIXBNP/Me57iY/OFxksH57Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-14-44-46-GMT.mhtml

**Hash (SHA256)**
38d9d1af027370bdc443327ed100e8499e092dcb57eedfcb171bc140a0853b40

**Signature (PKCS#1v1.5)**
rAYtizPnXxVy7tG++rwPp8fidld1Ck74fwovIxWEdYKow5U9FnwPckb6dX0DiSbeUZhYer5yzBErCRtGMuqMYvuls1R6Q6PDLwntc0b6b8RsvqwOLlvbKBYRNKixMDV4T61JaSrHzIPvpsAG4pxY7gqUKMAiTs0hrYjk7v4AI3I67uhi9Ok338Vri+KMBuI8YwZIvWAP7PGFiuVMtqjXxG37WMyyAxk1UD5BiFMbSz6RGD4LuLk35rf3LtfihECw1NvwuHiz1HfY8DbJz8cT8F446Zia4VemKtTFOWjyY7FGdTWA6WY60CYAp596ud9GXOiHnuNhHDRN3J/npz6AiWcO==



Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 11:49:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qCufJZkucMpufVcxg7TKhrDo3rVvtJkx0TJJ1gquBkPHRjzyDxJm94gg0iA+msED0p1MrxnQ2lwixVVBaAvPFNsjVnxeU14bVrLUqMZm6mDutyJFqi1L8D8vBcrsQ/SNGRo5+EJ/8jbOfGmTnit1Lu6NeGKQ+ynpjSc6pNe+Oh09k2cK/oGfy3W/okuxiYab1FQ2h35Q/GcpRpNmEjBoW2Nl/qslcgk7ar9BTUq3UD+GO2FXLKA9k/c1au/w1suDWNtBNNBqlhNKciRC4lz4+w66gZcSLzI+SX/E0DtEH9U0MdXHo28lwCvZUYWm+Zr7SywKDwUAmAmP2BFsAyHaGhw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][hs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-11-49-06-GMT.mhtml

**Hash (SHA256)**

0aaa1c59faf5abcb449d36956e9412ddab7c2acfd8e64da499e6dccea92f06ce

**Signature (PKCS#1v1.5)**

JBs/biyB+IpW2rarpwvp8SFyeUQmLZuhSVab9K8S24ZutJ+QKfJZHD19JFxJ3qSLYpr/845jGFxLOMiWeF1GU1OOFQrdfWw4d2mxxdP2h6lqg/HiKF+wka+pfeQwMNRk1lEE8Hroe588AXtcqET/VucmQ7/KrdzlwAljol00+Ue7BBm1SAF+tg9pID+b7Yji12Bw4HlxMsdPzNsDrs3kmMdar2Ydu/60NUJElxVfwsIEy4JJ/B1n/vgyuA0rtDUC837Ui22wot9xzDfjctUA8FdyeZlF+o2As66Xb3ZxJPaATWaD98v8YW9mnCshtLu4JQdvLC0oWq+rPBsywe4QJfA==



AXENCIS

Evidence Collection Report

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 14:33:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FvYN5LcMSR1NPXcc4Y1uI3gcViNj8ttJapAxZ26zTlUMRajg28OqK69rlv8TcUG3tW6Z23nRnAUdDHCTnr6vQgAaUn+jzNxG3uRimD/5vRJCBzZlh3pMPeTPGNJzvJy8ERgHpXJnIPLrA0hLjiexVNUestMNFUINAF8tjM/1nxAwRb5o/ndVl7JVyuz4CyPnrEPwL3TUtfvOVeGAekZQNWDMG6gUKnD+yx2IJYqmYNoTj/LwFANKQYWfbxAjyn16FjQB5x7XvY690f8ff9TXnkLYYcBG2rJ4E5mpdzpxCPmzqcU+1UunbmbBR1S0CJnb0f/pX/3zsqJgHyi47pWbPiFw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-14-33-50-GMT.mhtml

**Hash (SHA256)**

e9eced1861024160fc0ecfd0fc878614b2d904915255e0ee8ca0d89d64012699

**Signature (PKCS#1v1.5)**

TaGiOivTvugT8trudKFU2Q3SVy6DR6pV4hPqn96ZfTbAFskAl7nORV7EBr+QymeNRwu+eWzNilK+qf167eOZ3NSIlyN6Wr8z8JwGGfREOqRxU06FZTkKxfX2obcBSGiM4ILoaqoPjaOg0oGLoa1F5Tv0Xu8znUuy1xOirlQjKhpRbFp6akrWSUVhx/fpY9VyPhPWVzHLgGyFPPWs8Yrrg4hl3a3UHqQj1ewGjA8Ai2mow/xi4l+h4qbeRq2hU0AJg2iSg+pzEjVJk8EQttYOB/apzL5ufXiu0GqBkwCSSMCilFAF9h1Q7x/kkwfNg9c3j51ucFtBMsgu1H+5NIgVyA==



AXENCIS

Evidence Collection Report

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 05 Apr 2023 11:46:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JLDDJsbUIaT8qYyyihTN9o3p10T+IaRJFr/ebh9ax0fa3zcN81n1E12OO3B1iPef0r9SdFcSmDPFNAU0n+Ejqp8uDfhYek9V3U+KgydU0Y8qtqtz1nOp8sZ1MYR4yfDaMUvhejiCU8xoP/dSTe0q3Fu00QoNufjH7hAF/Na8aO7GboANDz8TuSE6bPWsK1yWJ3LjjAcsX92aawl7v/wVdt5k5WmE5r8+m0bQALf6G7SIaQ1gfQYN/iBMGr9Y9lLD14BSaOIu9iL5VsS1VmqmUhAZYGCHk8wQccWGCcR0Y3Ry4k4Oosi.Puz30iazmcQLXn3bRos+wzuT4faO3bWAIA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[#tps[s][#s]]pay.ebay.com[#s]rxo]]_Wed,-05-Apr-2023-11-46-04-GMT.mhtml

**Hash (SHA256)**

1462655e972055ea7e4ca07c7f1f7d8890a440fe60212498e1eedb2e1c68f5d6

**Signature (PKCS#1v1.5)**

HKWnSwXRMFlLpUoRmjZjcSUFNEcSgG/B5xGO9rUci60YyCfKASQWITSNUzeqleQCVHk/47TiNG6XcHbc6z3wpNS2MbpTBJUlepUXkDsYztFbcom7FtBmFxaJ7JAy9hzTFdD2jRCDuw2NexszSPVX3bUk8svRHM3vjhVoSloB0z/wOCKezt2oYIg28CSUWNrT1NN0/7pBxLh8+L1pE7cEWpKKF268FG3Z89lhVl/NpBa+x9FzC5PsanmUtGsEY/XUa8Hni+52FX45qYG/H2Yc1Ty4JzuAYtNvM3ZexuM2X6Qf9ER/SQVWljVPAUYd9rKxwhxTj6UBBq6Osw++



Evidence Collection Report

File Signatures



**AXENCIS**
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Thu, 18 May 2023 12:52:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
HC0FXWyvQOYDLjeU2G8EHljBfGr1FfRP2RygUmanr8U2+dnvWZgF1pRf0kjr/DclSPmhVQZd3yf+IVydcY7StDJJD/9PsdQZuzs5P51KlH6zkXoxN6X3mtL/8VqLSHgrK9eirAh3lUKd2TVDHijY8+DLzz/YY23B8lM578G6V5txbd9WscwJL
+x1zY4rSwWSdzQfW4oDRUwOPfalmwEwRgyOw6lwdhC/8Z5GiWf1qlOQOu59M787LUcRAKpPPzYskB/8AcgBsgMZVteEVxLFGAYzyT81lGM42v7OgkobNr7iRXyVpzA+hMktG0e6fwhHx9KQD8WkwJq/8pyNtaqCbw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-12-52-59-GMT.mhtml

**Hash (SHA256)**
8ea3688cdf654382f5c6871c20f51b9ea657573222dd1472cf8820c5729015a1b

**Signature (PKCS#1v1.5)**
i1YsqQ5mNGwJaZzW5Zb9OXlDUUBHT+Q9AMi04fhNuLM+wFeaTT8XWDCPfGGpOz6UKY6EJUGQYvUQPwWeyAXQL21FkbNWDTUGrFmzGmrlY/ZvOQX0HdEl2dkQq2sa/g+es8jcisERKv8ktCY1X05/4NLUwTo7KfXdHUbBFvgPhaomNiQmvEllqKaFZftA
+Of5oYMIp0G5agGLX7aKAgTDnutedMkmlemNHrHWirs6IQv9dA5Edua1JzidJJgzmxMEeSWrVRlyLY2TSoqXlxVgoe8TANqoznaZmX4sejp7NlzB/3jD0SbPQ8adatzmisccji+dViFPMrGeeRysLRlLD==



Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Fri, 19 May 2023 19:04:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
tl8i4QjGDeP+/0tl/ELg/kuCSQ4Z0ia4qHrfpYMIjsq0jSuYQ9po/XOKwpOb8mrRZCOyrTgvANVgTs53s9ixUEadLlq556/AJQ2BbUjQJFlb7FMMVzf/0dzAgyspo3btm4CPkQghMxcNvHtumGO+dBoP8+L/+CtGp1llZ3nI7nuMfkuRGmeHWieBA0XkGZeio05F1ptcnUuhksihvp/Sj+3BxtkAdf0UTAF3xYvObFvgCo02wm2MMsJ4wCsXN4M7ZOjOq/jUnGsvUTbFToIN50OzD32NVIM4C01XkA/0nvjWpSywb0viiBXewqPwrUFENdJjRgH6LiFZvYBHk/+gOw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]]s][fs[pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-19-04-36-GMT.mhtml

**Hash (SHA256)**
121c116e109127cd589338e7bf303e05b258e25f561bed1873c0c0bc98c88e78

**Signature (PKCS#1v1.5)**
lpL0xfl Pt/trs1Nt0mFNUJMDwnWJc94Y7MutQWFd/peyz5beqNPcq6WjfOuqV4DZCof6Gsijd9HFTakY2RKzQF297VquFvs89j4YUwl8pg0BdDxvHgzcvlBl4SiQCCCoKzDCmcPWwGkNnbCx8rs3rC7eFoV0QuDk7ctDHF4KzeYFi40Dk01uQgyPKjGqC4A546E/Ph/lWeyP6+iPgU0ww++WN3T3sqlsUuvRQWZuGhxLNGdyJiDPLKfTllU9m+/c/WPftV4CbOjjOEvP4lVsR+jnm0tWuRhcSnIhWBOPhdeLKZdx+nEZ40McPh1donVIo5V2h+t0H1ZfyjXBw==



AXENCIS

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 08:31:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ca19bYA+yKRw+IwL7HbX05X0bz4k7PvcM31R/LUpEGr0nqYql0BGaqTmVc+NWqg/ZInPoLrUUmCvO3CrMMD+J3WdMuO8ox489rNitJ/9boFs7nFdClpND++4JXmiLDyWbN610r4ZsZBgoPobwARiviQnK76SSzzRc7aBzHZicp/tGSLN3TBmfES278cD7qKUy6dgw5VN/0o7VBGEm1l/27gbL+QZi/TmBvoO0H9jURiNUjcttZHZQNyCMc7AXpbPMUxbk+CHHAFXXb3DA2+XpSYwCz+bpqQc7jpi+apNUbcA6V57+t8hFxbqtUEIr1b+be1NRspL9f/ougFeBV8Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-08-31-37-GMT.mhtml

**Hash (SHA256)**

b52364ac8af760f526487b3d4f889fb01777f366425d6f576d3a20db1075084e

**Signature (PKCS#1v1.5)**

Me3N0Nx32CzLKc+LRljoD9lXH84uKGL2dsDAA0pucwt20qONEW3FKdQGyUrFVLCBxm1FTic93kQeYcfbcrvy6QHYnw2UMLRtvY7xj0el4P5xR5mmuFD6CH1ihcrQNN5ubvd2tcTvLYp8oMtdSLHEuu3Tqqlqm+Yeba6HZYGOFm9OKgXUi/S/HuD5OtieQfOQaUVXfeg7dYfHqrY63SgyAEvKfJ6wFrh01aDjGzLf8xt18RZZ/Xyh9QEpd8hiFLCWVb4ZvoVnwKRzKL7s6jr7532JSA3TMg2NjXCXvtUqCVCTTWrnKbEf68kl8bsI6ASe/V/jMTEPEy+1mcfmBw==



AXENCIS
Investigator Name: Remmel Jae Inabangan

AXENCIS

Evidence Collection Report

File Signatures



**AXENCIS**
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 15:25:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ueQFhpS0Jg+zgUixSexxwWTE3sBZ9onYaA3Lktzt7/ygKy+Kvlm2JpBRQwR/uAd2PWwBBcs45VePh8KwGUQMpHpUHMLe/3rzd8bBBFqDFkQ229yrd8T fKLbt3tZTQQCfqBsIaGE0u/vG/cXPvi7jX2uYiO4pk9G51807dAu38YPaG7qmTnBt0j4YBnTZ9HdYwpdriW13EJ+PfI/ FzXsdVRZEpvKrwj7o+zl3qCvys18vl3G8ELE+QB4x/8gk1DJer3A/kH8rpKtuuVGWiJmapYJXGFv505UPKEEmmwoBnsDwWbX3DhDY476vS5p2WsZovUciLzG1Mjp6J/ARD0ACEkQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs][hs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-15-25-52-GMT.mhtml

**Hash (SHA256)**

04e542b038cfc71718dab2a9827352b2c4758776ff990b31ce4b9d0db6d82282

**Signature (PKCS#1v1.5)**

KJfB6iG38IWURi5LfqLbrLmotRJMLdMrD5q6VxpGsl6gh3sSZjHQPb0+po2vhVi74Buff/P+YlWckEGsJ/eq5yFSUzxIZK7rT6Hz9i/A0wxBqMYY1DCpBPNCgS4P1WYJCDMI5+f5mg+6CemoR/XSbcaWXYk6vpa9YUwZlvV3HL5PbDnv8duLDPsg4zgdIFjS73Q7klLnqWwxUMDdmKLt6yB0Y +g6fTxhcJwrTN0+J1wyb3BU5hgN9I347/fi00t062dkAHMn9HibmOS+X+vJRk4ypN67HJ0P4t7gsk12ZvB415h/q/mavbg3ty5IQAJuzArK25hRXe+T5PMujsX2w==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

File Signatures



**AXENCIS**
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 10:20:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mki6qwhbgOBNzovdEcTiuvIqvxKQK6aG3gbhkkemSvRazEmbffW8eI/
QDmcLWAPPCMUyqmx0ZGyxcFcQvOJcwnMbReWSh58bTri1iFE9/9N19HjjLHMUlWqyht8q2+5pl2Uf0/4tb4joZ8DeIq8TbxMA6weg85dams0EgpAbmMOmOfKSSzF0k9BTLPUZDYTCaFdeNtf5XwUPm8AI4GNmJ7hi4ob4o1HAwITfPNcDE7EJDP79uziBbdCNU5UVmCnB
+xnLCNeL7wW3Sx/XjoC5Q2AqxaRM80eMRj/Vi7y5BTK7fyTdB4iFts+ qgstJBku3szLELvYlA427V9HVnxJA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_@https[s][fs][fs]pay.ebay.com[fs]rxo]_Fri,-19-May-2023-10-20-11-GMT.mhtml

**Hash (SHA256)**

729c6f29e636c94f4599ea68d6de1d92a74da23bb9ade904c3bcf0575ab062fc

**Signature (PKCS#1v1.5)**

HftXDGueaIJ3SRZML6LTYBaqZ2yWynNdkwMbXDUDfxSBOYWM++Im2wpVFWtPTVRAeCKjpo3FinCARK6iCw2N2/iDOhbI3Q9c0y6onYE3f3plzW0A1KNNnTdgldFjGcQmRug6PQ5CWgUm+w91kaw1yMaxPtxJDQaWQ/VilK7yASRXO1s/
PF6Ae75irrdieZW4F4qKaYmzYzci7KVyCV8OII7WoZXugF9AqjOOrU0tkWzIv5d5TtI1g7j3epRGzzqEdqKW4AimUeYKFgcVYjXM4zuIwpOVy0p6jRzapqB4wdRDa3BnZps21Kg5Eazf0+B8fD2+es/N63PLIMPtNRf6kw==





Evidence Collection Report

## File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 13:41:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nDEAt80TE+bcmavePtkn6VoXntZ3as5I/wARmrgXWreMwOrvM/840XHMh3cFbbEIkuwoitAdpkryaV7DvR757Xnphh4bijsb7RYQreIHWkOw6TfqFjFsWttq6wbFjrTgsJ0rMyqKQUWcCButJtQA7aDJdnpu0gksEXk9L3/HVUSDgBMgPGpiIrSCZBIcw/bI0/qz/C6Nh41d2PY +91yBKGOVSsJBMHM4CGtUkJiLpZTMMEiaWlAPjpcs7W9E5DUKsoDyddcLUQ9/WOK3RW4edEhMrS4TCUJIoi8gdi+dh+60oziAuNBsrmZvAdYTR1HCcOWmuwOREkRakZwPJoLKw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[]https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-13-41-44-GMT.mhtml

**Hash (SHA256)**

5ca4cbd81cfa60f875d9b9d174800e93fbcb4c1ac3b1229f2f291f89c7a0e81ac

**Signature (PKCS#1v1.5)**

YxF8MjGvnyfr2Mxuq3XpGjKfDquzVbFFAIaSwwpGwx125Iyo9oP1Wc7NqiERha6ZT8bKiTHhqHIz/aWUM+p8VjgTA6HSptuU/ekIQ1xIZkmg5R5yWt2br9BWADlDL5tM5y0gc93iVpBd8ggXGamMYfrE5p6o8+0moEV2mhBpwQEdLLSMafOsDJ/viaOA/0cnfXXevN3j5gq6VVmjBBGrGvNGLW9d +WFfna1MVvMBJJE4qE8Ik5hc1Jm+YRZrCyWbb3USMJ38m9x9SpZ5gfSL++LAggeRRSgnPegjhYfXhFkTs7CoXu6yU/2+dsCMZ4Zp6hy6ZoFYGeV2DrpzXL3yNg==





AXENCIS

File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 10 Apr 2023 07:55:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

L2L/P1EO5ORyEbY6g44X2BxeT5qXrlFcJqx8bwF4SA4zFZPnzv3FwLXko3I3XxVVbKc6vjz1T3sOCLfKdS/
hHn4WO8skgQoEZTRT8YYqYo8dR2LisucIJuxzUAvsEns5XzVofA67SsMT1Xl8mDuIHrej8pqtL5FSp5ld5sD5ZszNgOM8nxCLVhDoFm1NmOOiPWBJfkQXpCqkkurktsaIWAZSaWRqCvTkEER0hm1Ap5NB2hfa8vuVLVWaBgXPTyqgfrmwvsVp5IeXQBpUhfrb0ROYfEnezgHE7Om7T0YzM/yC8T
NSsNhSVe//KUaMxbKeQ3JIl4mU41KKv56Ebjmg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-10-Apr-2023-07-55-03-GMT.mhtml

**Hash (SHA256)**

9100e8211bce4e44b172d783118da0b0265a48acfe6ddd7adf61ac74c609001c

**Signature (PKCS#1v1.5)**

Pv8+ddR1b7GFdSBAATV/DjTy5BKgeOdPfbNpb/g5kCB6ZQQ6EXqxVSKOjWajJd33R9T87FIOQWfRX6uUpVe4XIsCHJk2evAiWRkEm467nMFOtrbxttDt/Z1ko0eg0KhD/ZKaMNi8h3GWbXO6FgOypDxHbkGumnRIyq4y++Xr8djucjXvXh1y1zbgldgKsUxmJgsdznKDj2TjbKC3PLi/
dfN75V0OZZLEOtE1G6uLVV4jfthp9Ywpfu2CkSgXgXk9yFYZ45rMhD2eQp/q7nPbydbuQfWv5vvpKMERgAUgAlykn2u3Mvc9kPA1pqfRxMAv/Dc59iJdpx/zv4lb4BpL8A==



Evidence Collection Report

AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 07:42:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:447a:1500:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LWAD6KnDwFK5pPdTRYpqKvPKSmbTiZCtHh8eFDzwbn7FOYw2DXXYLu4Xqxy52fdfNVUNd+7WcjJNbz0G5yxTB5vuuzpSvq8bpdWH+uwlCLoHeRWjT7S/2tCkyDAd/sfaHCArkmbkeCr7FjlMTl+5D/gatPj5GBFX6jX4g4FBJng50RCW8BYtUxSaM7jW1hZt8fDoijpNbjgz02N25wwBf9Dvspj/ZBARGRqh4qWjbvN2KMg0l5cGog65eF5N/dvJ9t3WwjTrQweoxpfmnZzT+E23WYt0Rzxg8FhKaHGc7PCEcwKx65EzKFYXQgXx4hVgAfvCvfudNf6Zje0pG930Q=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs]]sfs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-07-42-47-GMT.mhtml

**Hash (SHA256)**

b454b655faee7581ea293983f16d4a213e2e99538347729541d7554b1078cc6de

**Signature (PKCS#1v1.5)**

mSllM5777sOxp1wCN4JRz+8XFwd8oBzd2tryjEZLOcm7Dj1g8vhtYlAfR6PzxPxUwMXJ546JoTtaP4C8YCEIWoAh9YQ5w6ofUeNdfD3oTq3iqSlDaPFOCy3bryno0WbFqF3TpF85N3pHjHzDt6KIuJoJqJtlpvV5uKj2dh1UZgcczEw4ESdkMbTgpOKy1m9CS3jKE/+u8e0qh8yuI2EiiwdwbAMw3kGFeLg8bx0m7hw8FzTpcaF1PSfeq3C+nZVdQTTEQZvlUGyg7SidNO6/QWkQnYbLC47Kd9+6XtGabJuVXomSt2wP2LDkZ8SGlCyV41nenqQCf25Ki8ZJ6A++



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 10:31:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YQ6tWvCRfvZMi0WADqIdcu+oIQj1yPvkd8zTeAKD9iDeQrDOXokeNYqBMBtJtPdJHiX2R9dkoHQyhk5Ok0zTWw1 0KZrCd/W6Qc81b+9vn/Olyw,J1OC0NjqW0t2GT3MAQo7zBI+O8o4C6c
+LG8zxn5Pj4Yv+XAuf6KvWFi8uzf6vvsImGqIYEmyccvP2cyLZmnpN/1vX8LjgMxZkrhKUCx11UBhHxuunYkc0xKEPAuOs9B+ELtVLv2Bq/vHEx711ZCl/rpZjkBKoBscY02 9OGnqfu4Xg9+D1GSzH1/qQ6pehXJx9fDUXaKWPCrOFpptUSgJ+vHTdXPYh2bk5Qey9FVg++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs[fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-10-31-54-GMT.mhtml

**Hash (SHA256)**

c3c493e56a896e85472fbaa8220162c6ed0ad12917031ae37bbd39007ef2adc8

**Signature (PKCS#1v1.5)**

t53nDiXP8JJ+uG2FHsZ7tswVxw6Y3sTZeuNuGcVXkRdVygYK8s2swN0f4VH6L6QkXbZ4NmIJ8+r4F7gM4TzrtWriApyRfwSJwsWJW54n346rIdeCC0AoipefPkAwAt3I39dX1/b2a0hN7UumgWXukJr3vftOKBwWQFrxZCB9+/NNqbAv/
AX5sQe8qDJnR34CbMiYLLyw1Vt5eVPSRBeoOTrMUCCKdPWjgu8IPS3QgPEp9fzvzMXnigAxHier73d/DR1ZgXJcqnO4hevYkCxE3KPrHesO1M9NPyHbBnLaZwP9kZyhbsXEjPqiL6nXgPmGaxWrHA++



File Signatures




Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 18:28:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ttK9+74EV+vhMNAXGp/thuAtXyVPrnpEXtZXJtKHUSdnUy41ptPZETvw0YtUjWeOoDlOaCCVTizqGQtKDellRFnHUxB2sBWfqhKoj1yMwvQI0so76V5MVBmsaFg9OBxqK356yrRBHPOFI+JHviwfoyGXcgm5Ni0WrivLVMD18ZtPnWYM6Edo8hwjFDfvSsnwVECyrsPDOS19ZPDR+Qm0WYHXXZrsjKaRg2OV9YgL4rpsrdMfZ5bH47UQaWSM+TerXSMCh8xTtzYe4pWg6PHMU1J6Lzd4wZzzNd8bVXfI05YDrdqgkxJbNXH9JwnG6HFjGpbJVrssADbvYJ4fhcSPRww+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-18-28-43-GMT.mhtml

**Hash (SHA256)**

494f5f8eace1f99c3848121de970f3d46092ce48565725255007ce8f3669c316

**Signature (PKCS#1v1.5)**

fNKhrT/OTjPnH1TMD7ak1diLSAumUHZHa/bt+jrUFU/cKDr2a/PKxumtZLzHE6a3j+ZHIJ1UNq5fZIb8ge3s7PJuUoe6gtcEeJ6asCLjh2oA1xNDMhWz+lyEXIRLxFr1A/bmX9b8l3udbaaztfSXaMsn1ce3GUygbqBMbSQZg5YEc9msP5RcN8GjluRY279qKWjOPYSrjfQAQJ02AABwjIHkQS8ECUnOHMfVt8HeuersQltIXzzrixbv1NZMi+OZaUaY+ujzj+n9bmPtXr5zrntClkSUbJJYKt3eFjquiyQDcmJWEFsqQTMLwCZbruMu3ttha1wd8+D7nbosV0T6Ljw==



AXENCIS

Evidence Collection Report

File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 20:04:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GdhUkIdnlpToFfQZfgOQWN6pa6JBoCaaNeq81HOtpiXLVRZlVpNpUS9S38eGdk9mdL7ywOVdI+x/+fivSNQH2bnKnG6NVKU2oZOPl7Rpm36WWuGv/4MuN0BXKXKDLsUbvXs5cqIFW59fF0phWPDEsa31VnAqKfD5f7a36u3BBHOae1Tr6Nlx648/GzqLYaUapkDsLVqU7c1NwNlHeq47mwGs49nljnbLDixVJI5/UX5J4sGfa9AKy2gfncwyK5LEUv4QqHMF8bpUhvjXl7Y4Vv0jWHz4d2WKbYln1hd7PB2q/ehFUtnw22n5ajsql65CV8rKlEqja7/enKFmY5NwuQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]l[fs][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-20-04-07-GMT.mhtml

**Hash (SHA256)**

14e8b71ae5d6cce74c1af775d86d21d0a9a6e6ad1b6c3340b122cdc1ca82488b

**Signature (PKCS#1v1.5)**

h5fUbJ2K5SCLLNM35+8p0At9KCto+fs1yni6fJXDn6QAXcSzEbLRY737ySzbryMUa08cLwLRbCuNK1ptGEi+p+d2ESsEQ/7A1c3asd5ub95VQ9QxPKjeOlYYjDQqoCiLwy5lYj50AooBizLSFHPkGNcIQO6YDh/88JC33ewjQV514NXv/76TatPK6nTAK8osj5epnpO/FYvKtxy0dmghXReINapE58pJV0+llQlbQOu30pGTTVqkE6eiUv6bEAfCEVqyve581mN7bB0x/7j6wdFzMqwiA1kt2YD29S5CltPsNbG0Q2ngVHy3XlYFlE+gs7yEmCxJR/0Ss3e4mZPfnA==







File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 15:52:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qMdeup1V+ekM6xPKuIZih1spWmOtTO8+5zjev5ndhAV+8uc7szTofu+ykiBUEcfkgnbVeEe2uJHTmx9Q02pA8Hic+PEDRGs3IbSGSPsIPYcVEL2dTyf9i7Kw6Nnr9lkDAWSE+ZPStxJQPcOPaA6BnEamelk8368q+z7ROt03hXfcRgNW2KevM8yshaz5Fld9L0rf+OOqyfbJRkOVfpdE02D9K0PSln2BDhNCPtGrY48WTiRs009Oypoyn4vk+eKIs5fcmbgOy+ehMOhCmSVAvC3FIfxXw940me52IJ9w+/mt25u2zgwTaHXbMfv2hvtNkjippuy6dgsTvTEry/mUJw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[x][fs[f]x]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-15-52-33-GMT.mhtml

**Hash (SHA256)**

e6bfa0ad204742d32e14f9c2f6f822856fe79aa8ea2161e0b4922e3af12916be

**Signature (PKCS#1v1.5)**

R6rkhp0oAH/gh3vkANeT0buDnv6a9RS1Xu4onHP4xyJNa3uLvgZzFNdMf23LH77hGf6FZiz5Zrf8203wwictz6e0AZxYqt1hXRj/On4WtL37n6J8P27MTJqEORjbDuNeTlBQ3vYgA480hhDJeGdMuyVjidDgu9oAc4KK319xq6jSoIgF2a0CjN+H23BKSmk6GXs4HM3nP9f+fFR4WTSOeFpbFF8hy0pMWQCsuiaPM8a4eGae3OqgDhy4S0CtrTkI1DjINX9m+NSsdkALnmiKFdpVIC9asS18m02KSl2qRoBw/c04ndhkXMB1AYeR+YI5scyZgoISoJd0PtxPnvsqQ==





File Signatures



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 06 Apr 2023 10:56:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2001:ac8:9a:d:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LXDCH26rawSgve5dHJTYM8BGzRVxt2VGQ3KQizbcXYhV3NCpu5dRdVELswlWRZYt2/BDylPZFnCBM+KXa9qSWQPzLXSKFfB7k6SHjliWxgWscTdGccwR5jVPPGMjrVAzp+3JGcjR1C4Y/3N5+s+J+2K+wSnskwhC06MtF+s4EkfW/utzcryrEPuZEP5g072cPDLgfLlB5bHfUQn9X/xVEEk31DSkG7Uuo/5Hpfnuy1vfiky8lpFPX3yrbe+Qxc7+zaiYPjQt9E2dBmWJaAv1hLpNQ0gsIVhcaaS0c0YCw+yXbmTH924HYyz1k6oUknDSUhKxpE8CRtsAOl2pg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs]][fs]pay.ebay.com[fs]rxo]]_Thu,-06-Apr-2023-10-56-46-GMT.mhtml

**Hash (SHA256)**

902a4fcc8fc6091faabc0590078541c76c3ea5f030f2844c70b0f1f85a85f21f

**Signature (PKCS#1v1.5)**

Ei/Li4dzKrmTRCcO7KBaQ1odzPT90zYkdT0RCRKmhfF219ZXGymSg5cRlzYQj4vzMXu+E+p94FNjC54RKiWvFyxdLCc04eGDTQ0ZpX9QapdApDzbtXnVZbf2JK47kSiO6+pnDOEOypcRSZ2wS87AipQNi8J635kvn+Pzfwx7vluhgp66TPWxVUvxJzMPsXi9GgG7hY87V5tk1TYiWaBHBy4Nh3qMR3UY8UpiBI0mR6/uf89u7hUQTLYSPG2kPBu9djfhUHMLXoto1q5jGTWMLgUfejAwpJDtnsiSlfuRqqyN5fd78L3gs28I5qjEsaw5sJIQKWZzJRYa9wc35CRew+=



AXENCIS
Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 16:28:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YV31OLt9bVqbI4MKSfMrer41xUxqrf2nRXNnDVCv1Lg2A0kWilkKphDz7xQjDmhxAf9icleq1PQQAZLQfMOdFU0rSaxlrmhzzvw2MMeZWpOarbhTLBzmSWPmKl2CSv2T1xlaXZIW6paGFxgsyCRLnIqeKFlkv7Od5hCzASfxc4zqgx/x+vzDjdVXiHSm1kbm7iv4FsLQZVPLJURLnmrTpoHvta8x7bY8KVtZA9wzeosH0dWbrb8yeQ9iJMwjamM3DTX7sqAzniCqUtR5p81zmHi4dqwhyEZFzgSZo6yPfWutKLVwbVLMeZpQhOHtK8TS0HSOK3pWVRMjBDvctLteKXgg==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-16-28-34-GMT.mhtml

**Hash (SHA256)**

08b01d5ac51836d39880b882aae85611fdf0fad95fae1ffa3bef12553810ba2b

**Signature (PKCS#1v1.5)**

VtipQE44r6txi9E1aXb8LPGkAEVQ84f0Z44m7Vl1WrnNhUjEFcuCtXP2tHWNkB09hAJjk9QRqHsiFGgrdxkS8bWMW390+z97ZTUqcffb05lTTetIgaDoLvf7R5HcO5hIzdIAejEEZSrp21BrTAXj3jOgeugEU9qdIaLvKWktmPGPwvdkyXT7d4T249N+T8htklhBx68UpoyMED+QB9f7f4kOB2Ko/GqRSplSEq6R/JS8CDi+1kGPm9kDF+HD1jdNWbTJwt05oqt06GdW3B+N1qRSctKWQXN3jxJMuUhs63LB36nJ93PYzSEdf7JaHTC8f+md6dpQPoo0E0z0S9e9PWw==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 18:10:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

dCqRUTqRoQUo59yVuN8x34DbY4PNOdh8fVpLZah2p4j8Jzr6fOFhSgFUhYJ3582MCBrXR1RtH5Sp21p9r2AZJ/xDJSq3nbwdARlHnnPlpcswdnu0r7H+l1DlR9Cn1dUbadD2JNlAyZETFq+ijDfSXdJf03NVudMDCES1kRUjpnSgaCWgg5QQTIIZpn1oBql6ozgye98rWmn5hynVu8hrZl8zCmx+3utWegneotGlu/KJ1C00H1Sjt4ycBRtXABVDHv6djta8oumSzi1OQnr3s/PFjjr2cq0RB9OFuWrUZDuLFWQZkrp52R57Bo+iaHdqlxfXPeeVn8b26Z0h4YHSeow+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-18-10-00-GMT.mhtml

**Hash (SHA256)**

c46f73f2d551bc43458e42c9d1e4907e53b0dd7fecd432b5b5d30cca5b96a343

**Signature (PKCS#1v1.5)**

owqoa9kz2NASvitJr4kXHT5tzd8x/j1IxusyLpcbDxgc54xwYsfcBIL48wT2T1L8HFb3c+4voWotgTBp7S/52W48v+kAmu10HqJtYfxddrC32aodpuldWwn1gLw5/q529MyS4WFunrGLQVAXi7irXDFSUHl4I405yeu1La41K+SpjQo0pOSqyu7bGQ+6OwuTTn5bjDIFjVL5LsNObyFfLp4vbRaHH0cZEjDE0S6+yUlF1gH8noq7rDUHZ4vwQ4sRcUMxBkYmfK8+w/Esie6pgC3hNvXpmKW/rBjNd/pXMTCd9OR/yiskMjNKMxoq4BUAMe+akVmjDfkAhQuXMgbmRA==



Copyright © 1995-2023 eBay Inc. All Rights Reserved   Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 13:59:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

prW+uTiyqwEqPmfWMWwmu+cfQnF4Te1mehYw/p/g1g1tmwd7bbZOW6N1i/IngUmrAbgcd4t4oOfP38Gsbogz0cbNiGGMuAAS/43VdYAapDtZTVaVAeC14SCCqhxgOpHcrYogj6k3k7/T04LLY9MuhDx1gyBri9uHFH/tHSutPHAywCjY0fU9+qhipIp67upKi4nee+7wZYrZvu2pNVFcHiMpC6IOrcSfEM8fnd66pPTymw2t6TIM2zecQkd5yawUHSx+bjHB2nztbaEchZvvlOc7B8L+QPV1QAPvAJHgxk/oj3+doWNYoJ5ISaLDMKb874tbpj5cmsY8gdmc0wg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-13-59-06-GMT.mhtml

**Hash (SHA256)**

727815be4f14b5a9633cffd1c7818952507d01ae840d58b96b6421244002f6e0

**Signature (PKCS#1v1.5)**

id1anHSH5HH+fGvUMVaz9iZSQp4iw2BTK5EZh4deyUuHLzAqcU3cEAzoF0teTYFdEeIXTSUEpERYg3ipIkp2h6hUm/IEkVeI1uU34oY9OTU6KlLGcz8RvZ4tY37aUuQAvHu91VthewbeuZIbwMX/HvFsyyL8GudgnFOmIhDLGbMVbqiN7vDv+/f2AildQdkoLQ9nT6t6VoTykhZ/8HNQ3KDM7744HvQqOgU52wGz3ZXmHTtfEl77AIUN2SPPDOsmaUm90/5V5hrEx1uxPQOe/jSkWdLR8PnI8DD14quM3y11xF9ZVdwXukjx2FWmS5JhBu9xMQR5DIC3eyeQ61w==



Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 16:21:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hX6Y9EguwwtPheQvbIfbNH2g5Qx4wXYSXsVBLV0cMjG/Qw8iT8N7Ku68JqyXau+mTaNk/35CxbkCGfWmMJCpxhgXrU8wXCVRqZ1u2uiaxJoe6UPeiGkHojehdI56A4OC77GLqJYv3jPtza/vufrQkBsGY7iQCtyfbAJXdxafsO8tZKfznYw0BhL6fi/
S1FjrQfuFtUGKjbSlV781zROgVJoD9TWMvOqx4pFOQG4DS4pRHt2SfQoCQEjG2hwIVCzHajKg+BZCIhH5hekOdRFP1Ald3o9ilx9ODZGiPgLgst8vtTyanvJ0jQN5FAn4Rw2ufM/RYgT42nPabUhRwJ5BA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs[fs]ay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-16-21-55-GMT.mhtml

**Hash (SHA256)**

6c8851131ba43bf83a4e8d53767760cc2e6ac84c1f1c84e2f5928d73eb13e606

**Signature (PKCS#1v1.5)**

qqlHsTNhvE3i4UTPnHuZZuLeAnDykIFUzAMRJAzSZrBGMty1ZbCP+qx8qRLU7iNQH3/YP+641y6Bilsrp/qcQBfIRbE+VtsiZWL+8cJu1EnhEjNJd453QLBhgSh7zHDlX+ZiRq8brOPoK8df0D3Zb/
cm2GnFfjVRJjQN5nYsnW1ea5sBXbSZwRhLVxslxctddM41cBvRKBGYiGPWbDJ0zi830LU7yUwDF0aHV9cE8bhYeNJ87xZCte735TDyFOW/t685r8e2QraY6uRz6s+sT3AEQGyVVU6p0uSmgwyO58mMuIqJyZ9kqio3p7W/Lxw1kgxEX+RM/thrgQswV+6fw==



File Signatures



# Evidence Collection Report

**Page Title**

Checkout | ebay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 13:43:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LGmMIQW0hZcPixdawsfJAB6UGnCSiNEPjAeYexqe3zRLQMX6csUMXkmz/HK+8yFPciNuMyYsVGf2mKanU/Ec8gn39fTOaI4lqOttCgUtdNZZ+3uwYiJzjUeyWCbsMl0K1EAjEu2oYLgfhJRFq47rdmXXp0qsZOXwdXuZaHUGI19W5b4xxTn59l0snktmqMa/MmjMW0wfG841l3A7D89qL7yrc6NM6w0U6bFqB2co72x9I1Sso1PT9mvp3w3LV5U4KJzW5PfinfqQBPpADIfMoRS6W8DrHtHqDr7OK9EiWcr5bSKoENtBOA9lxSj1gsvlefRdBDw99tarFk5CeDTfYg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs[fs]pay.ebay.com[fs]rxo]_Tue,-23-May-2023-13-43-47-GMT.mhtml

**Hash (SHA256)**

55bddb73381f1da14e90c16f7ac23829c6f30948871ecf1f2256118dcca74e95

**Signature (PKCS#1v1.5)**

lzhChjezfLJz9BaTLUCCkNV2cWe8M7GpXSQPw2ns81ow7li5J76zTusL/L/GASubgc/UUsSKDiVTRiHzD1/QrFM8vzhX4wgCi6TTPg0bTjL2hA4fm1Wr6ph7ozVYUIJqyij529kGAc+GmRxyztSL7jRs7Kj2fed0wG7avtA7Duuf9UNhvExfWOGqVGhPVnOiF42SOPBrudQU2KrYDSgi9qMIX69+ubUPcmu2euWvCPyj8BDXqbqgTfF7ba0Gnj/S67g+haGmsH/Olvapps/Qo8MF1gxx83To6R0SXtwF43s043f9h/LJ5xqpKcQwCoJizISH3ka5WK8/IG/k6jLY9kg==



AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 12:31:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

tD7TQKAq684LUAZaIQ+KI/+I3fIrWWYkH9Xp5ANxUXeleXkM3vfPjguSOQza7L/Sanmw85v4UGzdcZQBOU5Gtdnz0zVE/tHLQLe36SsEoGBy2GTCvmxtkpucO0BBGWiHFWMGy2w3wG+7oZt
+QMuhbS72ESgDeMv4FRj7Z8W3hh7rvPs9dLVbmAQpHwaIln6ZRVa8d7z6Za2BHvGzyNTP6IBn6SO0btqgsLhsscWw4cIdxk1USjRKJKTC3ULMkKNXxEJIG8xvM7Rzq9R84dMm2rKduEg2UZuKdUvimkJby0C4OKur+0S5GQW4SzcAthaRvINHm2aWVm8vTInbGFwH5YIg==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-12-31-48-GMT.mhtml

**Hash (SHA256)**

8be50fb39ed55aca9df635f6e5ff82435fa0e75a6c0db16dfc9202289611c81c

**Signature (PKCS#1v1.5)**

eZxQc5Ec93dqFAo6m6Mj4D7n6S4PHsqzbb9B45wgTk5BDdLkphvRukOle65IU4SEcMo7znkWHBVKJFfdZJCmjrFB8otifprcwme426/8K+YqmL4iYWfNNyLBnIvso5AXF2sFnrCf2xQyyYm1eXj6dhXUmEzOq7tlfMpd6VIgQcfoyaBJy84EQaMfMCebG5xXJ6J3p7o
+oQWn6RLsowScYNT74e39vb2+n6dXPnpk07g0wHNZceyn5pgPhjK6EHK4DKCH0LlM7hjDTl+djRrcXE3SgSncb5rWm24xFxU0R7sy48KLhF9xX5JWaIrF6dXsAkx0o0R1n3eJnPG14Ds/rw==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

File Signatures




Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 09:45:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dHULQsUf8RiVQfaBWa76TGgHvrQrN4Qf3pVygxbgt4O6Vo1NaHLjQj1NzGOscdhBKt8X/6OPLuHf2IpZqDAyR1QDPWaHbhaBTWwgxe5G5LSO86qF6iVmGcgmIT7ijKhfoH17KCEj0VdcyOhT1kMJbtd3MZoIiVAahufANfFdBBd9P99dy8ntCkrv1VauWxUe75AKvIJBTclc/AnS2w0UwuNbyU1Xs7kRpQQWVGLp/DfmqqJ8mspvYcPrMsc2oqbHCXbzkLV3k+RGr5UA+3hORFBO1m+tjZmcd9bqheScB9y35jXpz6RVJkfDj2LN/lTKRFLH6cVJTQD9rxxp3MVfMw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[]https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-09-45-35-GMT.mhtml

**Hash (SHA256)**

eab66921bf69007e1455b7cf8356a2c4156eff8c38d7f70971e71c2c94b8c206

**Signature (PKCS#1v1.5)**

JB4j0Pc05HTnMEATpzX3rzS2uGMMqOXx4ERi2q1eH7kjBZE+S1thgahm0yQXSnpVtYqxRO2MNPSUBHdeLa/ueHnGkny/amMTgnuKPvNyWumuUohI8+H1rVue1oizR3dLEGOuawd+mphVZw3CJf6ePdbmJ0b3QPbyHl+Q0jOR5FO2SWffT6r/4A+LqVP+S+ImzRMoDT+i4Wm9pHUEvfAIETLBydbq2Y7uIzFZlobca+ySML5Y7ipHLezALkS4KRdeWO5OBtXD5fcO/i0CWlpgP28nf6Z2dqFOcC1cI1sMl2vJWWgpnbiXecbrxCuu5mc4PG5AlHzcuT0I1QMPeXPuOg==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 19:41:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qQBP5yvnDAoRxRkzDUQDcFbacOMC8hO3qkwdTbyqEaAx0fjjLbAtpnqOj8O78MhNEFgf/TNIcinEMaE3BL88oV4F9z/N3Jq4XROGKMNiLHPgVdzPrgejTFP59jeHI7//q1XbchSqeIMCGjQ6VEmv9dZe5rl0M1ns/gvD5Kyqb6OS/+nAarMjLtTTSPP38A4qweuyIARwukO+4MsGvWtDTktsM1iChX/6sLjSh3SVVL1mCT+67z5Z3Mg9Hko82aECSpN607WazAr1JpC6bkNBx2WX1LwMU2lNqYmEFuWqaKFOHYxXYP33SfHfX3I7f4H+areBG/ctq52DbH7qP4b9g++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]f[s]/s]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-19-41-47-GMT.mhtml

**Hash (SHA256)**

ae79304228Sb90c5bab01384455b3fc78fe3b7ef460efcd179ffdc3febf9d3bd

**Signature (PKCS#1v1.5)**

EJ8LDT220wgrxM9ooyMUiFxM6U+NJqlEJG4spVF7IDFHn9+5ye/cWezMMrko89g/12pWHzKvlhaOH+4TKmzOH8bxinEJk+iZcF3xauGTU5r1EQHT6qsWArGWgyj5n/RQsuHA8ZMJPgojtlZuT52Fpo9gJFoeInJIEH5y1pRnid9Ef2m9wxLDax0VM/iempQ2/CuVrRtzo5MU3WHSKceDnlnB+30b8I2rZHoghzHQ+c+DAqdJ1luyx/prmcC+cA2tuxPih2LrYDO3uKyHAOc12IQOfDoIJPM1zUeXKHCZbNDwBjX6L6h/KyP+z87sQm5kT0bK/sXp8fugGNdeEOr2A++



Copyright © 1995-2023 eBay Inc. All Rights Reserved. AccessAbility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 19:38:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dij/FXLgZx4oMxenal4yB1SXjnc0GBlALrd+t5/
fi9A6ymldcmrQfK9UzAZPjAfncl1YV7o1WAt5udxFd7P5RJcq7PljdR2h5TOqxAkOCRz221FzyoWjAPVpuRGJID2yLQEJaLTVXfm7V23E7XBiMOlqEwF7UJpwYNhfBiR7BhfzSYlQT1QHJH7GCKSLsaiPW1RBMLEhrY2yKfy283PBvAZQdOCzikud4u10ELgduiG6beG/6Mu1R/u37TJPlbw/
gYUEDMnMBqu0JqgROvqIDK9aSeMS76avq7K1xuNydVEmv4BfiMi/0+RLtTCESw/bbfvehelfi04WuF5xy+2vEeeqg++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-19-38-47-GMT.mhtml

**Hash (SHA256)**

374c1c8823e9b92bb8d189a4c380f6d3c399605ffea1d9ee1df78494f1419cfc

**Signature (PKCS#1v1.5)**

LNUSFnfsb0DCUD/s8x/1DXUL6sNJCOR0hONgoLjZRZAASAwNZpmBb0U/45WLxvjYPB3nDMF/btDFDAKw9ev6hKOWiVwtPmDh8d8CUSMHHMIKd18muK5y7YiJUArDHgGMj/OMEsLHVsauxmmyn0o9jhZ6VaYtrYl4DgLhKMipyNxkSCrJwH7Hv3pLXhBM03qlhl3heWW9OpTUWonr+h+//yJlcRDiVUdyE0nQsmfo2CHQrOY1gCyXuA6zSepVskxkbrKDSfmRHms+O4gj5MPwF11b2oc0h92GJjDESlMmUJ48PBl09n3jZ9e+IOuxyDWxDrb7vkZ8yQmLIrwBngkQ==



Copyright © 1995-2023 eBay Inc. All Rights Reserved    Accessibility; User Agreement; Privacy; Payments Terms of Use; Cookies; Your Privacy Choices and AdChoice ⓘ

File Signatures



File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 31 Mar 2023 05:23:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FTn6rjK7duL4MrSPThLJp7Wb3UVpiX9BXKjxB+tmpaWR8Cecp0fCfXchlOueBt1gu8Qxdyn.UW6nGQ/yx4ohPpRsCKTOq3u9l9sgJeYWq6NVFmNJxKeWoacF2S1q0n3mfucreqLzKmOhxdB8jnCU/SW7T8tgacXje5RQceMAqfaC1JcV7DJIghhCLWQktgzxplqZGzfRQSLPskoCs6N7WZuT/+eDfPBA5bjMiMw6nkzdGlUCbsD0R1XaffBF8TsnUYokL+/nYZFWjtQ+EYsNxZEXsxgen3tUCXtCdDnHzNPsmAvtsDLi7FgUkMEzKWx79SQ5cyz/Sc!yCvqGUVw==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][s][fs]pay.ebay.com[fs]rxo]_Fri,-31-Mar-2023-05-23-16-GMT.mhtml

**Hash (SHA256)**

76ec61e3d4152b58e99599ec173f11af7b66f902deaf739406d8470610ba380a

**Signature (PKCS#1v1.5)**

ODccyGdxuJYDOAzkMVMfhZvB+vU7aSZdjS1TpW10jBHoCBG&/SR+uUWqDuN05v0Pv9kGBx7fqcwJJ9OyPxsmy6QhVxH+HXgVLUCqTi3uA90qbb8O9ynRxq1XmG4/X/XxfhFGiZHk2J8CaPuAj2X5ZoDdBl+H+E23XmqSPjqd5e3PDSdvn9pjbrlfa7I.xdhRFqpXtFhBdbLwU91ag000DeRZy10Gtm51qcmN0/7LL5MTo6Bxt4B/8JqA+cMrpEZInOMtKkAMci3NspLUhK5ann9DusD/IvLIHPU13/sHCMyTqXzRVRAmdrOgS4H2EtPOg+X9pySZXJ+9L2Kpe1xg==



File Signatures



**AXENCIS**
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 12 Apr 2023 05:51:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nVnXq3cJX0+qRZ4dYTZM3Y5aR/8fqO5/nMoNYW+I50BdfvXcov7YV89sXztaLrh2k7p2tk+OMvWASJuwZ9ewWGTXF3SJUdfWHicLWFw3aw4g5Wkb.Iq5XLbBJUzLBHAjdxkmPRrI0ZRc0Bitc4CMH2eKpsk852Q7/iSz9zb4DjFeBPKHuInLIhCY/3GSI/aqar2gzhKK6pX0cpIbvoxGuY1kIJHZ84E0oT0VmpggVEoUw4861U6qx3E8dckm1budhWl76zI3vOjHJoRGNAgopPlgQ/SaQCeFW+9Aq9ZSM/IhcwQtyN4ig2M4XHrunorHVxiRh19xhV2cyYf54UoYUczOw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-12-Apr-2023-05-51-19-GMT.mhtml

**Hash (SHA256)**

bd39e93e03041ad8a8cae62b9e512c509602251e335e0b4d1de521e2f8d53c25

**Signature (PKCS#1v1.5)**

QnWcgem06yG0SLkUnE6UGLogzQlawBH1Jq2NbjWhDqojvbRDTZ9L2GTpBAUMuzt6guc4RAsuyuTASdRrtdEFcxVsWisdLa0X7FvxcL1YB8d04nhvaiOLD2QGWczGrFXJ0eBdvfh8b8ZVa8zhmjAU6MShFjbK+MBB4jCArF3CCISJthC5+hlckBHirgLeZnPYH7VQVJhDhugf0ac7a8KWTyOmW928kImhpJox8hNyIojEVpridTzp4WNRy9U2PGvRQW5RSqon/XwURPxCQ/B5V+EkmmwAC8VeHzGWBZokY8HtaYEDd2tciLJ2WTfR1717k+xbsnyAq5JS3e3glk0Jw==



AXENCIS
Evidence Collection Date

File Signatures



AXENCIS
Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 19:11:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jxw9B+HOsdnP4GOb7Ww/EMbNf5uyT2kRlpWpzwj+Q0DJ/YBiNaUijkONth2+q7lU1sMFJmfvPry0FYfz6ghViGjsJqXNcGjnqQAwhRq4SI5SgcG9wbo7DL8e5kMOmwXKI5+EvOlEwE3jh8LPSSNg4cJf0mUGLscKYzZYLydq3RJG8dqAQ+MvdC36igAEx1OTnfSb+0dqe+fwHGj22YnzRjSfpNEo8yubPZAy939MwkJzAy/MXSUmld8DLqWOtFtz8fnEJHO56WQsLSwFoEJY6OOZcmwwNBVnqwsdK1sTrDZ90MXH9EEbVZ6JvZxSa/DyT2oRUUn5/K6eTE37/4h7fQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-19-11-22-GMT.mhtml

**Hash (SHA256)**

f79325c741ebd6ad98340f452f48f6a4f88e7835e5957d037319d30c491c96e4

**Signature (PKCS#1v1.5)**

EX2gUL7hwu2y7MUPgUZzzayqZ4E0b5vcrBEfObYZYs0TI/g3j9+9hMY/oUMYJNRW/a6W36pluhw3POOAvhuEEx3ZirAZrJNoOvGJD4e2Q0/HKd3AWBHKGKIKTDpGiIlmu3JTdn81cPMnmTrRXgZFkh2cag/AhkhHMy9SF2hG0ZoHkI887IjwK8kgU26dYcc2FOBTC4hZC858pSAColTzt7MFd5pwDpV8x56WWwYyH4wcWNdS7RNG4GjJlAvvcjflv9Rn7zs0NIpEQSSEhk8N2cjE+Xikzt8KSBoSwaX0cSEHDEGz6jdWKeeyHbrhE1bFfqpuMxBZa1v6THdnUEA==





AXENCIS

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 19:14:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bwoPQ0vET9hon9mxeVq5Qz6Q0bmKuSGIKJwx5a5usK897uGEKgPtxC1HNE6qBI64iJGYcFD+PGRCtfhpvMRKjaCHhdy6hkB07CCAKVbrtCv8jFsr3Yd
+yODylNUsm9v1h85FtNes1uku5avqeNM00XbQpcRCehuBfON2L8dMSBM03dLJke8TCSLyJBF2yl3bsYDHEDi4f2xDDwbJOSnfm2uFwehZPxux/EbbNGnmXCmMCY+ANV7da0ZwSIsXVypbsx1PHO/
wkc29wNCR3H5tsFUvFBzVLptVPCfhsaD4whnXVc910bw960As6vvS43RzzeE0n0uxlChCAoyYCO+BQ==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-19-14-24-GMT.mhtml

**Hash (SHA256)**

545f901f8794ffe7cb119cfe29f9b900bb1e4295079550bbc17fd0c2e5f794e0

**Signature (PKCS#1v1.5)**

UIE9WxiFvLhz1qud+Ch7P5+6G76fX9kK1hYglNNo+hbqUCJs6st72lpf9ke1Gjun0I/pHj6cDZqM7/
CpwPExeroBCvAh4emeyivM40Y21OMgd6vtGlY9f25HfwiKtC7jeb0Qcxag2HkTbEM0kJ7prtwgYNr5pLudyWLJFdfXClpRWOsdcbZZVYcnj22660DarhtX2MPd2DZLlr0LsRUOz1HhB5GFwvZ6TI69ouQgSU9KDBSPZZCax2oFEenv12mGmDbBas3zNoxiqNBG3mbYLuwIgyndu434nbsM
+WT8xmahlfGw7MkwN4+U715PmwPaAJkuIC18STS89tV9Pn1K6bA==



Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility,  User Agreement,  Privacy,  Payments Terms of Use,  Cookies,  Your Privacy Choices and AdChoice ⓘ

Evidence Collection Report

AXENCIS

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 17:58:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qg25BI/mB219SwrhUqTWuGFZopzkc8Q2i8eTwY3wp3XRh+EGCbEz4Q6pW9Rq+hJZ+AjowIOlUjjEdwyveh6WnhSasBstqKRatkdppePQ+zoHdCjXx7eTL0dKC1RwooNXmCYveAMBRZ8286Dt48HUPO0H+lYpfRgaSe3xewHS1EUAY+QAHHSxyqggNI4tCGZp2EtXN0PJ2iQvixouPD/PLnENtXGPNhTt0EOWFOf2BoLL9ABIZH9++ZBK+DTt+6rYRPTzIRLx5d8JSSHBX1SiaXxvs7HswV5mURjq4HtTmMxjO6rw2+Z0qmMIcL0Tg+ExxwXJA3u77LkfeirgKBd1w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs]][fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-17-58-09-GMT.mhtml

**Hash (SHA256)**

e19d39a4ee5d1d71c5ada31a2fc465beb6c59daab9dd8f8d3276089ce0090530

**Signature (PKCS#1v1.5)**

ntE8XtYx5djYwuPsyej7fCENeqUzeavAFPmJmuKnKHeNeuBvG/2KxKJAKhucleS3dbcrLj+W6vKmc5ng/H0F1DjkuHiU+ndr50fhmL/SxGzY+DsbCl40A4/b0tw5YSXbx7//ZIZ9eu7WQPF76fSUpRSvZEfN3RY+1MGKlPZL2kkiF2YGlu12WISbqoiVj6YMzCvkQOyHgFqn/6urnaaVTTmlBi9mW2RI0Y3H8DMhw4r24yoNrJBKf30XTBAjR5c2PaijySRmUHz+NDxeUdawM7jEAJdAwf9KxJNy8qtARNPHS1gtFll/BrFoHECeFADKTBJiH7N56B3DlQGMNZZ/A==



AXENCIS

Evidence Collection Report

File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 16:01:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FYnBtism18NC0CLnzxehtghhmki7nq3lueVDtsxOkJv1rxRBwicHV673DMW2Jf77pEGBm8Zasvon6/QJrk8S4lM3qbf40HrpsoCAzEduG9DPjmwotoLt1iHnI32dJWaD1K/szkiX9LoQYqIuSKXg1jXHb8k6hEote9rJALfxG7m0Qd4PCJ3sl/ACv1wD0ThoRxZl4h0c3X5ejJrZ4o1NbMxDdgFv0KpBfj3Y5jtNv9XBf0hVik1LBNRdHjp9Lvr6nntUZ+acIuF9+BLxFVR1jaUNyVSTC2Ch7TD50xaErro68OODIsEl76hGs0x6dQyMZd5dq289fjhsJVSfwtTSA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs[fs]pay.ebay.com[fs|rxo]]_Wed,-14-Jun-2023-16-01-28-GMT.mhtml

**Hash (SHA256)**

89020eed5d83dc335a8f1ad0bda9cabf2bc1e994988c568b9b642c42f6e73497

**Signature (PKCS#1v1.5)**

Q4s8SWZrjdzNGPoeNjV1Ee28p1h/L1HffB8kjJRcMR51hBtG1TQ0Bl Kj PptrpB65jaAUjedey9/q81QrewWyJ2GTIR60lFAVlC92MtUuZbYuMBeOXWHysEiP8sxrHsELjtSwRdxcJnwygPvMjpsscSiMvl/Cwv+K3wfABmnt18Z/Vc8n+crMX7CBECCywf0XHgfrEnHWM3IK/erCFj+HOZMFafXL4DndNwwDillz1OYKt04/Z8Za8j5+Ewkwa1bjKfwjpioeYM4mPRH/iYrgrBByQ17egfzV24V7IXgywFKD6mDXntsnGwRUuJJaQulQYMgKHa0+ZuRsphpop0RDSAQ==





Copyright © 1995-2023 eBay Inc. All Rights Reserved  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 12 Apr 2023 05:03:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BnvFZjqaDJWp1twWtMc/EngUnRoukq7XECGzI2MdM1HczGEtzHP99kJ0rFjaY8ZthyzsBalE/uI2M48Bxd88GrPWEOmhEDT/NG5qJeSfOzZHPMvmBF/7BP2rTPqeU9NQ0fdbmqqWOFn9mzXYsXeJYyBnyV87H
+t9fsExfrXx1sfOda680w88fb87nZbqom0XXMZHtJ/5V7PNLCj2pFqbn0Yh3OwRVfti30JUJKe8QrzCtu4UN8xKA0YmpaKYHYKj8f9Yfn9gXC7kBdmtS/hLwozdGtdoAFhfFk+1HY5rjU8b1MNm0SzfjjC5ihoLqNtQTL2wyqAWfjJhoM8gnTDZp9FF5kZww++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs[[fs]pay.ebay.com[fs]rxo]]_Wed,-12-Apr-2023-05-03-07-GMT.mhtml

**Hash (SHA256)**

f5eufc7272de78f00ca433372ea8445da942fc01bbec71c23a68372f05b7b01ed

**Signature (PKCS#1v1.5)**

ZqADLcXHhL4VjUVGbHhhCPd7GAGJqO1fbByqKjaNtW4LyimQA7Fe/SPzb4BDLZaIriQKO6JqZt9pt8gGAClkzWiTlhg9HJ8bjvmIhgVe3S2Cmt5/3KpUEL/JKJhYc6SfZvxA1yyT
+5nw5MqfRHtU1xdMtM8bP7y6U2aVxSG4dN0hWgimgyXtAHeRtsmKkEwe2DNewJzjh5h16B85b0tHXrdTaQVRrhdmnefaaae2VggIIKKCVuwTuYPVwXVvCxMeZmAndfFSZZdiJvA+M/34iU0n7keeszttEXCbPCaXXmaBkQFJaEh+cwU0lMsU83FkTWtSXvcTcfJtK9yA1UM4G8mA++



AXENCIS
Evidence Export Version

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 17:48:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c+dcl6oAKexSVlHNApyGxSUS3MHsvoqCkGT8yRrRRe85VVbMuDX3rEZD9ownyurHCgUq1nTBxs2D8E2GMWKhV/d8bwMalUbw8pBa/vCWw0h1Y6PrxRFSHLLhuMURO4QiSvhOf26xFFH8aVh9ElDZxJObkmny81s8j91nc8fSHONps+kMH/a6K1Wntx3q6yfPFAcVGS3+sfqbSFjz85aTK+UzrCzCUSL1lEvbJTpVOg06J3euRp3Z6+CFs4V6+60S3Z+bS4NcuZ8r7cV6s0JUrCthpNLjMfHhYZz0bdyUnqgbI6j8S0LXRgTKDo7gNkxtrNZVFO+/yBRiBINy+dapiA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-17-48-38-GMT.mhtml

**Hash (SHA256)**

1cf92c693c280c581a25330e562aa9446d91dd505933f31d71da8649b9522f8e

**Signature (PKCS#1v1.5)**

vsDkbEneK3kWkV1NJ7but84L33B1WDgGE4lQaQpEazqq3TG1j9JYWQO3PniGors5jW+KDo7X41216bU9GLl/CZ+GXx5YZ2W8Zm34HB/uCfmZ80CHeN1QDhHLD7dfJWJ+BmXbQH+9Q18mf0Y2eqhkdCF9zTOeRk4VHxJHKSwYwU4Yj6L6A+ISwuUjygGGdvW+nlDdEbrwPd1RAqFGFdbwSF4wOsuNzIVIpkcBMn20rzLqnEafhBLz72CZLGYiyHg2zE0YvmlL698E7FTjoOywdOQ01YJNFXrSPro9fe5zjjew7J+bNjhdmtOSTzJhWzZ8RLoJK1DqKgWhyS2so4pWA==





Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⊳

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 20:09:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MdBGojYJfrfdzLpD5fYnjl5SuJsA6kHxGUDviqx9d9ZBrbSHBhJbvvHQWrKbyuOe57gt38eHFxJ2ldRjE51/jukKwLWfj4yRZN70K+1aIxhRN46B0V/zgfy/a9Tv3MbkZt0tAnxIWEplM/4gq9rsVcosVgeS0i/LY70D/PWDYe3Jv+APJ3ijkDE3donv/Fm80tMdS58FVl/DotJ1iLzrsGLlwMYSwQ++qp4QH+4RvxAuNwfS4EbU0kmUbsnyZgS0GgA/5dQF9RL/ntJoE5rCB8yHV5yJx3IE2/kZGHCT8tMkmnC4Fm4IRY42qoQh9PCUFmbfMGBfZk3j0Frgvcr82LA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-20-09-17-GMT.mhtml

**Hash (SHA256)**

14c07f0edeb86e59f0c44693fa3edc97c469fdaeb85b2309c27f9831e6a2ed47

**Signature (PKCS#1v1.5)**

CPXhzG69XJc/rwrxqx60KSq0UuXAf2f0mlGeoPJ02NcYossHbO
+nyYYx5eJzPvI0pzEzdGnaVtWaWsqYezptdJAG4YcMK7yZzQM4fQrYmyUqabWiiRXZToB32MF0EcZx0T0KhCfpsKPdfM1oRZOJI8bieCA16F0QpX5cBEcjm4FXECpZldOapohgrV7NQa3CEZ1WVYowe6HsLaYw1b7lmhjYiGtIWneMKFTGgz7gwB6fu654WrbSEEfu1TUwlvHK7l4gtqTGsqTx1Id
4c8waG5tU6KTMdFLU+k9hTlZdX9QlSWUqopvSFtE5EhMNhfxHeoVBxPbFMSLe1Ak0gg==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 08:09:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AmJbOiSY+McH++2CJWHpY1IjckVQ7Lm6QkKhmv8G7X3wquGXW16ZK6iwLEqrNn9N6QYaejqv0egm0z20ThIy2HbCPi6U9JdrQ50n2G1gLk6UB5CXvbEEDpvYudvvgDbJ6UjffkcX30/CPkKdT
+OODVBIX6m8K3icRRwgsMre1wzOC97hlzv00OQV8dqD3c21VmdHKG/SpEAU2IWhr6yoDlhakV23lNWf07PUcUHdVZaH7OLt0kJqaPQ0Z2hdbxxEZAbXCE48hxiloi+wK/egTFT0tjwoZXgfr67n2Y515P13OpAlEGhs6oFaxF3TcInDD2M+VwEOanJsnrLHw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][hs]][fs]pay.ebay.com[fs]rxo]]_Fri,-07-Apr-2023-08-09-55-GMT.mhtml

**Hash (SHA256)**

bda04848ef27fa67cea81bf8bda6e5c483754dad6ca5be9fe065c9b24f4c108e

**Signature (PKCS#1v1.5)**

a8E//X2ud6FNSMyTGu2/mq31GpIQvnZVXQq3XkaaTcVi3xMTH3Ya/T0FsOVsDorfrfVPqd04e0gBVJ89WJz4yoV7Dh9vvDZHxdpqtFEF3pah/gRUIQkhA4A1kD6KnQZjvx8YkpN4/U71wy/
mCwU2fpXyur71MZ7HwM0eNWFhReKUSm4qfW3CddmSJOF7DhRgxsgNVwbc8yM8jLHvlIC3mMgyGE1x2gLvQPkZ8z6qKgl4Dj+pMMDVi3KOgfq+ftcNRlBdaGah+oFKwvy4WtQQMUHHeOkzwmKeH63SC3/O0FvrBC30WxuZWnrFzNRfGkRNRkX7/T4Ac9qxR9SN6g==





## Evidence Collection Report

### Evidence Collection Report

**Page Title**
Smile Face Neon Sign Led Neon Light Wall Decor Smiley Face Light Up Signs USB... | eBay

**URL**
https://www.ebay.com/itm/225682014461

**Collection Date**
Wed, 14 Jun 2023 08:19:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stanios

**IP Address**
149.228.110.27

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
h27773qgym8mf1v2LiSpsibBDUZemhMxv72gUw6DU4Fxxxc4dz84ZGhYCdQgRff11GCDLyWQ8BYycb5q7K2xvSysbmvNKYJ5vSpuhxmWCz5Vv5qxyubvimo8jabgdkVfcuY9mRYV2dqv3SmRRsthgcxjvIvhyAze

## File Signatures

SCREEN CAPTURE
PDF
**File Name**
screencap_[htqvzQhjZbQywww.ebay.com0hjtd2v5253b0214401].docx 14 Jun 2023 08.19.53 GMT.pdf
**Hash (SHA256):**
c7adScaeb4472fd1a42eZ7aea2Ye2421af1c4dfvefddcabfabdaf1a8SU76faaee
**Signature (PKCS#1v1.5):**
fvBzHPv8f1gEKbDJbfIrmwNxyfvG.qbhq2tQvaaw2NSSaeyubwV5raSaQd3yt2SMgUgU8XKuXwhA8v51JxvbBwrwbfbEKwuvCCK04KHEJhGwhrveSfdufv4w4SvK4aftedtnfevv44xdSZ2Qx23iGRVC8vvEDuVVVPQJb35hVH



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 16:25:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZE6/loIUjw66L+m0z2+pzZZ5DUKrP4Q2w866obiXaG6osY05dogjf22Rvz1XAUxOhLbNL9gyy4gjclsPla0L3CtsHRPsuXBAHopomw6j8qjvW8W/dOq90AZnask9dbkpWu
+pmPYacq4mwqVP01GZapSlHLkco6RdiTApR9/48ioqvTcpfuqSFdaY8txLBc1woftLF5kIF8bmQYhXGJW8Nk5qf4LoFy8Pt6WB+rFK/lfPob7HPyMNCvVSKsITw3mGLoK+8cvQXOm3f7J/c64gLX/b66MnAbOR2bHnTl00P0zFQBGVKCNzoSC9jMLBb83i3hT1wDGaFo3YMz4A++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[httpsi[s[fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-16-25-06-GMT.mhtml

**Hash (SHA256)**

ac43662a8649bd249fb60cd90a4967d8841f1979916f80264c1f0223be25fd5b

**Signature (PKCS#1v1.5)**

a6LrDJuSrfRKdE39lFNeS16nOw5QJcWvNXJOAUG0jmenYT1AFw8yLi7yPPQL8gRHXbB+5Ep,j9VqDVKO2UmAwjsw3GLC4bBU4G+XDC2v2LTyP3MfXoOAnBHZamdRlEJnfNsNWTi9dzrVKTHA+3KGRg+CRzr3oLMWRd4kIQ402n8wx5fUEy2Yhu8o64x/zaKkNv8qkUzxbQdla46g0+
+NUZgDJvSjgCAqaB5vFdl5F6qTIbNdWMrEf8eFHku4iPy7un28rZLTkcr/e1X9I1Q5PM3cjEDhQGoHe4X1bXPZhu9+J63GBnYfzdTsAad2u+jZH+tkKhicFLegzUregULFig++



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 12:14:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DfnuZM+4r/okP2JfzFcVGeE045KoAJLM4Zu0XgJE559HvyWkP4+oTJI70BMDHZS2+vGkh8BCJKmiW3SXu2mZqrW3bbENAw/eYWfNxA0qZfyCGr8A48T6Psv HTrlDVgKM83BeGZcN0S6V3QCpDzAwRsAwrGxZ38SFX0tajBi0qLgv88Png5quyBm/msuYkgoMyKw9xO +SSa1Cv5KfYjTRL6WmqAaHAZWU8baaMuSM7FOAhHn6Eo79qqB2ODaNU5iN8H42KMa5wmBu6XcmT5GdALS59ZiOpFQta1SBjuxjvysHQZOmsppyiiCkkvQdanTuKiY2DRY9DU0KGlCJP59DvA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo][_Wed-14-Jun-2023-12-14-54-GMT.mhtml

**Hash (SHA256)**

4d4f72ef666f2b2f581b0efc12313bb0246666b411c2d3170ea1b2d225db2cee

**Signature (PKCS#1v1.5)**

cGRXSBeCkasxrJvtfph3eOexGhC1UzVgcL1L3PKhdvq4ZSpu8WDpoDeNyLvkQnCQ99yhi5xK038fr7h169Dv7oVnh5dPa9czjq+pwwXewwRQt0whdjZNmaqoCJEl7vFTOJxTNlpGc1OCfK5KEubMmTTlW7EymiECL7anq5dS6o/ipM+X8p0broCUEjJpl77zgT9PkWtbPTluQlL7+QUUY/ WEMTmDzs77bgu3HjtEwh9Cvw Hc1Uzi3HmAxn1UIq9i/9U71Zu3ImZxCzgm7Fw5iy/sX0pF+hskFIX0/dXRjQnRmZpyvCtiMQQZf2Q8Nijxls7Sml9vZI8rdBBJBhXHZ4EnTg++



Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility,  User Agreement,  Privacy,  Payments Terms of Use,  Cookies,  Your Privacy Choices and AdChoice ⓘ



File Signatures



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Fri, 07 Apr 2023 08:07:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
fMM7fsBfVUG+m3GiCh6CP1P2X8Pmj41PRVtQASb8C7Mz/iM7DY5bu3fK4SAtPOaOtder/ib1dyy4411W5nUNa0lqgWUBMcKPHjO/cTO2pQO3AKDJStoKGbY2xX4n3eYH3HjCJhMSCpH2ywelLEyJQqebydPvZX3Zb+M
+HZBqWDRgkqiuvPrOb1khxJy6iVb4JM2WNzFpKTj9uCHrgc6RRVPGwNK/oT8F4JxsBMSkAzQZxzn7j+apKEYMefBzXeVXNB4IYOBtCA2UCw+BW9hdxRtv0BCt49JpQJVaBlceELD10LLihtwwRyRzmfcnREFRqh0Sms4kXqh9BK1YqVw==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[[https[s][fs]]fs]pay.ebay.com[fs]rxo]]_Fri,07-Apr-2023-08-07-56-GMT.mhtml

**Hash (SHA256)**
b975b467a9aff68deb0e8627cd72a8418f1937i1140cfc9394078ee8a50a7bc53

**Signature (PKCS#1v1.5)**
efqPTpj/4Jfmmx/J4j0nbjkOmSVyHsfD8d25xq5eG+VOWBifyp/3gZTDBaMq657/Kjr/ItCdvMLaHi7Lju1P5eecW2n+OKUbx8AgC+ukk/vDpnv01we8PR4VXY4j6jP7Z+4AR5ocl7a+V0OoFMQei/0olfAmNqDhpdzFM/gpl2A8N4tfyOT8NjqR4xYXAtadVW/
bJQ5FeVuRk8OfPOekcF18u7S0BQBddsEfpRyS0zBwNYUaXAx8pTBKgzU8r2Zm/dXjvU9VVzvGMO3YEAPFBsq0iLcarqmZ6VRzlEvy3cPexENwyZjBN2HQKHaVYPYbc54iJs9iUPxtH0+BYH4eQ==





Evidence Collection Report

Page Title

Collection Date

Collected By

Business Information

Digital Signature (SHA256 / PKCS#1 v 1)

## File Signatures

SCREEN CAPTURE
MD5
File Name
Hash (SHA-256)

Signature (PKCS#1 v 1)





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 18:42:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D2tGJ0bhE4Sb48MXpeRpzyGYfwNkR4Q/LEujZlcvdyk7DKGm0a3Z6zLKR0XWNgI4arAdcnoUr9oBlCcPXrfnXMnZ4ESSYqkN6dLx.i/7LME7HlRMSXnlW60DasSrPrmDfAg9iDi85BtqJU3CiE3cX3Rg/DvHrbahqzgjbrvPVW7NGz34DMnX/h+VZnReo6SbyBwgd5zlBUC/80FUHnAkIvKumNXHInhUz39CNE2rAoDlFgC0wWjghzlnNDfafeu9pCCXF3o3FsL/NWsGCjOk9I5RSESN427XtyWujPxdmNtDO2xYv320SBWYtYZYLCs72Q00AhFB6Unb0oFcEMqXow==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[]https[s][fs][fs]pay.ebay.com[fs]rxo]_Wed,-14-Jun-2023-18-42-53-GMT.mhtml

**Hash (SHA256)**

99a9bc3a22657B7f82189b8c2f3d5764cb52d1254e1a4a5d622f735d701d08f0

**Signature (PKCS#1v1.5)**

H/QFuvO+pNhFHtidnEiRDzHlAJHcIettOJdX6v0YWHrE0q6ByA8QR8FzwqEClsXYcSwBwCEmWNOR6Hpizh3LzY2FLq2X5kDJyovyCSUgz+O7gkOQv30dnVKKLb/pK2MM8cCfb9MTnAKjoFmvJdv1pcMnt/dVYwqnGG6y6bzvFDszeNxrbNK724d0TsxR4xsg1csFwf8zr6NaBllRyz2VDgg2957Lo1U3DHJi47YYcTfbvd5ZLi7YFmQxBzGxeNtXxfUGhdmfYWz9k6Mdbl33DUb6nKCYpT3Ptt/Bn6BQQoDvxMzqhpaAij41ZMESbnvYN7Sm4MDOshV3DDpf4sA==



File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 09:07:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DppZNXL7rFK/zg8sbeWTEhieNKDyxlFRZaaj8PVrz9xqF+i7G8Fsl/0yQFou2n6ERtFcHjMy4kYwQWAPCtLYl0u2oF21Kmz2HWVf03nzdaMmpXXq7uPiv+gxiKLAnt0HJpx2HsVnioqCf89jUt+sKDiDJ9h77YxooyVv0VALBbqfJH2+vFMN0mHkArdxIdxLJS9KXPqBlp4AAJ1kRF3do1fZLYOrf+SxCn1Ui8Ry30NJUQ3VT1y1NNCSn7LqzXb2UfF11gQtegKtlUobrYm7EAsbjP9OY6Si594JElJnH5IZLkkX10fr23sKB5kIG3K1RoN+MPxtSoG2J+AgTzRKzA+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-09-07-30-GMT.mhtml

**Hash (SHA256)**

f0b44377e953f1a5c207e8eaf99dec0068e64ba2186cb0daa50a6384b230c7fd

**Signature (PKCS#1v1.5)**

ll0+qDsGDzS1WpO4XGsnUVRx6qDX08BdKPjMV5CKHDnSS/zmJMw8c4JGlTYEHyK03+eFC9exrJC+2ouY1bz7vyydox6857Mz6nfAlGM6k2mQQlYES/Dpx0UWrFW2OoNY8MjNzHovHJb+EDrJbk4KAaldl1vTB3uOY5+W78orSlH1uITLE0f2fx9WwPlFuk0k9uCe5ymDI3baXmJQpr1qE4nXt9HKBto9SH15uIWwp+aMuEk8OKutym60GaggnWu/Ad8zhjfGzNPZXuaobO/dMXOVYxHjH9ZXT40WxKZHPMddtA9ud9bzkiqaty9ZI515V+0G9bxztbPeMBwFja2jQ+=



AXENCIS

Evidence Collection Report

### File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 13:12:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MsN4+SYGrT0XgGnmu4px7Qg.IYqN0lRK8u42YBI3CCALFwEsVkA5neFnrixxtA8QOJZZKg1sY4QvgR8IcZnRl2j3qtEIffoiQrSLjOwny7a4wfyj2njW612Wtgv38BBuAxuu7mlH6peZbWXIJBa83kazfxSxY52EVxi4tRTubmkmwW2/kgHXrzVLWUKlLHzTkxkYVOgtj/pO9UHwMa/pe5fRcEHv6gVSK6AMe1o06Fo40yD4BJsJErs7BQT6YUoA3Yl9dsXbI7FgrCiyIoJk6HjfLaP2e8kKcZiBuBGbAdPdjNtxAEEsL1EF5ppcovGUYyjt8KpBH6/hDmdsXlfgZnw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-13-12-17-GMT.mhtml

**Hash (SHA256)**

a5555e313b3631860a9f4104614ad903087e4b51ab60f3080dd8b9944a7226cb

**Signature (PKCS#1v1.5)**

LpWoeyit8idyImhNy7XVrTC9T+yuNmiMnWjNm9O7IdsvMR+Z0UE55rADbqXANvk8SA7fgqpbAMF6sp8j7kOa10cHYDX5pjovowiR8Iy+f4XHShr0MaeT+up1WtE/YPEeq7eomS6rNvbG7GQrN2gtw9LxaTUoGk1EFGj9HnE95HbSWZuX4tg210WLMJAOyhr8oXZy1yFx/WCirDXY9A31xvCtWZc9NfKHppAXfJ6qKN/4yaEwFNJbVqIqBHxRw1GUz0nUyNpwInTwLWATjqj/BSAXAgtYoiP5oNJXzm6dxbEtkykq7uCGRBHq0LS721Jn9yhYHJPyQMr4aprkPm8Q==



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 14:46:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

itGcE21ATBjunjgmi/SU7p2dTUOdpPzElQWWoBjQDzda6w+R3wcFJPUWsWOeu+Ro9wt8zEjxHj5rFp0F4AmZ8y5GZNdi0Z7nYnibzH+HrzsmA/sBSrgBuAJ9v5DLQAV8rCraytgnz5URluhMv4h5dzV0HqOmiBloNYw7UsogRsK3892Mi3+QdVBgmGyrAySMCL9VYY/k5MuCosO/yUxFwZuRFrHCyskeAw76vVfkKbuAPvpxil8WN8EZ+g0RqwJtS93wtnpaja93lV9kORS0UFPUTU1m9uteVk1Ye4WiFW581sT24pWk/dX84YZjDb1a+8X6yRlT2+36dSmU7iQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[x]]fs[f]s[pay.ebay.com[f]s]rxo]]_Wed,-24-May-2023-14-46-23-GMT.mhtml

**Hash (SHA256)**

750a728d379be7bde973beece1a6326b282b075b33d2f2695c280cfb1e976cd4

**Signature (PKCS#1v1.5)**

oCwFYGCVeeycDYtYZ5k48GMFmcf9rP9ZgctdymjhBqjrlyXqcr1VRAq2gs/dJFc4l5YuiokltdlPQmVMjKGXzKBxaQe+QJEpY0B39D9v/LFc2SIKdcFutUuwJHwQJkc9oHaQPZ92BHS1FR3TVo+aQQrfWDMvHA8GMsFGLUbjq/4eAmWko1nHCHCZGsH9iisDjyBxp5ikyaswYPjzr9t3j8YnAg0lPKf7CHV/eYGopjlSq6YMKL7U+tUFYw14k178t9Cr1o7nazQTQEMZIXnSV7TE3dUQL8gf0vXyan5YcwVJS+4O1WXE5DVCVPoi9FFyfybQdjYyBTyTrtkfIfWkg==





File Signatures





# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 23 May 2023 09:18:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
eXiI299SikAxCNTnAzBS6SCbAj/kFuUCDj7wbsk1ogmX19qg6/RDmsiFioRSAmCR8yLlXteAMoeY1r7ncGBWUBHiVFjVUWiK3uC74a9GcB6AfE7IuwU8PQAgQc0nTGAEDTkstXat1svsXAiGAUQzri38yN71ioiHawmiwchnWj/WRpkmbHjJa4rW1dWFiYXWKxbqd84n37nBu2a8F7u3Kd2D54sPGmiUsnyMmtr7fRLHBrsmyG7k1Uf2T00yS5EX5cEFCzY6nYiM/4ATlmPqPdaupQnKqJK7ogvYgTn4Ja691iuD6kkXWK5wlaij+eqUZlzPbK7H3ERPL2qKQYTA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[a][f][s][h]pay.ebay.com[h]rxo]_Tue,-23-May-2023-09-18-04-GMT.mhtml

**Hash (SHA256)**
e194f55d848aad431cb4ca7fde064c25482c327a873dc90dc92e036a728b5e7b

**Signature (PKCS#1v1.5)**
s30zV2XqzbcwVTD3vIFy1M71xzVxTrHzr5Y4tu2rbZsOojc6hpSm1A6GX3TM99l5Gu4bdQB8b77eUSLjvJVbTqS93bTUB6oPLu701xVM0y2CM/i4UBrDQ4sWWZXdca8+HWKN7sXl/Yo5+um1wDJcd55wKkIgmvPoPC9L9WBuM9wYoMpO93FHUrEA3x2AGR+bvj66dtLoDuZve75Ab7QLOCdEpe1QeTNPauDHiYAGZpiFByWx22qw/jM4qdE6qJHF9+ZIgTjmZfl3NWfj1Dzkq7lzlpYbf01MhclrSW5wtMi0AnnbZx77ypmRbl5knJLD56aC9p26F7wkaO9A==

**AXENCIS**

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 16 May 2023 14:17:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
R/oRcp51gWh8d0Z5zTQE3AYdAXXe1YVV3Qvz0tmYNaNKOjRO573WeKwRo3wne2/7zpwWSHtL+ect3UvLKAshKyoUakSgdoR9vtf5B2rwmgdam/Yc48AETJUGEGpNCVhb5prXXKpWDVCwV85rNGtb91mzNCCBRSF8uOQItfww+NE5mO9zatIs424kNB
+ZgEezdE1nnfDq2fPgA/2ySlAnzl38x5VRyHSIisjX4HV56Bw7JsKlNKeBFZ61kJGaZ3j/1W0KwQ5pJeStBOigemRBff3eSOaBKfAYU6shRFIqHm2gX61bhV57EalITz2yxUN2WF2h31P93E5bnfQu30cA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]][s][fs][ay.ebay.com[fs]rxo]]_Tue,-16-May-2023-14-17-04-GMT.mhtml

**Hash (SHA256)**
8a9e0a82a01848e6f2a600dc27583bbd7c9f4cecb2c81ba1448c59dc5e61604e

**Signature (PKCS#1v1.5)**
HhAgJAZ5KMh76uLJMFVv84NMrpzt5/oGVR6+cSa1KwN9PU5ObL+wN2KqwNEySUG9Va2Kw9QlGNTJkVB8ER7a4UyJr/Kts0FmTC+PmEzL9sPg+056RXUAAn9oKxo6z4lDX4iR3Twp0MNMWtU7t7EJnTfBono6JMIqC4UHoOeH8dnkG33b3WLErYv4gif1UGNDgN59w/E9Oh4mk9r9+0lYUV2Ss
+/PRAZisy5YO06t0iKpd5stnDY6tJ/ApyUntqh0c19XirAlZMYftFttBswPyHcONQ+Ru/aYDAYnSPfi+WxmKHgr3SR7D4gd9Kmfi7hw0m2+qb7lTKkSldJTbLRyLDeDew==







Evidence Collection Report

File Signatures





# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 16 May 2023 13:29:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
LmIN56bc1C7DM5+u4HZLJzDuMtkmylBvz0Cbanz VFI6165oF3tQyDm4KU668jS65YdNNB8/OPAFroQQaEU66xTjaS0BHVBbkauNHqFvtnkkJHGad0R8DmIvOcgHthlJCEq2oSZj0acLejylsDaoXG6yeRuPBixsH7eJxgwWdUCxFVjmV/rqoeun6x4tbfV4NmD9OV/nrQKLpCkRlCnbC89p
+2M8WGf5aHRwK6pvYYVQ2dLWo0cA76 9Jfd75ZJjhxOV3R8ycr8fr2EYVsRMUkBh5C/D6K4tkpPjQs0NtLPutMsCR/6/pf9Xc6W5hY5/+oKk/JOO50LRGiipAAiCue61g+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-13-29-01-GMT.mhtml

**Hash (SHA256)**
e5c2bcec407c1e21ae2df156677a4c5bf636abd430f1b205cdd09fc2f4c2a9df

**Signature (PKCS#1v1.5)**
m8ika0S6C4g/uFQetQn0uSrpo+09SSRdswET5jE4+VKH2re2Q3g5AtN241xARok1x2ZTs0xz0XZeJtJKyVCbRZsqxzHyrCuLt0tn73N/eod/RFTEgrveyfhblqtoMYyaxoYEf28gMo4TQnBCzKe59yp4oj4OorcIonIpIksCCnPY6a2RgovqMKsYoc+z7I0uSw1vt+F8zzGx3tR+vP1EVk1sjBo57V7BH
+XrBJ4x6i/MInil21dZfqSLD+W/4zHrHoDE/9BRzu4EwU1dCdNndPH1vTym7pC9OPdrWv2CcT8Ppznk+7hFc0mFhQHmKQ5byLFqQ/sKAaqJcBBVCSlpmsMA+=

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

File Signatures



**AXENCIS**

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 07:26:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:447a:1500:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N2PydWCLsinAZ/ImLxQ+Bzp/uMYUpd9HorcrGJRgaNRbh70BRiwrbfaMNPjJXKtDrfbYGq5JYJTyCYkrvWWJpIFni/AhMrwD5RFLoXgTNLpjyVQ4oZIW0T7PYDzKhhYDmWEbgrXfzHyFQytEZu06e3T96xTn6VPYNfWKBJJuiAiNhYi4yq8uVVhgzPWZykX0vTSbq+Yd0AF4tLT2C40rAbQoedSKFyCJ7L+7FbM5DmFFSSD89Rn+TKEVg8iGldsWSZXoVm9qh4Wz/cZdZc1JvShDL8CfOuFxGj4QyQf77TyOGIgd0s6RVCnxRBE/KCdcADF5457inEk1siPGHMVOBlGKQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-07-26-33-GMT.mhtml

**Hash (SHA256)**

ddb82faa268eba941bf16d33d1f97664d72757c9fabc7da330a2b955ee051692

**Signature (PKCS#1v1.5)**

b3W6fCn5Awi8GiQfiR7fXuvEkkuy9sl0JvS4oCYpgLK4uGH8mhGCJ7bIgr4hFT96olv8HXx/Xzgay+B0fR/ijsZ2RzX4wji5Js5VHgxRRKnYkB+LyUY2JGyEe60G7txMYispd1bdQI45sScnV+w/sOpoLwYT8gAcIN5uXR5v1Ia3RLxLUDsLXASQL6cwLjXInYCgYK/m/hOGZ9+Q8sFi5wwTks34nLFDNz/dDdI4G/DieCgxKy3RJNi3kXR2pV2nYZweVLnpi2H0OngRXRlxEOQ/ADYCHN9sEfrl4c0UJVIzYYtOsr7kGGFZ9qcALVpot26c8QoTtpH5GalWVfSUg==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 12:01:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S++3vUYoa8SUXacpIKxRHZee40cA2kXAqB3F6F+wWCqTWDmDo3AbOpDXFxnxvkCFsrxMWdhAmTADifw4yB3xPNhCdxg+JgG6CMjhVRGljbwLRbNPHAl+n25I39ZKig7q9Gu4KZZgTkuG5uMEt51jA4rcQISGq5O8ocxPiSRb8iCesFJN1HSGR4tNskcVdO8q+nDTBxhWIP/j3/sYNA1IcLTM2Et2nypGJvhjZ+ws3IfoclFSA5PL5+hAA5L8LkgK/rII3RGWJr7I497puuR8JVkD0+R93PoxT3m9ky0F6mLn/RRiTv8TSUgOII3tGNuLVpKS7X/ydPP6tyfHQPLQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-12-01-29-GMT.mhtml

**Hash (SHA256)**

6489e3653356811946e230eec34b75c5a686626a8aa1c8e2f94c4f10fa8b1a809

**Signature (PKCS#1v1.5)**

Z83kxuhGzw+Rx4DVzbPuP5RPpaw0AfJk9Eft3ObCzF8+trUzNC2n6pk+rfQ61QeJkbz253FC7/huH+/C6Dad7E3o6imeq37K4Lr7VwPOr/H6AU6dDFku57x89WCRC18q5PhkW2th2p2BFpXWV9k3W8oB3POdZXROVjk0W8pWoTwHGC7KuZf9kbSbMpOvyj8b5tR7pEWWKk3MTffwMa64nqJ2dehpRu2YPqsWjAAno5jJXXV1PZ8eDQeqFuey+gRtp+qvLyqF06LMAAB5HwJo5IlUCOT9Jw5mZJJrDboIkFmkf92sGXkfuk6U0anu0+ByPhcc9R9gAQXnN/AAssbNg++



File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 14:44:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Rt5Qtj0+iKOPIkcHMydFqMOPeSCyLKtjPasRGnghYarnahXshfpXkkU/iLg+3580+JZpC14qJ7Vhk61vVV7HTYQ1QAoaJqjbWE4nEMSRFnWT3cZwfXOcLHtWcghNy1ltsQFxpGN3GwM/owTZkIZ2+Meo9tRx6t7q+4NKdQA6D2DJWudWl4jEM/QxnQ2776/dqxqrhv//ZvbVxrFfpVGka0oXXOEA+RJXYIhamf5IVboa469gTj3KVYTdrILsMR92WuH8PQSIXK2WeeAkMth0zcCWq9vFvXoX0kxPY3YkHVFhxBop1MhA/yGXDG6g1c+zTLgg5C9xOAsDQn9Fxgst59tQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-14-44-55-GMT.mhtml

**Hash (SHA256)**

c0bfed1ef724ce442bf90e54b2e6f5dce3a2ad76a38fa957295a459f26534119

**Signature (PKCS#1v1.5)**

gQIPX2+ZaPh5rfGN2RimmvE7dR0uZP+awAoJexJBGLb38Ub0kN07BH5LocP0E7Xu8Nw5vruYnmY9/JTd31/dgLT4pCmWQPVOxfDQSYhlgdZOXtqHggL2PoY0dxRRYGEtAyd4lXNyeyORvM66yKfvo+cfNHg7sYCt/nDa+eimUB5Ku41v02Ab8E55yJWq8LcywwkCCVu1t5KLsWrZPpawKKzznK6JniyDKNXr6G89tzFcc6UZXyg8h8RzOwRFM2HlGNaRTjPA+fEDd8m+mjPYaJTn4DOmyZq4CAg6OT3vsjKJf3C72vT6FBWrvQKviVZnK17GVdj0xSqu/ZwlBqTq+A==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

File Signatures



**AXENCIS**
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 08:54:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

img2fEp2S0a6Scx57jvr68a22eSL/TqbnfufLtNVvfvr930cFihtpeEKfBZxNknNwOOOeLlmL4963gIErJQj57D4BWXr0FNjzsfT+Cwd0peh4MhJupeKyUNnPpyK1trsdLk5qVCmV8Zj5ZjDivSbav3XrB0PK3Fo5do77QTEFgcR/VtcmE8vGhtKrGEM0FTXx+QVldWux49eU4V0/bzBzoqTwWuMFy50OkiKisRyZ48DT+H5Rz+De8ekUp7PTZzmDs6ra5Pp52/h1xRNDaZoM8zxKW8+gbM/lx9RKxlvzBA/IDeOBEY6Q2feov5s3NXA6QJ/1xdz2p5BSCiCuBNxA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com/[fs]rxo]]_Fri,-07-Apr-2023-08-54-14-GMT.mhtml

**Hash (SHA256)**

7bb8722eb28ef57f5804532c126855fc5a8e6c6008ecf9efae3a8e116a10b558

**Signature (PKCS#1v1.5)**

LzZyqodhWLzQBhsYN0vU2lL1m8jKDUP9JyBVl9FPbphbSAPJierTFK7Uz+FLCJ7k8f0f8lAZxZsqOrjQrf1KBbkg
+d2xu8TAmmeXjHFsQFu3f03fwKvHwkXTYAXmr7EibOaOiy8ocFe5net9ct346JxrQBQWpQyrlhPotsginCKGFXFueWYbKSjhtaIL7rqIw0LMeIsD5Pf0wqh0g7CJeQybXSAN4yWWeMtXZJRccZyLgCNgThfRmrqbvYKyciHA98Yz1kcJT+EbxgFBMESk
+XJi8PHR4iaTpVBuESgpu33taVymg5YIqG9T9Jr2ojZJ60cksqD4EanopLXwDFiQ++





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Evidence Collection Report

## File Signatures



AXENCIS
Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 17:00:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LaUaGdcBjq/DCm/mnmYQJ7TbILydb42S3udrCxZ4OcVInwHGk+eQ1+KIM7kl2ehqNrSFtgjMKEVrAwFOGNau9f4VwI7On3b16Mlmidrb/WMRk+gg9G1CcuP8tW0YmawQr84HyoAA8y3Oyl73bmwg3vhd8P9nTMoA3EFd2jEwULXiJS9kuVftDJ2DmjDL1/4JtahVqJUVAw1/R2rFVb5I57ymWBKj4FaVX6gH2wGUA/aXEepsbiMEG/ymcyhM8bnKPCkTKf17J/PdCa272DHiUaJBOMU0sxFJpegRf02gC5cvMsGfqtsUJYn1+d4l9pyQtUUErUDsfEDcew9F4DoS5wZw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-17-00-34-GMT.mhtml

**Hash (SHA256)**

f152e36ab03c08749e6db9f0558e8481d62c77371ea05fc450133aa2807eebe5

**Signature (PKCS#1v1.5)**

RQIFQbzDFkzlXx+6Pl6saM09+qrpTWLwNpfcdU5dYYqW7nTml+oA5Jw+TGg0E3B/bMdT5h5RxxAT17m/y5PB4abp+cdRm5PRb593XeUHHpUUd1vM7ZOcp3vGog8hMYlkn/E7sSaK0aaElvwxV3shU22uavcCSQZB4yuP5mGZ4TlkJxEbteId5J+MirjNzhlF73W13pfPFwdojZ0MLBRyxTJtJpA8v8JSym28N5eQS7OHTwtUHfSlz6KxLJAGR3CtWziwp/i6jX4Xr1KoJSBE4TcLPTgAfRxwP66bsZ40DxAAClK8vE98uLE0turypU25yeYwpBIw1c5B8teS1ng==





File Signatures



AXENCIS

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Fri, 31 Mar 2023 05:35:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 #1v1.5)**
fB3msLgkwgzLYrl99mHov1UcqtIbIGdkoC1upvZ0cJxWlwSZb6nQarclecdFbyG6OM5y5thU8E9QcxNgORc8k+26oVvo14O7TAcJbix2FiOwXyITsIECEIOp9rdDHMcjkFr+kVmQkDvr4kfNXw0fP9cmVs6UXYHEGyeeCG9OLUbYVzNEbUbH6XYuJiNv2S1Obc6DcbYgDf14nUdBtXW2P0xGnF5MuZa9gw1gOwG6dpn/NXbs84O5/v8Zz/hs3OOOeWX8dGujQA2jzSqTeXiO8IEkYj58eA/bmQhEcX23T1b5U8jwvpbUVbKMQq82w+E2BP7U+w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[fhttps]s][hs]hs]pay.ebay.com[fs]rxo]_Fri,-31-Mar-2023-05-35-48-GMT.mhtml

**Hash (SHA256)**
3209ecab185d9d6aaf97aca6a46d06257840b018e23cc54bd3ffd356a297e903

**Signature (PKCS#1v1.5)**
RrWgHQ2nFMpKCHV9iwmZpox03FBMWhPGr+ZBNT3924507jccIYZnFS6+dBH+ntVtGoR+g13j9Hrx2Wtdek6uY2ZREApHCqO+XPp08xx5rZbChcrhe4RUpFVOBeNx4EESucQU28fMU6O/3xx9oMYT75N6go+GG9Y5iKES96fcDlEf2+n9vRjIOSsWODxtxibC+1sivGdI8Rv+A9+9NOFCDaMVGmNVfG/UFxE99HFeyJZFXr6pwfjU4noBU/Jq6Hey/Hb+e4yImnENoGgsV5vmnMj7v7QoxXzwLyjNp4fAAUYfOGK5/n4rmNz4qcBdBpzom64Md8G9o1EMa6gg==



AXENCIS

File Signatures



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 08:14:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YCQ1T2VR2mGLwQxZipi0kZwtP4wD0en4aExNou2l2xx/vD/I4sbAOSfR66o5HJrvuyfI81Cmw4VVjcsf79C5p721M7uAGZZN/irS5220Xar/NFSouJAi8fwVwrELWAYquNQjTCud7v0IrHDQdH/02Wf8JGGx7iM5DmUwM922rC61CP2gtMxIk8AVz7Y+M8Q6SKpy9rDP+3Z/94WFhVMoUm77T8FLZLSr+JHFKVIcY3mWI4nI1UbQtPjLBfTr8S+ahydjiQBV0ddjcVDxaXpiszc/lyGNZhR0Dqjeh+q+z6JN0r5NtZeswD4YmThUIzxMZ+ZH4T2l7pnDoAGTIA9WuOOQ++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-07-Apr-2023-08-14-24-GMT.mhtml

**Hash (SHA256)**

512aa995692caa68645c7c5786820816680614a9959edc3625ae4c3c9f70dc7

**Signature (PKCS#1v1.5)**

bRgRuN9BYGjhMb896Xj1/t3ZmPLyYfYDEFbZKC4tnNRhZ5wdNu4Mrv9URKGJnEovfNbQmKHeeRmj1Yp31vv5PxOxIvTvd0TUQb0NXWOfvrqleg5B5PYH8lbsPrc/ApNPoCSNH4c8311vOkl0FSvLf0K0TUJArwj5Pf8I6BuphQPp2BY19kA94rAAf6H5t/KFnUKnPfKlTE07s00rcQ8mQR5XSnweEN9T5yfwC72+TZ/70UsqdPBYDJlobPuusimD+jfijaq0dNVU3TJYnz15FNQwGK+P/Q2rlp97GWDQNz46uIrEm3m6CLMbWkvrp+O+dnsZHUXs3C0CHQEncTvH+VA++



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 09:10:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bhyh+52QRMMLMGrjmL2RXqkTw5Eedlkj0HEJmYryZQKnrygwBqBGF0VDhZqKe3yzJka3JWnuO2r/cwhlueqj0jddWYpXM+THmWANi1g1Og54/fV8BCIc28cizfssXyxI5BEHV0yJyRutCw1sdem7upOu8S7UqfYLYgpmwZ4pu+l7IG6D9qbtcUXuI0e3F3uHBDGduQ
+WehSBVnTRzQpiynkHEaHNJRGxLYgKRpuMfPpsZ6bpgMUZ2i/AcYNorCQd9QkqVifccOrymdnvUBl8xwMl33IZULXtUHKghHny7ox2RNQjdoDxBEaJNvAyqErUKOH/0ran7XATEKYRi1vQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-09-10-17-GMT.mhtml

**Hash (SHA256)**

53bc7b79cfb905d2dc5bda4206d19701828481d619c05d3c7e76225de5deb240

**Signature (PKCS#1v1.5)**

tNEznEnQEVkQGAOvs/GJTYSlwgixn8sZ8bSlWq6bWz0+q0yY/aP9xQr/swPbhKBBjNFz1/WV2A1r8ynJJv5w3lsRE5ep7ltNJBYf16LcLTSSq5hNUz9c1V9W9znUJ5B4xy6NAG8cyz5GmdQYoJj6vcstlILwPAg4UhGMjAQCemCBJEjnqXsfEUArYDzL
+e0phkO6gF7Pyv1D9y2psVD7ce3YBZe8qsNAH0Q/w9Q2BDTEJtCxzg09odFdbBWreCBPUtizvkn+558M3Z/bLsNdesjthoDxxsX4CU9f96RJM4F2rjMYyAMBCeikugW2Yw2Hq7d/DGu1Mwmv.lxwl6oIQ==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Confidential Information

File Signatures





File Signatures



**AXENCIS**

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 31 Mar 2023 05:41:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VLNJLDp6Iq1sg12YG16LCm4Y16FNzoM1SW9E+w4kFM4SQf22PDF4PbWnnVCU4yhBXzB2x/ARlUUeo5Lhha722LV9fLCMFe7YOHLgdyI066qum9uUY5U0TEBGFX6MR09mxmp+/
NHWHHemHcf8vSatxeMhuhPLumbLZdIgzgSukUBMbn6T6vEiXonHLdi7m9LJgeTm89kNUGXU0WaJW0K9Jkz8JkA/BWPVzjR27GdNr4gUAGtsV0LOxnyvwp43FlyqvXULXYG380W2gzQyMKbdyeMf2mmq0f8ik9jjCrSbaXc7ARWFIXyBEgw3CJj/z2h1rw1/w/hiTXpiTw++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[|httpd||]s6[|h||s|pay.ebay.com[|h||rxo[]_Fri,-31-Mar-2023-05-41-35-GMT.mhtml

**Hash (SHA256)**

7df79c08d41b7a4169c0841e4f7fb1e81eac600c06a9c0c91497070abe80a80a

**Signature (PKCS#1v1.5)**

fNFMQlMZGzpVWwKU3yEzKAG6XLWQnRiEzfJGaAJV9LOAAdNndCx7+VotUpIYWkhGir4i5Q7TbJE52STY9duMVU5o82YwtNT40AeoUtMMFmf6qX/7g7/PAP6HpAcMvMab8BWQvo/48nsPoPwbfW5qJEkXRjB/kmYuhOxE1vkq9kRRO1KAop4yPZ5pMTTLV+HjzJyyoUJnRRUV6XVPhs/eSjH6/
e3tm4njOs8SnreoM8O3fDMRVineEP0hT2u6D30IM/J8sBt+GZC5hhfpuJreosK34L+yMszxwMscLV1xKosGd72XOHcLfIOJEZ2JefQgthhoy2LCWJHkkC1OnbbNOg++



AXENCIS

Evidence Collection Report

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 20:23:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U1K+20OQAd6+3oqvAefP0z3F9oiLak0/g/QxWP5oUhr9jrCXqCpPfZJKmRBhhxENN3h+B4lYBK8VEYhsCK4O4oM+ZPfURhFRlgO9zoVmtuFgbjGHzq+0aqdhGzGzlja+VmxAhNqsCO+6uSbQPrkftLjfmIF3+k+eg7ZepD6UXOe5Ca/uIGgeLfsGntN0Vu23hDE8lrK0M8g8f0WW6u8fMVZ1EqUkSC1csvcKd9sbHCxVE1z14obd54t5VyDVOPA32QWqOpAWgeCQoA8a4Zz9KwwkIh2lE3Ros0WY6+O8bMZXMkHunYuFFp9XYTTwrsNDJamfv7wCHHw/sf3nRakHKhQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[x]fs[f]s[pay.ebay.com[f]s[rxo]]_Wed,-24-May-2023-20-23-24-GMT.mhtml

**Hash (SHA256)**

1fd4558e85b9e43cb6b6561a27d06ad0670bf36d08e6741d90fb7e5b2411dc8b

**Signature (PKCS#1v1.5)**

OpkoJqMAI+BZiksYy9OVo9uUNDeAAW1GenGFDNRB566akfiSshHcJioiY39PtEVyaPOHjrgp4xGMfH/3IrN1lSungzff75cz2CV9PZ/MgMAWFoKVlONckHiMYpCbij0ZgTQ2NDKw3gAVhTmaAQFNBackqE889dCO+TBhr1HWQXYU2O2uokdLCgC5u1AcK0dLmC65+bMxaI+/z27IZfQ1i87bimpysTFKDM/JypZgVwyUaBohGF93DrIf74sIRQ5hSVIBsBd68td26WTZUP4nDCeVK+d8D3dSF/AOllijwgx59FDFIMgzjsAXhqNmB3r54EStzKwcDW0No5rpUqP5Vtg==



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 12:19:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cx0DeZOy+Y/hDlpU4B0JssoMznk2tFAP5C5Z8tDRhmh7uJRg/4VHZvj8eqfFC4gBtzAaU5za/xnkUyh1K2mWpDp2Gv9DYGvChu9x8U/OZ5Sjm4ESqsV1GjXTQNKbtELXNenD/yOAlTZ4l4O7L4TTewYag7WYCBzL9pIYPaa2SYOGe1EBGBk1S+xM8KoZC0t3D9z6Mo/nT2gDldbQ6kRnaF50qt+q2zdxPp25CANknoYN8CLinc27logbf9kOS/+PaB/isPxnMMTmCgEB4WUJdKsgovejoqXP1MpEDuGFCDxiuW9sgVuvs7m2Rwb8WZJD2WA6uy8k9rgXnq1qxExMD==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo][]_Wed,-14-Jun-2023-12-19-03-GMT.mhtml

**Hash (SHA256)**

93b86933e8151266d426860f1343703d314f9016ed8f2efdd7040b35d3ac74b9

**Signature (PKCS#1v1.5)**

piOr09tL6kpP0b3PXTLJXbhZXWkEFbUHR3ovCMAFS/yZHOA7S2Gt2F3uo8sN45+sm8dOsW9cgWZp76hNFQnoAD38el8TtFJz6JUabvVaeAjvXM3hiXPwGBuaRTjjmrO2sU2AsMEY7ztvO3telhz51UxA+dxbjqfwE8QtfJ6TfPCspw9ivsZrA9bsJAaDsU896cplhf581/ATDfqVngce7TNbQ/jN0pAnK9dFynnC1eggS397LM++OrJJw1UwFcSlLznjQfJs8oj2kK+XOefIjq+b2xmQGL9Yjk8zwFuHpwdm1o6zBAGTDQPyFMft0Vp9lNs28q6E4mELWqASPyA==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility. User Agreement. Privacy. Payments Terms of Use. Cookies. Your Privacy Choices and AdChoice ⓘ



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 19:45:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R8Yd7GGBkC7K6lA6jaiDmPbXsmT9MpJcANZtz97HisQIj5CKE1KlpR3+2dZTKeGZg+9A6j1IUysRo2IQNXbQf2o3gscLijoQp6m5j6JKUawbY6z7eBLwwqNCRqywZjoBmOwrhs9Dst/kJZkEiv9CmELfSoNOs374P7Ax5oxfElnkXrtmGsTOR7c0w1bJB41CVD0l0VnxNlYymJL+q8gAVjXdsml0e7HeaDJGjib LSAv4tX1uDrp3rRYbKd+tTAVYVz2+/5U76CZoOhb27/LbrlvApvJqHnvdDDQQAO7vKctcDMZA/xKn2QmOGUO1z4fxsnm7pwRi/nvs3kUtEW5zS9g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]]]fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-19-45-27-GMT.mhtml

**Hash (SHA256)**

3247b74a115378fbdef7f7d377f0972e4bb08034ea49a26022d47b565f50b2a

**Signature (PKCS#1v1.5)**

MP2LPSO5jJV1fk5vHoxamVWXXNGXMi+34FmG/iKyVBTrnEl5eiQkDFlDg1G0kNKJfh7tmv4ak0dvQLO/+kiZOtt3hk6XtN264vVvKb5O4caDNjlhHZPy6zjKgT0PGoLdz1ATDAmpBBH6xYWkC66suHY9sNggY27CRFOPZqa90r4Ya6VAZPyhPDjf0fl3iLjvo3BR59k9L/lpf8LH5CAH5GIE3SVf0524W2GLJviLXqqR7batJ9WDREVdu48Z5rHOtyQOvoOaWBECwNieXQMrnwhdQeCypysMg9lzhKSoSg1cAJ7d41qZU2cmtqyrzFr7dgZiKUuodRTMFSJLiDWJrA5+nA++



AXENCIS

File Signatures



**AXENCIS**

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 31 Mar 2023 05:45:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hSHYBtU20rFYfrZ/0ruQJpwFyK0LrYKddRWEwNqJGy5nDNj33tHw44EBKdj7sfNQyMw5AUoQ3iDoTpGhQ1ujxCHcqzlR4ZvyuqiV7Z0UcYtNfjkesR05JHqGlkfwHw3V0HDQPAUQLgXmY+4jmS9idVMkot9xrv6emYgEJh0FU9OIoJPZlOtDcZNlYZCB9v6K/Bgt3sDDV0h20L2cn8J/ZONhIfs0jg7KT13BuNbks3/kJHja6K+AujkrXX4LiTvXi36oQm75Ng6M0Ja1UQb9w6OW7DDO7POO+8iOuTiyskwPWgazi+vezxYLoLBU1P8zo3i3n8h4MPSku5kT7/0fA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-31-Mar-2023-05-45-15-GMT.mhtml

**Hash (SHA256)**

9e6f9390ead5cf2f8cadfa70de8496888dd218175f5e25b89ef1676dc762b7afc

**Signature (PKCS#1v1.5)**

jmSZPap78ccJaMgQsMt8K73i7bf6Fum21SHmumq7FySmip3Y9S6yjMUCg34h2A15D0CQOYt8cz2vz7vdP4wwsLOC3H +xzNKP1jPDyVYwkDTFQC7qyuRWgq8m7f9M29nCYSLKFrXE3ak/BNn5Rhsiy6fhNhT3YvM1Xq9OY9SCl13SCN0gEDgQXEZgtNLoGucFSPP8oEYyagZQvIBMgaVxpz8zQw6xoQBtLJ2s9Y1MXozc1/s7kz/aA6VjS053s8itzf0efkc/fKsQBR7SnU8/yBan/ WqLSodoRiVniDHPgib6GJBto2J2vHClrPeZ5S5bXh09M1HnkpUMz+g==






Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 18:50:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WDeadAktNLlpgVqdJ9WUGTSRjufHCZ71SUqvsczkbKCE3SvRbi6LPAQRRygVrA+O/t2vdTU7GkWwshF7+Sfyqv51HrxvjnGt5PAFJrwZu1G9YAKapU5W7xmBjT/N/LGsUWuQLildEpNJ3hfbbE39QJoucT+HP6CmoGduo1u0dUCxygjV7QvbTHHMN8YDOrKR3SKEcI4qiVNTe7m8wCZ0HfGfFrmCWZB+COScLS0uPm7zV0k0Tle+6jCM66xnpC7qDlNRX3CtJMCURqZAMpiJTeurwnH3Hzm48QSVplhJF/UUS4X//TDjZvYUH+2tD4XqFyvs/bpqgCX9+cTk6bQX/UA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-18-50-43-GMT.mhtml

**Hash (SHA256)**

00b973c68aa2fccfd288dfaf58af9f9a072e4562c28e588efecaa083791127bf

**Signature (PKCS#1v1.5)**

hg9g3LPDqOuabQN2HkdlFHughT6scB97omGAl6NGg3G7wqfP3NaB1KwnPQ3/dkCEzkyAvZTrG8kOYDJbMe0WB7f182y4cAx8nspnl0GAo7N4vQqMroGnzH0q0kWFfdzGXzz74lEl+a/RfAqFez/6pQVMiVA3ofP2DwVymrUy63aS4IAEZqmdlAiSpjUwXUZpmKvXDBKyQyYvwUx/PXkkkVWiKEAM4GDfIF+A2qAxjz9FexFC6A9OAloCeSdbyiw+ngu2yW9Ns61yxNqBbQoD+Udi1xF3jvnAlepEPZJxy0pdcoOCIg+S1cCieBlGtuq+1kmn/QSPSqxJFoFVFLy3xpQ==





File Signatures



AXENCIS

Evidence Collection Report

File Signatures




Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 20:08:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cJWAiDjpORxaHIIpSg8Z64ZnHn3bwoa4rAWP3HLr4J5dv/mWZMddV8elixY2GG6D2AVOGdMOL8y/feMhsEXEip+x56+Ex4sJ14Ja7nmppadkvXHfMl8nIzCrQloIRc6FiJjFUe6qfM1sgH70SXKgc +eCphgVac0ElBsXlb/4YviWR9FfTLGpcgcblLPZYRUK6OXTX1LXJvdSz3TxFuyJtdnKE67TFXxVOi/8LdQacxFFbTirbjcm+/4of2vGPfF+4+yrHHO29Ubq8vQEtJanDv7qvTr3Qa8Rb7NAIuTgcKIV86SvandSMcK16Ox8q7KwDsgn1ePBxkXf69SIatqSWtJA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-20-08-04-GMT.mhtml

**Hash (SHA256)**

6ee92a6a5a3b84297e52097e5aade4eb288f106646e8a2db0c805eb2448294d3

**Signature (PKCS#1v1.5)**

Vi95WLUpu0vgMlNzMOxJiZjRtKdXe6fndqgp6tTkXezdp5CXdzHyaTO4xHirt01O6o4RcpuOdwuU60AQbk2lloZAWz3cLpz1bk +fNd06eL1LYbRqQPHDwim9MC2NHfEtiaaD0jinNHwwpMSYzlBsArh0zS15hP7cezkYOA4y1cddxbgkW01Chx6TuGIwCmWgIbhU9Iqq8H9ZdrpB4srmEDRXGNokRMhYeTM2GSCtXujeuxZJGT88g/7pjYEG2zkna8tU/olNO/aUFk/m6qlsQAUTKXhXQ5Xyqeg4Z/oZWMzlF// UwVSUulSAHZowqThFop41jhTbX6etmNmIjaMg3A==





File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 20:31:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

daQdJZV/W1pQJb/W+we2njlOKiP4WcDj6y2c4lpb3XO3ttb4oWHEUiHiax6tLQ0a2Wf9Tra7CuYyHy+tPkWx+Fa7vhQlEMni11yJbY2dn7TIB2EiBm7DwRqFtZGiZ+zeOhYeMMam6I6gvB+5R2owssYiDiBr9QLgZmrssNQ/SYF+aiXbfJPy3NGnST4zUB3W373AuLeJY3KhH6j83fthToWR79Of1A2eXLT7uhsq3MWZzotVm6/L/920Cdadofyurxar KDMeTBWu+ejcS/APWAZba2al0TUIrzyhL5nGm9inndycvy1FWu2KyrpF+LMponpPdEvv9nAsnrUpR09i3Og++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fa][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-20-31-08-GMT.mhtml

**Hash (SHA256)**

09754b952490507ee76b8d7c07e415c0bc24898198dfddb8a6d62896d4c33f76

**Signature (PKCS#1v1.5)**

L/2zt5eP/4MRbzyiv+ExS3rHPs5HsMV+AJ/FrNkiIUVfYgQGjMcICBXfIc/HVnLhuZQvbOhnSHib0U+YDJbNHfr4VCv4VhpFA/7zMVmQKbiMfePK4oVsz0+0sm/3litqE1kAkGFE/HSyT+Jqf29++qR2ivz4nsZTrQDtaqjqVWAlrL6c5qXRXsRipd4NigJoshypupvG8LFAte1cH+CQ6GX/d27i/BKp2sbqerdFwu+9E0NCP+mnPXRf]vKFSQi3iNSQQtzXMQiX8plmGs7kfkrr+Q9djNRDq5HyvhUNZVClzK2AuVPwX3TqZ7QO+POEID4NEdt2fUzskvWL8LNQ++



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 14:36:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

vFjyiYfqDSUKZwUcpJg/rurKAQnLPWkuiedz7U+WLZ4XbgbyDuyzd/XlTKiVoqZmfN1NiK+0QkkGTvvHDV6a5f0yExAOu1FEEXyE8nvhAxpqXBOHFIkvxPmbhCQRtD87+lEShbsGjAnv7cLlqEemgxwZ7P0RU6kSpJe8veUDUf2jC7Gpo6io6PkEjUkyBHztTza+LhKCBNSFulpuOhORe5wxAA9T1Nxy7eInFoFLDskttKr141HiKwZZk6Xsu5Zoibcu/fUYg6Reug3pJGu0jSb9XiboIe9oGgdG/zezXaK+VtorEtGQpjMgV3K8aiSnCA6qhbFe64fy6aDFRMwhqQ++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_@https[d]fs[l]s[h]pay.ebay.com[fs]rxo[]_Tue,-23-May-2023-14-36-00-GMT.mhtml

**Hash (SHA256)**

98950d88acbb02851e111a201bd65c33f136dbadb74f57d84b11c8c58695148a

**Signature (PKCS#1v1.5)**

DOSuvDqGfAUZyeoMZLmUe8BZ6b6h3WS5JV4Cy0G0BLJj/5GoukaguAQBKYbsOcV2bU2dLDNinpMYoPL+wWPQZfJbLsPpk4ke7szF5395RKSnrwnCrfuv2fWvaEML/ijakdOtFDSIXNQDJI8jor9hQ8af5IkcIVDIGir0vOvWwvMy0ejz02BB4wOwS4hc2iuOnVQIRFB+G9SuLsmG7mM3OkMF0321UWfEYXlibcW440x/3unI0m5eKr6KYd3Zu18fnZ3LG+BK+K2DZFYXAnwhjNgGFHhKzXcGuQFfZrpidU0wYZqkl5ZjgpnG8dk6DtYKNuk9Zdw4ELZuepqwAXBA++



Evidence Collection Report



## File Signatures



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 07:21:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

L4d5Xs9HwE/JSZhP5Gn15rRtYFwUFGNBoLF34r8jX4gJspl9jQ3FGZryEiSHP5EZ5ynOauxOfvuXpbuE0wJZt35VGQjzY3FKiNtmYmE6fMMlcuw7HLCsB/Vnpt2wT/QB4Oxbelok5pqx3eAyhiYXNlfRe1L6e8jWwoTXmho2dtPX65QQDiQ1alZXGL3eGeS1mKu3tt/Si0cAwSK+wN3SjRUArpTGjFbm1oKSEgCBKK/Vp9xSd68AMbLlrjhLQxwVtupbPeafFXlQLZ8crD44JULTUoUcmbgClcZYXzegPl8zEu3TtRezzXjnUDsrZEmLry7L+DCBoTiXK/Afx/BUNrcA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]fs]pay.ebay.com[fs]rxo]]_Fri,-07-Apr-2023-07 21-03-GMT.mhtml

**Hash (SHA256)**

700047d7597ebe21ccc3c063f6e254dad3e48c43493656dbf85db3dc647b4dd5

**Signature (PKCS#1v1.5)**

EvAo5gbpeNH0FXbUhnVg2ZPuWilQlWGDZVwOT8B8VZ3G5RrC1A95akYGciJd20UUWKrbUkIqMlGz21l7XPZrt23PpIZ6pUXBi7TBT59hqRiwjxPGa83ViPEf6kFclNpsXBAj3xSGiRdMy+5hoK1VHUoie0qrmW9x8ePxY5/uPE4lPltOP2lOg7l4ogIOzZ4vMLXvoytsQiuA7QfmV8IZ7XRv3eWljyWZZPxQQeB6q37zyfZDO7bVcnxGSA5YqNcNQDDafuGlqp9IGJJ/YKqe3cho8J34fyjOH+vJYxNyo2CKZ1b5U1qUkvzwG3AVKi8+1bN2OO88PmDWBheHwEUM3w==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility. User Agreement. Privacy. Payments Terms of Use. Cookies. Your Privacy Choices and AdChoice ⓘ



AXENCIS

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 16 May 2023 13:34:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
izuHmSVzUZmcur0EgQQm4mFc6YTSWhqL11L9rwYD0b+PzC0V6FsePO86RNXbtDUu6w4aHe3HfU'xn3T18Uj48FG6vwO NRVvbbIpaByKJBVSygJ84nU4q4KMq1iQhmFajiUEbf7P/1L3e7iDvyrYuSdXHa
+Pj0fap5G5abWbdghN6YmL86UvtSVY2TubtOykL1jMM1Pimcgo9iU1M565Te898ibZucgqkJ42eLF7/BSxLopeUrM08IgZcIzhN4veRVmjADzTxA37GT5M6a+QaT80mSEC41OHrfketAE7hfhHnsGwDTc/xvCKKOzcpgSsaUB4e8XL8wEdLDj9Bvfh0++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-13-34-37-GMT.mhtml

**Hash (SHA256)**
02f6d7574d144d4ea299e81077311c48167700e2e47b9fa9e1924149d47fd584

**Signature (PKCS#1v1.5)**
dLVoxxyfcqRrSkjajGaeKq61E+RmeL5pJGDEpjKa5+WzT39tdmYZtYjNjUPeuwOJJGTqisa+f78FI9J3kpZsQ/1ihZoJGOmuTh26b/dXJDKHsWt3PkCw1LIrad1e/FUeLD/60gx+hHnSys9uJpQ6DPItymrZmAcLrc8DFToIQ8cEpIBV025xEuGwaMFFKtOwtSM/LzqHba0yy/
A273rypwQVCivj9yVxdc8Fxg7q0kd8aOXPFx9dDOq/aTFUsgroTvIt6WAqAXXDWnQfPVwbMF8cNALhFYBxRQT77O/a2FL3NkSZCuBp4ISeCIYMCu0s5N58SlnNpf1nCwatpOg3g++





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility. User Agreement. Privacy. Payments Terms of Use. Cookies. Your Privacy Choices and AdChoice ▷

AXENCIS

File Signatures



**AXENCIS**
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 25 May 2023 14:03:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KwRRFl2aS8fZJM5EOlCtEmF4MdRS9M49YRN0CUjPVBOD47t1MJwaW0rTTf40fZz1f5JunKeM5fEyat2dYoIRks/QWlR5vW/ExvL6zdQjE6CK/8D76uX/V8jCZ7Em6LCbs2MrEEYg13pQ3JUn6LH6Ob
+Ebazb6A2VhNyDRMuaJSNiHOu8u1ZPHGE8BwZwCsEE7vMVvvoeXA0yU7XTgcnd0Uzd/1My56WrEC+2cVL8QUlxgocBsh2sqxObKtxvf2reLUtkMiHiqN6ysWvYCNHzvdpHh59H3HljcQfDBVDQ6A8LCLFUg8+KCYAy4bhDHjBOg7rdxhLNv+E88K8YVPFKlhQ+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[fhtps[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-25-May-2023-14-03-46-GMT.mhtml

**Hash (SHA256)**

f3578bb939147336eb2093298561947e2320d2a6f646c4c0b9972ed28dd384c0

**Signature (PKCS#1v1.5)**

HQQq1eIvYlwfDyk/frvN4ai6TnyNAwmOoGM9kqO9GXcX2MmaXVMVbipFj3wXQWDlReK62Yrmmlj2mCPBbXVJjKZ3KHbxeKMI0YtZDAXJ1NayOVDTDk0VmpCFzXU8EFOr6Uinxm03z8TsiK1CE7OLoV24UZW2nGLSV8VAmygZy84/JX831GQDbQDeNOl7d/FaPj+KUNGEf0UE2sgStJ
+zv8bvwE7vO/xiJUwq9+VdafV3a4Gfbe2DSWcOgp2ieb+Theem6PHNGWhjVfTJ/YQKG/P8hwgF+FgCy4rGimJkFgRbO9qfUh4R0ALy1hBB3TSfzGiZ5XT/Cg03bsNCljn+/A+=



Copyright © 1995-2023 eBay Inc. All Rights Reserved. AccessAbility. User Agreement. Privacy. Payments Terms of Use. Cookies. Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

## File Signatures



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 09:38:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HTyHUt3ksDRo3bWCUNao7bttK2YKOk5yBaJV2SML6GrZQJYMKHuhgxjME+6BAwRKXzGd+l/TmXT13Q2H7wywPRNz4P3nGPmHfgWE3V0JbDqKkq6nYekw91vSOkH1XXlomHcGviwvvyxzZx5Bxl4rzOdvGID2dEIA6NSQN9gababj0qI4zE0qVu3w/Mu5iUYcGpRkhbZg8TgMFlxJd4frQzaUR+rev4yq4phj9UQ6HTH76jE5e3opTn5ypKvbRxO17o/MJoyfPzZWy1ZOOzDTEzSgcUf5urXaWqWD6rDOdZCezSYE16Q0a6lzzN4trKCLW5vwgtFqNuhtSp8jELvLw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][[fs]]fs]pay.ebay.com[fs]rxo]]_Fri,-07-Apr-2023-09-38-45-GMT.mhtml

**Hash (SHA256)**

1409d3ce8b4af108f658f80d79af2cf9f111c653029e8c394a2005e7540ac45f

**Signature (PKCS#1v1.5)**

fYE7aGG5wxTGiKJqhcZXHGY5z8lbsNJ0/mt/hY6NY6orUUgzTq0f3Lc3agnPCusa1K/tF8sfdO2s3P5U9zWRr0xPh7oTCX0oDqQCYcvcgPTCkp7KLyJd6AucaAC5R21D8hr1pMq0SAbaMnybwyJKEx+Mj9Vpj0KExz8N0fMjCdwm3hWA2j97s9UtzRz3O9oMYU+Z6YG7LzWfsZwsNlop6m92H/pQ1DEig2hdTVLm9WshBeD5PQcwl1HbUXnvKh0LCwg2MDLna+mpm6HCgtzW0CPofqkP8P821T77hOxbCA5MFjESkG36EukE1urrEgLmNqTvOBO7BwASSjBJaGig==



Evidence Collection Report



## File Signatures



AXENCIS

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 17:24:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

OJtUVbqm6KnCIrXZ4/QN/l5bzDeu9inPUmoq4yrWMWraj/8SSIDU8O7M+vf7Zf7vv4JBKrrgzZW1h0Me2R0rZyrQXO6Fd66Z48htzTpxWSeZ5p+Kmhyvv8Dqei0qhr0lNM9I+SeA+odP29fhUHxe4Y2jLVSN6J9bf/bewr48ACtnCy/VYS/HhHmq5fAUO/koleojIrQPw3Vhgbrfat/FycaTxsh3V6g4udpWBFiINYdTUCCUj8p3mn7qC5uYe77oKbGY0mxy3lKbyY4/+rxbywooW6m/ti9fUJGzy0zigJm5jJcHHApDjDd7T3BWm43Ru+a/4LL4apixe.Ij+KyJe2oIO==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_||https[s||fs||fs||pay.ebay.com[fs||rxo||_Tue,-13-Jun-2023-17-24-09-GMT.mhtml

**Hash (SHA256)**

94d99cf1cf21181c732f93345150b9fd293122b0580d862a8a9521cbe89fd3ad

**Signature (PKCS#1v1.5)**

GbPufbhlX0cbA3YlU0roqZwP6QtF5cV0z8aSBVBU1/56GtMKv5CsIUttHQMDUGlGw9G9lVJlno+lLgOUu4ZbnkEv0k30aeyYXVtFhgb8d2iECa9Ix2+6DEZ+zwmZGDE/xP8Zz0zd9QnrGlU2BOQDc+10zVoj+ed6u7ezf/bf76hVLVByDEaLaIX6TN+ZtXdM4lcBYe5hMTPoOrWpuitfa55ZXf4uPc7JyAATUtnBdWMEqPoDq17o1iquZRHYLGBKdC6kl00bBsd82mEfeK4W8t0brXg30qf+88f5U4gsJh0as9U3ALpkg+DqO!K9VaoX8/V3eZGY5rK/SaifN/YZEA==



AXENCIS
Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 18:24:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4431:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q0vpkqBh+bjm0VuaZscVU8eEy6y8YF654siTW7jgga8piLpdLj6jN8BvuHgcd00tIOXCVSYZAV6uQSOABtalXmawpkNNiWFzwjj7YbxiSIIdRjelEHdR5pVVNt8Dg54RLQR4VEIfC5ndtg0xBKXKeySfQelwu675Vf9Hjl7RSCglXNBq4wDm42cyPgE6pMDZNm/hfLEKSZ/7//ScWx2064XyfdyKRXg59Ic+Jp9kYbyqZgYZgruwYX9vBVVyOwua11VHy91ysvw67MyQhSk29d+gS3c9Kx5MlxzdylkdsS/elBhQ8kzPnLwqZzQ8CArEM4HAtucKVG80jyzUAXDshg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[fhttps[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-18-24-09-GMT.mhtml

**Hash (SHA256)**

37da2b4cb683e3dee208aa3bde6fe669db198370c35710df0f12a21dadbc59df

**Signature (PKCS#1v1.5)**

OfO4iS3uiPN0yqsrTUB3MDojDOrhUG7d/VOOs/EoVaLicrCa73nOT3yeWIyWpsye2hCXuppemzgBXkArSKK4bAh5RTseBD/etXIxYmIZyI+k06bk4a3o1SijK2oisP03/cyovrVD/Z5EryPoBXHQICoQztBOjVWj3ITTMX4LONbT1fE364g6iTZRJ45OIGFxQuk7t4ZHjaTAceCi2zZTMDH8yA4MPGFwHnMWBQFdhtvIL6xtyUELwrbuakMzeVrAD4zGeZ3na2K2fDNa/GWvKNbtPULswwiBwu4FsgD6FgF3inBP7T7av8+jqXKJWHOkKiAcxOzhSb9/n5M0ZiQ==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Evidence Collection Report

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 08:55:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

s8rbsE0pWLnyVuCcSC8Smh2KLaJ52gKFVJ06J9E9D/xQjcyf0txsbr20XuBbIU/aR2UU2YCMAw4jVE6S9sBEIp3kncj6in+f2V9uNPFzzbYyiJW10D1hRZ0X3bXhfBSK2A5QIxTycgvD/Anz+LiiBn9DvL8StbNeY4Uo/YtWFSZZVePzCu5yp8S89Vqjj+IghYq4MLuI4W6ZHH4KoI0E6tOIahj2dqnUhpYsoZrFrT2nemY5a2vqG+JY43vXXeeIiXXeVHVkVjicBH4SrOTcwiTiQvsRURumH0gJhvCY7syOqqIv+9iK+JhwBXlv39dtD/HKi3tn2OPg4KMEf5nil8A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[https[s][fs]][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-08-55-37-GMT.mhtml

**Hash (SHA256)**

e8aa30a0ea3ea64037ea4e7596030724a74f1e6b66485f4d47ca0f3a118b5a0e

**Signature (PKCS#1v1.5)**

V6TU8Gd18cCMemGAiC/0X7Qh8KPJKJijoEKHILlm/y3W7lV8+x/uxvM2wNf8D0q7vck03NXzrh9xUI+Qk0CHrRyJ7nkZ+vANueAxJXZV98h8vYm7E6QYxt3MkOKcUWY2pdoRuz0f+le5mgFrClwe2BcQ0z479/0uPUQcihhjM+Jm+Duvp+orroiI137rTJaf36L7jo36YewZ7x8OZk0+BgXpIgjGpoy7WiTTVAW0Q4RXoSoCDx+LsyBoxX0T5ecWakVCiIvzfOdtxuP+1epLctQsTY50IxIs8HZ/S7MPG7oYt86tSQVGbaoSUJ3bZh3jUmmoVKVf2VLg1adHPohXOQ==




File Signatures



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Fri, 07 Apr 2023 06:23:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
gUUw491dHDdoz/0ExG92ScAQIU47t82/Y8CczfuiOgzhzy9RDP27L8lvWbNhu7Lc3d60bxxPi4g20Qv4UBFCRuv0WT0+xJGhaC5+5oYQ5bzU7TKntgV0Dl2mmzGKhr8IYYv6vjLkvg4z3cHjNFnzQyYtO3+7SW2yy2+qleJ6T4K3VVT
+l2KBwURXh5L6AewGh0UmOjHfM7TwjpW6RE9gBPQsUK0KPL10nY+fxpk/HiYX5YZ2X4KeEFqb6rTchpduKISw7kgXmZqF57a7mVwKskNyOB3i1/XImftEXZiNqami+eYh1uAoEdK2QgMpxH+xmU07Hj20plWmCwsParQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]fs]fs]spay.ebay.com[fs]rxo]_Fri,07-Apr-2023-06-23-18-GMT.mhtml

**Hash (SHA256)**
a38dd52dd5d6bb031000b927 8f07c1795e5cad27967ccae30064b12e700bb8a0

**Signature (PKCS#1v1.5)**
OgxkNYwR6Hol8rfjQ3PT4oNCkGUvLnJf5X6BiCpE083HDL4hkGRhCtJrwCyOgG8AuAJ4BFD8t0cRbhv9fMkfPGdln2rGTB54xsMs+Qc0FAW1ifYAujgmSZ4eaEnMpKotN37jFP51o+C76tWZhQl8Dv9JJptgl8bURHad6ZZH3l4pKgqNcSlbrlxGXGwk94LSDONvm07WKxPyFCAMfDQvFctuhM/
J2ymNSLDs+YDqUwAKCYxDGziA2D8snZkg+joJ8H0wO7WpDpn55czqCpGw6XcDggiDo4G3sySBCACYeEucd8CGz5G1RtG/fQQMPVa9Be5NrvS0SmwEgG9duU45w++



AXENCIS

Evidence Collection Report

File Signatures




Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 20:27:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UwAhIMzQIOVeMoYI8udaIWB/k6qvLY6XOROE0KDnDEUU4Xm7YyAAq4UvYZJVn7Mffh1MG9oIKs2k79vVz0df0ufvMBEK+kiMIPt00hPq5Hc6q3DYHgEjYo9hbYS+4DShpiNgCsYAaXrmRl0juaKyvqHokS79GXTzUJI3QUXtCuI8nK3F0p00Ie+6UxWGX5e/Ws+BQuIJDBBRlUflJfS0hweoWocFEcvRxwTSYuNg4yDANupetZydE/ikQmsLDYnaew4n4LHnPgR1FDUbNCeUI5+7QlIsHyfEgHRzdnmiTCM0P32UMJKJ0/TrZ0KJP6ql+SxB0LSAMW4aMg52Sc5LlQ++

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]]fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-20-27-29-GMT.mhtml

**Hash (SHA256)**

960b77125a780cee55eb02f739d4847f2ae945e1b89ae4ab33e91d5add2711fe

**Signature (PKCS#1v1.5)**

eL9Sw7erVuKdN+e329kqVIXA1z66E2+TWGpCcdhSvstRTdzkq+DprHUw9Z4/M3e/byI0LTIbIRDs47nu8Tfe|wrN/UiHjkgG2QOTj5up5i4foZfJmEQCORecW+LzJPxdVM3fgLBRWHv/10gtARpd+V/KNPfEJKwOpsLUvB8ceFq4SCDpmYgqOP71jqiEJf7JjP0aQxJwhyCZEVTLliBQ7WXDO5fkb6nFqSWmswEsTrsezvfSxBFrfLr5F2AfLM2KEueBcABfg3vI9guV3H6hB+G1m91sia4ryxf4f7Zb3zGgN59LFFHrk92xnDJvajQVCJLEtrWA5jFYZM1wbB547A==





File Signatures



AXENCIS

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 21:00:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gePyl5GXqMbK594m+mErbtq4TprxTlQlqytQxIWHwLS3GBP2wc4A03n/6JyGcvNbZBVAbir+LuSuSgcDdE5pScO1H6dovgXPcYGQpTcDEeNNlew+X0kAboz2FwBDbMbp//vsYscqzz02Q+/+QtOOQvYXhXHnw10p7hlvH6eeHmtWLcygKWAqutjF1K/aBmWrYbCDmAbLGxxqHBzyBKF9LJ4tlOekNgGInzvoYagsxL7Ah/up4MAnnWB1H+h8ZuOroowGhTz7LUgUjRxsGFhQ/YU60RUdn6EpvyQ/EQrZbAlwS+k8Klo+Vkb1LCdAuRBs+m4nnOkpOB0VWXBu1w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-21-00-21-GMT.mhtml

**Hash (SHA256)**

d4e9029c73b27f9a4d6cd0b5ebcd9d4de16e6438f22b384a4a04ce33fcaee912

**Signature (PKCS#1v1.5)**

AFwj0pcA0ak5LnM8DIDx/Ug+MrtUzJlrYVb8kKYLbC0iVc7dLJtQ0dvX+G3ZeAk2NUEaGIWmnJP64w0X+kPanVam1Yv6IzvIc840G5ZTC0P6X1XXz/Ed/XdQJmxyKSjYjEH8mhM/Jun9JCVH4jpWNbcEn4x5cDQzob0fPtu0JM8Ks8dqSefArqfm08flJOWxkKrOWh+f4tqmWZeayp56KTX6FShcnyvrJr9nzMnmXWGxZoUrLseIuZZCP2ku8EEBpAKac66IcNSns5zaEUM9IQPA/4J5ZppJNfnTr0HmEscnLyuhG8GgxrwcICgYHjp1+IwOuTaJdPUm4OW8c15iqQ==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

**AXENCIS**
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 10:19:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PoiraCPNpXrjQR/HcUHuuJ45p7rEFwgXNr7AiMKm8vhRwzE9X9F6QgfJjw4rZ4l2wMXCZN92VhntPzX94SRB6IMQ9vE9974Xtm/XwW8gDXYjXJL4v4YZKdU91m0Pz+D75InzN9TIEVgMuRzi3bCnyNNF+1/1U/UesQZSEToys8KzH3qx8y6JETYCd5nCYHI0rVftRMYfnD4gxnVd1fOPco8fwEhefN7emINfEV/zWTxc91P3vSXrqRt4Dixjnu04A6WnI4+BzoeiOdnEQYG/keEuWx8Neb+Lw3AewQDRROhWECOe29JXpNydA4/dwK02k4U47auki4SeW/hxBQ+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]xay.ebay.com/fs]rxo]]_Fri,-07-Apr-2023-10-19-57-GMT.mhtml

**Hash (SHA256)**

49bd332e88b753e7dc4257dee09a16277d9da8a703cbb5dbc87e4a8362e7bf78e

**Signature (PKCS#1v1.5)**

PiZNhNai3sO7HurYLIXBX7CffzRMPFxqEpep49c/fXtzTZznEMLuvF66URef4aD2X3lzl5aSamaDRLYtoUO6d2BQmz1z/5nAjP05EHNlo4dOeDXUknCV3Qb+wRlucctdDF2pEpMri+sLyVR5seGRh/CYFGBZMkKZQ1wFmYFNap5bjJwzEXGsi4T9i3JN6T86Ao2GGWvLvVA1b8GEHtGf30hOXgk4PpjbS4kjxlyuvI+t5XRdOkvWm09LRYSb/bQGtTa22sXIn8Bu3j8xb1I+4M+g+RsxeG5nHHaS81onvHwW6oKxPDgmzZnjLoLfgLLudua6hF7htlp9nHA3S7HF1lg+=





File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 09:06:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NHo4hxp/iyPiBLiGz5eJLizQoe0WFrij/Z7iUbTcobYcgPyMd3a6L28eLWYOtWf+kHNgKk8fokv+4dm8QWUaUVdeCwaMtHIdA4MHJSxhR1Vp8pyDknI+JmD4gFnIJDnCpVWk6v0UbAoQR4msYfj+RON3tMpUpPt/vZddTQWLIG5Eb2u2gcWRyFnJsBccHE5SVFHqg3CX+sK0n6Mng28CURMbzSJAUC66v9iC4v1UsdaTCmLANulFOzNspjZ/r6cRVT4SpV6wolhADPZGNR56s4LJ4dq+eyraNtXZqeXCtTa8Jz7Wqs8359mnnKi4NTXr0Hd8tWUXkXgh0kpS5/pr/kOQ=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-09-06-40-GMT.mhtml

**Hash (SHA256)**

8a21ecb99b37b87aa4947baf1e0d3f7d8cb8a663e3b4ede5b7a6545ec5297b0a

**Signature (PKCS#1v1.5)**

nrDYDLfnvftSLW1ALsdcFeaCnH1zk8pzLnlcg5kxf20SnJuwQT2lF1anx9muVgQx0wCkse8dTS1TuzLNkdqAhQNt0w7iv05ezQuGgMECed5x3KZj6O1ZIZA70s4LvLuec05JX0EaGyuqHj6kuGTMxh2fNfvdTe3FqAmQHVzV5wh6ilbpBlGqnYlNeXThdsKTZUhqyp2GyJJpDFXg6hNwDBUyFh3aa5sGmHhCKwR1qhzQ1HfDjdXB1JuCBNG+tMWw8fGU/7DAniAieOJVJaRUCxQYWbBr13j+5dZ1JFfnKm/1nrQlKg6vNYZg2pEwt3eBBGEdHGiMaP6dD18dnzrQ=+



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility  User Agreement  Privacy  Payments Terms of Use  Cookies  Your Privacy Choices  and AdChoice ⓘ

AXENCIS

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 10:28:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eJVxGoQSljKMzrPEYuAM7qIgP1QAv7lApnHp5/wIEqTD9Br4sTr1boyEZcUDpIVynoQECOjBQVdZw6AeYJyhC/X0vMoO1CicbvAr0wubW FrdESMzXL/6yubTXTkNGfxjtRM1p95hGp94vQP/6V
+Yvu81400rd1oLTvQHuqsqXMl0DkxiMkSFBHO1WebEkWIl1RhZhXv8tNuZmCq17Lvm91CxlG9kKnhn81ADd32awy0fBFmUdH2GHy248pQKyEH72gukTmf04Nl0w1Qv/TZfJeKlorEP70NMJ6q8c5onx0JJhhHzLg/cAkMqB3a5hUJ0dhnV/WpGPjQA2waxtG0Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[]https[s][fs][f]pay.ebay.com[fs]rxo[]_Wed,-17-May-2023-10-28-09-GMT.mhtml

**Hash (SHA256)**

385e7b296ed89425f4c1fcb6b0437e8f5ba3274d258180e54ccccc0ca97a8da00

**Signature (PKCS#1v1.5)**

xSYPrA+p795P3JeETaxPrvWCIM9Qpe1q1YsHDRYWd0UgTRFMN8qO4BBvcjSiN3r5mRaX20Kesqu3/cJRyl+2Mbf+EizeguBqzxjg0pzksuPlxaUgOIU0+q0GJF3EDRhOGg87m0OEfGX/dQ8OQUNw6wFyPdyTA1axu7JeyWtri4/
nnM2uxnk26WDwGW0GJdRCHDaP2rTb1Wndmcw2s4P2xLFtlLwkU4TziA6zHRW1QUyrCJ+0iZRA9qJcDsMwqkexPrp+lmbZ8cMn7krdq0G+TbRdj83GqDzT2/5OMS9ks+gdJIC90vBHGT8oOq+4Gno/V0eb0Z/W4eEjYRp54t9Ig==



File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 13:46:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IfXW+ZUR6wmoq7nG7kVELDXCsSnRVjj1gTV8RuJ0uv9IAu8QdERSx+kTVq8W8RXWuVDWVnpEKy2er5z5wENznhLx9VLUJjmmDcXSxcekvTecOskoKYuqWCgJSbTbSG4p1IzUGsArDr4PGXMMMV5yKOaWxKIsUddo3BTBxxbC/eLuAd0IA52AUxzcPec/yvT1W83hN4fRyB3XRVBmS/HdU9G0IRH0YPS+Lcbjj/kJNnAb4ombYeIPcJZZ5owpIIruuI8YCHGFWcdgxW4a7bgcnQdaFsOpHdPOvfcU7h+1mO9kz/6AH9gP39v/7FhDbGkhwZ/oJVL6R/HZ8XtBRPVGyw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-13-46-42-GMT.mhtml

**Hash (SHA256)**

4cd1ab87903df246e66ca12bbcb2ed05d7898c13cd65c12644d3b33cea5b6c2c

**Signature (PKCS#1v1.5)**

wap6pdX4zKFGiU56k3oWg6GyBeECu/8y7JcCBwVNproCo/0k+Yy8s4gaYPLn/Yr7mWVR8OGTySSQs8q1lcR4UtA9D0g85RIMw9eLovwdVlkuY/IIYksnl4yeDMQOZTvLBoF+eYwMAfuVpnz3SKUcsZotD6ML8oH7JJUiUc+mKWkop250Jl1kTLgnrUKqW5iAy1XZBjQMA4fWjbrLOS7NlfHoTdGLCyQ2rQo9L/D5YtLoCksr+ZWA2HDGwgBk9YTaLs7ivx0mT2jPykxf75cyjf2bp5U1E2W8Tvb3eVHuL9KD1HMqxbRJzDJqVE7/774Mt8XpNBmEJZB3ufqY70YRg==





Evidence Collection Report

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 11 Apr 2023 11:18:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GNJwaI2Vnr8Vd2nzukCfeRmVo1a3zdhcUCWgoWs8D6gCAfxDMWLxKmAakul3Urz47fs6ajMcdoLerTjqSjd6rcivEdzJor80SO6qsnf/po7CBrycjpBWNGV772COQHuLMJ3TUhS/v0DE52o6i8nmBUGHss0zDxXkKOE/
YuG4gpkU6G7MD32LSLNvWBb96v5+wSFAr69wrGhbY69w5hhbH53seQ9k4kNA2i6VKTkkVqaUEQFH7Y5e5LuhVL5APx0iQ2lcMhmAhzNUOaANFSnyFZ05VjA6j4r5Tpjd4GPBny4kHqnK3H154eSdFp6xIoxA0iJj6gAJLormkVvQnfjbXg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][hs]]pay.ebay.com[hs]rxo][_Tue,-11-Apr-2023-11-18-17-GMT.mhtml

**Hash (SHA256)**

62116ZaVi1cd7f5f38c0369243fea7af24803lib73c4dc7b64acf9cb060926778a

**Signature (PKCS#1v1.5)**

RD5GMDFXcJ4KO2hOnXO8qibWI02DZkSNmq1FE6ZXuR/vP4RwRYNGnu+MJgsH3WJJdML+O52jlQpAZhhgDeamGu1Y6opQsfnQnzt9d6YAwSJHXhVbl9XXnpkSHGgXnalg7t8NUZQAmryOO5/C59FDsJEM+P
+hibNPvcYThDOfDimpQArNF32hoFvrKUili3dzvhrbuUELMw3VfUvkcV0CgemDiAAfSnLLUvfvM7ztrHze2VYTIAE)zt9phg0LzVKk5c/qOVgLYLWO7/Adifwa5/QhZT1v7ynLG4P7uDXdnAApssXoOQpNBxyE7kOnOxvWk7w3UErz2kxXkWP68mYBgdsWa2r2g==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 11:25:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jgr3smYoAebwoYraXBskGwf+SSs1QzoXDiNVn+dSfRfR7aFFExSi5yaSZXzHha0g5xZ2QiQPES22vFimqo9F0XGjxSR9oDUY5RSiyjj2lFTrtZB2LH2pSdl13iJiag14rYROv9/ERbmPtqY09wQ7XRXX7gLnO0dHUUp+FGo9p2P4huSRvqehUvHwBOADVIW9rTXVGqYBSe5K+9ZyYF/HGnZZYaUPMj5fCAceDagQ4XtXt02b12bfRJQF4vbafnQOA2WEIgD/orGhzUVEwgNPZXe6CJhB890T9tv05WLMcYdWaALfC9qx0OnkTZrUMB7vcTFjAXwMd0wtDm29nWDVON6uA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]/[fs]/[hs]pay.ebay.com/[fs]/xo]]_Tue,-23-May-2023-11-25-17-GMT.mhtml

**Hash (SHA256)**

fec1858e94b3edee485761783579064e1c5e67be5edc91f627b72eb24acf0d3

**Signature (PKCS#1v1.5)**

P0IrcwaAuY6qm/DdcVTWiWmJ1VE1L89yWyl3sMcO3CE9SoJ+zxhOgj1VR2D/K/J5+gr5cg4CgBeGlkEtMLHmTFsl3uTU8o+I8dQvibF4UwtzTG0c3/qSVyNfzAGChGafM7YnTV8KvKl8pDlyATSSZYfi0OwDQtprc7yhHRQ1hDt1PsK3NkynOjB/0f+u7kMyueYSIQ32UpdoMeD57T0EGscdofthhPuFMnwZB0Te91HhMfdL9dTWR21g/3ZbkdSqLWn1oLoas+CsDtcIDXq1#YxCisIsVhCeIG5fy+qfV5rOqW4WfLJf1+H+HscCgxQTUScg/gJvyAkqimCtyeoAg==



AXENCIS
Evidence Collection Report

**File Signatures**





Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 15:58:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J7zQaeJQBzUuw05eHv3o1Ro8dXLuFyo2qXGPfHrggVEmQ/mP0zQu3p/u2riQ1pv3FIFpEGNrEGJM40e955rNuddx8W8iA7kAxEFJLCygJcj4e7arf4eI3i+q2HVIyI5xCv6Mx5Pdh1qvSMQRZmhEAXAOzwHOzznGhrquPO/xVVbsN24I7Bwr2K+DqMvPUwnnhj4UZH4GZAIN2Uwu4ccX9PQmrDiwegsRaqpvJV/9vXCdSmaDKnIzZ2Qb31Bh/H8Nfz3YoWWXwd6OhH/YM7UcD8xSzJlk0dQyAvip2IQWZeyU4UsXN6ndcFcPUVPCs0x5KRURUXUtz7JqnAWIybcoKg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_|[https[s]|fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-15-58-26-GMT.mhtml

**Hash (SHA256)**

e91aa31512fd436971f4d1ed12b3a8bcdf4d9ca3f5cd9dc3e12f44137361026b

**Signature (PKCS#1v1.5)**

qE6VITez9ohKiGSKPOq4rcbFQQ8kwP29n52e6G55TwVMxtes1gAYpJB09THoiBYq9opRdIkAgrp6iybBR5AjhXYC1iJmnU0Yq6ieW3Cl9PTv11WeJC+5HPYaqUDrFuv7OJQERote0w0ewcWt4xNP701jwevyipHiUeuVi4HCE0zbH05CME1ynrEtTUDV+Evgwvt9ziLtQ1tnQyigwxL6RmQ21SmbettZWw+2hDj2yoWTFpbPz+JJNZdCkYWzoZ4DQYpwoGTpCY6NYlXvfGjSlbl5F1906tL+RjX/pRzoLlkbt91gs5nQ6JwwilDYvRLEDCrWThAqAb1v/QWzARQFVyA==



Evidence Collection Report

File Signatures




Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 09:43:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EbYD+VdnyPGFDiqeXkdlO/CLsNN/NrFL0/i3hrPPMYba07c/2YVtMqiX6p7yMT9N0yUGBNF/iW35Jx J5Ed3Mu6cE8STu4noMmjEBtLhEbcLMcSOYx3XvaRqpQJw2YlUdYZZuYweBZtXW/YoqSvneVmtlHyGuOwmMSeJXhNsWZZEiPv5AgeK97UjETC8uqQ9LHrDqrhaOhAs0u/sKKB2y80u7FK3ubGXqztZkbsz4hPY3AyomnKZgWWF0cxuQiqeTYwc8wjJh1M+57su8TWtjv5WXvB80pXotgXOWdkA6Hxglc1N5eHJTby2TT8GJB+HzSZx+1MFYozyzI/8BKkS9NLw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_@https[s][fs][fs]pay.ebay.com[fs]rxo]_Thu,-18-May-2023-09-43-48-GMT.mhtml

**Hash (SHA256)**

0da41592b4034399d30384ddc2c36b97982be042560d22b693add6f8bbf1789c

**Signature (PKCS#1v1.5)**

W4RYaggLvHbaXYYBVafYfex8WeMrvF62rTzd+yLzVLNgBmHxijjwInlUVICUnEcG11iP+uovrn1cw7dL1ZkBXfKTQ0z2l9MCyzzCsdwpZzmDclz+0mvyWTRz4A4b1fdRAWmWJdOi1S7hMCEZqaJ0VvJMA0QUVK4qNSTWymc0ErSo2/7Xgmqj3V2ojFpm5wNhHcVmTQ3Ml0jEpp/0EBunz3Mdgk3dwt8VPNoO03ysf9e+BEtAUIeEO8trDY7USvI85zQBEeobbIjWUcigLGcVd02QtM5AgiqntZN/CjPegduNhQT9MjI9UAhOMmKepr2MaM7IKoG2K3UNF/E50Ye+A==



AXENCIS

File Signatures



AXENCIS

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Fri, 07 Apr 2023 05:56:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
iLb6z8q5QpTu6QEt9RHwCxa3L8xwizDouplM28rD5db34vXhBNyh41guRfSXGc4kvLCqCGNXp60gAcmF9kaot8PmJ18zAS8aW6rThPX7HyzAUpj6LzNyC5pEYaaHruIVqIngEUcysftLYdIuDLY4TSSrUyuXgE4dk4FjEibMgrQoPakoR0KJj2SNg1XVODC2GX0IYRspmvIPtu6TfsffY/C2vx38U3qEZLsh4WuqGF0jy5yEoHMzTh0zK3A59GLxSyUzkjSU1VRIHSkRz83CYP7IZGPw8oIP0SBrchAjHVSijwhmIubRJY6KoIHAkmFeOvUVMV91Y3F4/u6GEQLQep=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][f[s][fs]pay.ebay.com/[fs]rxo]]_Fri,-07-Apr-2023-05-56-12-GMT.mhtml

**Hash (SHA256)**
973111c393f4e339db293437085cd0355a88577234263f7bced0750783441e7

**Signature (PKCS#1v1.5)**
E2bW48CSaWrFkakCX7bITSiyh5FrmrR3K4PNVaKxec7EZJuL2hJgVUQ12vXmDCB0DVU3aIIdtWG2L318krWc7Nh4DR2PP2uANvy6HESR0cZJUXAfp9GUDFEkVikdyiCHX01LO1gKeGcUUE9yrwfnNQn78sC4VqzIdfXn8DwKtWIB/fe2cgquwrI5ks6T/d98VDT6EVGdT6spfAkfEJikgXfpGjQusMXYdoSguSnzfwAq4WU7nvKC+GrkZu033zLYHBNVTJgIWGI8wXKTO8SISmrH04LkjgQnLrmyeygt9BW3H8XB3sOCUC19GXh7IN0GBMveCTSs6DfYGboJGsF5wA+=



File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 14:05:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44a6:9500:d060:a8e:10f8:656f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V4zTniLIRg1FJwbzqPY6klPw1I83TZoBwckHdAWpZNATwbbd+WXwVjG0NhOLVyVRsznsEPogxkTxvpG5r1w1Js3yQpBfqDgu9CGzq4hoDCOJicVGz1X6MeLW++QWucNvnztUCoB6FIE3kyZpYhDsT6GP/TtpuClnED2O6xuDohWef8P9oiEAZBTsoXXU73Vfe1zuugDZU0IeyVqf9Lox8nMcVq6iApfhOEA8x5XrsLuwSB6KaYaZZ69ExnOvpOAH3jsA6c4y/rXy0Ud99QUyeI3nlTNrl+qy0fvmQVhqjhWav92GlURYK+K85It9Waecr3yIzQEV9w+LaZk0f1P6UVA==

# File Signatures

MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-14-05-19-GMT.mhtml

**Hash (SHA256)**

783e72400764fb7b7a2cda8d77ca30f7b38fec6596ba20031723d9838498ebd3

**Signature (PKCS#1v1.5)**

IKUIUCiJeN+HB+bgFaWpJMF411wqHfbD/D/YoLoe1ba+/l84mYLghAJLTDQeHsNGSamy1aE3Rt74pNfffp0n73zIU6rUcJVSIIFMOuSVRUbOR8qsVPGx3Gia0tskStXcXOuoiLsskWcHOGTtVE1uj55Cl3HoebxUGIqVMDhFM73YD4yzNTWtRiNn7Pi/O+*JB2iWbxgweBSrbJlrQ49fOLJR4jTAXimDBGuMRz351BPwAPP6gaFo2p32qjVw6s3zwuw5IXis3bthB+RROjjG36MeFFoyB0hWdKSjBV0zm8vM2y7Cj1pg9r1rRn5/5xJbVvjyQ5nl8rP76eLm3pYM2g8A==



AXENCIS

Evidence Collection Report

File Signatures



**AXENCIS**
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 14:24:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HVgJ6kjFqM9UMygge5YJTqiJxwRtj1Z9vN3uWptQ35MAQyq1CGcSu0fVJkPwUXDL/z6lZM1gbi+cMgTcEcutPGbpcSmSXci3jzBn8P3gfycKNSWpvyJ3URcXpmwemgIxXIKEUeivhZiNoOUqbm1HrANGXZd087g6rBxfg6FVR0KEGmyvXZjapcXtnHvZg/ARJYMsoH3DITHdND/Bqg4bDgtlZdJB/Pr/kZAgZMwSywCpqXimq34kfOQHw00qMghCen0O0w8gBavlYm/hPGlO6j2vWO2dWslCzb+bzhwvbuLk2+ft2qqwsGzsomR99LGsTjPxNr46jVLzggrYhmmm8g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-14-24:43-GMT.mhtml

**Hash (SHA256)**

06fc109bda618f800574e91feb514d7efef59c2fa5e91965cf2966d9403cac90

**Signature (PKCS#1v1.5)**

ChJfAd2Vk/+wKKMnqfZ0jqF4Z5JwqVtWuZJ8o/4heExnSpHhuBaBWfgprM5AOU+5XxA/3YWaMnjeuwKU8C73n4mhze9m/myMBoJaR72kWeK8Ctn6aR5OU1KEN7VnK022RgZYPcM5NMBHJH+pHsy2uRbWJ+aWy/jwzc3RfwdXNzDV2TbW/AdnBOcpYUVJTEPP2o/M5U8prWXd2u1RWXHGxUyNs2rZs15skx/GAt9Khfz5YHuIZ3X37BL6KlgDzqg+Z2UbKCpSAO8Ric+fs+Mh4QA3ouLm6oNufm/0tTLFfenkT8V7vCbPyHz7iAU88EHtQ4TkanaSAW57b/S0AjedoMQ==



AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 16:09:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d5XqghAutsi60k2difxcdPy4nO2aXA0FBUXlN6Z9tELhEVvQSMJzz7NSrPhDYj99CHy8lEz+Sz3ebcwulrngBX8uHesQWFJBOamtNw0fO+O+IugzhkxAaNqVblb9lbsITFKrZFGEn2ZWK5IULCoHZCmCWFaa/j6elotBeCL1oO1R3zJi/vGSCzha4eewGAo1PN4TrHAWiMvtxDZW7bpuR6AdqaK8sF5JqHEAdyTlKX4KDBQ+He17c7PvS6ktAEUMWqn6LGW42A1e9XzhAtOa5CbsXQC7pvuJV392tB+ciqoT11Rk3om3Xf0FHs/j9Nk/kkPNvJRAcsxuPimHCgugrng++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-16-09-50-GMT.mhtml

**Hash (SHA256)**

c787768fb575894b068af6d0a6e3430d15630d8987a692b8cc22b831cf02961a

**Signature (PKCS#1v1.5)**

n3N0jDWPeJM63fOP6e13EiQ/WBK7stATCEAR86HNPb1nqoCaLEzQEDdlTXyYNAGT3lldbuGaVN500G/c4GwsxcXSiMk/xkdidGkPznXG+ykDTfKRmHmxBFwDK5l+95fs/hGovxe8pd/uQ6kqhqXSWsiHl++S4joj1sPDuH4fB55x5FXW9X/wRkC3X4w0EZyv8xr48O2dxe2qNSNon3vPphdEyz/J9GumaOTQWzLRyV/1v0E/vnmuPbJzH1uF4cD86MsSxBeNasr1UsSvm7Mr4GTStg+qZYcLWoSkcgUX10/eM0iJHLpzX/qKGsaGHqtUz9e38L2iZLyZOAGJbczg==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 14:17:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jxqz7JfiDXuXx9zjkLJhcvW+xK9FW8GHx8M6ee3Rzc:rYB6NXWF1P4BABHguJE0tN8J9jEhbc6kqcE1p/Gu2uqKMvMQ1ghxndc1TDW5n5llFcMNwQj87ATftb/AAqb9FFUGehlnGRAHhEckBxj+liifGmw0lPgXca6e6wBtdgQokEq3hsQbUebZcORCE7M2HSfGtWnLo9B1t0q0c0DPV+HfWg/DojHr/tjZRnAhyCJ0Krd79rc7yrgJzt6MVMf5TTUCobekVOWsnZy8Eeo2dL2R2y0dhogp4JU0Va5RM8BbYvOBQ2z7WHuX89TU7JJ1Kq0BRZq0Ce7t2np8MqFEURw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-14-17-40-GMT.mhtml

**Hash (SHA256)**

cf402a76c6adb4200ed4c2d49b2366130f02202e5ece2ff66e3d821227d05ff37

**Signature (PKCS#1v1.5)**

vaaflEj14l1f260XBeAPqMp914Wa1LjJdxffRgrOfXo7XlUUdMTcOw+O12i3WhBYoleiA2Aj5HPrW43DZPUGBhnkvjUq/DnjzNq4M/jp3DVoogy25/T3WSQabITUbej6AEy0tGEpn21l1c/iwdXjYJmUv9jdM9zozGs8YF3ooPuSaV2ClJ9OQXrM8ALnppEBrfTCRSKlMYsV6EHBNRRylEksdAfaIWus0SmTWAhuk4ywjGAluUZ8xesM3peeQgS6YB3i/2Y3sDWxRDNaASz/rUOJe+VWrh0c2OMd3eB86zJaZkQ+78RzP4473RfLY/XVTwUJfq+QGA0yTd1g=+



File Signatures



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 08:05:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j6kdIK+TTFL1cd32a55F70JEc5BfyVxf3koulwbPZkvC/VFa9mfJHi60JP/ZAsVJREBT2Szbuwloj3GBxem4+A0Ustyyrb7U+b5+BmWaR8HmPvju6AEiBBUzSJ2lm0xmkti0w+SNpnXy4prHkTSUujCHCCV5IXYFlJhv85VmAnjgga7PTdZ0nQnY5DR9pLr8uQ1xkQ98eA8/KGLVRaFBtLE2DNe/Ooas6yamDE6rwBd+xY7SU5fdrYxhBNV3o22ayIXdKUzw4dvb5cydrp6rrDAg0CWVTULsSdaXoexiv0N6gjMMIrSnEAC2AC7q/cc2tGjoah1wjcSXo9UQhU4Eg++

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[|https[s]|fs|[fs]pay.ebay.com[fs|rxo][_Fri,-07-Apr-2023-08-05-33-GMT.mhtml]

**Hash (SHA256)**

db8c03d6f226fa9f489a4a727fceb33c2e56a1256296901292dc4630c4d4b5fe

**Signature (PKCS#1v1.5)**

PrlhP+Ngxn7BMQhXaZJUqSVTyZHOu4LPV75KRS2Qwig1BJZCsOHy5k91lkaETqACx/uN59qW6fjqfZ/m1ZwU04uNQ8F6THcpMiWfySBni/+6D6XoXwL17M0f2JEImH4JhWJpKdUrVXTleHHdNfZa0mRz7l0cdkeQqXchwnyAl4PJ1UmU612xKbUCoGiyvKrMZDR81iCjoZakc9lFVzDBALWCZfW2qH7/TEw9ysaDmLZBrU1s425Uc97gOkqae/AuqYIauccLiS8ZTXHhLiGecZBBKq3f4LXblpCOE8UomdkCEY2m6CV5/4jIHT0DMECCe84qThBfbg57llEilTFnng++



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



File Signatures



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 10 Apr 2023 10:03:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CxTdwsESZdZMG4Gl0khqUfKpU4sR3WmEYmzwcEiGbyRXJYgBKBylcF8uwaiyV8XWbiHn+IUZD+6znfUYOCfroLGSxoJqwgK2QolxUVUM9fCqoFEkkF6GdrMqKWA9wFpD2WzhF8uaekryPbEQA15ZYQMwMnJ8DIC+Zf9ydcWM54q1b2byYmRRBodftrWU5VIwWAZSlgJ1QW/dk48VeDbGcg2okSwVjvZ77+CJxEqT7seRu6ylbg3A+5MuZ3yW+abUT+Jq4VfCQdaKEN94WLRUJbkCUAvBI7AqRPnWwDj3g6/kgmQl5ztLK2cVG77IKBwHH/hGbVYBQCieVq+wpCVDw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Mon,-10-Apr-2023-10-03-24-GMT.mhtml

**Hash (SHA256)**

07395151b0ea52944b126f78760d701e75f5770a4be1f6b9b0b83f2919e42aee

**Signature (PKCS#1v1.5)**

gqucC8bQoFZACDZ9E/6X4Eos4af0zurZJaxDuVpp6hXL+UbMnTkfDnVETilWuehM3G/4k38LTZM92Go9U33j+yfJ7pQFhvw6iSq9DIXcp6bzC9dttlWkDtkV/VDvnwMU4TD05SG0FkTihntBVYtn2lWwsqy+dfSlbRzXhaQo5dDGrzeyFUrWLbEgNeXpIGSd5I/6Oqcwuj/qpSERhv9yIAOMvKQxntQDJ8Dy7Fl0hn5jPOqqDSANT45361jchDnkvwgZSR/Wox6Ie569Q2GYjxtN9eobR1/LjBj+04x/Dc0ba8GJ0bAhVUhOi0zgwfxmmSCRquTmmPqDLZKMhjyA==



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 10:15:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

T16jqBbVmQvvLpoPFqQvXoj4WT289SEWn8Y2snvKwAmYB5Q6CBWRsp53choqWYCKJyvzjh7MQOj3oE/SVbPNXHT6WGH2BmCEyBApH5SX1ri8/BauqmtEGiJ+/UHqxPW6VoY8GK/3cAt5X2X3Wp35wjoWFihpCDqFn/Kob0g5wjelzQN4KFldjo1Y2PjaZvdV+ozphnCkTqUZc8a1dhvKXgj015a0l66AGSCkmoI2KAzKjNbWUp35Ey2rlx9eV1sLYoBduzU1If/AjK6Y6AQqU/OajQYod7SaA+c4TFwMeLa8ZLKYS8tQVq5+egJAYL7mtbsOlDu3r4pAKQDj3N2Qg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-10-15-56-GMT.mhtml

**Hash (SHA256)**

582d3e95283d27efd04bbf13ee50c1cb38b06fc5d742216e00b711c2bd6d1407

**Signature (PKCS#1v1.5)**

PWT11hOpVIFOqwbClV54UN0P6amoUZwv8bEMeIW6d5/dFC1WUI0qAylEOHV6z/H0jq6fP6ge9bv0c7S4tjlcPG3PpHSqRJ5GuKQVHH3n98pBMyKMRUh2nIQ7V1FHYoVHJZvEwYjejK9/9FwLYQWG+WvJ0bKp35fT3zY9oGq7P5QV3egaMO6pXRmY8wEwck5mVNQ4FD5QmAVB9B3n59HABvbAWqY2HyzE/EtnVCq+1xDXK5URa7AnrJFynzNIVp4hUlg/g42AYyc4Dz1baPqDmUSuD8k9ykj54HHRjDc0fhdLt+fFB+0JoOEJ8ZRrt48xAi5h0llFe5spwbPE0R16Wg==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Evidence Collection Report

**File Signatures**



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 16:31:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

txY5NsnAyM8XQmJJcoJZZWQSHoEbKNzt9FWVJxMcLtv7bGkXyHjkrt937+J82C1uAUWOO7AEmPXZyYnIrhS4DKf8FWNx8wvL8alGzQWzCOuCR680jExjsXECdLh4Qvxu8zCnkmIWOrVaJJeg8pNEOiBr2ZE+wCPm2n+0az4oUf/H4DcM8H0bewaUdPN7ASoSDfgHGkl+NwONbb7pp1RuJqK62iLcx3XB7IoJCF+0ZKBPcJ50PIMx02XrQK8A6VZF1GQ3bhv9Pm1Ly+jHSpdK8K+AzA2O+Cz1/QPhpyJCK59k3O5/KcDwNovRUzTfZRzmtFWhqXO7S2ZePaJ8sjN26cw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com/[fs]rxo]]_Wed,-24-May-2023-16-31-04-GMT.mhtml

**Hash (SHA256)**

a72f3978a2e27fdee844802c1e8c44e17d289eb040514feb38f8c3f970acd42e

**Signature (PKCS#1v1.5)**

aDZLej8dNZUOOadb+4AVz01bgnK6bUzcfceJ8oE4KyI14iBi3qRHmoxjYhjG8cwm7NA/U8OMD7L2MZqc4xHNAQPNG/100T24mld5/1q+wwplzYz4nNPW+tpJ1qwd0BHtdh43BrXt0XHWYvLo89l89v5Dmfn5Sgi4f+C1jO3KPlyCXR3LwD0QVyiYguNMrixXkGptGUxcwvpBYQG/ZzmSG38gYFgp8VQapvhWzsxufIJULTE8wVOVhb9KKwTMEc74Qq3i2Cax4ToZzAJvCDP1Ic2Sls2079KB09TsIJsN/5YrW1pn8QUmbtG6S1mY/wyb/wVDxwV36yrBitswrNXV8A==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Tue, 23 May 2023 15:18:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
I7nvBM6qIi64kdw4cWH7BM+JLRQxiizqXiZgrULbGGbQ+ARQ0nlMgkCWE7/1Ri5/eNqwMUMhpTOoBC2NiJ4tXoIbZ9d3r4ZREPqhYpCS4FTtCCHMkXQ4Nn/KG+7SGQM2ce36F6jj/0LxxkHocU8AukxPyrJyLnyor1Lvjo3dSii2YQMGvFu+zGlOYx/pf7d8YIbx0o6jnlU4MWoo5Z+IbVgj4qGxFEn1+MQKky3KDlunVE6APO1Jmrxcb080VAQ0ShMNKDa0WvrswEkiLIM8xWuvxgrfW/FhBauZn5sFX/g65Wr4DkDZNXFBPsJ1rlXMFvRcf4WE3MaUfj5/hzg=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-15-18-59-GMT.mhtml

**Hash (SHA256)**
04a23b292cb31a54473f5af645f9b35bb6420eb9188d39d1022cd84e09da5ae

**Signature (PKCS#1v1.5)**
N+dusIJu8917mnOnfMRpsQnN9sfpXAxjfVtoL3XD5hY+QFRxaK/6v12NJuf3w/sVlyC5GEmhv8zQZEq2i/6ekvuqjjyUgPE+M2nnN8fylYFTcsHtfXhRygeoB/WYVvCEVwe3P+nsQE6tz4Q3TStkvfVET3+mZ+HiLcTVg/gf00czAb3uIzq4CWpVgpW6MGnvzi5b9nGlbyYJyDcW6BVHcCib0LnMa9zhFlGDxRPDGCjdt4cRAjeoJdOUcvSOe4ywHucqTsBhWMa0+QALDZ0h8SWPK6c3RsXe600zpRlIYMPGDRHXOyrtyQ1tSd917qDS8IRMsrfP9viB6KHpSLXbUZ4A==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility. User Agreement. Privacy. Payments Terms of Use. Cookies. Your Privacy Choices and AdChoice ⊳

**AXENCIS**
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 18:51:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oUAF04DjGj6FwXo68zXQaOoRAgfPSiJtYJwzcyS/l4cT2rDyBLuqHEQN37zVjPva4rEB9V192C43ApHp3Go0Wx3zSk3wgQ5rlvwlpKUZBi4HAzPzrlwVi7T8mAl8zCgIDPRyX7B9uLkpsEFsr/PFHRCuI76mIuQt4Ixs2bCfvsNl5GpeHMo1/pzCEGmUYCQ9GoeH54bzdg75xRCkjaOAAIRYI3VEhMUSYx0E/NFfCx5kT3qdfVlj4K8SQs5qDqZh/tQltTzktLOFfmMrQxw5NFObymVQkoSM8OnYcSnhAT4T0DnkVBk3YplVdOPWrPV+y4WShtnvlXlVnMpfUA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][hs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-18-51-57-GMT.mhtml

**Hash (SHA256)**

5c861f4ff2de121670f6ac07b8925ebbd10d0b14ed981fe85d772d1ae8efa49e

**Signature (PKCS#1v1.5)**

Pr+bFsjbpBkM3P//DV9ZwGi10DSSwQT8m/X8u/5i2GPvWd6jkF4qUO+bD5fmk2aafFMFRt21TdbCCsnukhqkSkk6zim5ohiGrZ5BoqPyeXvcGppew+X8A6ljMdPc6/hiRWLVMWDISj4yOfSDMziOSt6q6YDWZLUmlrbcT0GVY7nQTufRDg+ocU1aCV5WaxmXCakqk/3Pd3yUij08apR3lQlmd3jb+99oCTqeyC0+qqdYSRhxKik3PqQ65Gds9gal5Kmcl3hnilCl2bPCtpOUe0569h836UxSCK5uz5QzF1YkJ+bC9yXFvbuq5AgOTjt9jvyWgah+4KX9Es51Y6go4leA==



Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 19:12:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OH+rWvt1lkMISNuF5zTzq5cicxaBRf3Sjlsx3kFB0dvXaDmyEYU9M9Lndtrhxbl4KU0eYydt5hGpK9aS94uBbB2hoOMt9WHEL2xhaHLGjtq2GQ5dgLsLbDaxuIT5fsFXjqWfCiUF2sgMXs0LuuVrhgeMCgHYSg7F8vE7FRD6jDgT1yEqIgGMMRmOAX3nNz6iZCtGxPoW99Qmv/xp5nbt9OHby4ubWr+0jBi+gcuO1mpcgJGkxbI26iPqrOLmiyXTiK9rPi6LAh0gkO2v+kdhi+3L10ZACmAvQJMDobiWx29jpepSTnZ4XCxo60GrVqioYPyme1U0BLBxJ2SZO0S9MTNBQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][s][fs][pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-19-12-04-GMT.mhtml

**Hash (SHA256)**

4372b7703becce64c83cdd222d029593d6ec97d7f2abf4345790bc2181650703

**Signature (PKCS#1v1.5)**

qFLeCRSLhDuJjCGDK/5ZJX01fE9Kaykwfh MkuQHzNrVDVRnc01onosTsN6tnTs3H2Kn9YBHEyCraYwK+mRHW33Xf2+tyJrFG5pO8ZRk84nPKIK1mVD2Bke0eb6emonFluB/aM3FztDC0yPHiJad3Qdy0hHMf8SaRip0Zf1wa8Hdt1aL8LWXz8TKGMTVbGQ88GdYmw9hvBi+7c+0OgILy80bQ1U1/18gdSMcUstA34m6qpVvNDEfhkf4kRLy7rb2Y7P+CnKbZYZTFuq1VgIx2Hqq2xFM+ebFMoUS8vis5foz+qBjgY+6iHteUL7fW10mcUEC0ltOM3On0DYgO6OdUYcQEg==



AXENCIS

File Signatures



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 08:35:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HyXlnnM48A0LTywAmOnnv3KHSJ9ClGUdoVHbeTpjWhWqYjZBGD5R5yOCJ9mqP3vK9RMar+fLD+LgJzo2q+l99HuuFbXGyZAQVRaXggYud0bBqBxy8Br9Za58fzVgagi+1kaoriX+JwK26mYOL+FoJtC6T5YOnDwJ66kwLxv/huSpiSK7WDDwVdYrDetac3YsAAlKaBAADB5TuuYuEgA8eQM+Pbv7bOg3lCkOP1cdRqQkta1ehldRKJ7iH/0FjBtXZ5bfhBtj4dtRPTMQMtnEdDMFnsKCRSqHg1oPWeHwUeNQB+iaBoo+xNhNlwlmu4oUEj3TD/Nuau/InilMLiI/+0AA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-08-35-45-GMT.mhtml

**Hash (SHA256)**

f1d978e83000fe9ba07f9d5fa163be2ab765332c121f3538a8af570a26e1a5a5

**Signature (PKCS#1v1.5)**

c23+8z4Da23QfmlG4nxluYbi/z1V6w7UzyEMHBwFnWFDx1sCnNjkmo1L6q42PHKqaGf090w0nTik6b9rw4Fy0q4HWAWUnBLi05g6VlrfYeZIKKnxiGqdOggGK6kvgAGAegvW8go8ABnAjFdzo0eSjjbl0WERTLGTyoAAeYyOSsxhwKT79zV4tyAXn1OfdLkOyb+WruRhfwn5mq53xVoWtaLcDahNjar8X9FBXgjKwxhVd5so+KGnC04kc1T9HZtMZEl74MSBkfKGhlo46r0XP4f9uAMBAh1pKbJCVG9RT39A+av9e73+o5RwTialGnrzs3M4GAlZa3S1Tc20TFjklg==



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 09:10:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sNy6hhENPf54yxX7iRzmCZPPJWmejHRzED4i+zB7ENHvKqT2qfTe9ZLFJRk2L+f2kCUkiRob59T5VsO5A+zGguxzpEq73P+XvSQfO61BxGzeS+JV74GhdZCU0Yh036+wfBWIqEJCzrG4WO7MYlyg0buVXmkr4zukjGFC3TnEaLmJ5PH4Tu4Ghlz3xMT7RjhgSHMWuE8EhRNC
+4Qe30GI5EHgWei1vGpzOQg2wZX4g98iq+HSguf4CtwYjSLPasbY9Z3WsiReywCakczzerlPMNPJ34bePrxoSDgZTkxDmv7NQsnNEhV4gu3LXxllZ6EAA0vTDZ1n6WQfaB5jMlw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[x][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-09-10-40-GMT.mhtml

**Hash (SHA256)**

766bea47538974f3189a5c0ec531864dea95b94d16ee5af6a405372375119717

**Signature (PKCS#1v1.5)**

A0zr6nwdEyfTu/qynU500b4r/moKIheMcSiwt3uc5KzLIIuLWiEi1YtY5iwKJimNhnLPKQzRZsQRo0fswXFuOov2t/wdAfdsxbm4JZwXDehjkAggrYJs9VksQauIOxVo3Z8FdDijkd3FD/MoJhaco0uqABuupTz00GCMd2+cGQG0wuzUn20i+fKDT4JetJ7/c6RCqDRpzasXm1jxVsItenN3Epy5t6jW4a047Vb
+NXfh1owoanx9F1A4MytXSgMxXlbHK0TX4GjLvrUynM98kyOXal4FutY2FPXDso5Nk481p8h3Q598BT34sLwIQUnMcghMz7wsfdTaX1DqJ9dtydw==



File Signatures



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 07:26:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SlT4O7NXn358/0N8pBqiV5FVLqns4QHS89IS2+wGQfMF0bkf9k/RwOaHVtozr4L6X/0+3X+3+Avzm1GkmGtbWZGeH/K6WpJDL7Xqt8m0lGLGgM1zUbGr9qV9p4gNkPvUXFXvhwwV+MuMGCAAhhngh9pgPLa6i91mdhK9IJg6PTb+a72vC2+zlKgZOopu9VcKzFbbqmrSOZiiJYnd0VVi+mhuV78tLltMN5BOYz21vCYI82rvsk5E9X/GQYVFyz6fqZ/GGaokuCzCxjxQA4DDaMmyLjDV+vIGTr/b644KWcCYkbt60AcLmo/FF2MW6wex3UN7DX+++hJfauGL08j3Ww==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-07-Apr-2023-07-26-51-GMT.mhtml

**Hash (SHA256)**

9ce07ff5ce3fc04ab0a56fb7da817c3c17be679aec815a7ba47239f71351e2ba

**Signature (PKCS#1v1.5)**

R63H/ZDLW1LDlCNIDo36q/XJQR2Bl37PRIbGRnpWH5+kCZgNG4k9nHzvNhosgkziaGMHOukmd4fpqSHldQ/gTkldHTV0hl0khsjSOe29w96amSJSLYjBCaXJh0poG24iypiC4ckiupcD2EEM3GJbfVaZw7y9Q/R5rWRVb8RxBaltqufkA4A6APZa+z64sHx1R4sG0aKm6/GG1LHw5CxEQmotH9ScK0UTw4LmmdYrJ3aO9aS0NT4xzfVFz+YT2zJYHu6MiyAOkPOsr3tnuv72IQ4TR5ZcoTR8+fhw6cLHNjbEz533+Eg2wMvyWJbru6glJWe29fbBVwkIGmBllbdNg==





File Signatures



**AXENCIS**
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | ebay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 08:08:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

wYBJcxRRPBiVPRFPPF+NbX424P7y5jGLjC7QO/2Z4fEVde26MbTTSEcwUm1QefVf0YmMzgbVafgaE/G4isO9ktcftQMwOX9PTtAbIHgZMs1dh992PrzsrzIpVw7RF444SHBL3dExHfYE2ZmErJPj2eyfdu8VD6NG4sDo6ktuWYs1pjBv+cPu+/b7v6ULfP9oXbWi1fxNQCL4o6r/NYsZaSi6i9p3Mtvwu6YDEMb6emoryf/vJJPDdhZV1qSuFQPXYy6fOPyJ5oKo9R+uOV0XhoV5w1IdxCxsddMNFvd4yKL0IaVlhKpSDUEsxoPNEN1YTAqE5ac/ZxqLlOnhMw6cQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-08-08-10-GMT.mhtml

**Hash (SHA256)**

332a9c337f4559aab7c402e642cadf24042fc07389ba4742d8018c5e93df5e45

**Signature (PKCS#1v1.5)**

MGu0Gay8cP6947m2tW5DkdBoM7vmW5R5gKUfLKAMxhH5EU01zRXHYe/Z0v44bCkFcclegU3QdUivguSEVxFedOnnd+4fkslwIsJdpMLE1qSCaFIaGSKqUlzQVZFnUAJkb2ui4Bu/7fNHYIs81jT95w4Uiqq6U4RR7fPCQAn9WwV8krLht6B4xeEOU5i4Qr25TJvUnNRh/I3GwYxY4Qjf0KzNB6BCPG4578wLfH2ZGdv2vy7vDGstJb/KOoyd6bflGTIAsvRiCVYSG7do73kZJEhU8on73O73As/hYWTEnIMeNcd06mItToOuasiUh70kc1vWtVWjN76gHB0Fqpbauw==



AXENCIS

Evidence Collection Report

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 20:27:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

k6dwiziJmZ8gK+kq5fDzgWnUHEBwEdyzWCX1rWWmU+RRjFxJLIE9IeGnEYE6Ac9ijfdBfnkxLaXjHfg7fA9CVymppuTvU+/oCsg1xp7p682lJ6uRXTWQwSwJCMdWvY00Nmz0wvvXEY5RSpsShVE3zNY+doeb5CtkUZgWxZ2d4WD6YDOmAoariNOkJK8tyJFTFkTBxxgIFshyZIiar0xV+HVZKsJJrd8liH+EG7qwkWFOCnTfaFQ0dndWVd0PRgEtI1cQQuriBDorjgqq9oGVamxWHw/z94vBrF/q8TO+VIU5eP2wmyd1Bnomw+6S7w0Lt86ELziMZ7dAxNEc2L5Mav8Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_||https[s]||fs||fs[pay.ebay.com[fs]rxo]_Tue,-16-May-2023-20-27-11-GMT.mhtml

**Hash (SHA256)**

dbd8b7e3e4bfbcf87be28d9aca53704d5ad11654ee42e45ebda3f697cc1949be

**Signature (PKCS#1v1.5)**

QL4bU/ViL8mm8ntNHe0pzTRTPhKXOuyskRU/7j6+K7fMIPui5X2OxpzAaWQVkapaTRBq6sq4wkKu0T6Dhb/Vvj4jNzd6jpvh2IB9e8l8a0aP/Ore7aLmGhTtm/mpUiyWDFJ3ve9sKjxCiYYdqZdvnmFx+fa6hxSKUfJfXoFacO/j0kTNzLtdEWRlamGV02ErzS0trynnLwULqhDHW/pcsnZI5f79HE+GX2sVZtBI3vGUPjD7U3qOjmEh3wibM/GvsPET357bxCC7yCwx4MDk0TJGsWwRw+FT/zWeCPGet/6PziCcNpAtAH9MvrCHIF+yT5p2pkOjM0d630bWUsF64A==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 19:27:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TI/barJOLwiAArQDHrfpJwM1o8UUvPobSBssqKCXhEi0nnmI2tzzXgOhjx7YSWFSpt+p1jXAEJ3fHF5ic4YFhcjqA7J5Y0GMijM9I3PTsj4mw0qQr0ljopDZZYzIG4MkV6gdiav9ixeo2hHEdMqyaaUR9jiPjZ8gUXkUX+PcqX5F6EWB6Sq9kdG9E/Uro3qwq9Lwr9GkqYia1X/HoYWahPuzxTZ9Ie+qQT3UBwfRj1dl/44UbQovJFY+0+BK3uwInMONgUmP/8Aiwgo+O6bKBT/rFJ3Dr3LOsli5T8WO4wi6VbgK8cZEZhyvbjhvMxfCBxaIXGJFG3xfj0c6Ai1Nxg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-19-27-54-GMT.mhtml

**Hash (SHA256)**

4a9c1454d085cf9cbba3c0c75245eaaa52f9d272951611999i72520c8bee6b50b

**Signature (PKCS#1v1.5)**

OqJ2vHrl5tSqBASRFLlXWm6baxjIc1kQo7j7jYB9r3H3SasMUIh4hTc116o+Amntau32QB+g0QPkDL/OJ0nXUnPp/7F81e6FEY1+TduvXkavZsYpHXktFgbmDZDsDGjsbazHwAUPGI0I9k7UFxUJ9IGKJ8sUftczzi1BrllT7CC/OKBZc+X5ZD7y0NXl7XY/71B25z7ESVo8buo8qHToV38C71cVVj43gLXe1IGIC6gCImQJxbNtdXNCIBtSMASq1WiBg5H90myQlQcZinYKsHF16IKY5Gck07FRY5IyqAz+fphIVnqP8dZDeGw9v8a0aiPlngJ2VAc+tpnFFm1g==



AXENCIS

Evidence Collection Report

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/xo

**Collection Date**

Tue, 23 May 2023 14:08:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N8GCzTgfUFv4Bxee59Q4hkYJGKwhwf1VPb4zHD7zz7j58uXy7oypDqpiPiPcdMxyoDWGr7XxoWMHn0Bs7tGedGET6G+yWNNxV9LkWjcXNyMyw5ln+ahb4124k3heE+MR1dBJ8kFEtEn623qKxEoNwRnAMfvhUjWWkoCZaG3p5YjhASLFZ/qGikK/eQaQbO1IeliOxC8ZZlNUaq1Ahph2k3O5Rzo9flYtrnwO65pn1XwqUeToU0qNuCio29hm4WPKzzvb44INGCaS29Zy7qBeEGs8+xoQw2MxO+NEJEGcSNFzosWlt2HSn9tkIEapAPfUjXfE+Y3HXqTi4+YDQBKA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[httpx[x[fs][xo]]pay.ebay.com[hx[xo]]_Tue,-23-May-2023-14-08-06-GMT.mhtml

**Hash (SHA256)**

cb8de2dd23179a4958df802463f08b8aac88c4ee47a6ab4dc6c736c1817c8d4d

**Signature (PKCS#1v1.5)**

FCerEFakHAny6JjQYvts0wxGj8+dfh3paMC5zByczr7kjTqX4VWmyuQoTAcbLycVt8hBbyJGpffmVHtNV5eAMcyQho+2WlU0uDp1ioSx/wAP8C88Zc/+07WhGhDXcuHmCcvc6C7NwOEYYk+9j6YJTcdjw+Bx9X2kotRbht0pOsfdh9DSLf6e8QKzk9BojQcGca1UVx0tKj1z/yz0GIaZ2KaPUTTqSueOEdJHNqqgT1tbnQ3UOEoQZFYHWmEDGgJJLPBvLjxSOGwt/a3DDEAaxcvxpJ1eXDymL5GoPmYt7Di+qgvrizbj69BQh7PO6pww2yC6Df6tKJ39hYRBZQ==



Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Confidential Business Information

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 18:31:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Km9/HjlE/65Xmb52RbLTRjHUC3FfXVFfAc+kPCgPY8PgO4AwKhdyiejoPOjJk9xt6LYbM4YCasUunF96/fKgEe0vP3O4l1eBNs2YLWRzjADb5kAEhoVpWDfritn4lNXHgAyJdD9bkQDBbKGK7JXvDrkmZ2Xoyjq/d3AZPaNtauBTmjwej4AxCJS15TWXptlBJIgF1VVsIJSc5R/GHyneFjvF7wB2slC3h+4yVHmcmdJXro/CKBo3egG/iPeXLHaDKL6kt3lJYj7dJLMuZL4PmTzdw7l9Vioi24rqPXzOb3vjfCZyW82VOAIXkReak8hUoX8Y/TNT4w0aOg3E3MZQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-18-31-54-GMT.mhtml

**Hash (SHA256)**

4e4d6cefae5a47e109ae45a12ccd2e4edb18c23229d808318af615716537f527

**Signature (PKCS#1v1.5)**

do+qqd5ZiSG3muaRJLbuW17KN7rcs45fOU5MkSoY5xZ67Me+uE5YZ1JqFxRbRE6ZsK71nEU8Mu4TZstYawnXC5uBs7C6GWw/3NWlyhQlNCWC4ef0BRUmY+w+U43J4q6Wto6tvI6W7ydHix4zgvsZpBmRK1lkFp2R1uUMVD1Al4kbqIeC+3qkOZtjczrcWh8czc8fGgNPXBbytDCTQse9wYRgHZqV5NEJAAxE0QOHIDlkOjXV/DBr+mQ86Ep0x7/biCrdhGBgN7LFTsxULO3W6yq3rYruVXDTHjWWSz96joKDYyluEG+mOnuqrqAaHwo5OyHri2sLOQFXmvlrMe/g==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 20:17:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

xJvkj3AKDtxXWdwoGamQDyNjmPdS87vtfurGr46rPtzMBV3HWTnkAR5E514s8f9lhUDh0xj7YjvRbxpqeCJbwTm7jZX8Fh6JgFxH3LdaVtVUwX91FivFo3pTzZmHimVBK3Emi2u3y/
cGsJWqEpkH5sfo2hdyhv6iu1epa05R1xUZquzogJajdDv0KNcKZx6NWmSwEVLsZ8qXvF1ovDLqPemkOdlUhRuNv7ZY0OvyPAvtyxU/j4wNLh7SotvyWDyMc6ge7jUyHAnQ4Dq6bc4HDGn7TCN1ThPrbSeCJGMf8X/qbuvvbpmZKkbjXy3mhteehkzV3giq0vRpxxOW0FAtA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[x][fs][f]s]pay.ebay.com[f]s]rxo]]_Wed,-14-Jun-2023-20-17-26-GMT.mhtml

**Hash (SHA256)**

ea635043493dd895f1057d8b2ff267326adf9caf1ab524115cb92c5de9287384

**Signature (PKCS#1v1.5)**

tDBgh7hfXxGcYXotjPhfFqkHkYa1Uk9iumKYhicuBlefLUd1DVH/UDBCDdbzHG2T4NA1vv32hd2YSAslgbhXGfMJmQgJmNzr7UKwGKzmf2rGNemy6NzJvBlc6ENM7ApVtGLnWnIxQJEFWYq3kd5XbBftWZfj/DsA3i2AzyciCz7+1v68AAASG1Sn6IreMDQHd2DduRHVTKG3z9DyO
+sJZO6qfKsnMZ39/rOrS7scge8gmbXHmzwmTrPi332ARRzyNLJ4q5vi4axQEUWsoEPImWY9XQWyxpk77uYnQJWCpMnSsP7Nfvmsdx461alwGvmrPdZbXuRNq+i/kGb6Orw==



File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 07:57:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:447a:1500:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

tKL+TgYX0asuDPq1JZg+vmvqvs3a1hQUAXuaT9hWmYJ0mJ/jRNpB6otBg2Lso XrWtZ4lQFj9uPBHhKl4jsbt2gS2n5Axxl7XirdU2gAfdallaNQqGCgoSyaqJ1toKhUzyMNqwMdzJeHzjuIDu/vIzTh Ttfjpvk8cxukHpzzLwih305/llBvK7Ck8qdotzBnfbxT +PizR4s/5NHmuDC3Qr83UT1YBHF7PpixxK5YTOP5cSgJZxObzSAtRafr4lGGYWYVH28v13BehUPO4Etdw3R/v4tN33sLmfjDTg/3/5rX1KXTwMgUK5+ElVOtGocxENMRQsSuAFKYfsuMjd/ww==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-07-57-50-GMT.mhtml

**Hash (SHA256)**

32120a209b900c65d4a28225e6d12445e4ebd223618c9770ab1c2bf3aea1f612

**Signature (PKCS#1v1.5)**

Xeh040hp78Pk2iukduaQMTsDoEbzpFudqPracjTisOHVi/AzJmelU7jvzTuyAPEs+dRMjElZ1cEGAyHOgHJGVCG0r+tf1nF9oL1G4MDL6ZNX6ZWkWODEWGmMDQqIKm1565lhpgm+SqKof39N1AdE8Ofo6psScOuBbyqnzPUAVqfdZ8i7nFBQYKb3b0sqgmNT +kLF8Kbi HerYNSXaKht6gzVbGKEM036FrBcdyuoyPf/+f/b2MUj03FeOjRNuWVkuhPdjB4nt3SXyccd1ynqbVJvkXXlwvmJ/2rrG0uvf5w5TqpR72c7bOuwjjTDpgAWFN4mXuwjOnJMbmOykF2ZO11g==



File Signatures




Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 18:34:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IrvzoZxbsrCu4qyClnVlYP1A+6544uUd2Yr938Ui9I+1T8D4u++hcSxT45jQxpMkdRaUDpsVdkZpj7zQnwqbI7k7tKGIDcpz9N9jstmXL9BNp7IhzQSVCTza3IvzccONQeCeKPWynAiy+XBIPjOlWtKMUAu3L3qgX/+tqGP40lRmzkyL9/ntTrl70pTVWqMBLBRQBSSTjTC0SEKcghp01UfZNwKbKE3M6GbxQrhF5oZQkPtTjIrB+fh5wBBGsYXiBwatvKKgUB0AaQKnrj+d/B1eCWdk/I+f9orBqiqz6BP/ZN1aSqyLUhxIRRYcySg+quvBTauZSYZo8EKSyPkYSQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-18-34-59-GMT.mhtml

**Hash (SHA256)**

be971d2f7fdfe4db548f45b76def7a203b7c49a037527b78e78fbebde2b1eb24

**Signature (PKCS#1v1.5)**

hEEy+As02LGQRwGve7ghou00jm4QcmEkV1yXw+i3NSL8QGfTl5fukZU3nly0wknfEVfzCfADWoLoakmaExi3or3Rx49hGY7jutJxJqEqmAyyM22HBwEPAk4kyjKli14yNAHsUoFglv99MMzNxTQVbD7quXn9wvXymnIQwaUmrhnyR0BTUTOmvF4RD2Bf9K3rJLp4+KzxZr4n3SkTtk5tis7FCqAEv/p0VU1mujOV4qqbDlNABnahoUTSKBAnEElMwlzhq3vHqEf6oukpckcHx2QqFOsqHZ3jivmfZ+iNLzZDUrDesLPagL8XdvfTYbIHVGxMq5q4lTLme/UVh86JbA==





AXENCIS

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 19:09:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Je1d/YzJzVB1ycAMPkLXOwl2exqDn1fLYXwkzpKS8Jd7OcK4xHzrYKh+zyPcz7REZX7tpG3ztHcrqspjxVORoeeDSR3/FT1VOKRNppMvNamy/IRWmEnKL+GutgxmgyLwqGqvLB70DC+vaLXBJC4WJ4ttPHNTD/JeZcLnMYI16c+zGr4pa714DDOJ8yJ6em0gdB09mRXFj/Y3ISBREIJcCGNxzYG6hdKTUtT7H+P3sOD6ovbpYmcvS4SawB1r4Yh0c3r6+dMxtqVAcrpOYTbSGB9R8KORJYh+y2SdEqb24xv0aiK5/IZkwMLsfgkd7BzHhM4rzi0UWcyBUB8388qDO==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[a][fs]fs]spay.ebay.com[fs]rxo]]_Tue,-16-May-2023-19-09-51-GMT.mhtml

**Hash (SHA256)**

5932d3c68db546aff120919a64b3fb9389ac8946b8ec6463d57ff6c34d2cbb7

**Signature (PKCS#1v1.5)**

obi/rNXyU0f2dLeQqay5ulexK6cXe2ZyUjj3Oawc4XSKNWXY+Cjt4kVWH28yH69GT2i7wa0cMVZWHjvCCRJhe/3QD5sQb/QVpxybfGtYDkxwsVJN8TYfRPpKMa+w33Sy9Mwtcz9W6YbTwtKZJqSowqDdl8Hor9mcG0KAa+82fZ8mWNGpoQpztejelEN/aAFzN8eCihuEb6W6EfejE+5sxQLcGmAQokUbx1jhEqnHtefM5yinwJxaBZGYj22MMxTuIG5F81WEQo0JXNfFXpfLlc58bJWoAaUffPcrmUXw7vGs8gw3aJyOLCj6WyS8Jei7LZxRUP/0ffFKHv5f4ccXsMBwww==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 11:28:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

uylc8OsQ6MGE5E7p6pdx9v4WOVjDSG9DENxgfIuGfI/mbqcYfK56QKKFCSzn3r+Kt2ev7hoCm55rCHU2mqdGixqwemEp3BMmAsiNzZrMbr8wYPE
+uMcEcqrkTPZybIm57mkpID9izC9evBYZLkyXeYivcrp3FH9PIzg9DhhcBUOgz9F2xpiIMmXNDgTvyhBjMBd4gt4aRFEEdNDOad/4aEfXtsP256Ir147wdhLHdSY/9I+1epCyKgf05u1tJNnoI7ZdyjhnQFkxsN0WuF0n15389GhTjU9OiTqUHitoG/ARdnVmmZ1YfK
+1TSULtNILk8LDHgQIU5gR3Kzpf6R5zKQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[a]fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-11-28-05-GMT.mhtml

**Hash (SHA256)**

eca0687ed3845baea38e7420878f0ddecefaf9cf5bc7e7e7f294c3e1a15e7be0

**Signature (PKCS#1v1.5)**

r1e9f0Sct6xs4wEObMPdm+V+IwOcYTrh74mEx9Yjjj/d3cTmZIgYQM4oLVDfR+T3qI3VJ+PGrtPnAqVAYyKZfF5kE4PL6gJRYBUwcLSOx7Ehzsr QE7fGDhqZMqfhjbhyQ+rfP2xLL23GWzxYfv70QRqZJTCs8OuuOwSBjAEiASuQEAK/w52tJT+8djwO9axoByUCLKCXBNhn6Ki/
eiKoeDi3OMsBB4QfhY0uY3Moka3u7u1SVg0/Gh0yVrnDbjhCbTKvh1DiPdrI4W5sZb0X199N9fSsxVuVSSbeNFZ+VbS5DA3HWZVxr7H8TFfVS/PgyRPPynh3U7Sa4aeTD8z9Q==



AXENCIS

File Signatures



**AXENCIS**

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 10:10:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MoXc3q5qSD4P3/NV2/GAHQvDutc23F0k2seWTAD5Cbq9 kGvLapFt3aISiHBt9WHBbmv3rBcYDJcv2MLcQ6i692B18dAdlBxAyX985Oelhjcm Y1zUYFqjJ+kZkvjshobOy1Q9xiV0NEdySdJT5X+WPMqe0i3vp8m+mRXwxo4fpJga0DectbqzcTy+rtMEsjz9YuFQElR2zrTTQKUHa7cSBBF
+tT52wAE7QVhgcFGgPJ9vVlKF2tcuhnsR1p+E0Ms3kpESm/D/xiiBP7uBxGckjeYagXW551LN0UiLnRmXOmPotBUZcObKFWhJ6RgbBNeh2aCK7ee6gPUEvVbzfYtQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-10-10-44-GMT.mhtml

**Hash (SHA256)**

b8385423f3e9808078ac7528bdc683bb303178b6823e06d989f222b1673745b6

**Signature (PKCS#1v1.5)**

gK+WmArLQD1m3y5Qxtf/N1oMPef0+neO0a5mbvJUSTZnYhGLMRvlWuhDNtHzvv4gOArpQaGQwQ6fPLSZiipPxJ/iLnTpvwBv87/czAv2uIsbu8BbkbgJ0sPrfeaMfmQMNUiLqbqQYPWCieBJKuFPDkeUcMh9PRL5wbIC
+ykIFGvl3fi6yU7zq5913ppbb4Cbrfv8WJsjg7VG3JpjHdRIUx5ZpnayHpQcXgsx51DUIxnMCmblRfKBzdiY+BYHUKyOUcg5+rAPCjJIsHwkTUkCl3ASEkENUPDHfh/+iqqHx6uARTFBvNTO2s9E39kh9876cqC37hPEdPS071Jy+/eZAg==



AXENCIS

Evidence Collection Report

File Signatures

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 15:37:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

vnc2iHmcjkW3PmHqrbN1AfJ5f5ox7auDOi5mWmq9nbBivyzOG3k4SA1f6fAsHEkTaW6Dw8t2O3Q1MlH+dMtSZemYOmiMvHq/kVQsiFSo+2+tswgAJfVEk3oDAgxvuKZPZPRZAXFbqlVlOwxrstJNxvTVoAEpS3qUeY0joBUv1A4Eu4ew9LKE+RqpzCKQx+g4N9BIkn4DLcl/IDWPFCzaPhEv2Wk4cd5EXvk5hzUfUzvPz21s2G8UoUPQjbxN0K36sGdWysK3l6AYiiNUiN5r5e86TrTQHdcsdrtNGt64z/nR6lT1Tpfs38YzZAltGE8gT/592npMC2RqAskHP+3g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][f[s][hs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-15-37-37-GMT.mhtml

**Hash (SHA256)**

7e94d9ee1e5af689a7d51ea921698dfdb7eb9d1fd11ff855d302491 0cd15f7d6

**Signature (PKCS#1v1.5)**

s9RRiUuQxB9Evo,hJeR2wDK1pb2K4BNpZyTZ10uyTMzJqxZOYtz8BRhbtfSW9i/GJ5Gsb7fiMn0Gy7VLkEUya/wl/sCaj8ew+uoRz8wd8atlvoT/uGLUHgmmBEVe59UlWchCFYkGn8+CiE1wsbgPiQt4Zw1OwMPevoHZ5+Oymd8p7vys5ZoI/ISe/x89r2flfOkuRP0l/AB7HlJx/Sid+ohPjfe5zrB5e8a/ZdxQRjJEW1cLCADY0rCATN5BFWgyLWvlP9Cac+Dn+nvtzF5tjcJjZgqQJY/Qp47BWQaCoNiERM8F/nKqvOTMDwt1Ey8kEHvOevfV3b+BLDmpgarWSbw==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. AcceptableUs, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

**File Signatures**



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 06 Apr 2023 07:17:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h4VZab7jBl+7gzgz/S6KhxNBG7Hfvn9+52pIXSxByV6JZOTva8fxKFGSWi48X3rVeSSBBmwl8Qay6CTAA5YhaMRA+Yh5bTbNZQokpGC4THkqMwQi3Hs6rW+DmPBRLy0mPzCj5THCcgtYq4tfxmO3jZdiPbFAZrigCPUZhS/
Hfpkllixr05PmZ3W9Vr6P7PJaSUWfLn0P84wAEBsbbtT5FL8Ref9V21+Gs2SkdH4wZkCSAnyiyEOYEUk6aCV6l1adeCCjMY0Mpxf+mlHbMc4vukqi/hMkqfrxcfdGNYkH/G9yUOOKBYfmqTVgeC7QA+/1WhcUhYqXwVpbA1ccX8OGg++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-06-Apr-2023-07-17-10-GMT.mhtml

**Hash (SHA256)**

c9dce481afd209f9215644e24036acb51bd016f3a0fe95d038d12737d289501

**Signature (PKCS#1v1.5)**

jysgvLU64RhwiI/avw0oGVi/pP9RUGBFR1Nk/TvrYgPTBDwRWsnZCfRiJLlww7pcqWSAAKWdKpeecSBMts8I5ClJP5+sGMT9cHKokRMjAlUSzFZNbZqv4bGvgIJCuIXtpofaUGsuo1V0Pp0lWE+jU5hHr3FPqQLc8kfLstFkxTaF6HCVpO2EgOy6UZU4UE9QCYpAtZuZ92cZFaTGoTb4B7wJp6B/
aaRX18lrLruhn0FZMMGfiFCAH41mBwKDX+BV24VpG8dsJB8/pbEt3bKiegiklksM3+f38IGYX0eQ/OvQNSytgG8gQlF6pSwt86/q+a8V.i9HOmMnbosWKpDMbGLQ++



AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 21:35:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GH3/UgyyYiuwpAi84bPhFBXGjThUjTE6VC+vzXxOqRM900FViveecnTDlDMmYxRVYvd4Q29je4RF8zf8+VdH9+dxS2u6rADVTIMEmD3Chfwdievn/S6dt/Yn70P9cz8amYRafwu6YNbDlwQ7o551LVB6psALVzfBVrXj +62RhjJO1wUrJtBO2VsCojdQsiHLaoc5aOPUjHNSMyMG8rbdvOyikNbp1z1z7uovOjgcfBrUYzF/tHQaOP91txR5FW7wHsOz/O8v2lH0T1+5GRfh+p9yAvXARC78xT6KNC462LKxRxRgbbivoeMyZc6US68nbSevHczFaRFMx7S3NIzKQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[]https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-21-35-48-GMT.mhtml

**Hash (SHA256)**

00becb3cce695e807cfbd0c68de29f8c492b7d868bd5cc23f601c2bc535b7f32

**Signature (PKCS#1v1.5)**

nL+Bzd2TF/TKOa2thUPHx4j9DJQ9RjZtMh3DNPSYeFZrjdF/zYCNL91ckkO4lOpiBQ0Kmg6F1DmxfieYR/X85wtmEoXWlpVDRopE8suRJQH7iHdXhcxHKaMciuIigb4tiFMxw+BaMQOzoMrIuYFyD7iU/U1t5C2Wbs5KEQKoxW14mEFnKnqgsaQTrdFGU5t39veSfxxE0/EFB1/ mR9Gp3D4L4keqiLCn68f1YtxF5T9/dJbr1CIR6u+Sa9Wuwv6W8tN4pAX65Ac4rXACMf2UZ3EuYkptU0RscxrsHxr+smtEjfi0lLDk1y1u+W1bHQFrnuXlJ4NEspXrhpSyt/heSN67Q==





AXENCIS

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 10:45:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bUBqUVZkyuJppmm5icyu5aEpLZPAExtuoHUf1Gjx/wTu8/iRHqJc/E8ZE76ySVqwXSaM+IRl+nZisS8YEsINyM03CMTLE+GtCw181e9E6heEpMMv2BLuBd8G98izVvvbMV9e+LAvjhIU35m3t4KcLPfeUceJ7cGQd6/xnHvYwz/jeSV0o+ttBVF/nMRQ+iAhBWAQ0Fawv/vy4gtqQPhUJ4tZeCN73qsV2Mr3ySKdbcN2UaVC+2wxkjKNQJDIu7sxj0OYf6RTM3DGg8BA1tGRFlNfCrY9bsqp2LzJXB7M3GQ1ToVBVm646+GH8rv2YacYKA7cim8vbK24cEOL1B2Hig+s

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-10:45-23-GMT.mhtml

**Hash (SHA256)**

ab2f00e54a4460c2b18188662759c25e97a7cf4ad90306fe86bb3b7bd07b714b

**Signature (PKCS#1v1.5)**

hetG9BBbdhA8aKwgM1GyU2iGIQpo9X0eAY8uzXrDgJaDIDrtBqGr0bL9uwrGGsfpC3IzUg/todYYMQW28cjThugW2N9Ncdsgu0ovKgCFaVESHW/IWg0srOSvpY/dq8K83uMCUKt3XoQdJAPeYPxfSUoOR1JjpCIZM7vA/nKZZ4zUVHaj2lCTleC8wJnzDoLX9Vi9/+4z7ikf0vqNZyovCnmS1dYY5GwqkKQkufOyMfO2c+EQJwyEQ5CR4q1m37zcfK/Kh1w+r6RWYS8i3Bg6/66bAOF0zkvd4jVavCgZQ0h0jVUfY4L5cJDKtHyYxRzaVTMGg1uaUdsMtTZZJD8SUA==



AXENCIS

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 14:55:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PbgQyoqiDlSFF2QbfjrDnb/8bSiOO6XLCoUuf0ASBXDjr5K5MCPowdA9rmvwknCZD5s3uapA949osSTv4HGwp3sAze465WSp0M6wBm2gJ3n/+uJh44dw5PHgmS+hPWQkCX8xg8GZOnrlNNUrW+Kk84MULg7dbJ9ctqmBoCmJ6rt11/KNgGspja0KbB/2DGDXgfe+/zZTdhFt+TN7EfLyAa85CnFsep87V7l9QbFGgpGgB1lbx86Qr+eKs13nHyT7OWPZc0fh6zDyaV6eBp5VMlTEraftLrksMwDtatX0TyGhA5fle0uZT7KBRVWkzVvmcj6ws79kXWWOYiPxAokp3Rw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-14-55-29-GMT.mhtml

**Hash (SHA256)**

eec4ba60e5a7d8acffc83ed8cc0df375fe68ed759f48e56287b5b6ce188cb13b

**Signature (PKCS#1v1.5)**

j9MZln7YFskS1tDEDpB/dPH8lUe5Xpe+/aJCaMclebvrqpZq/9s7FD0rUy9JMCWwz+9rSb5yzH31CSGzJ58OCyrtE0behr7LmHeC0MKmxjf9k9rzlso8YSB4lRDoLccIVTc82y24tzUxnxX45JKXeKD5sZJ15UKECEw2YAlTppqQSrddeoA0teBEuPs0nT8OJf38X3OfklydFOWFST4DK7HkNVRiQ8sgbkjvW1fA0WFtaZhAsw+1W+9iPfJViBCn+OFswup5tt1+A35EQV2eQAZ/oDpO4mOHNVLcLU760raB87nhdKqN8xmOi1QCMDMcfq1TKN2F90ogxpLDL+Ohg==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



File Signatures



AXENCIS

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 05:58:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79:.5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FV3a06fVz8fXWhoG+r1hyroW/eb+mSeMiC7fwu9yGEmf1ghea5BLqD98taQRxodrQmPfEu1Ad87dMGd1W3GLQ7oFox3XRAa0LqfTLFgNYXuCGCyXbp0veKERn7oWullNDpZsYR0zRlZtzdw9y//
bnOqExLwO6kRayFGZRvj0ClAeEA1C2RGGlozQxkMVYYa9RoEKabncjoDuK8JH7tRXOHM2lW4DwAQmAAAnztSmPjnT5yX8qxWQLjLISpreqKavOfg3B03tnqDEKBxVDQMlHLs0dm6PNK+CbfCX0ClQM0ACYHnMke9ujGy2ULkp7YGhhPpX5/Fdxw4qcQ/U+A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]%][%]pay.ebay.com[%]rxo]_Fri,-07-Apr-2023-05-58-05-GMT.mhtml

**Hash (SHA256)**

3b34f38819716c2316f0020e29b14dd007ed62bc9604a48142d2ef4b23cdc748

**Signature (PKCS#1v1.5)**

A47FK9qBzyldVLXG5X9sx8UOdZh5RZFKnxt01056Wq1gogP5E/DmGr8ix8Slytg72dba/EnwgsNTcgCg3OorAOI96DRZ78M0mNnzh59vgtTLWLIw2UFuQ+ppQowoW7V8SEjqvcvdYr6GqEzew2B5cFsJAh4q95Pzrkntq+E1x75iPAf+dSOkCoA187cD1SZkyGANEHxdIz0pBN/
V4o17TD2pUQewzLWev6Pyb/UP3kDGd2VFC/QmhU1SAdzVtUs0B+FjABygvzRIQYXrPSaTibQxImOFCFu6u5Fsln8TOdkcsWzMY95ZXkoqGpeVwobdYtNJ2bXAnNbnMA==



AXENCIS

Evidence Collection Report

File Signatures



# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 24 May 2023 16:33:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
NvW1+ZkwqKopPxYnYH2CJMSNLULjVaiYkU9caSX5BG700crDGm6aH0cfJq/4pvrmWXVJn6zDlTuc/II15ooGnLwkCMHi425Tqdl/Ueo0lC127KYxfGcUpVSdoZJo0RssqfYtyKRz1phpsVLi+JJ3bZBsRu5oBnzzQAChRWhk/RfE0B82zEXmJxetNLwY798aMvjgd6WJgKMjv2FVyXhQtYYpzK7q+Ppx0sh3sSLX+tqa7jgrambbtC7w69cslXoEm/nfJ+2ZIqWTKnWaTsq9EhbdQVJgISU9ACD9CbXuBRaYeHMwdxnzUWdiN047UU0MroxLuBdryb6gHeMd+bQ==

# File Signatures

**SCREEN CAPTURE**
**MHTML**

**File Name**
screencap_[[https[s]][fs]fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-16-33-28-GMT.mhtml

**Hash (SHA256)**
c50c654ba741e60a1bb140bfc25940dc59e52abf6600d6e979642cca1e9f5774

**Signature (PKCS#1v1.5)**
oCcyIG1+ktAkxFEu85d9pFCs1L0t5jPC9y29xD9DwStyOo4vMXCc2NTqUS040JPo+tfPQuzfaQdw8hpoCEz/UttcWzLL1jw6O6l1rS0THKD/CoKB7vPJgRrVmi4cfoAw+26k0ZeMWk5NmXnrzljmb99kMDbl5aJ20rXtY/nwtY9a1L3DOOSl/u2R4q5g69hX4zL+/vXChOi6sYDi+6TYXytsf0snv81bOYYltpsmm+WIMCaPDbgcoVFVxvaGJ595leelIPQZsZukfUhOdCbOxO0c5Jf+fZd5QjqW9CKB3EYSLQEYSfAi3s2JwZK4waCntzzPBuL7UxXhqEyTIwuA==





AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 10:55:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AwR6O6s28t4rs8VPMUpt3L795Vrsvf3sElioA2Z5ZWREuCXRZStyGddchbydBvkTYtoDrJnF3jJ9/An313KzVGM3ZmNes0quIPONTwHWBSsCZ6j4K2zA1152iCiLwxKr5qbNk8/4mTpQXyj2/OihPg/qZxycBNrZ8lQW1mzrKHaAouv+5Wi1ZX+HxFoZoWORlCxQYEyTN1nuhSjPflzxlofbfx9Jfao4yUjCvL3LkeQBRnIYoM7FoZKlYAldfdas0K+QQwj/hAmZJnclQW6zk1+t1VuJ6iZJ28hnTxc3eL2JcZyiv94l8fbsPNnxXirTMULgF02BlfX4s90ZMJzdlPg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-10-55-56-GMT.mhtml

**Hash (SHA256)**

102ded45fa066ce125e699175c2dd779476dae38277431e5d8f763516edcbba

**Signature (PKCS#1v1.5)**

YyWieA/yftp1v04faeULT+41hjgBH1Q2ArscZ1QhLjzTn3XpJlR0dBYVrJkDqA5j8J1/O6ZZ8EDj40utq2Jm8FGdgDDkbBa1O3swpqiGRtWkrp8oyOOjHVdMAWpFm/GpQ94/U7PjeAZkA+ss5jl4cw/szSxf0KbTG+XbnZeMNil4luFFlioHr5UCqigCZr7u0h+st1DcSqA6RUX38/wl9eq3/Zc9gR0uE38cTXnKd/WgxolHFelyR2eM1bJswNgh7yC5Ou6D+9AQnKw8GnOilt1XpX7D9c7ioUkLO93ycGjflY+a08xlYO930AAhNM3ww6TOqBQNvFzYJM4u5+m+0w==



File Signatures



Evidence Collection Report

File Signatures



**AXENCIS**
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 08:58:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ht8d9OLg68OXhCnTssCJtEwajB5Vqcbc+Xq0mQ1IpQvMk8GinkW4dL9Hfq5EawKpvTY9jsGXazw3VaHhFGD1wQHtA9YtgCLOSuN0tSbc9LPP/Ywpua0s8cgSAADEsQ/6LYzGJbd2q3UUfqBRFLGtVRLLb+XUyxewbPe7t5kMpTZxi7ysTxX3LHsymkKxjUKS9i3VdLE2iFCb9CqxJ1qxoeOmnzehsvtyXurCwDOxeAwJnlUfb4ldeauzEhlBjPAmCHtuwiHAHmKi0NXVtiq4XtmNB1XiMhPnB/3jkx2cYQLUwA7M69Q9tXjmHVVJyE8zvMQY4IoFFEx1b6IoIjvBw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-08-58-46-GMT.mhtml

**Hash (SHA256)**

680600789cd1b5b082e183b62038f7cd62f3609cd140418f524b4fdb496902d

**Signature (PKCS#1v1.5)**

s5oq3NObKo1VNOLFzkyfL3MUx+cs2cZkhV4F1rfcBCufLw678xtoOmSGJ2FomRsqvH7qium926tE0xdy9B7RIDod5q6ZnfQyIFZclXGwqwwtdGsJL19KskNToVsPwzyjgqs0+HwfOGq50WH+C4FSGVsOBgo4XtNrXfX8IAx0nMBWZvpcrztEUP37tb+KppJyg77/j9Nl6kxeMECqjL9wCdVrgsnlgZ4WykakVbg975shMcXyPjhnB3iCu3tzF0SX6D4QN8AjLQ5WZ84hYhJYmgcFOByxIorWVaNR52r8BNE79BE9Dgp2ZDXF64c+7LrEwU2c8bGHk2ywVYttp+RGMJQQ+=



Copyright © 1995-2023 eBay Inc. All Rights Reserved. AcceptAbility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 25 May 2023 11:17:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

xMVjP/99gTtUPNciZftBiGANTB9q9yky4yxMTdkiI/MtlUDRDcZGYAzACkKxpz7VTyrXLqV5KZvFfQRpme06FlMK7cG3WhsUmIh49vP8AxJFkjS4I1MUSHlDgF50o9GC+r1VR8mBlKcvZZ1dF/eLhIH/Kl9QZr6amCpp/ZjRRnA82Tb9TtidxCgR7FkNqK9gz+rOJua3ClUN/AC48qixWZbPMP9ILw+3YaRUncZzJrUUR26HLEftvHgB1yzqLl52WybBdLnq3ypE2L2MH8TtrZ4LPS4kXV6jLPP5GzzKlZDckOcx+SAvYv8/9Z4fmOlg03b67gG68850fhsUnhmOw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-25-May-2023-11-17-03-GMT.mhtml

**Hash (SHA256)**

43c3c834d20e3bfe9f69fd0f0fb8a90fff191212e181ae4cb63698f2f0659d8a

**Signature (PKCS#1v1.5)**

gFfPkUpLhvUvPGB4RiWzXiIedeTer9YEuFyn0q3H4ngteSuS90xmiQdBO/3lFd4+oaErC7umuNbNQW0Uko/5OIqg4O2l2QL6n4UOxSozylrHW/JqgsAJzOdPqzWemzHezU40ZVEO9o+EaAIjEIL4rguHFR2RupbhD5HXS7hzDxtYYmaFV8wcvP6iymgXLtoT9iKATdJZBefCVHfXSOQqlIyo5nxfa/nTiMV7li1nQmI1nmDDI5L1hWMKSy+Sz7PdBgVFeDNQXtQjwbb6vB2glHCXqW0ckLlR/DHXtDMAGmiaVEO07u328wgHqOIzODHMxljVzAayypDhKyKAge+R2tw==





File Signatures




Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 20:13:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ngrbR2KxQ9Vv5u+0jOWADg0DI16cYaNJTe7I4VQCJ09Llg61XAU2pKycHhTO8snitwbN9v4ST9FPMKQdEqZ2p64zLwZO5NsPYOWe6dfMiWmcT0ho+YCFlldaV2ZmBDz1MoKwGgVriHCmjTzabrkiG0mpjJD7Sl8xkzeVl5r+U0jpoWLBlug+rU6kcsi5xsz+iI1LJiejmcO8KvO7WK3oSJHzups9t4g8rRDWDS0hrqMvf1rFog2lPnPJHKlGyGcSfeWfqx5JdEiFmHNMKITkXBCyMJgC8ZsgSNZcbAvLf852Eea168NZXhxd+obyCuSVso9/nk049LTaMaXqWMkrvQ++

# File Signatures

## SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-20-13-45-GMT.mhtml

**Hash (SHA256)**

7ef9b3ffdfb3d91bc5c83ee0972b7e306458dc92243f926431df99a8a3d660fe

**Signature (PKCS#1v1.5)**

dj8yfVznBa+LwrLOe/i6oznqYv4UnlUaIUphpOHB5uwEUIntZP/BCJHldAYXtKTsLDC9ZH9Ld1W4HkYe4/Rz6rkY1rxwEPi+Fl4K4bXcU1TpUxQ36teCR4B1+/1bk7eO1KlcdPBKqB/9JxOryZ23HpypEL5Kq9c1CxxW4UPyLNRhynpAUftTa6BcVGQu6EGZND5vo/YKLWVM/cFLQAU2OALCHPa5Bh5KWGb2E3eDuLCOu6iFixcGJLii79pt0wqYGQ9dodCwN/0AyspN/FYul9h1rx88H/wqqdwqEpWmEfv/8OZsvrVduAaVg2mlKlYwFue+GHlTOvGgxsZ8a/KUWhA==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 15:09:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44a6:9500:d060:a8e:10f8:656f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

O2P1kFfX0Pc0LzuXrkGKYG74UY1ck+9Kt0/A9QjE20tCkYh84I+zUFh56L0kiicoQ7WO70Cyyp1Oyz3UwGT1tGfbL/ZErez+2wz8gW2i4haBBrXl3m+Q8+IuIgu9YmLRivjQqsdgjdfMqbKaKREUZut9N41vbJ3iU9KpiRFIH
+f8xN2i8IhqRQfnHzJP28USLXVjFQ7cbomJEpn4aZO6Y7sjsShse02ZXrS1oZiC8eddnWd6xqWpOuefo+ZA8EBBQaZH0oOnzWogxt3msNBVZ5uZnbJMJuE4pikrhnFHT28EyAxIIDdhKNP1+xWJ/dfQY5aZ9AIsjzXcSgZYsKhRA==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs[fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-15-09-43-GMT.mhtml

**Hash (SHA256)**

b25043febbbbca796fc122b93545b82bbcacd8153291692d1aa851b208a56c34e

**Signature (PKCS#1v1.5)**

v8pZfOu6ctWf5v6d3OEHUfFkm5lbEIQ9psve83fV5yvE+XY0WYN0CX3ANlO+VxHSO/wfpdL48tpYvSLefcip4o7KCPHyZhlmw27viMniLp/jt5Jyq1cH8psC2DM45O4nZa11av2TN0xGZ390we5cg9m+scdxXOEhk9hUejhqfQS9RyCK7tBF6iqyl2SG4tDg
+dZNjZuQVX4t2wWH7vzJas92CyP590ViFx93nLiuGqr3gN8LdnCLYKsz745mTj2lowENi9iM2+CeEbY8fzqpcz2xZPJtcLMppJC8UoGYB7va1C3UrWcq3b02xjAtqKgRbxOpepVOkSoAXH9T3AWPQA==



File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 25 May 2023 10:20:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

m5Jxq0RscoJxPEr9t9+MCCtInLvZXpLm45OLjd7XPxct3AMLtGRKqgzP69TD3fbQVf32ZHWWBx4RN9jNPnUE9e+kWtXVEPsos073W0US7viNZUunwEUUsIvDxO3Rz0gcXvLyWVdk91j43lggdr3ZIEuKZs+SBDGUntZ2AFgHL9NuASLEyBAW9oxD+N6oomC+dkA8edn6K+2sCh3M7GcK/8Xq85mZWG0yZkHplE9c/pen4LkkrMDQ4ZWJtLPfLhutA/9Xew4hjuX6zHCyh+ESLtxYCImKirl081K0c06DWj0naE2ZavkdHrEoRWxHmtU+PerYyYBu/1fVSwrtRvgg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]]fs][fs]pay.ebay.com[fs]rxo]]_Thu,-25-May-2023-10-20-53-GMT.mhtml

**Hash (SHA256)**

465031e8e878422641c3890f253c34a4aeb77b44b4275f87f4782a27f64916a1

**Signature (PKCS#1v1.5)**

eHugf7N2P3lUA9jY6w0HS+KNm8glpI7IFrxS+U3jQHU6gBUHyE/N17AgijhmGAPs84i/SoYh4PNjCrlPShcDJe07SUGZ5CHQuuE2PZi0t8agovfCS32m8LhMWs65+R2s7uSrJL7JRkCIERcWHIlQgsEmFejJoY/vdIGjMbf++sy8p6jDJQd44sVaTQfIe02RoS9zxG/Q6L7F3RogkwW+FZTrHsLLwr8y/PXzDVCNiwwZ+y39nXAPK9ZBJCbVbWE+tqTP1SLBWXE8SSOMTnPMqkfyvYnQgCCoYYVVqeuG7QWU1jtp3UNqWVbxZ5VsDtlCeXgkm7ZLLB0QQCHyjh1iQ==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Evidence Collection Report

File Signatures




AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 10 Apr 2023 12:24:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79:5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

epESv53d0ugKgc/r82Wehy8PyyaGg3o+i2mqs54BFA5mupghGwJ19C5HMNsGrPt/Nb2WmQi+9Lm2gcTMgAnGr97JRT6GrzvE
+WThRz/0dmvZHwh1uJZ5tRybuqerCFwqExHqxonNriaPe104a61TiKUS0sGgVaHNLRCVB30cHRQfSSJpyA#vrsyFCBrlP01nWIXGGsJZ4avsDVwnBvadPTKXvrNsDDqpkWjbQp4kvQxKpWrVhUDcvJ6VE+msg7dVOGl16V0kNpTJHeBX/
qdYvF3RDWB2A4e2G3LeuD3lbmwK9kNyekfUvoEs89ecMuBoUXjdB65NKuygAKqs2GA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[]https[s][fs][fs]pay.ebay.com[fs]rxo]_Mon,-10-Apr-2023-12-24-48-GMT.mhtml

**Hash (SHA256)**

468ac92df5e696de0c9751fb8914f5333231fa8b029f6bf25c63f3c43140bbcc

**Signature (PKCS#1v1.5)**

Qsxvchn12GXelpXSWlFyP73Qt/gsa69zNhAjaPrKG3O7y/Lxg00KGJrgpVMyV2DBUrA9mBQWCqBtyhQ37ERbjjTxmGgZSFtXrkYXN8ejWCOH4ke1VowZKat9Ar1YhANWs235UVO7LDQmhY+F/
JWOBD5Wj8X1YNs/52600c9imZk2YWSQCFrJtQYrgz8fgcHY59rPFvXbb1uYKRa60kXRkLbui9Gce63U3uAHEnBAIuErjKD/Mex80z+4GUvr1enPW3NJvWM8fFDHk3WVnf5fwekZePG3aAnVeUJoRQ4Hi+CNdFpFpiVTX5VAusaRuLhJxTCbsRTqXQlimUg4gK9g==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Evidence Collection Report

## File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 18:00:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JeKiWB2d6GycRgWCsdv19YXoMOtL4EqjK50Tbbh3SPhv9BuRc/y6ie7Jz78EqYxAVCHQuf6c/JYU3paK1cPizUZOrlCr1TKlNI0T0kYiYF387AvX/UPMgyrKlzo71PCeDM7p0mpY5gqk/Ec4UvS/8aachmweVS+Ly9Lrzv3iXtJzf8wnsBQdcZ5LE4v07p82t1ZWJdT4vCRxxWqmmSemDzRGh4523o4wVBBNHy6tVSez0UPYLfbHaGZdu+HGi2+UBHKjEVj6fBth1uufgHA6cuYILCPjLaqxCd7wyUcFo2tnwoYNlMQxckNksYYbSpR6Yn6iV0vh0uRdtxcet6jg++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[lhttps[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-18-00-34-GMT.mhtml

**Hash (SHA256)**

c3d3715e6b6bd54489dd3fb3db5c5653c25a262441b6ebb940a8115a3d00d4b6

**Signature (PKCS#1v1.5)**

mGMookZvz+jlgg3sodC2gpe+xyJX0vOM9oerOaHSqvvXlKvXqdedYPWhwZEWfW6KiDT+9AD5NUZn8PiF0RqX5xX8BfE4vHfZv+vrTHjAMJVubn5XITnlloYu7PjwszvY7WqnMoa1IVL/0nRQ6nKdVTJ/BNHYfbQWnIsfLRwyMSkt0FpVXH5+u2FFWEvIjZvQDZFNrfZLpaAxVT2Q971d3V9vl1ogiVUFhENtUdqg8AwxJF0EZczTv2vK+HpEA1wsh+j8zByN4GP9crZydDnGhQFEXd20gjyZ2dLUOArRnnjCAX3T0oesaEljPIzm6wuh3nhH9qG5r2ErbN+SLrvvA++



Copyright © 1995-2023 eBay Inc. All Rights Reserved. AccessAbility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS
Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 15:12:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PMzB46J6XdEGZtPjxkHVv92zgY9T7WiUyGsBqGQO6oTHe5SAgdMjfrhjX9XWda/Apz9nO9rm7Onr2btFh+w9BS/nXXzXn4gWY2ZSb01pHaMY3G4FJxSfsUw5uxjpP5sl/jZV/au275U1SpCdAm1QTURy6ZzOq3Wwq9DnGBV5+qqBIEk9pPI8HUGKk8ZWOjdZkErOw/C7zsRt1sXGyInLfjviHrdNDbNX0Sm7PPvPMq/W17+k2kBvpNrG+ysptw2WLfK6EX/EA2H8r8Bvr69kVx7ZpyxgUQPqi9RnrR4G+bqgzBc9K7gnv2hUKqqypQrCSaSnErxwyJyhn+3faVDOw==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-15-12-25-GMT.mhtml

**Hash (SHA256)**

1239c747783b0dbaad2477c16e386da2831946106b2695b483be7d11f67bc634

**Signature (PKCS#1v1.5)**

fu/3haoCJN4jzHMtmBl3i15PBF0ofodNmPnJeUhsv4NItynZHmkIA2l2fwC2f+yUvSbl7VBpcj7o768XFaJtDoTuRQAotmp7fC/eprf6vXK2It41U2f0G9uGa6nwyckfJ3/lR3CWNISPx2U7h0Wx2JbmfjkXyvMWzbMrnp8bjn6O1aPZXrwDJHIMKyu030/RFttkOnOAf0GprHuSP1cX4/ssiEz2RzbVn8OuFBiG5vkiBJYytXjJns+eDhaue6HliRxtdcU32pXyuFtxhq8kQTZ0AEiAiWpRUjjzMD+fXn0bL12ttdDPo3YR5wStRoar5c+407tvKDoit6/1RHiUkw==



AXENCE

Evidence Collection Report

File Signatures

AXENCIS
Investigator Kit · Chris Stavrou

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 05 Apr 2023 10:27:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
IbEi4x0eNvK33yiVKKN1JPtf1yVBijOYIAN66AAQwnBy5z0zKuhTUMsTF7NRwC1GF/bF4iftPUZmoQ4aPk0x2Y5nkkEXzUCPH5flphyc5ZPYzrFWGceL2vnyIQQH0CoqfVFX6hZO6DTk2DlX4k9jJoRFMqt6cSCZMBiX2bTwl6CwWwGddUVLJ+N/HyxrXrQ9tYlkdCv2pKiUrVcEIIHBO2OPcD+3eU7vBKDxXX0JZxfA82NgH5SfWz7vWOxHft015ZXnNgnTaklJGM0ffLytpUE1eOvBzucuWWsr56xJQImJzLL+lJhyZS2Fpq9mrxXzs0R8Gy.Jcdtbyut6tGHEpw/dq7g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]]!hi][hi]pay.ebay.com[fsi]rxo]_Wed,-05-Apr-2023-10-27-02-GMT.mhtml

**Hash (SHA256)**
5d27f6e9542b08c98a0bd1c49b3d0c1c3e0fd7ba09ce2ef46d4427876bb64355

**Signature (PKCS#1v1.5)**
U6rmUael75WaK3xKBC2Qn8STcpFOLCM5+JdKcnwzMKBYC1aEmygdQGXCaoxQ10KAbbQBDi9FF+6rZqpJcRNrJC3KltAu+5fV7Emsjmq.lVzpSUbpH1Myw3yYvk/DCaunMBsGm474KIv+EqFNq5DrJHpeHNHodjQV7RCRjSD1Uj7jVbcGXh3FrFXvNVo28xl7AjE5xlLEU11B2EJv1Lzxb/Uv35Lkjp1Fqi3Tqhncz.JdC8Qoh5Eov6HXJD/LH6ue9YP272O4fHcpqJkRiq5VSjUE9Hg/l?1xW+PxzYvnQkia5J+JlwuHYbA+IIZLgFXB+0GWpTi6wrj+SUIrfV7TuQUeLA==



AXENCIS

Evidence Collection Report

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 19:37:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S9dOUDLqpKyx7/m1NkJfOztk6ajGmn38OAu/NaAET0d1bmSfly8ahp7yFLDvVN6wNuqxAps3FTzatdDrOCYmyhqjozMslpesS0e/4tihggPSR2PjPksk4jFfkrd1BBD2PytQXPbWAB8ICYFWFA1EEpImvUTkLTUHH6ohZmFqlzXLL7UQ2mqdkvL1Ptf5jXkPm1u+GAedpN4tNeOVdvpvVaac0Zzh9uM+or5bY7qZQrQdWonrMViYHev4X5aGtxRoA4EC8QfjiLSpY8BqjHDrBtV8xY0jdq2GcDwBQFhCPh4yO7nL8ggDZZdbKIpmqoNK332CjNkK04foRz7Gg+rA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-19-37-08-GMT.mhtml

**Hash (SHA256)**

8024ae31b11ac6897a5e3ffa085d018b956eb9cd4c6ecd6492a77608d5de1fec

**Signature (PKCS#1v1.5)**

Rn5ROgQwd5tg6/8QMFdTMxEPDOuuLoTJ0priGB8Rp8KeShxYMU9IG+5q+3tViqJTK1mKjUZ1ow0dknu1tCDAOCiEgrilhAkPNJroE7fZhRjJWb+hvUlV3ItikvFSH4L8FAuvXpe0azhSo+r38sz/e4SXgAxCa5diVwvMAPIZLBN8DbSQ0fSrLpimSC0sFnQzqglNszuVXrx/D4lNztqxZEND5kja5FSDWLnIbiE16NPHhIx8kTFksrxDzlWfhwrwttGyFlo6PVKR+bRv0GjJ9xNsOUW4U/7CH+BnFnOro5Gv3AGYpC9m6gZ5jNmJa3M+cWmw/Kbpmqe51Grd4DQ==



Evidence Collection Report



## File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 13:10:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RmjOADz0Wm0vANNomE59L5L6qwA9945cBW2G1iBHsqgDYuNizAeuq1YCyAmoKcQ4iAZBc7Qc5du/oEqaLUG2k/fgcqET0VHsvmlohZvdl+YkGBBtstgE0Ca5oIVMYiJ09iwfd3OHkLvQnRHkGeokEAqhcp/Hb3Ej6ufDEbqg/
kTBlCiy9myQW1cAcM89mXM2pvJyH2Fr5Lz4k81tRVm2IJaLsgsP9Ul2NXWTIPebwkh9u2Uq/nQIxarAMfS/7x9YxUNpUbdciQG4RPRzk4bE36ik9TtpTyi0cXQoe8saWnr+dG/R++8Cytbyvbjouw1WMdYHYW1l2Ht4E7t1WarPg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[x][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-13-10-43-GMT.mhtml

**Hash (SHA256)**

17cafe40e19a5e7e731f8f2c4a43043373e695d4878d2ed32daa373a06fed22f

**Signature (PKCS#1v1.5)**

Hv9ONfiW0FPKMnmcFM63n/NSYqnqkYnUEPhN4bO5gukhAvKC3O7csJUZfSBltGuDbWg0s0n3tpxyjJQPhw3uogYu/S+XoXSHQRAn7/5ryc7lcDQbD6c9aPPy2jkYjY7jCT7l8MgNTFioGKE16N9+rFQKPpbROcyqN9orEj9Njwxcvok MXZu38M3f2vH39zPp4v45EJMryi+2FBt/
nXSsrmxVjdQqA8zCJksk7tJMSi4A5bH1q408OvsSweNc/hwaTUjTgph29/slHwisP//39sSihDc1f0joocfaTE0L+cBufnHXPC06rU8/odPm1wPeTaF8w1B4JAkn81q7Q4J9Hg==



AXENCIS

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 25 May 2023 11:09:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ky+XcSAD9ztA7Sa3sKdftGRuBLbqhbP6smMmdw9Fe3mFMtYKTEtXGEaW+tu8pOo54GcdjlDnD/2jPQx+0g+/Xb8lbth+3t25P6zszf5Tm8zms6UXuDZhLzEVAYQE/FMfkc6jX8Y3oWsf1g7wFjfdqxUpcYLLLN5H1AN9wv
+ixGnZWNriqz5+DFFseT2P1PrtNQFoN4B6HpaD5h9yuhggS4YOvEeqTw6A6gT87BbP2TU1kIn5Tfcf0Ew52COpj0bMdckIDdVi0F12xN+iBO/0mX9z+Te5hUda4EiwWwmYPKzbpasGvDcoHYsZwxp6n14k2i0kanfrzC9YMqGQxuhg+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-25-May-2023-11-09-52-GMT.mhtml

**Hash (SHA256)**

3e28e62a5e927b441cbbf36bde4c3d8d0f81c30aa60e5259f4c299319cca2ff0

**Signature (PKCS#1v1.5)**

gBu/U9AiOf6Qm4hPoShp8jMtwxcTNcLCfiUSqUaTdaw1BW6m635Zt3AT3nq0TxcU84yzfyd3OCHq68EzoVjpbxk8YK9jv6Vpn2eksxCE5Mpzv0jApWEbY4KHJAezugmS/hmQq7SAO+fE7vBXX8UiLu4pRS0WiuWHo1rxSyWY7TDY9cGf558R9+z4BuzMvmg/
+EekxFhDiGiPCmFL56HpNhrCpRhnjimpVJWvbXmAWBZIG/boiYUdSWIDuy2ihqfTXu3yJ8piKPs3gWOLy69Rp3aYjDh63Rv1hASXcZF7+fQKvBcrdpNRN48tcLXGvO/WL+hNYpoqjQHl0xLAEuPA+=



Copyright © 1995-2023 eBay Inc. All Rights Reserved. AccessAbility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 18:32:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jMXh1aBt3X3mtdSVHpPqoaP/BAf9AJELLHxOJ5e9GMp6ANiAGiS3cienzES2FLJ6C404M1hCc/468YGCj2pidP8Es0ugp8RQAJeq2Id2xTj4abWBJiWRLJGg9RTxm9vOoSEHTuqIja3wCexnvgxYl9a2C4+5Cw3AVsBRe+0IRDeJAaQg2nSwRp9AuZ63gAsw6hvZgYUe10Cl70R/Y9HuiNSOqDD32kGWDixSonZcbQ6JaYe3HRymHzgyl6EPMfbYGpt9QAf0zEmKryYTZxQ32aDRnlFSsaKOwoHUkKUWXHngGBD6kNvZTqF6DgchD+4Z5WgtDbnzSdfjHooRKAtg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][s][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-18-32-31-GMT.mhtml

**Hash (SHA256)**

8806325f334389aaff18d61cd298ff7c67a0d01e8f1e1645a19b90ddf85bd4ec

**Signature (PKCS#1v1.5)**

ZQ4NxoqJDd+QP7Dtc7YeTSaB+NAwr2RHgQYoh15RBYQtVSkjqOW4/nPaLkEflriU3htbeS19ro9qyfUJJmfZtTWNdGvi5gGic+9LUPgF7Fo+dl+BgEpzV9q3hjkIe4680pkcSQ1/bnZ0RWR/i+H0udAc7Zvxgi5uFhQd0bGCjFwjA8ydF1dCRia1sfJcmKp5pMyaCwiIt8Peb1+Ym5Y6f2qcipzLRODA8xdRzhdhmoneyFAvYRYJKCOWiFOoqUrRvIw4KtsCd+qMoCP8SlNqcKiGRSWZOYm1Wy/CFS47Y6gte5/Ib+unn8z2JSLTagi+53MpTHA0zBRKHjzAnv1vQ==

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 09:53:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HWLVby0WSlMQdDGhbeipF+Ixxb6ifot2makIVSfgUfIgAc4uzOcHVY0KGuuwlfp8ACl7sqtLx7F/3GNGSHC5qfzhDGK5/ovKFYYQUxwwczr1CYEq0S1symFYTgAvBVmhsqnNcvKmtGYC+qHaP+Mq3YmB/uzYlSkoAqaLhYqzOyhszQC1P8JOgeFmtp3g+iZbbu42UPk3SXMXKLRlaZVSuTvFVh/sh6+9c40ooCUGGJ0VRq75V5i3REGr+0s4kAzc/wcXKSnkLBqKuxHGPPQaCRef2HKJoKHkzxKbLoH8kprDV5h+Bl3GNouVYepsCPPl5vTNvvCKw8dMw+F5G9bIw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]pay.com[fs]rxo]]_Wed,-17-May-2023-09-53-04-GMT.mhtml

**Hash (SHA256)**

fd7108e98dd8e848f6086f2f34c3deadof10190c5c6f28e8aeeb075d87bcf868

**Signature (PKCS#1v1.5)**

vNnxjH3W5LnKPGFQyDmET/
D6iNQy7ib3a8CTL9De76XPoXDQiQ22tdET6EtzCkrDehSk1M6bl0VxDfgIuGqcUjlzk9aH8zkS4CNXmnRy5fCQN0SKrOdeRfBPDd0KdbSpEnMujksrVtvEPolU8l0BU3tWrHuf0Bpt5Z3TXoHzTEwMFZzKeOuhO9UhBe8dtvIXwSNxV2TAW0/8S41qK3tBFXF5GRHNoU3afGmhwN3f093vSEu6WjugzmAlP3yNcbixNyFZynuJ84oswFb/YgD0B7hRmJLVGG7KoCjfHfy2rb7h5JvbwGAU/3h06DSOq5PIzaMlhX+7CjqyY4Swu99dtQ==



Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 08:02:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:447a:1500:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

n2Wj5sZG0uSfdQOjTe3HYPMWhjB5OQ74rx+9w/eUDwtJMUon7hseyGr/6AeFMMtHroSR4/z+iFcmI4UX4ZImgVCRgwIqv8ciyxCTHu4/GU2+vi2UAtjuBQvMZt6555Oo5vflwLm6bx13J1ac3c8gZPx5i+TjjtwmYFxLJff8VKt1AqVHXgUeSFEzFAG0moido0tg6epEfy1xXEboiTU/XNh4JtGi/M0arfv7dcd6l/B/NOLmvUFrNjiTTKGhQgge5tou/kRSt5i3EW+NKg6v5gmzPt0/HT68okHXubrIv44siVVy579HIAsiZJOA/ec+6ZmtKT9049XO5Hr6KQdbqA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-08-02-48-GMT.mhtml

**Hash (SHA256)**

504d675cbfd9cd64784f2106a793d4d97b9a68d310159bb93c67a466303eed1e

**Signature (PKCS#1v1.5)**

YCtIhHVXO+P2zbN+RAcENEtDLDH7JpO6ftaGbLiWN+L21c1xtNmlep15yp+RSKXwFVJYU1sdK+IeS03UVXSz8BJNCPdF/GcxSTGpB4nOrFpGH8HlyfLjHpe0lVu7n5L0RODWbCAoxfkDYo5W2KHY3TLIHXG1Tqcb9QUcJivuJvR0/nzlfGv8HgC3Wk4WTvgkFyluxfMWgOdli6jAh1EZIzuKnKmjD6OcAWQ0irF64zaqY1BVc4ayL15577kOubOJKY/xahdZJJzSbblUj0CpSiV+XsS9rhza4wCvmC+o1hpsSuvNCVxZILFrckaS8X6OzlPGcGyszj+rRWzdoFnFFxA==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 08:31:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R5BRxZGj5btmER38wdpO0w47qjlNNZvUeiiNR6OOYSAvbNFGBUJyVBv57K4MBFxO5vowQVDSy3cekeEV0ptgxxbEFwPbzBg/GdCMiz5nuEnamp2o9rU4jz+6HFvLkqoqM
+avoulmWGyQVBMbZxZGJmIdB6B1LmtyzLPCUwfGFQeE4HoTZevQPPt9QUkIGYxLSs1+3hxREEDtvsUizflxPcd4YNKABxTxWb1LH9ywsLvUdqbShLyEfJ+VFl6zdK7xD7qF6spBy0UqwPh8hOfb8AdIEvpkqNG8/5Pt7uBd8D1cp4+49/4SGrOwHnabmJaTiHHoaVovMuddYG3Gh6g=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_@https[s]//s[fs]pay.ebay.com[fs]rxo]_Tue,-23-May-2023-08-31-41-GMT.mhtml

**Hash (SHA256)**

a6ab082208032bfa46e6f0f52513bd34bf480a9e6c2f21446aa9bf36600c2631

**Signature (PKCS#1v1.5)**

dnsRexzCsd0yMRa4WTDWsZO+0m9l2uZ+5jTuEY1xswUevtdxeolpY1EhyGL5XAbFDE7x497SHSqofzx0DvxTgVZQlUhw5Su/+LOkR+qJIZh8qDvwm/iyF9fl08hFGG5IjhzxRrGj5t6Vo00w5d1j6+slfmTrW2L/5OPb99LQGZZZawAz1kEYrRNJ8jp+aSF3ENCKhKTaDf2hTIHge8K6g/P8H/
zvq5nnGaAMSzKMiRjRgRS/+GOhMf9rzqhDkYiNwPnC9sEmJF2GvBnnBWYjTJsq4arfePNajrj0WDFzeMp3iZBKir5xf2+VAvgrFWmbuQHf4raVeod05NjfNaQ++



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 10:17:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

H81a/NgFUUsRRvAMi9MVvCYK2mAYNlpGJwXbxM20u0nKAF7I35RPaqfMbtD69eygicwnNFDBtJh/t0uPktz0PuAZFRSVFvfutWhWmoZ57vbR+ar17dJO2V2VAU8NAF4lVnEkRmyuwzt/6vm4iJWAwafhHq82wNyvq3ZqpvclQg/8emeEE57Zn7ZFzAnRCt4McWHAtDDg9O2o1TN/D6HogmRrtUqpIKH/8LQk0kFBxm2OF56i8lq3XEZf9osEQ4W1D+q+pmUC3kL50xUQkosQEh6CxwNC8gw7Psu/0ue5WV/1n6WRWtvC1Pq0CffOPJMezlo3KnVzcrmQCzJ0CZPw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][s][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-10-17-41-GMT.mhtml

**Hash (SHA256)**

3eabb1630a51170a9c3090fc2509ce3931abbec7d58b37c85b1f055082896b12

**Signature (PKCS#1v1.5)**

fBf7NuUZvdR0gtPoF7mCltfGBJrIqUpA2SVyYZe548RfqqshHVIU8jFdJzlAiyqQWU9E4TLKpuOCfDw/5lt47aDq7Xj2R3EnfVTPwmGhdkCYuKnW4RcfxrdT39srvdsxTvKH+1VAqbcU7zBRH41xVfcXsT/J5W/fKYAE+abn+cAF0uE3m1Z29RauamMvKq1Dp1a9aiJkBM1zybOeawXT00A33QmyXi7jY4/qCw5uRGW3ldgohjoiy15KiWW3zSFE1Vonwt53kFTPOghS01PKswBtOdqlAu2bDvZN2KoGnKlA3JhFg2NH2IPcpYPbm4w4jfsJUft0Q7g3qKcnBpw==



AXENCIS

File Signatures



AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 10:10:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KCcrTzg+/jAIvb0lQFsq+VyaB9x17zU/snUgBOvtpAsVX+n1dVpHceg7Z/TfNhyllKjGqf/8ac1m9SLCoU9kmFSyXheoel63kzsTwkjYwLT1CUScoPkB8ncFM8mW+rL0HZzDy3jYHDmf+iYMp9pm4wUr9JUfbRuTHbzNQZVB5AdsbP8fVKS2x9/AYdk
+bwgfLk0MUSTbB1WS0Y4fPH2g5CE7qqiR6WmR4oA9+karCqBM1+J+aQVtc8CC7piMoij6Dp9tP5tb9JTtMkm8MaFY+m1JslOwceSeGG07/DBeBjGv1Qb8jT5TTBkLlrwlvk9/Or5adnMXUEmQZXPCjOybrzg==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-10-10-07-GMT.mhtml

**Hash (SHA256)**

93b570e0ebd68ab9c5daa514535bd29a5aaf46573c2afd0460aa5c488b529332

**Signature (PKCS#1v1.5)**

Ux+JkoD3WJMkSmmxCr/5swKHJo7r5fWA1ie2zy2ofMq+feDF1LjgdTw7DHACActV0smLSW6sRaWSkdr3HlVP35OpSA318mPaNFmCJ2hvS0Gt89tX9aZj1mlXbl72+3pi12kQYjCPFt0cZP+SRlhsShhJnvUQvfSi9AsAiTot8+EFblyDnilmGPJbOPH1Chu1Hsv2bhQuZNGFA19TYJG/
iXXuFN66FHb4sJH0RcJiBPtfZHu+kh7VFYi9MJeMYZwpfnEu86dPJfrA7vO1Ku2kWc7jceDAShvigka4ydBlf70n4qc+rUesvYYsAXpfrPgtkh39lAe4g3DGwH6tS92aQ==



File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 20:44:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lOvcePz7IxYhVPK0DfWBsYcsKrR/Xa3pS0yeVRijurO3EykAnAWsaxJBFJJCRNaiPhcUYt6FjHYcv2toUNxRmFI21eBvDPSNggLmVfiShkd0hsVt1g0HFt/QO4o+GcHyssRbdBrQ9Oqdy47VLMxK0dcRuKjZoneFj74F9pHnqeDga7A6z0rGYPReplo7LMnksyBuXWs+cmwnFBtTFFTMQxlA34mELwzL7DPh14Hgah9sZe1KSpeuh31SHg1MygEthoDCpBvfhx552ffV27bovact/3v2alJAvyYiuBTNiSov9hyRrMj4CHIhqS7iLXmZW2JPd/H6CDqT746WHrmyWpEA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-20-44-38-GMT.mhtml

**Hash (SHA256)**

4e580ed283e8826f00a972f0f66e304e9b0a5671d7a6652a92896691f63f631719

**Signature (PKCS#1v1.5)**

sKZ1RSKFgQGq2CVeIus/vx03b3WgQ5RpjWxbqaxaokh6vLkmhrfXAKQmiIzr1quXU+rdEdYMJJJieLYhZXZSvFFx+GwiieSyOHRpPr3Z2xt6QiNeUzdN1LF4XSF1+ZiJboc3y/AeoJvl8zL7SlRayByNXjo4mDqBNi2zh8coFMX6GAijR7Lrjy7iJ1ahRF9910gBi3vyxVd9j6DrT9UKoYwC6Exzs3XN3ZHLokxSEJo6KaJ4JVXg1rlYt0MJV5GCs6nzt20qsAbq/Kfaxlt1op7BtqTqm/3VA8QY0bQG4zyXz5EBXBw1ucKpgoV6kREcH7JRNHS2dqMzYi8EW9CbZMkp/A==



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Thu, 18 May 2023 09:37:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
ntyyFaxJY/7jLzYA+8Mv8uyxUoDMm+Rpy4ZHnyIG78KVpRs0GLmKr6Cc5o2MR6CS1Atd+MoxSfwdnCBN+321m46NIpwHg1kcuGfYxwyrTABjgRDKW+U/0+CukhhkBQgS4nThk/5VjD/Xj08rAHUb7tim9OR8RwH731SBZoEPsnGe+EYZuxMl+mpdgQNCXWdiXIBV1hmpsSwouIxlj4bNpZYAaReHp7TGdd4HRLimOHqEEmXVeY5J7+ppehbp2IrFbq8ADBHizdqNcDume8w7KkP6CsbeukMzOf5GTcOL9B6PN48heg/0xhyJJOlDcqYrNnV4XVm5z3jujfV0H5sHg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-09-37-25-GMT.mhtml

**Hash (SHA256)**
5910fba5e88a95a77fd19dfd1fadbdc4b047c56f264e60bd6ab2f7d20a12659d

**Signature (PKCS#1v1.5)**
KmdDw6gLUwVm/bIRtYco33x/6v8Zqs9eh9dF/L1j2O4DMDZ7h5oE3EX0jkzpHyyMw5YWKxQzR0Qw2dhHquQ1GL9waZwmgza3IKkUt/kRqNxKmBQ/nhaPp6Yl0eV/2yO8xDeMnFcYMw04Dhy0guM0hJLd4ggu3mxGpWBk5/zw9g+EDNJkvrEJt1XaWXWWDnRNXYrpTEqSRochYhsdIDENHpa2U9UEYaRG+z/7g6oGh/PJpWBCNN0nH62k48gvUaxEpxa8C0ugAuvHSQbpSSzUxUo9VNMtKW+oBzCWptrxBgT8Jrt31JH3coxXF4ts7UmHt3QjdAH20j18N37E7Jndtw==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ▷

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 17:30:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

Qht6oB3ONWm64r/VK17iTozEwnlI38CQXJsLmgkrpob/WKK3N4ymmI2fgJG7bcfAhzCT9GDqgT+4j307IwMsQNPsLZ9tldDaaa441p47wP3aRcpb8EDpLqN57u+Zbb5VHPQBJM8SLFzBvy4Dcc78D7B/3s8ZFY6wGu/iB9ueHqwrff4qFRCaqI1Z0IULJBa1+EZqLTfMAuFP1zDwfX
+H8fZ7imKlkWzfCpya3YunZZk1R/oJ7nogJISI8WmCn1QA/t9yofWxwK2r1Tc9at7GpHzs/S2q+2vQ5L7thNYfKExH8yU8S2XL/XpKTb0PsotDkVWqQldGaRb5nBmDK2yd/Q++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-17-30-09-GMT.mhtml

**Hash (SHA256)**

cbd6a622df4369348f75b380977da12018c21606bc7721da57fc682f29a348d26

**Signature (PKCS#1v1.5)**

C9XERK8+IEiEg033K7atGP9kAYOkkd03ZqOqbHCoc+nOMNnjAQiPbKPPrFWX9+DrFzfB2W3SuCiQmhR4LCih+QcR033oAfvZ2kMv4FclZaskqxCmPP/b9SAQzW5WMdEKtHDq6G90A2BpfydnP1fjRNi+zZ/qs5/XYjyo16ZqFuLhLjDGaANQ3HNAhLd
+c3Wj5dTvjMVoXe5dA76SiWoy3Du3+gcMaJkSRyOjifU0hrX+Py5tk/5L6Y/N8WlygJ51+5suTC0npm8yyVpuTDL1wzOiGpGZVbPUc2VgSj7ciD2MjompIQmBJXMgiMN01jjtFgVUzQ24xNDhawpuy4uJg++



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS
Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 13:02:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44a6:9500:d060:a8e:10f8:656f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OuBFQAH+buF7ZXRAZKXXYEYDkJPCjTrxxz+Bk8CdCOspRn5wQ3vuW+zOxYLQt2uPexhHeanFRaw+c8P17LwMWnxWKBbMVEoOP0Ayknw/
IzSlPXJaTzjCDjEnVgPJIjbmYs3K13+6kGCj2cWLsyAFYhd6IBKMTWq9LUpJS1vOxaPAHxX8uBqXtCC3FKSWNmLftQtUZodCoI806yHNuymkIJaZ5oR+x3gTNOJnbgycjt/W3O+HA+pMiCoxoxdInTVF3cncszUQ8ij7v4HyM64MgUt1pSmjUV0fS3DenV6QodqRuKx10saWFccvw74I+4b1L+rs6x9PRbzoP7N1rghnew==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-13-02-51-GMT.mhtml

**Hash (SHA256)**

8c8005a234a8f897fbbf1c25d784828e5ed748i646d5ec68d48afd312a07da51

**Signature (PKCS#1v1.5)**

SieqyhX85RG8AvipSS+0XQNE227TZzkvXliwJ3ti/9ucT1bL+KuFp3KVl3mY5pTc4r3a0Uc7SHFCblveRcEJqsPt0EC0J4Q+He9NOANrwlaxoc6KYd0FfPWco8RCl2YhiJ33v8QNBye7huDDQzXTECp/Zq4lYdfwDG4hnoNclC
+XSW71Uxa4yKU7kdlJfJMnNYoddT6Ukbql,7sLqjwMjn0XJ6uEtKhrGAzgwBRC65Suddyo02wg4nTmoK7gOWU5LKBWSequffs6yhy64ouBZ8ozEsZ0TFga+o+/zC53OyYhRWPorEQDN0C9R1uz+XpqBbJv3kwWmF7gUJpv4LO9KyEg+=







Evidence Collection Report

File Signatures

AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Wed, 24 May 2023 11:19:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.71.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
S+F45gTTWdJEN/NbDMy37b20REyqgEDDHJj2zPrjHEts1w4RYm54onbg+sbTa4ufoiCeD0YUvnCuntjFUbhYc5yqxtQyo8GJDaqcLruz9cmN6PArtu5VO0c6a23HTwmdzwTJlrb99350u7xra7rtO5wZHWyWYZH
+QiNifEZBdJX97reGYi8Vc8TFPng9dLy1ihd5gbqrp1sgsu1NAvq3+DRokfBk4fd66SQGEnz1Cwa5OWTwH5FJi/i2a4z0GDezeDElpJVjgJihfJuV5efZQbCldocGQ8zls8xOK+bsj4elQu0RYRqxT/JDHDCUQAm7cUbsJXoYnRO9BFEKc11A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-11-19-03-GMT.mhtml

**Hash (SHA256)**
bcc15c59e4b068753a6ea0e3b605595c1d50461faa39a1f9cbe5b6dab24b2c54

**Signature (PKCS#1v1.5)**
bH+bsyn4X3yjJ1R8SZdvsbAsq6OhCQcMW1EzyLHv2sSV4kE9waYT8TOouvpHdfvXWsbiUi9hKQUTevaqMwk6UkTH7NSV/d9dtVGEN7/cNAejqDofSNsKexNx+n6X2SV+paeTiKhhwcBti5ZYYNKUsC9kfDzZPhgixEwtt77d0pM6ukpZQ4YAXy4qJixa6pw+49YiICHPRKeDhnN725E7nMHhNNMrslliv
+0/6Dq82MWjyXZm0TgxNAfWkMdUuhFcMqml340eIohHnBC5LB6JsYg7g1vhecn4J+jeglaHd2L66q48VviMd10G6SKj9O5A2pWvy6QRgwWY9aRcJgSdgQ==



File Signatures




AVENGIS

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 11:53:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

py5mqUeAcYGWYIJsgF9GG/HNXyxAq4sqgV25eQdBOsYCRjfG166yNyhYtVj43wSTrN0M6Yz6pTogLhN1RTwnQLsskfgynxnAM2h5mywKJuH00LhLI7JC7+6cdGX3ezhOzqT532uEwlmXuGY5Zt8wpjdj5j3l+b/
JK343xkRf2uJhRGYAq75RJRYtav1g0rBJpKJRvd643D1JvTrQO5rmqqt3UZLBvvFYzy/BXLSBMoSiCYi7fBljFByVzfCm6+JuavEN3ql5BkMNhuhxPCGZX/sek3jdathNHO5VcaZP8c+pylki1OKZUW1CiJAI90EXovTQ/sVYw2OVssTfvTIoQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-11-53-24-GMT.mhtml

**Hash (SHA256)**

45af1d67460276cf8617b018a6997ffee4e60736239ecb7ed6fcab252da1e8a8

**Signature (PKCS#1v1.5)**

FcK/eHaVwik5otn6JSGfmJXyk93Uc0UeewNzz5F0VU9cqFOEQvN1yS6IRrCb2qk+iGc50Lc87giHep796Kc4MFOXSJSmQgpvJcIuCa+0j4Pz00JZfB0ELMF9VWCLDe8JR9fg/
VPuUdZgkpM2Jo4+azS6R2+5kfBt2DvWLGMTAm8TyNu5XEezUDutHdCPyDRxfB044TAzN6P9fcKGShSxG01iGw3GIgPziWNoVE39xqGDjUx5j+oYEORNSFN3RECvPWtRkb3m5ulvf9zxNGmwfw8J6tDA+eZtjAYnNcqFBOoks6GME/STQX9Z5k1u+UM7xSokhiTbEDUrd8WAG6+Bw==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 25 May 2023 09:59:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

npaFxDZgLiFo/8wIYCMajSm900L0Cr3jjjn7RBvF15nwjFFVK7XRB+PnB0Yu/QXYYg1u+vqVBSA7N50/Sy3F3PEP+fj3WUreUnLcBZXnxXttQ6+Xdw1rVKrEb7+0u2S3U3Rg6EE12aM2s7FJR2Bf3mIR0EFjWcPryoCTsY1BoABDzeP6Q/DfdvhY0pBQv1+OmJSr7wz3GHsgHvxj9Z+mi/bKvTslZANRb1hGi3Qji4kb1GPinLLag9EPhcqPGbnda3l2buQf7q8jM5TooKMElcwczVhFOfwLRFjWdzZnaZ1mJg2680qgAflUYw9tC3gl/6QXLwpN2LYc3q3Klk5oSw++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-25-May-2023-09-59-39-GMT.mhtml

**Hash (SHA256)**

f56498af18c98590428d387f71d5592dc82de5444918de268d4a820d8e65e2bf

**Signature (PKCS#1v1.5)**

mtHj+olnhJx277Nhh53DxHGjcn5NpjvTNdHKxu4hU/wgEAWUtD9Ltq1ERDgVywo1e1yV6bjC9Ox3sAfgauD1QtwdcS1/4dLZ6vU506DDo6SjbuWrfkTlMKNb18WU0yDoF/lqp93EEbvfYc7PEjvyEvrJozfXtDU6SHDoPmDgLAYdQaEwYgbbZnpakGdp0xxLqP6jNhFLaA5TT/HYcV5T402pqrOEDb7NKp2WKnqOcF+kJrwduddDW62woIdkOEpGv+u2JnEsa7GZFyndWHvzS+hCUh8mBGtrVTvhYTdVU56fAUtJZp9wCae+AgnGloozaQJwAsPpcGQ0lRm4BiA==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 24 May 2023 19:02:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EzvQ9xItEWgbkhrMRFKQon/NCONFGBBT7SsvaasrxO5EX0nfwiLK1QHUxwhRTdZKre8QQ37BasRjCP7Iv0Z8KPxIIC1BE1vbzF6BMsbbleaSvSs+jHEfxqnCUgCfmKwDmSodtZx7SmpsIhtF+/6WnIQ5xR8Y0trfiLiqrKBNeUSpK8k39m8acqcN8vBQI3XIskMDpLfj5x8DjE/QZavLgxprnwraG9rTPrWJteGmzZB3LuKKiXNopggMU42+Hdpgv9gBHosJMrh0EmZnLHk2CLM2Lr9yHcAecfwRwswGQZuGSELzcQrviN0La2ve6Uj5Wgiuz2C/DTqsT2CIsvVZKw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-24-May-2023-19-02-08-GMT.mhtml

**Hash (SHA256)**

7c78eef58472d6a87d31409f5597d918e97a38b3a6d56f7d8fcb4a6f0be3b982

**Signature (PKCS#1v1.5)**

feER/oZUQ5wD80faQhJVTchW21g9LTsq1IDLcCFK7yusDFPmkxsFSvhfCtAiiYsZPrBnXXyhSA71jaRhwa6jPli08r/1uFwWQyQ9HaRBXOfJ9T3IYTqRP9ZZ9rJ9SfLZJ7SDoAj4+3jM4ejZYJgoIsP4lCAtyYwKE1wbB+4vbTB+G7o9kjpUKZk68hbJ6hylSrUCB+VrNV6cKm83f9m7h6ttTivpXfc06y4VQ5Ql3cD+NYMpsC0EVV9kbqJjPFBDMpOPddiEZrtMjWapv8/Gh55WGraa4zDJaIRlTVo+04SoJiZwLRLWKHWaSsllwSmqOVDkrlw6JxsL/iVCwl13Q==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

File Signatures





Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 06:50:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

daG9nwJ94UoFbp7S6ubNMk4oCBK8amVd4uu1P4lKBUBJL4kJsKXDChFLYwC+djhI+ZYKXdi6BznzfSZW/
Fi5s2fobiKy93BCREulzWlF8htpScfLlfPRUz3hif0uccwhZwUpZvr6wzVVV8jNv70kDSHDUb5lm2U8ysE0leD2jWFadBd1m8mfkEV1I51Oss1uAoUDY7vB7vcDuQUY38VOwoZSxddjjMXPoXjPxtRTlzen9uQcRqYfFuvqqc302rsRhXmI5Zw0014CaPqwaVx0Qrft0CjoYp0BAbLuJme7qzLTIx0fW4Gltex1EgUTKoBxdnwC15SkOCn+8Ai8ojJ8eQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-06-50-50-GMT.mhtml

**Hash (SHA256)**

d6a6a35b25d3f13dfa04b9a2e1c2232809eb57741a959df7ab001cadd556bf1e

**Signature (PKCS#1v1.5)**

ShL2skaUx/JqZ1mbvkgvd4dvWqVc7KNyV5kqn7LhBb62Uhm8T3i1WqOUCoEm2JG/dpo0cicZ07l0eDC136io8ixfEG0w+6xPY5lB2T5h/lUh8ubapSxQRH8/2qiCcQvHp8fH2w3mAJmuioA0oI4MP0nLLW9/161wB5K9reoEkYss6Dh+q+Zqqf9wIy+Tf+9D3y9ZXQYfXYYcrPAkuQYPc8pEhGLt1zM61q7ed0ABa/Jt0zRMkf50rEXreZBssjx4ANWTqyvAa8y+5l6A8aopvt67OHq20g7vZBcvUP0t68FbqReH/+eoOpxiK4NljZnTyIPGfU+plRF1FL/rGAA==







File Signatures



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 08:51:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hOtvi0s/Z80Iv0w4C9PoHkt0FNa3sUnkSG01utVYT4ZZ8aPMcVHUwjzi6Kofu9MsPWj2ZRSLyx/hP44uQRfDz/hs9ZIWiSxgb6RyJ3DU1E2HzN60ftZLvyM8jKHbj18OMj/KoFssDygvriHjVTP7wb9LGMZdw8arW6Hv0JmGThf7qpFgozAE5CW2uvzymsRfnFbHUXLLJZcZe1rPDU32/Ctolgu06RSUQTwtXd/6PxZD4Y9lPBzoyjDL2qKhn03T7tbFC0NtvgVSa4nXQl8efYmuGxlQ6RXW5+vgY8hBP2pZ3NTrjdfn70B6cDcVKXvGka8Gal/XLLpViWhZXvQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_@https[s][fs][fs]pay.ebay.com[fs]rxo][_Fri,-07-Apr-2023-08-51-41-GMT.mhtml

**Hash (SHA256)**

844743bd6905a809067c5cc8828323427b376c1605fcbd80a71ca7f9a588dd4b

**Signature (PKCS#1v1.5)**

GkYN3omLKSSAh9G/Gtice2tBm2YSM3xUrPWHzMosHC3X3dLA9FesGbumCsc9N82lJamOsiVH71q3SG7efUwS78ecisNtfA1H6N8xr81sRO08VeoL+9Re8bi0mOfZT7/DOtKRofLDNWKY+enonEVNf5M1QWbxkGYk9oQTDdrvhQYPb0jcx+CBA4Jcyl9C3rTok8Nxh TdesE7F0U8iig/6P1yExU6YFf9oQUqoZYzFwjPdIVjd7hHAC4QGIbHG8WyPGlxqq1ltAe8VD0bxOymqDM/6nn IL0WcX8Zc9bR3+I+E8CAx0Z0+B5PgMtY1+RydicneNF+q97mZE6cfHDDA==



AXENCIS

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 15:58:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Nu1ZHxiAK0fPSXnSxZg0sw+AGTRdSKWAAZIdTSS4f1oydUggClZvNI8kumQrsE0n4NsJ89fMaWE1yf9sNlxzWRdD93gfy077zJicaF2OTXYRW573a9uWj0vwhLfBzITzmtqAJbvxGcBnWVtcGOqrx2yJETnRfsBeTHRq8Tv1Ngz+v+1/XcXtkoxtALXSS0I2tIEDrhZRnbMKqaQhe58oiULxBJyyKxN3Nn0qsr0tTaLt80kWavv/yauD55av4l+o6xw4Ej3uK0pW7nAC3dS28LcsuIZAJGK649yuMGd4T+6SCHp0LUwGQomvRNJ0eWWethghQnjb4KYaFK785jfDukA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]_Fri,-19-May-2023-15-58-07-GMT.mhtml

**Hash (SHA256)**

9aa7a28b8e01116669cc10b5cf9ddbc9c2ed2dd4f514d0649133e5d765594d59

**Signature (PKCS#1v1.5)**

IyTgWM1tPi8IhZqNJnJC5v9RCpX5OfmHeX4PfkZmdaHBOM/PM+NSFKNDpLbN5TZ6QPVi7naPbjn3GGILtHKYVTNWJNYMsO3wVkW3wjjL0MWwd1p6vYAQL9gx0DU5LpXllngWNFAGDmIWKzX+sVjVcjvaA//BN6Ji13VTiJ9oo3sAQ7LtTmEd3b1MztH3S/FKEmeLsgxpW8NHIQTikshH38jmq+Ffd7Yyaa7LeaA0RXSd/rJEtnZdSy1ypJHtdIpmXpr4q+tu4jhTdK1DEjUAP9RfrTjD1aeiR1lo8juH/fYwKle/DRWB82j2KAAyc422wFm5YJXFKBeXNYyxthAtA==





AXENCIS
Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 14:12:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

u6Wrlzd0VcvCvajkXVqBiRkEXgg4NvgFUpmUpH8kk0Tl7qMnb1Kdwroeb0DaVm+7/1a8olcKVAMikqP7eP6QFqEjloiNWloz1ehxl5KWWbSMk/FoKuBX2o8GvhdsYgy6FWlQor56b1ViQOY/Rsw9ajg5/tuiB/AlVoKefA/zjAlcdtSuC
+qE1FO6X2AnzXIlyJepppiShFEJ2r5VswKi9fsb3hFHfxOHJRKyiO3dk3RWsx/UVHp57ypH+ssU0bVAq1yWDq/L4JJF1/jTsMaPMswtwpee3ZVqnk81zghEB+zW1y52E4jdzbwPKwy9oUN51gjFJg4JikYMuZF/dAgsg=

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]pay.ebay.com[fs]rxo]]_Fri,-19-May-2023-14-12-43-GMT.mhtml

**Hash (SHA256)**

610d573a783a071a45373dc3d564aed0c7c5fc664e83650788a40681b9ac7626

**Signature (PKCS#1v1.5)**

Vql21NL/QQEZAOSQoEdS6/IjN3vWnb3zi/d//GuiGU0+IM3Wqfbckaozalyg97ZQlbaeGny+2/tPUjPbvqTRjfp3D9z38wa7QjrZahHjE+4QJaJnF3F+1otbDryPl6co4quoSYgt6Qap+YP/
eUVbAmFZMFADL3+ZTdKAa6Jl8sDbCori7Mp2cVoFMeIRJQRCauq5pKyh4sgOTlvBlofzFlggHm0VmGMZI1L070zf292/pI03GPFtHjpiNWwM1QiniblRAa8x+S34NiqwO+nr6/qBpgro43wc4YNlx4r+k6HMBWpEocMAsetaws07UTgziKlijKjMYPfjQ9XybEr2XeA==



Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility  User Agreement  Privacy  Payments Terms of Use  Cookies  Your Privacy Choices and AdChoice



**File Signatures**





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 13:39:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jgrO4wF/Omfu3NnZwGcinZtBYdTj/fkaY7Rj2dMO95ukXN5NEUAmoluTUjzGbsbJcypTNwtorm+fH5nPNWby1Y0v7bdf2PillfRRzETAuBFbZAGRAdZMsYHty0AqOvSsNkzE3lbcU/oVXOLPPFEE5WDvDA5HjSkFRtt+LjJ95wy3KoTR9hGKsiyMx5ORDe7Pkcb74bgxNkIyaV+FT2jnNWA5OTtW7M9vb5XjKiE4Bh7VgvsgQrkohJNpBMC56dO4DfucH83ZaJ7XNqF4qpRbTeq3QJcRWnHgF7ZTbRPvCiJEgy7fnfw1/n/YWqLJz6jPXlq/PiFFZS+S9pAVvuhg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-13-39-19-GMT.mhtml

**Hash (SHA256)**

a07c1a6e6257b2309141cc18b914ce24637f8d88f67667a16d623bdaf86b8e80

**Signature (PKCS#1v1.5)**

n+6ENMzChrfMGiW7Qr4d8ZJCwLGm/4qMxghqXKHgyNbFEBJnkO1QArvt22dKS/Je0v/cGOOpFZkQs1rDnI97VWB0rnFY9XbKQgZo2WGWrcW2NSDP0GJfjfPHDnhwNgfsmXwURZCrOXdXutkstXiTlp3XSAUd0oVjyorO4ptJNJ9932/MpS7vYH1enwxbxPz/wUMLxMMefe8badkMGYA7OZZIxV5TnI/8nwnyqBjGw+0KiNlv1fsoCX4YNCrybRGRdzhw+tTkbrNlJMadkhbneNA3e49tiS5YdAEhxQBihMEqki81ik4XUvG9thTrVGrkTY1xFUj+VVrszEr4v8QjFSg==





AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 09:59:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aa5vFVbCzE23/iTMOKUCirayoY3uACTsnRqw14suUuiQumfRSS/8FT/z+QM9ZifJwBmGnNsAB41MnBjFXmVNSSJ+9mrxap3i
+YvM78shPMfnHwae9efKgCwiEjqvw8muobiZPZZNR8vdRf9g1zaxsfU9fPoxjfk8B0j2N0rW2Q04lua35Pp6F8a83pIp0S2EKd1McY7VcqodRs9tLkm7uYoVXWPjzSIusfHBN2nVlfruv6TMF4rb8xjirEiZPtB2njz6zWfVAw0pj/DdWGQTlZqW3OGi29v
+OA9FnvZTh8sGyKZ527q99iqJlGDSiMDFLHV6ZJf3ibrXCiqbm7p948g==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-09-59-12-GMT.mhtml

**Hash (SHA256)**

be249a723e0f8f5a9dadb209039e923b152945931d8c1fcf02b7cdc1f2ddacf2

**Signature (PKCS#1v1.5)**

JLkDttsGSC+P8kM59e0ESwamUqc24FrvT8ObKQdoMt63pOtPiknezsL/R69zgka3XhiP6bvFP2sqJ4wZpAg286dLPp0PafHcMNRxqBx8doYlZfpFjHdBm9GiVeAwGtiUmjMARZN3B2msxZckU
+p1lOUmqvzGF4KWkvN98isD956qIHLjNZ5ATs9gM4gIKlMmKwz9VVZnxtkLtZoCwa4RtgxSzTtzQ7oCEj/yjeUl/GcQnHR6mLN8ZmRxmJctFecWzLarWvufNkpFVvpI0ecNeMCg1/hIgtfBOLtA6tVXckHGaqYaLJCsxKwU56AGfZ5yxa6DXYjWddNKA7CAXLLtjQ==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 05:32:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f8zWeOm7/zw88ypJTCJ5Ha6HX3xiM88T/KLpeZUrbmfpJy/IVdBj92zo4G/kn2PVgNaNURbXpi6ZjxcLvW39i69rf2DDVXVYR03o96FyxZZv8dWdsLijkN0IM2j28e1PxvfTY02kyhv3580I7wktJOnlr0Dv.tbupkTJu6gJCV2m79Mich+rqaY3ym800mTjOmO3wnV0ZoSjJwfZ8pMsLtnr/J58b/FEZK6DPBVrQ7SMfsyZWDL43Xy2XEkQsAgC8b77xpIfkTn3D77C8Yru6wbC9SMLBKHpoSGZ0L8scH8kjPPNxQHTxsA9GR/dmQM9dj/tGOapTsnvxNwtdk2bg+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[fhfpxd[s]fs[h]pay.ebay.com[fs]rxo]_Fri,-07-Apr-2023-05-32-18-GMT.mhtml

**Hash (SHA256)**

1e98c35d471989f48964646abe0ba874ed11b9d8c322dac0318ce5094edf0d28f9

**Signature (PKCS#1v1.5)**

ev8ZgEYK0FCsmj1y1gd4UMZ3UBBipochoqBmGkPtXkDwXHccPqbA/9jgoVHcv9+Rz99jkjYb1M7h+LvmJzvLLebhZB+C0DjrgT+Z1aQbUn0pcBPpDv/+7fkKabstnL2AYjn0ZC5a66Xzw4Rhg69gE1fmG5/bA9/itKDg6wQHBJywaA8juW5y58I3H.G8SoW9ROpsrt5xmkmukrzIaMypWAU/ljem3a1d8+254E587/hmYXazmoffT5R0b3p/VZYM2LLlgP4Fz0+8xiWY94DQGylo9OO0oocDmpG0XoFb9Q1UMrA5DW4iLMZ8k0uXCKmtC0K/b5Lb7ynrjggbQ26kuWtg+=



Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 15:27:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:9d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Nuo4mZTQbJ/Q5Us19V7coTlGiBcbm+0oVep2607hKPEF412wWKqFB1U+sSDVXWjC6g/1h0MyZ6BuñU/db£Mjz7Di4HLJJAez+onnCzqi5F78+54nnfyLuFDLUrLvQz1i33TjFrmMHijFn2OLGEyuJr8m/yTaDZ04evzyoyT/wluRq6+q5gC3GThUgNtCccdNbUmNKQTvO0K/OmRAXZbcyfmJ6diYHrjcODLOTA3ax4UUpLsX1ISsNwwTKeim5vx/HnE9fviOL0a6yUcL/v3LBbpOf3Se8EFoUNwmTBfPLXNaB50hMvYwA6Q1MTVa4P34n6Ss/6QMw5CZGcdf50NLBw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]|fs|fs]pay.ebay.com[fs|rxo]_Fri-19-May-2023-15-27-01-GMT.mhtml

**Hash (SHA256)**

ae9c7066490098058e429f5637869 4dacd11dbe8e53d675875b154b3d2242296

**Signature (PKCS#1v1.5)**

chnyLDblZFxqhsui9TVvMHFfh4fKNVs7wHbuRtLPRYuETJsEKwEkjYDMiZUg9exNKyPHig2UGrRZZBwdfF5yUjf5yaSRW4F70TV6qh+WEH5sQjHgFQCdkMVHp213PW42rGsZI0NqDHjyeOM+FvErP6qaeYd1oMy5TurGC9AiWXYpYrMDJMNXmFU9qLDXy3lUnzP3tsHhvnJSV2B6aQl0Lr1Tg8Nokat2dWxx8I8E4MC18AvUyQXy1tyclDb/acagC6FOiF+9BtkR8qG/Cl2p93qtFNfLrM6v3LfF4/TYpX7bUZSzXfadzYDdKpCi7TdS1XR5LDcbhd9e3nF76Tw==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⊕

File Signatures



AXENCIS

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 08:59:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Yfi45ygrr/GEkLREBmGdfKc7y2ZTnnrUpbCnTBcRWJydaAVp/tm0FIhd11o52/2SeqSdCzKNCAANlf9tV73IlCKUT8PhPTvaA/bKpmbupfGb89pthF8TL8cs0/ZZHoJqSo4kJY24VvxY4BhYb2s8k8twwjYnoFqK1T
+9LVDisfBgqPmWCLV6FNo3vQSdJeUv6E0wmGspID0vDbzVMdFeXRSj8IEXkh2CoU9hmowxOe8ZjRwBMIQTpOaR0zFcvgCNk9IZQ+5YWunu23RTIg6oi2Eyd54VeEcCX+B8of84Sr0+EdmLfxAc+h0Za98jndI0R0YXYOaUHHH1UYd1vg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_@https[s][fs][fs]pay.ebay.com[fs]rxo]_Fri,-07-Apr-2023-08-59-55-GMT.mhtml

**Hash (SHA256)**

6047771f4d606547fbb68dd9d8cd5149c81e3c6cae30bbb8577b42ab539aa77e6

**Signature (PKCS#1v1.5)**

BljDdKpL3r7LhYwYsYGHVW8j0RqQeFiv3GijCgB72Mvd4bvoq7OksJiCBAXDByg8EOn28/MOn29wIRWkbrJ/kQ8dQu3MBp+2I3rpRPGpM6QgfcnRe0h6nG6tZYuWJ/Bk1N0/dRtytp0kWD
+Qd5J8ZPeX42GCc3u3Gv8wfPa6GTrUfFeCyoLTE3sXstHRM8zm1t0kN5TzdcJ0YL9hD5N9EgBp4an97J2S9v8/00wNEHIRSODk3v2OgPYK08cEx6J59tE5gBTt1mvYRw2MopingUfM6cNq4AQr0h8Ekf2SJOCHHTvG++nc9rYHxd/yYQ6p6MFwQ41/LrduGk3EDmFPw==



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 19:13:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YQhv2fvbVuvuSKB244sf)V8mWvPBUisHmSh6o+uVyZdUXpLbYN2hVYCYLvC0e6RYEi8kVh6t+qBRWBHbYo2XdUZz8FsSfP7L60LU6pQbV+dc6hWiVioInzNeEWejvIyjXw6ysXa6Q/FgsEn00oFceFcCrPfBl7KWens08JwPfi+yQrKA85TQzabnVAzWLBeq333ws/SDJbfWFKFafXhkC0ZGLhZix5PAQeHd65B3AF5aDF4b/V4MmoygdHKjmChwheqSJB+yZ0/uzhDHe7CzKLEtpb5Zbst7zcOaiSaizwV2g2o5CX+pG/f5bkggmavayzFS0MDEzmRK0643fdzDrfA+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-19-13-40-GMT.mhtml

**Hash (SHA256)**

de639579e45e7e3bc0f676eb5be59e91f8e83eb405a21d912c3541a53af705fc

**Signature (PKCS#1v1.5)**

AwIZVtz9x6nt9n2Oi898SGKVw0LEXBKTasV23+OH6cjxM1ub+GSx5px0U70T+uLrEWkAmTKTQDqxC1K3Nkbbx76Bk4UNilXZVMhACvoAMNCTfU+ySi2xmZDC9NH6E2Dpoie7AX2w6t+0/02T4+epdna2JE+6maL2nOpqL4A18xO1F7JERIA0UukqV4Esl0O+mTDH0VarB0Abnz9C9QDrhCcuK9oAdZ4z6J3u099hfuM2gXFCDvmW/rauoH0t0pqPqGYYvLdxhwibDTzvXWEbaMI/LtglkVyQP4o4Zi1e0ibx4DNijKgFon2tjsT6ARcvd2OM6f//Fpg4iFri04OiOXVg==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 09:32:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dssd+C2kQrpG7Ghcw4lNfvnzWVIOMgG6pwOa6mIOpi2oz
+JnGXLqwetMVI1ipIKwzWXe6i5SepfvErVkDW2KBzzUz8QVc9dAoxmIH1lK6rvPkxfAQN2Fw.Jplx9cvjrj6DUtadbdQIsPxS0zQoZVzx3CaEDWNpr4ePK3Co6imfzdRTfzQEGk9vXG7tsk3jyON9dEGnYUtfl3tfk/9LrVjwmJvBttBnZa.jjZLgkraY1nWPyJXWvOBTgipaJk+unEHqM66Kc7m+PG4Hf9ZP
+oF3z5btmKM5BaRcxVDr/Ddtnkn19eTUyPXXZOCWNTy+WW97aoB1XJL4EDR8XPLw4JBwA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-09-32-35-GMT.mhtml

**Hash (SHA256)**

b04bef712672ca309f467d4d0353fe93eb2e153d97a61b3d60a5f994b020b558

**Signature (PKCS#1v1.5)**

sVnAtt2+YY90aFZ+9N1rCip7rQG2c3jybISBVFTY2RoJNrXKYz+Y1zpwQrlnkLcNx9Bsq79z4RpD/Houn+wBCtA+ad+zFZWUq6ZBhfCovqNvrvrK7bThwtNjMQCHqAAShftusizyF6Wep8Q0VfRuadzCjzcf6d6ZGl1ffam0CAGeeJHTYMON9Xupjg3byiGmuaB/4xRcy
+JmhpDpmppCcjzH5rbFyEkbpVtm81TNLCtLBLmdaFqHD2saEPHLl4z4WelarDsf6kDTO+F3hjMqBYOUEtOw04wqrfgSyn3Owb2csLcV46i5mD/bBryxeQU819aPPqcg9W0Wdpwtil8Tw==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

File Signatures



AXENCIS

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 09:54:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LYbybzFnsnCqYYmoEW0k2AeNuRdDchfi6eUElqUijWAbxlkBLYrBmWZTB87pO64o/iXWoJ8TSj0loJNSVA3J9DZNuAsSAAdCsV/ugF4YzxFTseV301POk6VWdrWuE+O43wh3c2bhuuNGJUzT0bx/eKE6/Ux2wzp6IZWTE78pFYR2hL +vy6cueW5uxYLkWJ43QXlrPuRox5GaT64FxXmj63HyiPuZGjPq7q92H3c2hzMpSqrsAXxPT9IF4vodDtc0XYbnp1sb8IEot5n50qw8c64oe2kX0dvuGZZ6IEU9XTB1SQ0m+ujU809E+1dgDd/WYYzo2hDgSPLo5phQbXPqO==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]ffs]]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-09-54-37-GMT.mhtml

**Hash (SHA256)**

da52e36a3bdf87035069e178fab831dfe59293b7e8279c3ef21e2a9a7fadae7a

**Signature (PKCS#1v1.5)**

Yg5KDy28OY7mjOMu7vd87ksBLN0ldWtxDVA57DnlgGpfpDC/RQvxothDxopEYONlofZNsG8QK2rVO35CxXylo2tBXL0CUtuNstFWUx8/9gTMBcArDIwrT3kyld9YYly0k7l2HmKvlXtGpfgw1JJNVwy0zt4Iuu7nG6yE/kE7rf69rdz9A6mw7H2zm7HpwQpFRu6dtXRBiCK/ Qpzl0H87kFDrrYbtVCNuRqZ6n3/6ciotne5ATC3ewyX4M2oqnveassHhEcTNTPHpKvEvdqVVZqmDX6JeLlBkgPkOl9B0JLL+028M8d5oLtBs3uvRyomShZlEQVYtkgtpp+AyRic9+fg==



AXENCIS
Confidential Attorney's Eyes Only

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 10:08:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hu95G8MQaRZYqacOrMoV3F00O9Pmolb0YA0/1pJ0WyrXrUy4QmCbVYZY0R1Ef05RZ6oJRWpK48ml6VaGqV0VJAQxsyF59n/TjKckrJCBVLD+qO+CDurNNQGHGpEQZsg8LOQ84yYkt7T7fyUlXjtCWce69kQTLJzaHSNNqaa6JFFJvIAJ/arSJ0p4Wd5t7PesHidjtbK0RMXT0fJV1FV/vM1wXmYBxQ6HRJG68bqMJ3LWGRe+MugVjMCFNtK1QVDGmm96vxc9Gx45+A3HdE40npnWcqTHXcZaaayMBUWkxsSmUmE1x0cLjsdDCJteMHt0LZ3xiDednyR8KPH8SMkYnGQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-10-08-01-GMT.mhtml

**Hash (SHA256)**

dc7b745bc63ffb805f295f886b330712ebf5ad76bf001a570b6bfe0b2ea1e637

**Signature (PKCS#1v1.5)**

W903S+mKEkvo6xrbTt2SJ4FmnbTMKGS3XauL3YmgwNa+76nGtfQalu4oz/j4eUgdBOAUAMKI65LbuqmCldIYkY4/E/AjJEF78gKxV01G8vzChF8y2Y0rW+vBJ3485kDTRKTxH5DiOHaSqQcENGd661ACrX1zNb4iORSnQnjZn8kAgYpbxsZ4ZMxLukmyfnUwJBP7QC2MaWDYrfdDuEEX/x3mDn0Fhlj25rWfJNVRL3CYtm2a9P+evRngJ7+9Tn2cSzKquzpTDKjJjQxbXLrYq4lGoClWT/Sd6jGUluih/te8zjL3YoYgpei9t7TK0WeQ5doaQpdv674u+YXwssVucA==





AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 11:26:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qPtyReVKt9NcguGfbT6+umEE89oCBWm5fqxs9EN3cGHmuS+vaEhKtfm6Q5Q91DJP2cgOCJLiL36k5iUGvvUr1b+jG1zZ5kY/mdhtll7y0SBHN5iuKB/+TqHboHk12m5tUgGXI/cUJ/Y0ykqR9XSIwKrfnAYzC4E3s92oMFpUCu6Z1o950rBehVPRgGann/CyqnqkkPnxFgLxRjVlLFnlV7FSbvTcTiiVMPC3MLFsrhA8/FnSrplE+xE8QxOqCCD5fK+5T7ZDwQfwjQ6LqJuopRYyyQR0q4cepIXKEspSVNZoTx75pmNH4gtWULaaAQrFQ49pi8GJAF9FM0hYooyRQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][s][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-11-26-26-GMT.mhtml

**Hash (SHA256)**

dcd1e566f3aec355d0c4553862560ed22717033f0c0b1c66b624eb01cf1019df

**Signature (PKCS#1v1.5)**

hZntwFjIgeUoat9Sr0wqe3RsgwBETGTnG5zbLc5bS7aNLqAlPTGi3MdjaMwCYaDMFx46cl2x3THLU4l7iP4v4SgtvcGbBHLfnVwSKQeMiaZaytJOQk2RUL/JMdipgy6qSsFbiMrcYRv1oeC/clCGcHk/LVCvwxLDwgNFY8OqQ67PCmm2X/Fnk6Up4xaAhLWEaEbzj1AcGmswpjaMkiMubSD9SwDocF8Gf2a7+0t+PdEGDNRF0y8DiFJq9WYR45y1kxfEwD9WV3swI2G/KknyK7X3OsSQy4YeO9eQNls0f0dz6LyYx4FloNuivPimp55Qo0SOWLcBV8tmgIoi4cUKVw==





AXENCIS

Evidence Collection Report

File Signatures





AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 21:52:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CuFYxHB8kdjDEgIAyFCNd8WYgY0nSA3BSzhT975p9fjRKn52ZnwrOqaHpbMh1hLHsDwC8rYxmPYnZ2aumrSgHFwOaxxZ1YYH1mVKoz0hXZBpS9xDdlUwramgYt4NRiyctfUK37q4b21jCjLrPKoWkjvstKo2xn6YuIyYsv6qh1YRPpaLxGe0mAGFUUm1Zi3IKeFbyPliStYjMNEOH3klO5MiGWmL3P10KjZiZT2K8ZZLB28l1YNqwLGEuIV8bAZ1IDRm8F+aAVP3WlOF+D6JkQZrjKZNo+I54KVWd/6ifGybLFaVZ6zw3OyCsPU/sB+8ecOCRMuYYDKa2fJyfs/Hjw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]]fs]]fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-21-52-49-GMT.mhtml

**Hash (SHA256)**

9df84aa0d9a9e6e87ede119f1343d9d35bad2cd568ba5c3e376e6eeb4c2fa9d2

**Signature (PKCS#1v1.5)**

HJPwFg2gGTDGBD1s6+NV7BZmhn0juyXSR0RBUYW+4JY0NWURpNR+f9FMyrmjkcvOn/N670BHDn4DizV0NtHAjEVwLdvGsUFhYp8cO4EVD7ZdaDv7gk/nMqEtdl00PED6z+SgMLttMQ6AA9aQXmvdmea7539y3Bino8MlLSjU3QFyuk+pt9o64NC8tjsnkn+GeFeahoLt8mUznjWFsFLiQJ561rEhggML0XyU5UZ9Ke/7dpP+UFty6LtSmqPun1/Ag5J0jRLxhihAY+GneXN7zOiscb7wjwcw361pfKw8866cwynLJF30SXEHdWiJO84V1C4P/hZP+2X4714+kaz9WA==





File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 25 May 2023 10:15:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U8FHKknzGFKon8CEjML4VqyLK9uM2t4OsdBAaTtHwQb4LWWiPhz3l6reepRGsB7Gdm+uUXn2/tGddPK8gqzoNJ705pvNilQ1gzOWfxiEW/rR5U5Ut7+3Ytue5thN13h5uFrcNuFVF84Xy6ff9MFPLPYnP7L+0u/zD46p5tu3BPOYQNOSKeNMDhbUYn0Xd/DDSr9d/9UecYgU
+BA6sirkDnzFM3sf0aJe18sw8pn+wzN6zFfML/2BBW6+6NoEaIYmMoolZF0JJoya0U20KZceq81m2bJHYnDBWR72wSVXnnec/5XlHFgwb3Hi94nDKL0pkxQ89McBf0X55hLjDu3zTA++

# File Signatures

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-25-May-2023-10-15-38-GMT.mhtml

**Hash (SHA256)**

2f3b45c8cffec49ae0036844ca3bcedbcabef489ff7b8f19103ad11adc279250

**Signature (PKCS#1v1.5)**

uTHgO8P3nhUvJ3/2qLxR2yp0LUs6Mxw/96p4t+mKHL8ZvRiREAI2MN8BH6CfZ6iJv5IdXtu6bL0v3BMY6j84kgBSmiy7HqZGsQlj86GfYwlk/KNm4HYubHv9rMGYWJj+TAtEwu0Hv5fQCq9os781eDEaYMrscDGle46zTFH41Hb9MR2481UOXWa6atzNj
+5Uuu3xtr2JPVahZEWkGhZnjKUmls4dkUiCWdT5ZMrQ8p7sBlp6PN1yAmAiHy0YN2ookf4SkNaSXL1r79iUCqe0y3R41vTrK6ms0a57ectbaO2lH8oDIfyZo99Q5mA8vKJXb4UyHeUfHd+JGVrhmiSYnFw==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Mon, 10 Apr 2023 12:18:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fb77/oMNsahdNQwRGFiauU3OOw64QQdrKmxpdli9bC8T/v6oPQAVdqpaMSjGR8Z3qtcYy7d1/jJrsayfib7odKq2kV9BxAtnKU84R2oscMSYHWQfRSkPzyt+veuNmNmiZaNF6sK7Hn+k1C5N71WuUgv6zsQ5mS/96u0kG4hMcyTkmTEiEPOa2Ks1KNZ8Pgf0OiO9Zce
+AQ4hvOQKR1KmsuKxIsG4Dd99DDTvW6olucazXZEWvDaEc+OPS2ff9B7dZF1iLXm/gLSxIvAY+kAHZgaA7zyXCuX9e1V3/Xd1zoE+UdX8OozeNHrpue+dz+yjNDX1QIeZkTIg7pUZ0cWxRg=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][s]![s]pay.ebay.com![s]rxo]]_Mon,-10-Apr-2023-12-18-58-GMT.mhtml

**Hash (SHA256)**

8a01363dda2e5133e055c26c8ce55f53553e18079ac3755d5bfd29f2c0e00e7f

**Signature (PKCS#1v1.5)**

Xdblpnoji HOev3xeYAeKgNkVZyIHOYNUwlzhb13WM8Yptk7JD3ktFZioFf54Pjy/W4Du3JO2TdsviD6mnoXG0od4UJmQebXOqMT48KnzMm3fFQ8cdC5YacXWih5LDysebAauvMe8523CzL6qR1PQqQTggVJzF+Glkny6Bd/
qqUWw6GISOzpxJO7sIgeUMvQ4v8YtghoWq4JoASnA8DhFxyY02tZhDVuDBmBXuy1L4d8oPtZlgOG7ByjbdiMdhZDy/g6SUVaVAOt7zy6C8kBWxQeKU2dsCLhmvtu1p6ut/55Te57eM+CNFe/SqIAT58f0FY/oYtsyUFTPJ04ikZ4MOA+=



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Fri, 07 Apr 2023 10:05:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:6:79::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
DgDwLucYKwxKdvp9l12YzBdglLCux3kMYq/lTki3OcnXLL+x2FfREWBgjWGcwRdEAMOLv7F08sScHmvjnndFrxJANbiyJlw1hQ9Vwsc0q37orZ19MKJpTFG+V9GHnjYE06cV+0xcq9cN/PFsO5Cjc001BQmm0AjitCoWT/ssDZwL1l
+xEBZGL9sNwSwZmrmpMWJZp9rM2R8YONf5gGdZPR2gg4VAa21QwXyp+ETiWyNgd2BRLoBKcYYU6gLE3Xrx2avsUEfbtJCzssk5jOPu3u+wYrRNGQ1TjI6ue86Jk23/PztwGoPYDBGl89rUpOi0kEzL8n7NSnxTewQqQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]//s][fs]pay.ebay.com[fs]rxo]]_Fri,-07-Apr-2023-10-05-46-GMT.mhtml

**Hash (SHA256)**
27749e688f6ac2bfdae006a9b005a832451ed56598879b4fac156c8233f35379a

**Signature (PKCS#1v1.5)**
R83ztuJTfvSFYTdsPsKTsSQXdXzpTWZpg/KHrIrMbueHDKPFbSrUHQK3Vs5mEluDAbToei5SXJesZ1BBiAGAYAY4NMfkmsnRd092K7bPbXfQXjRpYBgySn1HpnRmxC0CDEdPUwjQgaL5bUBfCtEFTm0FQx57lDqk7XKs+0NjHycRNEoLqmUbD3gr54Puci5kRqgkcBTnxnjufCuSqwClwOSzOd0h
+nnTpjBSzxXGlGmS0j/mYTH8NFEBBYAtuA09gvaLEKyGrOcRifP5O+uUDM7lpTyna4huCJy8lNZuO69pQa3tTRxVU4kF3XJvNw5AzSW0RxqE4NWhxyzNCAA++



AXENCIS

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 25 May 2023 14:06:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cYPt0TYJmMPD5Xq/ebij8e7CA1iODtsQ+YY8Kpqlbn P+JreqcRL8AEwriX7p362zCyAdPV8Adn47aWopm1xTEcm5BNx9mfXbp+hw71hbcf5gIpo7STgf6sLqFyYAx0WJHgFBTD3ft+IJZLT24MhQQ/TVdJ5nOo7TF5YwYerNepF+2897oSDtsxU0H8yiK7TfTTXejhOYskaVihryC7CbamcGsCp86NQ8jKeoVbL2zY6kd/VclYxh8SpQ5rC0k/dlfhA5AB5SOqdpsfAbSWpcNq6/DOusTJdh90zvxPH3aFwPDF//n9Kdr!KTfa9Ig5ajwiC/wmaqkYpm1DNKyiElzg==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Thu,-25-May-2023-14-06-00-GMT.mhtml

**Hash (SHA256)**

6c86ach7074b3555fbfca40c91eb972559914cf65a8c0a3e0f00fc373dfcd478

**Signature (PKCS#1v1.5)**

iJMM4nlwrJnlgkgzQt3EPvc5huXZgeTAw/r4RiD+02772or923/4E/JX5Cl1Sp56iz+ioEkTeCQxr0ojPZJ9taN8o4KD8U1vFMOg6V4m5l1ilk9RpUv1MQ8fuyixXlqBae05M+6GCP1IkCfyOo7FLzFK9IGvIJcy4qQ2ygdG2b9yll5Ga/AMw/SeouiRNkriRH9OYmud9nB/AgnBUS3Bvi8wjzvjtZEhqfWnaLJfz7uPSvK2hkGU2CZ0rirH3DJMw/VAD7dYEw2K3Xvc0Xh974PKx4l9pBO08l0OTBz7F/6sXQ79L5ByD/7Xt1f/jmPuBhQiXal+FbzGTnLQXbnb9mfeA==







File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 09:35:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Dm5Pn7f40sJQtiADS3G5cwxZ2eAqypa+GMH+YM+A3qkYUsJw6L1O94huetk90hwPPAxWbJzm20XZPXS36gM6PR3t/XMMsAQUo4mWZrbnUbuWor6m15nRtWkv6k5zoH7sBIalj8O3qr9q6h+D1Lkxfxaq TE9eCZeO+bWVl8feYQIN8PdGbZbAIIy/+yxliqufVXCecCdIXABBB5qfeH1X0Arrjn9yypIEVJ3pWiM1q+SKs3V9H9GtTj06dzrexco8VErLPXBoDoasvVNyx5lhMfIj/iRS5rHiGT3E5drRtJR4XMvbm50v3FU5KSVUUK7dkh5+Ts8rxGeFBkjNF3d8+w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][s]][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-09-35-05-GMT.mhtml

**Hash (SHA256)**

ef1026177dca1b71b6ca93bfe0fbdaaaf8784ef7a6f8bfcb60d16a3eebb8ea51

**Signature (PKCS#1v1.5)**

FdSI/0e29yni0LorgKFuVpZJU9ODj5jRWz8S1nAuWJHsx4KChWgBIOEQwfsKSOVffu5IEJC74ngKGyrgVQbLP4Y5pTIMAvQYsNtkkQQCdwg4MnE11oRZPtzEZMLB+RyhG4WpDE5AmUv2KF3NLXOqxyCfUohWaOW9tUVEz3+tJHwPc+1J68uU6a9S9QeSp5esZoiTHOmR4JJkkOIuIjD/qkEAybN1tfIVWliCjTW2rOCeeF+piyHwJs6zwF2oiDMWaM2p5Q9/U28+WNKE4DmOg7Eg28EmmXGjPVk8tnd3iCMLqczUpcBH0zSGKPO2EUggxPRUqLff5+9Ac0U799xCpvYA+=



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 19:34:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jl7Okax7E3RyF8T8I2cxitjAxeBBjuIZIf4fJFp6pJCw1iMy56GzV78VZsoGxSkJGv2wWBd8R/wdFYCyqufA5Mdu0R4imVPDXl9kBQ+IQrY02nYq4+A1Et0EpY78Im6iT+E5yt8t6oJfWMBacUk16jyw+JYYKIdFgfHicBukUxAJIBbYL65sq75fkDQOQOcG+gBoVcRqdhzcubAqfVpFu8v1W7Wde2gVQLbBjX5XEoXdgDdq+N6HM1/YG7XKkAGMd2Flw6vnnkDllEyW7nguC9Tqw\|IVEDDln8/QVghNWJKtLFIxPD5uaagOrcVg1EkdBIipAvZ+hvt5FYpaSp48DlCA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs]][fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-19:34-10-GMT.mhtml

**Hash (SHA256)**

a1c0eac8edcd13e667e77068b652586517bf3e8ac9eef8cf0e585d08774a299f

**Signature (PKCS#1v1.5)**

ZAMORBqvj/wg/NrJb7RlPWKpazrlLFhNina/Pvp8XFvw7o/6PuRsVJa4lqRhMMKjsDnjYZJqAko3vrnVip6g1bJ9SuCqdpnuHuP/6upuxWsR0R7vdkpFUYKzr0nPDnu967hB1UDyg3RdTwa8L+rawqXcMrmfA8GzPCU79Cc9GDpNwGYPKE/SKVtDT6aCbkNUkKt+7Otg6s81cGtsmV0xJWGzrVSZmiEqzpYbjabL7jnb3ujFHmCofmE9tgZLPOvN0fdC5EC0Gf3emNW7KAF2R9EYeHgvkN5AmnziedWa1zKEjgd7g+toWg8MuZp0yCwCkeCRL6z0p92eANWxmb6QZVg==



File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 14:17:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Cw9fa5JrvBtZKLX9O7JSH9/kxkuBGmxK9Bm3aHyYUMAeL/A6RPgSQkP5PGvHWrmKSxraaR3hHirSzTyCYrKTQmzWhPkZTNKDnif/EEc3ieV12S0kaa7cWD26eeLtca+mfxeOuxTy/9+9XMiOXpWqbnKfLYz5R+wiJdLAy3FDDI/zbdmiVo5jpNJ|v
+JTinaxeaSKLCx5CCg1enSWm0LhqsxdpB5eEgo+0QkDN+x0sz94FPHMoOzYnmMzntiqGWnZZNlUNiMfNjNmeYv4dDTpulkZ7Sl6cedu70hNX+H+QEuxSCiKAQQWFADpSwQriicT82RUJpOY3Nm/ZdM9IxA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]fs][fs]pay.ebay.com[fs]rxo]_Tue,-16-May-2023-14-17-57-GMT.mhtml

**Hash (SHA256)**

30411a92a456fd13683df6ff67b10db076e59b218f6885dc76e7fd2e09722d64

**Signature (PKCS#1v1.5)**

esgHgjXiXvabWphc1E6GAfIO2K+ciWvRugGreDqqPhVmQpgXKGVe0EuOGkt2sKbakumqTs33EQFH2wWXmkUDOgYbkBBWSWzJ9o6FqlhmxwHzceA4dvetlF74nuqOljYVn9gcZSLVGZzEYGsS0lC9dzebPfR8SKsffEK93VNTX7MhdkTXlF15didHzljbYvlVkddDXeutux/+NVaor+HHpKTUhB
+24GPtEFCrvO0Fz7yAqACTxSmLJWbsJwbO5GMdJ7ZO/7lGKqr9cXJiO+m1WOZX+XX7TtD+8pPu42UmASF10cjg97wKSLODqYl878bcaUindCGBOXaYtq0HqEpA+w==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Evidence Collection Report

File Signatures




Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 09:16:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Wq36jBq2KCsNPSOPewebcwywa6wNHUA8R6+/uXGs1foS/TYVzlfhshOFDa9ajgqOA3A7E1EM3EGyOSLlkRTiGqNkKt3UpyhXHVe2EKaMmWSenSqM2BNw4IkEcu6qi83lJOa8bS7fFMGzzNwxlgPJStVcNJJZDXQw/oLlVClU8wHR0aWoyZa4KU/fsUExlnRo7W2TPJ43KRRwqVo+4bOWhapVnaYtLyXYsGm3cEdbzcK/ENV6YyW0m7RWPPnSN9fqx8WwfRl6FwYGcC6Jvv72Ll7oMYblA5WE7NSAQtY8Wro2lW0jAdchToJHampe52CEmodpo7Cu4189tY+ukVmq5ZQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-09-16-16-GMT.mhtml

**Hash (SHA256)**

50a01ce6864b7ca59a1274a2a9d07ce2bbec717a6f51760256e099b0d55fbccb

**Signature (PKCS#1v1.5)**

sCb7RRYinlYWOJ/syyHxz707/0QU9b10j68bc+4EnUKmcrNS6n5hcfEMbLetlRJYB9l7QdPQG++vGLzQsFHNvw3Oz5P5z4dvo7EQ/TbU6ADjGTQxWGHoKh7UtHVgjtlZixJAZJCBJEje4rZPlLy42L7MBg8ny6LD0pCFquJ/2kfvpT1Vyon6JwSznfQdYxOi8Zt7spqFcet/1ujdRHyfz0bXBORfZ9suiLj6/v0Tlp/rs0ZyagZw25Gn1ccSEt0zrvzSxwZCPh1q4yc/tMvvTNpApM5EyCXWy1InKw3LoSAcAfHvklzzwk0zyNQYRvial1K/Rp8fMU9+0t7Bt8Qzoqg==





AXENCIS

File Signatures



**AXENCIS**

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 14:02:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

vJuq2ux82czt9OZhawTn0JDSki8+S+PpS5vb0gWi+OG96NktoR64ROdRAwQICp+3Q3qIJB6mI3eL4MNtmOFgvAtMND8zaES0CPsCleEjCed0ti3wPtnchBvTOFEfENnCEk4V9cMm7xXAuagdI3iiryC6XjoTQByascbWxEKx7qBxD3/b3t8ETIsPX0w/KdQZ4CHsBTSAJr3ZFp4mCrOHC+49rFmIJJAThZ3iOACYxVot4ApdyC94YqqhFXMpk7xpEi72jWGHW7LRiJ7agfXlhKxZMHwBYnDqSUu7pb/mK/DN1gXCjzV0SUVvnHLGuCCularkqli1is6WO4GF9UR1xGEWg+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo][_Tue,-16-May-2023-14-02-16-GMT.mhtml

**Hash (SHA256)**

6dc1c8901e88cb8fd42e2256f4988e2815dc6d1d80d099e583b3687ee428fe5f

**Signature (PKCS#1v1.5)**

UhBxZ0XZ1Zq5ov33IV4+TDbWC2eIoMIjv9ISemfW3udXw7A1tp5X7VRs3ogCY8jbE4xNjEVOR42F/5xcg/st9nfKf7N+gEc4wOuUhSEHAQsr/xxcpiLNAcLqQaz1PTf5/hK0T7Se/G24nFi/bEb9H3NwCo9CgF4mN9+itswK9HAHMMV+LkO3qJi5a49NmA2gExRqtt1uQQ/owvxvEQ6ozVa9Bm1igWeGaLxqcm97qbiT8/6Egg4Orc3yMR1DZ5KVpErwh9/3XQ3JJXHSwTdrTM4BSirdoUpzjpZBUry2igHt0MGs4+JVmL4EELx+oSt6EW+98xBInvgfxY+E1W8g9K5Q==



AXENCIS

Evidence Collection Report

File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 06:31:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Uvlm+c2AWrH+6RkQH4TbZTN8x3zfMXAqYsv9zQEkJavwwp1Pdn/8eklsJ54X7KrGeol211Tg9+eTiLCcaPrCLG0ESaGSDyggdOD2C0uvSS+RtPgDRTQ6RoBFcZaCiDnlx9nU5M6SO4H+WsxoM/MGPe17EtwbkokrCIAMrnqvmDKDZVGAqPWH92eucC/HcHk2SZIiP66MNLP3myGuJtKMdCcW2KaKq6eKhARcplbtFuprXYpz/gtAGfO7wztwE6M0+kj36n2s9t3vAJDXRCIAFARM4sK4PCZFFIe2o+ullKFxae Tfd8vwH1+D7qbKsRFORnXy8ZwhBRkaK+Kk+8xYSKJg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]]fs]]fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-06:31:58-GMT.mhtml

**Hash (SHA256)**

1efd5818a5d5e18e58b95d053496ec53c56e374d1e54d5a2a8838b0bf47ef858e

**Signature (PKCS#1v1.5)**

cCz2G0rYDSe0TnJAiWMVtu/+ZqQvYlTB+K2LdEXnoJxxzToW/7cs3a2cSz81UzSQ2ycpLvDv1CLFNVDwjB0nIfWJUtwjn8DMzZ0+y2xdoUSihnv2KRME5zqK8Tw2hBqzW9aUSwc1ep3t9gQi3WekJf+RJLZHZIYfasHSAPDJpHb3aPR0t0DMMXr/gsn/kTy4DUrVuIEeBOH28z1g5bsi9OBRubCZ6FIqqVo2nCVQRPQKTvRKoAB9IHQwKW8NWqbVMEsIJZ5wd0kNN9sd7txpQkYf!t7Jbuty4wJtowUV2WqGw5VUPs4qwd6LGyGJZT8dvh5++1xsMiuyYKuaA9uSuQ==




Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 20:27:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kri8TZn4BE7A5S2L2AnP6/GRfhALHH3RW0ZdK+nYPSnq0EBrJMMhbMpne3Igmsn9z5Prgonrl GrlUbRDm0F34F12YV+LQy3sjEHxJki++KtJ4LPflCNc/J7uuowPdoa7oJrZ3PaKehOJhO7Q6oLoq/
qz8TU5KDdVCwoWJaWDRDOXCd5UpcqKFL/3v7qH0aKAnWhWhPZD3JoK1UoiDgbEOPoRXqf32RNwnVfQ4ZSwwa9icpltHwE1ie+4QfSAiy9ceqtTeiC6buq7uUm6Ednd2FfbxjexpeMt0fE0zX8domf+Gnd1hEdm3MZq/q5cEiJuzh6xnGc0Q2WnUVHcRqI5Q+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-20-27-57-GMT.mhtml

**Hash (SHA256)**

3bd7b3392a38fc427a6b417f8068d2607c07baec42279d5bc995b149b087b888

**Signature (PKCS#1v1.5)**

Sfodr8517XT+JZFnOT0ElGFmJ/JS1RrPtzbBerR8v1h1BxeL8P3EeKCDOIiquwf0ZpGJQCRdtdpJpF/iYEh8hG2bochVdK+eIVFURoQyIdQm+5ZazWHjCMg7p0a7GM0HjlbDNETQwaBKMp4OTXGd0RDXR/S/Qdo3SDJ21BfRixh3dMNc
+1UXnHJcfREwbD97yhTV9a0oAlE5t0ivzUdA7ebeupSSuo0h0xXbfEIZlh7Sl4+hnHgBNAWGbkpE+fq1s6qqFquGxWwNt/QWXlKVDlegO+dhKCoI+1o0j8krzmQRWj5wt5nYC9iQnb862w8beRN7xZHxh0U94AqCDBrg==





Evidence Collection Report



File Signatures



Evidence collection report

File Signatures



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 07:29:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V646BA1QfxWLeGWUbSNCGCoAbPj3xDtmcfA7YbudYKgnML8+9Y1/Ys/WBkc6Sur/Xz/Q+MmJTvviSe6gXtwehXlYV+2U34tj0v+siUdqa6AlcW9bLPiX/d2Zxgc3DwXTW19altZWMRyS9j+0esUlicn1RT06ELVbL7r3qEMxECU5cTtzer2kM4L9urU3aIf4rPomi4M2fVnG+skYFitk3yQO2W8LBJ59erRzvomaClRYqcJ+nQc3BYWofzs+zD2HqFkJXUjsu83ToeFY/SMwVKGywsJNb5vVandFTZC/7l+VCGOX26OjgzHVpuiYmYTeTvKVXkGE7f6/ARLiNGpw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Fri,-07-Apr-2023-07-29-11-GMT.mhtml

**Hash (SHA256)**

6c58e67f9485499b73750ed58ee84a85a10cded76d1508eb0353aa0f651019c8

**Signature (PKCS#1v1.5)**

cfeFbNic+jCiGMizbKtJUgeAnOepK+Ukvm7pdHcMYJRzJNA42TtF7chp7v9pzhZCjepdeR+qahLqi2hjTHGTG6DrZh/8N4zimSSzCA9y9KQkVCHZYAm2j3U4Ri3+XguH1SCQxUQaTx16Mrt03bvonyMx5Ld1cjS5QxDC4G7M0EdXexpihTIYaOEPUWOziiVawRVd4DFipIP+bah2oYfbKy8mpEUZ9wFnjAr184KQuLVW8QRb5Oj/3g9feF2dU0zHkDolcG8XSY1WXwnuI4kYSS6r+0dRCWWFKyM8+X+2o0dSXumb9INZCEn+3pP+T84Efj/XGhe8644gpDRFdW6mNDw==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

File Signatures



**AXENCIS**

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 11:57:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LTtyRwXu3H2D7+0nKZKqoDmojoKSO8BBT3xAXezoBjuWk3hSEdP6VHGUiqvQe3LqAbozXieSlSH1x9iluC1zjz+MyXk31vpojX23PlqMG+3uY/7/izHasyNgatooy6zSH7GPj8T95fYZzae0Wih3feZz72y4SHG8ZZ70fWXvg5730X8vgX7UCvoZ8AFCa53fhJ8f2GKkgDgl/veZOpnCkb/Kizuvl R801DLYVgPwCdpsBzD6ETc/X1L/Ve5Tv9KSd53jeMSSXZDOsOT52Vl87rdwhv5P60FdiznGL8U/YZVXcUej4SEabX+Hkhjl1csEWaYxU1QmqQxM/US2ezsiA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-11-57-53-GMT.mhtml

**Hash (SHA256)**

5cb69fad0e5bfd77ac43d0700031e1408c219dcf2b808c141e0d1f3f5bbe4181

**Signature (PKCS#1v1.5)**

nKo4+cuoAzV20CkgkW8cpjpENYU+Lqm6pAy/onQMDjmYeUUK1hxA30Kg2IwVdwWCcjxW/Nv65sJFjnnoL3zJSDinTq7d4yMF7bX4dqPkJagRaLHLVeXTkX44EtZZSd1DNna1ixjY7j9SjnZVtAX5zmzhhpbbJ6wbhUAzeWPbaatrcfHiy/aSaqcgbxIxVWBXBsfWv7fW29iln3YXCf1/FevSDzAjtqLgK7P6XMoFQJHQYSDUjX4mLRaT0NAFsxmVZmdAAHzhjEh5In8PDHN3nL7CT0maPtEFhtEhQTkIxxCQ9gW4edqHw4kX7JJKwGGmqq3mZjj5iEiCDVt7UNi7Qw==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 10:27:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44ab:c300:e849:336c:b36b:9882

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

At8apo9JJqc4tUVMfK2/3dubNTD2c3iPA3LhUWg1bZZgxuv/MkMMEFYvlrFyFZhoRYy9zRsvR2X7k55+yCyTHz/taodjWSuuzJeFJ2BzkwzWmQRTZJZXS0NTvaZckcgt2YAlH+hLjE0cMlNOAEu+g0mz3h2EEjcSctA2QhNg5tOmw0AGB0osUVcMSk7oYgweyM+7UvZuHVfly6UKWg2iAGYiMHFHPHAoCuZWuxcmV0cbx4IhbXxhzYBdkU0aYJQsak81OTrM+ZY9a8taMDv/H+uNkEEoqHJMluDtfBess/uYc2xB/kxagvckKtDvEiOzpFm8okSm7kQoNrgdEOzFBhX8r/A++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[[fs]]fs]]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-10-27-00-GMT.mhtml

**Hash (SHA256)**

e2f758e57893a6f19438b5d02ecec632dbc63a804d0b0d9d1fa2e1d7ecda268b

**Signature (PKCS#1v1.5)**

olc9N6i+xkH/TxtyaP2zTfg0KYme2DKxDODqbmau/rpK0F0dBOKaHdSJYnWYbecap99eC3fxvLbOTozLKAoKYicHpLAdQpZYJLOAYZTpcGu3/Ibu466DGn8JZZAqE5N4Wjfh6O6dbpn6K9rA7bie248TXW26q6cr4azk+JrT9D6rjm2d9okP/KldGcbABLGy52Y4KyLTQ3AsMrmyT2sd/RtuW6Eg1pfhNl8cE+0rPFC7XWm1IOMNvygM62sMptAtF3Yn0ikyMY8DOgmzD6KUiRmCabJHCBTPeoTTV9zL1rgPG23STAtUEAxTgeF22F3dubNhvZUoQa5yXvbe0Bhf5Q==



AXENCIS

Evidence Collection Report

File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 19:53:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J/mZzJ1EuVyGyz+LjuLCXcorzBWTmQgnJxojOTVxtjCVv1iK+B6VRv5m3CRawKeEoIExI2FaZoD8JQS6+1UsonoWreNRzhJ/E6n+xyf1xmL3Ff5GIVUQ7j+rSN2iSXx1yLM9M+pK4dc8m2vH5RCYWD81EhgDkKM+3hFURKP6p7biJ
+orlNzZdb53msscmQJDN76JcmZLr5nr7An5F89Nhc9bh0gjFIw5flD4asVxRfeSoKQL1OmJvQmeocViX8H70n3Zd4mVAsngiOPH4gwo2NE9afv4ikKECT2pr7GHHPjyKIj+L/pGCBb5rZP7llm8bpvLqxntkcfG0c+uWZNQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][h][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-19-53-48-GMT.mhtml

**Hash (SHA256)**

61cbe59d9a41ac45dc6e26708830f4f9be7ea81e41dbc0741b773dfd73100b6f

**Signature (PKCS#1v1.5)**

ToyqYt2S81geQnJ4z+iq9fP+FjSrGUc7i4gVmGHEUmXEJqBHwJQ5/ZlNQzID9baPrrxz0Vbs2wH0DKAm4ORasRXUwbs9uLe
+R000XSaR0UsONU5QO5c8Fnb8FnOHAAujfN0Ske5n8H2gKESb9XkcUIzj1Xe38aBAuypknmcAU7446K1wJeisIOvCmNMzoziDNm18OIYlN5z1T7+j1shAy4LHiIjFyoh5qq9SgxI3pF7W4sxAJ0tmEUXIe1v2A5qng0CrEG0Yr2nKpKgFosJYGMzmVJlX6kjJXdjer/S12NsklGAapb7/xySC7JaNbw
+7qWGYmolhEakXiBRSDeFog==

AXENCIS

File Signatures



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 07 Apr 2023 09:41:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:6:79::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

A50bjNv/fgFGf7E20RAyqGJMgN+UC38UowAHeAdzckMVWwbclFpxNsQEYWKSnMs5QXGOr9ICbbrf8Xt72BlRZA89WW+/6nNAHRYTKSblRmHPAQiajY3Gq/OCoevkZmmMVKQRKW70LFiQ9AWssxBKF/450fnjD6Q3hG2VEHj6XH5y/t04keeRuJ5niOtzoztmaFBwMkZDYNiHOUYn8+4EUCy/DmNZazpbnxRU3R0MPudsReB7lnm+TRhgCAjlxlNrIsActLocqR8ZUXbQPbKGK1geiX9jSD7DsTBxw/k1rAUuPLhJ7SNYMHqZcA4COmx1/0Q/9cm7UQjBo62J0lw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_@https[a]fs[l]fs]pay.ebay.com[fs]rxo][_Fri,-07-Apr-2023-09-41-14-GMT.mhtml

**Hash (SHA256)**

2fa86c8f4834da0aca780d26ae0005c48546637c9903631dfe69e7dca5ec20ba

**Signature (PKCS#1v1.5)**

ZcV+0/Du211kj/0k08VfDPePrhv1vWebiGJlkg5PTZbrQ1fGz4Zkxt5PyC5X5+j1VRmSrHGMVBUuqfltXDB1UNImN3xB8odqysFv7R9GV4crgtiNSgViXCdtw3DpB/
rRSdovgo6qw946st1JccVNvwiV.lzRwwOMb8hZZ5q7NrmyMdyxU4vXmipPesyAeTDhVd44nvL9kaJUaqjPJTjZmphDpFXnb03yLwJPVCVPL6PErnUphjAX006RSHXbOOCZuyke5/PM8g+mjPsfG6kOKVw+QKyobrUGCJ+LJLJo7VN8KVv9aHAsqTblBaLlr8lnW0TYhNAm8gmyXTgiRlyzw==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Thu, 18 May 2023 18:46:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:443c:6a00:cd7f:3904:b9d9:67a5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

n+kHXTVrkrJ8/a4vgEgiHKiJEKLfKM2x7o45HvPfiug0chccouCcpDRpurhWB973YtJThnNHq/xcYfP6NMjeSbnO4PpBiORw9RhMzTK40vB4zD8C9SaDxdMvD7j1zqBqLuzlYmD10KziZE9laxutOgyaHeXc2Pd7FLegc860E+qfVUdZTzA1+9cGs/IGBupqOXtRLGab6Wu5zJL6ysmBMBMeUkaVNXRKWZNEMmL1gbRLAApXgNLLO5yKBGazYPKVOjZBPpZv8KDYFMpgfRy56iPRZcTOdEBFv63Ttac8cmAmp/TeX2mqz9mfImWV22+9nAp+jrWFk1CdU39MNqUdB3w++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][s]]fs]pay.ebay.com[fs]rxo]]_Thu,-18-May-2023-18-46-55-GMT.mhtml

**Hash (SHA256)**

052d119c56a35cc2e55ece8faf4caf ae6d0b5347a849ee60265aefd8e1ca2f3

**Signature (PKCS#1v1.5)**

fvajiHhKwHw6N0e33kcPD8JebYQwmBZsZmefnARChHdulReNfbuzY/0uBXLwBQ9kviiX+bXSkAm6MihTG1YMooni4ZH+sshv+FBCbWcz136IkQGRn4M8omBUqS+F5vTjDS4KuX3hZopbiX643Ndlq FwggzMqktt3AsawAFprExx1el7qBQ16sbZljkqHNEPH+y7d1C1DT+Ndf+z +gkXPD3PCHYDomB9WLVczMyKSr3g2m9osdrwEb69VbJZRH11TO1opyuRtpBuZnwKeMamwSMPveqnk6qk4wBVWE1HrF/glhygWa90CDmnqedXyXlovvqPs18JQyHKzVKc3g==



AXENCIS
Evidence Collection Report

File Signatures





# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 13:37:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44a6:9500:d060:a8e:10f8:656f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FUhta7yoMPIC0tdmBOMng/egVytztyw+4hnsbuRQ33cLv0E4xKXk1CDNYVeXjaPV29qYCVPyLG/00jRon0rmWLcus7Ae0PJwdnfjwxaNYTvclMDpnbucBcexb6avZ8ZVv4tcrwBu6mwBI97QpT2GPwdwMyh8jJEDY5oIWVgdtbTeSVr4ROxqBVDmBEy5ZSrzUzHUKVwAKkFOvFp2fbekU+nChhzwkFEExf3f3LtsGg6wgI8cN6qNIaS0inwGCzaRux429pSiHAUSMcNBI47EHMbo46renzz/niJrBaiSORUgyT9H9YXh2QmE1QrP8J/23D4teZO09DrVRq/ysiX6tQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-17-May-2023-13-37-51-GMT.mhtml

**Hash (SHA256)**

691671265cb957be22e7a56a4d6c9f0773d7f953ddd2d1ac4d1a18a7396e4925e

**Signature (PKCS#1v1.5)**

HrxhSriqqJjRjVmBuW3jf2VUxeaZkxDztn2WdXMl/4MAChez2VH6+3xqloc0GkLPtRf0i8w1PYs0/CTZ62wRfKQ0kCEXJ0hhPJQroIKv5DrDSl47y0i1FiOV0s+dMxBR/JU99YuzNZYP0RWYk8VnZJOYY2Gbuk/SOfvZ/GgwhfeLBnKxkN8PS00Awj3HjQpfjzz0iiLaqo/O90YfPTQp4vdBhMmpmhBSGCu+9oDVshcCgIsBcsEmqAKtMT1/0Uz41GE7IQ7zmB+Mkcv4oI014/408BCzTaMVEWzVsQ7GBM7R/OI+4p41V2M0uF0oyC0bg2Za3OKCqTUT4MoovbVqQ==



AXENCIS
Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 06:41:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ac7Vi+AfJFxaEKsyiRlm1kiltdzKFdwX0qtxBAwYaam/nUWlIW2cf48/7g29CSoW7wR3JggfihEF/tjGfHnNXzNkldPmsI8Qc6tQV1Hrk72W6blEygbUE4054B8wFcLRokiuzueRF5Lcenmp1j4TTc925YTPp00GpVitWjxQijmsi9tOhcYm/
YBqUF65czsFcJ0NevoTjYT6nqDfUzHVbVatNl4jvSiTe43Z7CnIRCUXxtgZm02JosGIVMKS+L1ghdxHQgbFCu5S/BVOGGwpDOWK+mueHr2DdMnj8jhLVJ2TeqCnB1l/2YDZafw9F3CMo0IScoGmkOz8cBxzvwYXg++

# File Signatures

## SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[https[s][fs][fs[pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-06-41-01-GMT.mhtml

**Hash (SHA256)**

0f296e651607aaadc92aa8fd39e0dd6513165406e3056ee1de94d3c47d80924

**Signature (PKCS#1v1.5)**

Ok+/RjBWHid7uGFQvKLc98EO3JqmvnDHJp84v4VuBH9HxoPRGmzgpUGmhiurZiFWx60KYQ/l3dVJ9en23507DBLfq5AH2yL5D6CiF53u449vPhAAMOElHkuG0egd+wb0YjVA6U8LeUarrV63joTIrBU0XplcZD3Qxi4VxqO8A0QzrPpdA1PGA766N/2EIvk781ERcgtnUeXLNeb71J6n3wWjnOmi
+yfRldwyN0JsWxVFSQ8uE1nXcv1YdH+x40dmniOnjq9yqu9uzpuxT7AYzISHMqVESFUE8wsFCopXI4TFUKNCma5dG2JvwgISzl29KE9OWS4TSXgnQ/z5glEYog==

File Signatures



**AXENCIS**
Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 12:32:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GRmXL2igMevXfBAMreUtRXtBUmcDUtMcek6/j3yKRHJJ2CjX6kL6D/gUgsTAogprOjnuvC1UZOyCDOkhnAO/24NC8yO+ScrC1FQ1T+4/8yTPtzSXSCPXXZO3I5Sc5bv+apH1qGoeSYC8Wrvi4qhOXjejvW8ckG6hlYkt1+KB//jms1oSoeiwNZJivgY/hmpDWQwFt3NvjSQkt3aQ/Jo4332vSRejP/bZvGQOrGQqggfBw35PIR4bBIaanO1HbQAEVrpdWxMnj48ewxlKNdpgay5eRZi7l51zEBJ7NfjYqBoL5B+puPptqGQ8iZfF2RedZ3wO5ExfQCjY/JrbKy+mZew==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs]][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-12-32-05-GMT.mhtml

**Hash (SHA256)**

b90886fe681313caf8d14e99fce9b23efd6b16fdf7354aaeae8ffb2231a6955d

**Signature (PKCS#1v1.5)**

hgvRFLOl1D0Qat0pl3XPgEjkeLNbt7N8w5heyVvKuCXpVSnfYTg1GYzO9ewiRlHr+Y2nB2vmPW9QG09YDrjsjPteaWkiwkKKa7g4iReXRgPluBqn36NTwAKbL6vc6kEIafyJZ10esVkLTCz6j1r6u3aNT/zuz847D6OnCBXqF43hjgON7qOi5pG26enMZ/xOaDxVMDQ2HOa6wMAw2PeuSzWscK2EcHt2PiGoKfvL1FRGmzUELIr8OSzZGJqU+Rv3C9Hnh+6hhcuRSbHTb1PJaW0Rv1P6UFTel/G3IwZI3UDISBa0H3nu6omGVfz4Re88+s7BhsSLO6dRzmxY818Tog==



AXENCIS





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 17 May 2023 10:08:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S5VJU+p1V/3g/81bnq6rjp4GUiiwO/yh7rN0cC4DBg9inC7g646yfRKouNrvn7gd5nXLFC5IQBIzLRWVwtt234gTD7Iked4OJaPQMpHgU1VokpR4fBvZxIu2HHzRL0cg9qHIpfcGBwVfhnXQ0GRhnFXTMydHzwzsASWcL2q5gIV5D7nnC4+LR3HJRFg325qJL4YVGjYsyO7FQongcq/ZTJ1ZgfLfB9T08SJ03emgIE/8Kno/IP2V3Ay4u2V4y1+xxODtin8GE8zWMEwZAft07VR7VqlnmvSKUDD663BRoE2rK08IGfO6nd7NIWE+BFw/uNmU9nLwRDGyqASx7Eq6g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[]https[s][fs][fs]pay.ebay.com[fs]rxo[]_Wed,-17-May-2023-10-08-18-GMT.mhtml

**Hash (SHA256)**

5d8cc0552d5ec0db7892f1cd28ce376296b6f6ef73d692b69de6bb20df3fae87a

**Signature (PKCS#1v1.5)**

Ovhrxivbb5p+XD4jPYzCwDKxS8mdpbGwRofiJJ8kyQKfzsoKKGPsaqKBMSAKAekQyCbQ8Lpn5BbkMIL4HvChecqPAi7UsEoWMWBINGVjD8PmsNrYRj8fbR6G7LFQ6M9UR+lh8HROF01bo3BmQaa1+l0XHyjT0lgyVC5CLEub4DxXs/wam/EQxjaRAGzkEn37TPIqFS+dYESk6KWRLB8CWJgZnc7CpIWwEL7IN5PjW7Yq90OlsunU1xJQRl4PN+mEjGEJA/MU1lqFySmcNlsRx1yrqMYsURkXXmE2/NuzimeZkD/+7YxiRx8XYUtmtX9zrif+nEizgqhq9lD88/OvGw==



Evidence Collection Report



File Signatures




Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 16:24:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

r9K3ddLDJ4O4zW904ZWF1X+Qf4afv8oUcaWtR8nsa9vVEqhFFYUfoiOUEWoxMUK5Wg5ShiJ6NhJZgdjN7kwGKR4V1Zq7acrHVFsZfUz2QnVGJ3nBu75qwanmP2iksG90UIDlUOSSzXPtEu4hmoiTcYfdKIiv7xBH80KlsZV4huQZpCQmmfoVIzK
+1/197qPabM4HrzJ0yMk3rCCl31vMPFbL0GMwAdVb1Mr9Xo/rFNtqtiaYphkUxLGEbcty40bUP+iYddH8mENnsNMA5edg2fgMpH6FF2dHAAX5QwwpkvyyQwlv1Joe4+8pvmmhDgFdB2g4xpMq53dlhd7fwH+lTJA==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-16-24-49-GMT.mhtml

**Hash (SHA256)**

2947e697aaf552ac2fa1d623a35379e36f99cdbde31c6414bf6eb392bdfd4500

**Signature (PKCS#1v1.5)**

ADhcfCYCFLer3LPPMVD+sOErlYlwE6tPxQEmUwBWXxvG3vBQVfY4a9ijDWJO0pcTXNE10u8a8tpau/6L3sZAEOwccYIG30oD2pTs1xezQHDT6hLL7CUGYxiCohhvhYrKElE6VTwXvzEjx/tUFNkxQDq5ssxzcmIZy57AqoTf+zHc0es46DBSqpf8q/qj0HNZ6wGup2r/
oumTunJzh4Frt7+uoHw4WNcQy+cstQ3n1scLAaSIzYwV4T2DxH9NoBQGUX+MDxobP+3QEOBN2rviZWO+NxtULuleaeHXEpj0PeMGV/Lde2PRWmXc+G0XP6SPt1u85urAuJe0ADw2RIYIJA==



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 13:30:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fxRPklHOyZC8Zx/kluwX/fObZ+Urx4GNLFF9VROQTWmzs+9zdK5Xf9rkMR5ryAbDmm8hsZeqs5sZ1yCkGoofsY5x7QaTyJo6uWrC+6zOL+wX6XmRuHrwFdM9J/OH0JUniqhZ9b7tQxk5j/
yCCoyWoFKDvOBOBkRvJiy5oK/8By40nOoOOrHYd8Ehw0wLK5tyvpimzcJGMQm3FOwup04WmxOwOzUBKqyMChBt1xwJz1cl5KWB/wjh6/VNjkoEIM+efCBS/6XSJhANJGFfVexSyhvhgqcebfavqEVy+u3Z9+u23WLNrP++sjb4QyYsvr6tUow5h5SMeFe5gYO5C896g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]/[hs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-13-30-10-GMT.mhtml

**Hash (SHA256)**

c6862927bee70cd50348dcf4dd260e08af44aea5e4266e4435f92ffbbd63fc7b

**Signature (PKCS#1v1.5)**

JhvvY07AjWPkYFELvyGu7Aat97qvksBv+BV7ByOLtzUYtY28WR4HxO33aHFOmKSVsJAAAKLqnDVBd0LtmygZXnPD6Rpw4k6+Hg+2cZCP3wToQs8grdHd6fWnpOqI/P/p8T3jau/i6+B4wMPeSPUpUtmRYfUKagN8Cmxw3ThM1W4X2cd5zX7Sgy/s2a0PW0nepSiwwOkmzRpMrf2t/
gwWpmzk5JL9+Ck4noMGFVWY09IC7dj4Ng0/1BvdemaUis6/U68LKh7cWgdkDXGwH+3IYKEd7qVbj+2Q60Ewc53zOhy+FeQ7Go/fHi/BJDYmG6W+nqopCSu0JeiZgxu7KBOHXVg==



AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Fri, 19 May 2023 19:58:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

2001:4451:44e7:d400:9c74:8d70:8bf6:793d

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

vy/1HSETRYHYwhblCkV9zsAMYDF88dxSFk1CLLVYYEhDkZCy9bObpP/TvdLvYVoGb84e8odGzb0TcE8lTvStVxNGrDIHZikDd4C3dKqoQzxVfweMnO4z4ZCgSW2Jdj)TPtWwV5WSk/H7cTiDvxsbVg7283RprYtw1ezsjiLXmIKMCHMVIEehuqtDE19KNq0XHHjj3LLw0c8QoxKDCJ8UCW7t+3Mq/wGI3WWNHA8LyrHyja9fkyp0RF/Fch1Kuc7Czi/6EHiJpnkPNXSKL5GIrFg0pmDCmvedo6EiykDijow3v7PNPqkwLaHLvDZLD15+GgyLh1XJ1sdXJdqT1Gj+sQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[x][fs][fs]pay.ebay.com[fs]rxo][_Fri,-19-May-2023-19-58-57-GMT.mhtml

**Hash (SHA256)**

a95261d750fe07059d2447f9d50d44f030329b361cdc941e53c563f71448767b

**Signature (PKCS#1v1.5)**

D3R/F61uNqZCWSY7scLRVqVvM/G50fhwUOXmt5vD0Ud4GiYSXxPHqhCwt7WL2bd8M5NuDd/ZzHxK2Svmp46OttJiicEfMX9hTSF7AO1b702w/Zzv-ZZrKDi57XkN5GMsBroR6odYLvlqp9fjRDnbBDPdaGcYaSUdxMySIXD1U/dXJBIdTzFy3laGUmkKqDW0UY9uRqywgjGkJCd9KjoHrvM2vdxO0WLzHOu9jqK7kHd3DOaJuzhYVJTn8y8q7Uv4YSfhgzqTLxsHjaq6U7F+ wbEtUDB3jzpDx61VNKxZU1cLjsTh6nHr09T9gcumibo4ay/pHq9qFMD2HvOGO42l7f2XvQ==



AXENCIS



File Signatures



# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 18:37:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

9ih62T23vdDkTV7hXsmoqnf6n720jQ64cvsvFptE5JQPQilU0gYgG+ePH7fe+8R3Bo9+bnyaFk5dEH8P/v0ty6zN8DdQbTeC7QMMsGzXViZKgMUapEMIkrknDU5MpJLvWUObORxYKKpGtXGhxB5TdMOofN6NzbIWn0mfVFdNNioHPodiSHT9xcW
+ZwkpLkSzQxs4Da8kjJtPD5R7MfzN33k04yFl0NGlUYrlPyVfRlSlfFmu1M3l5VbFLhQE+Zj0UlpvCcbjPWaGKtb1v68gLHjSZfDVhqR1xlPQQAF+F+K0eM+Djkm/XMUyWMaX/ql/NqZ7l+xzdXtnkhIV0M4w=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-18-37-26-GMT.mhtml

**Hash (SHA256)**

cf4dda559f2304a481cdd0a8b5768134104bb66e8b5ddae0b0fe4caf99af611c

**Signature (PKCS#1v1.5)**

Ho8I5ADOgcyYM2pqcfH+89clWt8ue+sDr2/Tp2tpfiGzQLAM5v1PmvmQMNDgaJ5gs63dGb9fwhr/bEN1HnWwgulc/8ETrt2Y6z2KnENeTUvzLgz/jXpzDDnzuiQ1XDioc87+qWnG1X5Yy5w+uJ+lfNG4GJ4FeIf20lOKhmwRT3IG1Yg/cxs1eJsAdEeT7/
v9A07tBW61Gjw6N2g0VZsH1GdbmiGO3HPfmrLsABu7qMH2LTj76QCoajRG2gX5Tv.JhBLvJTxbfjDV5qFcK56+CDwtG1sUtANE3N6TTjX3qCFhnH5SsixforGtyrat8hwqyDgalyo7mcReRIG7Z7XaQiaw==



AXENCIS
Evidence

File Signatures



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 11 Apr 2023 10:23:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aA70poIojUmrX9ES+wWBXQ097MUcnIOPIPXTUzIBHVIKT9Nx/vS1P2Pt/4nHoDKuUFmBdBHuWUT+KbjV2H3ovzoQrYi30SzHOrEZ8gkau1hi/RYD75JSGSUviFMjTuQODjdkVou5933KfEOnSlft0Mp/G0ZxySXmCd
+dmpm9AiJ5lvIRUXlbJ6IggwZaflyxArX2bGDzVnbTvTNYc1+jxgcs2P9yxqMfP60yrGX5zH4gEXJ/OVcOGN5PLR9bYyUsIzIEyvTokNeqLmco/H4A6vMJDpXi3djvnl+GiAnkIcO3eTusqhR9FF+HwuUn8VtM3uvZAROpKk8WHi5V+KCg=+

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-11-Apr-2023-10-23-51-GMT.mhtml

**Hash (SHA256)**

574c25ef588d791c8eed0e5ad0c095a1a76b88b9833cef18e0c330067484b33a

**Signature (PKCS#1v1.5)**

iqLLjS8Wcxw1w5JvNimidctLIREJLDvp/C/fAzu9+fzBdUQr50CDR3LBeptGi6bV8aMFwuaG0ZxgF+RWGs8ebEtvP0IuyG98YzyVZvroc5adzbZuo/2HIt4OXh6ycT4kdaq2p8leqFzTNpTZNhz2ekq6pE5RLNNTacfhBMj6vzZLNVSbXlisxSbvdIsVdgMCnD6gAlnIfEPMu0Ld+NsgkjIs8psUUiOb/
+jd3Hrq9J/McsU3EKKrMuR4iFTApqauRIJ06nPBiDqTi5WZ+i1Mo62ipivZF54jKfuTuM669OA62Ri7xlCs57hWh8AM0Wa/Q9EaX3Ss0RDaOgDn9Q3Lwk5vg=+





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 14:40:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ujIgQzu2hSHzzNHs5mteDP8IDeGY3Sn2rks0Ul4i8yEMr5L6APL/BOR/b4uxNsUfnHv7FYqMuBHGGFbNbicBRXwyBzyM8yGeik9hfby75oO+siFu1xjxh1YYf/tG8JQEQJj34CBFiGDKEiji1RIV8SqzdnoobEdN+CDP1Bs7aAPCA2RbENDzZSHo8WApR+RQaVAi8/KMO5sDO+AfVLTnwXwMvxsUW.JZ5XhPqIEHP1I6bzO8zIHt0qxBSFz2keKIUxBg5xiW7EPhwxfRgcdwoqhi7nRmZw+3S+rIyu0Di4uHMbALGCBd+mosikmA9CGx6de4NWfg2JObxLTFV/gy3kw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Wed,-14-Jun-2023-14-40-28-GMT.mhtml

**Hash (SHA256)**

409ba836837f9580de537cb88b2e91175cb157a4d922998f4aeeed5690b1bfaf

**Signature (PKCS#1v1.5)**

Z+s3y1+FHMRHjYfiGk+2tvaompJQusU6Eu4AKsIccMhRKfTxXCtyM8cmhe4Hs2xR65GIwQ/zMNLUVPAsvH/T6IzQX6remnki44KMxVoZE6Puj3XN+EO6sMbMVELqBSjSp61VuSCo/Eo+UFm6zMnkpYlPuPuYFSA4hH7KW2F1Rs7/vT+3daTeIvA2i58ttUILDQ4E6zYrT5ESUw3oGm66Vd5p431H3igUrhtNeXNT0RW0b34lTHIvb7Em4xxZCL5wZbkhxaVcy3AmCoLg6jV2Tx47mPqBNS3IrgJBJAwJPjB14kQiENwp3Y8DH5A/t5NV+0LJ2kgkvWct2J6/aaQNcx+A==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

AXENCIS

Evidence Collection Report

File Signatures





Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 17:43:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pFpPrXOInNs2Kl0W//rnqADwUklY/xUYkApS7PrpEyhhAl25bZHKxbK7Rd22M1n8Ee7maT+NtihYx40aB/MUTlXE5pkJ9Cz9EZUs21L1JKyem7/VSR9FeldN4HLCx/shgoyV8N7/SZ35/VCah5+ViWVSsCJLubt0PEGQ951yVEZyMmKFusmQ1XDohm7OJ8yrbqBghbGJgEBQJqslF5cID5vx+xtj1D7am3t4JHrRbuWUMflBusQQz4NkzybFM4uYfHXuVT2Nqo5Lpbi6wk44HR3K8Le+6Hcjv2y8g7KO+GSp03WUsZt9cr2znz6WUWb1N/jcOf5bNW8072+ByzOeSbAcA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-17-43-06-GMT.mhtml

**Hash (SHA256)**

748bb0a0659af20efad651e05413208a6725be894765ee07443b0c9221ad269

**Signature (PKCS#1v1.5)**

RcU8rP2fJ82/ZIZlSlnoy+R7p1/78ACElK/yQt9bEQQL+9d67IV31Lu26oLCNGvOEMs9GvD0Q18B+OsV9vEANTVJMvbh2RMbQQ9Q2hmBvmbKpCOsb6YDqiLSz9oc/aiFJPT1JPxzdCEahm0mCr5zUqj25CV2LmOyPUWy0WFfeytEJz5alcDvHNRlf7C4byc4TP0gnbBIPMDuSwIvb/RjjsiUu9rYnGo6X7P7LiqhuBIk0jsFaFFxPOSy80PFSR6p1IehBr9iu2JKBU28ZghNMVJqGW5UbVh+qz+gU6F8Zy5D42PvLmYT2I pZ1/jFYAy9JTEQCyuYKoa0faI/ALCvFFQ+=



AXENCIS

Evidence Originalion Report



File Signatures





Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 13 Jun 2023 18:04:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

bEoU/cXjXQNV2dZhCJkNiRiU52O6i8D1S0jTghUy4izhxGbWmzBrumOxHTgcM3iahqr1cDhQaQdW1PRlVXXW4wMOtA6/rQWeZ0wmCGYYK0vTuYOdxfGzDsXPY0CKK+NE58ncm/FQecHvcv3QHr3rMzogKkrfkvCdsnlsaCE0lxscOibYcOldZBdglscZNdL+OE+vaMBV2LYy8hmbjbe7V2CbdbRX6ZEN51B/XRbftGbfyCXne2G8G56rReVks38z64Yqg/fIT25BzwvB5Dw876703rZA0fAEoTqRkh7U746K7xOfRYyHGoOBEnkAW+Le0J5gCvxsM6AGEY+DmUO8Yw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-13-Jun-2023-18-04-58-GMT.mhtml

**Hash (SHA256)**

1f9d2c591c7be7ccdff211170e97fe43e850a97c1ca7c0bd22476b7231844f9e

**Signature (PKCS#1v1.5)**

HtKDXtGW7QfA49JFJp9OJnYNJEmnD1Rta7ZhLXuBNOShMJ2GXS3XZLk03jelzvMHkOdQ9nrmuU5F1eo1yqnNoGY87GvgxRqBzvXhAl5yfFpEVXHANyd0Pt3rhiQo/vOPUvaCyeZMTfshFUl3Lb2DDgZHxqc8AEoK7+eUP896hcR/JhncGcKrCTC7lbGa9Mr8qW1wDVTs0L9JkAERGqjY99zqqW1sJTumYNqfGuxQjHcytFSH3E9X73lvzp/u7RPfSVIK9AbtZfSGK38+MqO4Wt6ggp2PCl/6z+EG3LI1KSVQXSn//4uwysn/yvGw/8CCpY2lxOli+JpG07DwsS+w==





Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 16 May 2023 20:05:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mwwKD6bkkX3mQl7pgTDt0K4PE7sYgKBtJGWX8arZnbre3kGAzZsj22wH0Bg98JXpegMQAaOQG3cTNfatYraAO7g6gviRzroz3NQovDlZ5Lhg9L0eKlKaUc4NANXfA/4Lat7mA10s1VHZK
+advZXeNSlErYyB8jv7gAbDyAbY9OS9qQsOryaeakfg6zwVc4Hqca5uP9Cj4fBWAUHWBA3HY02oQ7zkHr4i14LuV0UZyqgVEKujHLiWW7i1gGHOLi+zMZyddfxL4HKED72+sZ+kNVf708aCL22BHscHh0UN66r7dAEm7vertx5TG3W0+kC4EyZljSsaD0Mqq9WVXhIzQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-16-May-2023-20-05-39-GMT.mhtml

**Hash (SHA256)**

08cb64d42ea93baf020aa23ed04208081a0b78f32f62f8f9db1f364bd1100863

**Signature (PKCS#1v1.5)**

FXt37QMKbe6a6iCMNZZ1OY0ZVP/0gGHzxCJM4MxU+f2zvcmiPEDqkLP3aY1GiPM1/yiTrfgnjFWLQd/gjrUjhkHAXMarcEit2rpIdIacIEHxe0PiBlm8E3qlGqqwaLbKsz+PdzGF6N3QCmuTjs5xecJ5K6t0oDs/9K2HiF2esOVSMYL5VDy1t/
dDAkUMVi7bt9sskD2VoVre255X0j5P4oZBMgxWrpjavmjZQm07KlutNhNtV4YMtYhIk9QXhHikpziUPZR+x1PVF/JJywg7fpUqb5VD06VOegbs4gGqvJfO0vc/jBTLeM7x0PDpMLEZdk+aVYvT8mkSCpxiwcugA==





File Signatures



File Signatures





# Evidence Collection Report

**Page Title**
Checkout | eBay

**URL**
https://pay.ebay.com/rxo

**Collection Date**
Fri, 07 Apr 2023 06:15:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:679:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
eiJg1C/mGdeW/PArf6tzMo2eYx6md2b63V7Thh4b2XaLUWwhSA1Vq2VkROQ/L8t08cb9duABzCoJ6WdOX1frWMRVajevAfOgNcJ2NHOOj0bvQSfMLT+0JmHUWcccQMd1rH4tgNOc4u8KyHGwreMSfvc/FBGBmTwfG0stJbAiYBKGmqDR1zsDGhBaF8DMU/zzVJod9DshXp2ADZeOG015Us/R0p8QRceChlcvZ/YsQY0LFarXFV7w3uWwmqwsVyfKZgNiCzvqxzynM3MO1zByNz1ldubXKsHFvtQts6sAk4yA0Szp0hBoJrJBaWTCm7p24MrYfvhUrV4qS6DSQ==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]%][fs]pay.ebay.com[fs]rxo]]_Fri,-07-Apr-2023-06-15-36-GMT.mhtml

**Hash (SHA256)**
bf972f31929fBa27c4d7f9d3a25946a2dbc0493220350e514cf5443f1cf7373dc

**Signature (PKCS#1v1.5)**
Bup3HtEgE3+DuoiLMkn31VKJCEG+BFh1Kceivzm+cm0hiWf92fi+yBW2ZhuekPJybQg/3gxoBH8jntD9FSspjUWTvC5XBqK7U7qSRxTc6/jXu+ZPEwJ6Bt51+a6LKyYUtWOJ3qj56OXSlgqXQ0H9VnX6erxxjap5UM7q+wlP+aerJx+eCljQOO3WYG1rd9f6Y+NmkQpuY6qKMG8iA/V9fFBg/qf2JzrAVQuXPZGzRn7A5z77dXRLabhhaATlJm+CFHGM/VUreuNykYhU8GkGh9aDBU9MkcA6ZFL4GkCf6kocaivu+7/dZHd0FYVSqTp5xl0aaaizyGuN4TkZBTWqg==



AXENCIS

File Signatures





AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 19:54:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J0QZyUsde+vjexUYnqHqP5Ln1Q6pSJp6Bl+kImGE+b5eeHcy3lloM2pSRZwoIGSnPHaQeX58N57cIuzX8yELLnsAWea0uFRP/m71GA54Bu40y45TTtG/N9oquT
+QfPATGV9SRgggGTvPOzEMggT88uYTcTBT/1G8V3M7M23öHUefh6NItPke72M2GmzKWkAkwLtnetLVEnFPp8A9GEmiTgNEVfnKA99qYn5huz8TWPX+p/JeZT+GtJnNosskBtzpgTnaOXGmvpEwxvw6sr7Y3WBraCN5D0A5VXAZD9ShFTeLA2syu0bMBvqXOgPc0tjmB3YdIB0Iu/
GEqVW9aCiq==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]pay.ebay.com[fs]rxo]]_Tue,-23-May-2023-19-54-37-GMT.mhtml

**Hash (SHA256)**

dd60441869b0a47a815344be516c9005acc46032393f11e422986f38afa45a6d

**Signature (PKCS#1v1.5)**

Jiqi8xXhUQpFX8P1Fg8Ptz3w177v8z0Pek8fmF3pK+WizGc6TQIrSFnrdNH0WNfM4NU86AHpx1OTqcORVcWht06eaamVxlc3GceHiHRzmc7A25Orc9us/DfI3mS1ADr+ld5TXLp/oEYeJlWv34yM/zkYGIyj+yos3xP9PhHEy6FPx79oCDzorm13QF7ncPqyB8AGOsLNRTD0/
Vms5BixYCsnrxxN5QFgbGCRuR0QYv0+aiNVjSd5emFovFglMinGUSDV+HMWDsBNwsS7/WFZFX06II7wmDPFTt4Ul1w9L+erIG/ZtJKXB/B2f7xhft8mF7Nkn9IPEsepphBQn4r9g==





AXENCIS

Evidence Collection Report

File Signatures



AXENCIS

# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Wed, 14 Jun 2023 15:16:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

110.235.180.107

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WkAUM7UqwhOjDdNHxoP69UiV25f3Sh6qPxMB7ar5SEuLR2kXfBfH6T4qYkEFMAxGtKDZ90QvhpOMxtu1Umbnr37PGYovE9Xdmug,I1FE9y7OlX5YiF72NRLP+P6CvA6NinZHC5Wi5r3xOacUUEcYU/ZFLThNth3vz3FNDsHHFPCdFTirFIujSuH3gwOo73Cw94EbOc7XgjNfNcwUpqeltBEaQ/FdUGEqbr+1IdncgcdaTUB0T5x1AfvQSiSWK00DuS38MsjOI2eMhVCiefsbWY+9OzNWgwcIVq4DVAwVJbGNcJWgrPDmJibN9b5W58J/krX6ITjfroE/H7en5NqgCwp=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[]https[s][fs][fs]pay.ebay.com[fs]rxo]_Wed,-14-Jun-2023-15-16-27-GMT.mhtml

**Hash (SHA256)**

d6ebd03f6c81cae82c1a71056549919b6190c36aa0639dce0389972,4cf5c0f73

**Signature (PKCS#1v1.5)**

X5M3dMh26DrEbU2vARfsfZMj5GK5Q2Yb7xZGGuWYaL0COweGrAFBfxYj4tQPAJClmmHXsfNOs0IH7+imvSUpJL3hjwr0gnIoMBDL1wxqEDp7Jd98bko15wxwRSBLrXUvZA88oleOJ45c04X9wG09cJ6zN2S9osFI4JgjLP9JCauoQcrddyX97aNygenHvOuS2vhZUmkHwHJ0XQP8WyKqHtQH0Lay3z,Py9hoOwVoqNN08WlixpHisBDu4rlpqNC1QXpY1a/4hQKim3XfC4352bzXJp901PfZM58iSfZ+PQJcXiollDhcagtJhtRPbEISdUyOhfqgBrksSUkl2u/QQ==



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility. User Agreement. Privacy. Payments Terms of Use. Cookies. Your Privacy Choices and AdChoice ⓘ

AXENCIS

Evidence Collection Report

File Signatures











# Evidence Collection Report

**Page Title**

Checkout | eBay

**URL**

https://pay.ebay.com/rxo

**Collection Date**

Tue, 23 May 2023 20:39:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.71.102

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AV+TqGHsxwWXaW+KJY0pnD1lF5RGPUbGDN1kswXhx/ZeL/gyKTvy5JLnvxsn0TKT2WWf4mxLt4k4j+ZCdaPxze
+YFRJuEDNvAbMZMAwxYqIjMj9hCsxJWkHpYu/8FHLwKD7zRV1GEw8pLMM6VIcoAjxwz9+a7MJqvGCf9BrsJ9M4oyYFC5MEtADFBaWtgcmUcwu8iwYguSpHKbljz25c4HqJAW/gU7t37D8IfWmihdruh8f/
X6hLLOezcahxpH0cBdk07Df0gcn12TUL29EJaTbhaliXRKE8pwLFGslE5MuJE22+kpf2xH+FXbIr9raVRUxBKAjXIUFYGO9BPiig==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_@https[s][fs][fs]pay.ebay.com[fs/rxo]_Tue,-23-May-2023-20-39-07-GMT.mhtml

**Hash (SHA256)**

34342a54a110cbc6c85a43dfd0cacaa9c1fd3da77afe84f3c257c94835e5b910

**Signature (PKCS#1v1.5)**

ehfM7XCux/PTWFyTPP/wW1/vKM6iuJR1+IC+ZZYh9Al3jhQDxEtAEHb2GdKFOQLgTK/l6bnzf+/jqktqgSoV1zzO/zsZWAL3MVmc.J/30hGRQW9d+V+w3xCNZ9K34t7J4hf03ysOf8f0WTW0bXRAkkCNTnPf/IwYjOrbkW94CZjSb
+Vim5ul6NZ0zIq351i835FNM9DTwxvgz21noPde3tZFXK6R1f1WhtSPABrjkGYqmOe2Y2FxSzf9bEQkWNBym4EIh12HtjAJ8afzaoS5Cv1q/xue9f8yPIEJvj+sA5N3bQbakH+pevNvYMZsGocyWEdhvwys+mOZdgl05C1hyVYw==

