UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH [D.E. 68]

Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, hereby gives notice that it has complied with the Court's Order on Final Default Judgment Procedure [D.E. 68] and the undersigned certifies that Plaintiff's counsel has served those defendants from Default Schedule "A" [D.E. 77-1] a copy of Plaintiff's Motion for Entry of Final Default Judgment [D.E. 77] to those email addresses on the Service List herein. In its Notice email, Defendants were also reminded that Plaintiff has maintained copies of Court filings in this matter at Plaintiff's publication website:

https://www.dropbox.com/scl/fo/8tbqd3xmuk466jn6rs9sg/h?rlkey=peje0k21zwgjpeusetwf6v35l&dl=0

Date:  September 13, 2023        Respectfully submitted by,

                                              */s/ A. Robert Weaver*
                                              Arthur Robert Weaver (Fla. Bar No. 92132)
                                              Email: rweaver@brickellip.com
                                              THE BRICKELL IP GROUP, PLLC
                                              1101 Brickell Avenue, South Tower, Suite 800

Miami FL, 33131<br>
Telephone: (305) 728-8831<br>
*Attorneys for Plaintiff*

Service List

hotstuff4uonly@live.co.uk;good4some10@yahoo.com; monkyabcd@hotmail.com;

acbdesign2014@gmail.com; aeiwoebayshop@gmail.com; affordablejewelry2021@gmail.com;

info@imagecreate.de; cleo05newban@gmail.com; minhtailieu@gmail.com;

alwhitby2@gmail.com; reneberg1996@gmail.com; ameivaapparel@gmail.com;

Annosha.store@gmail.com; sonatagulbe@gmail.com; atpl@btconnect.com;

dclaxton@bigpond.net.au; info@knightstrophies.co.uk; ub114108@gmail.com;

wellitsjust@yahoo.co.uk; b_bitzu2000@yahoo.com; bagno250@gmail.com;

sueshandbags@hotmail.co.uk; chuu.batutnat68@gmail.com; beadybobo@gmail.com;

bigcarthub@gmail.com; bikerswear@hotmail.co.uk; bizzarefinding@gmail.com;

blingzntingz@outlook.com; pinksilverbeads2@gmail.com; ebay@bluntsshoes.com;

ufworcester@gmail.com; blueoctopus2000@gmail.com; benshalomyossi@gmail.com;

amberhewitt@live.co.uk; canvasartprint@live.com; payments@decalheads.co.uk;

charukamadu1997@gmail.com; michal_tro@hotmail.com; hello@clublux.com.au;

nuwantharuka28@gmail.com; jdsails@outlook.com; nanli1970@yahoo.co.uk;

kirsty.lou.xx@hotmail.co.uk; yossi.shlomo@gmail.com; claire.pannell@gmail.com;

trzc20@163.com; customsignsbyme@gmail.com; dnightingale8@gmail.com;

pavelcarov@abv.bg; designshopjmc@gmail.com; sales@detemunityltd.com;

man.digital.world@gmail.com; samjacobs298@gmail.com; dombrowski-04@freenet.de;

douetbettisz@outlook.com; dovki@yahoo.com; easyinkpress.jarek@hotmail.com;

sales@echno.co.uk; ecigsvalue@hotmail.com; eilatmaller01@gmail.com;

elena.r.holland@outlook.com; ashurgoro1981@gmail.com; mbeprekyba@gmail.com; este8798@gmail.com; alison_bramhall@outlook.com; pinyulia29@gmail.com; ezerslv@inbox.lv; brucevincent09@gmail.com; fanciestevena84662@gmail.com; nirlevin1091@gmail.com; krishnanaruto24@gmail.com; lilyjenkinson@outlook.com; san2528@hotmail.com; phil.domi@live.com; firitiris60@gmail.com; peggyyunguk@hotmail.com; francesblanchard1958@yahoo.co.uk; myfuntimestore@gmail.com; sales@getclobbered.com; info@giftbase.com; m.aiqbal@hotmail.com; goingoutofb@gmail.com; randu.ranga@gmail.com; danielbenshabat2@gmail.com; admin@grabmybits.co.uk; khelchen_gurung@hotmail.com; gunturaji681@gmail.com; surfdogpro@protonmail.com; ebay@hastingsdesigner.co.uk; h.hegi@outlook.de; dogoto56@gmail.com; paracleteinc@gmail.com; hjmsupplies18@gmail.com; homechoice819@gmail.com; jessartdecoration@gmail.com; hopkinsoncycles@btconnect.com; huma_naz_s@hotmail.com; byebaystore208@gmail.com; packardjune90191063@gmail.com; imagination-station1064@hotmail.com; j.moran923@hotmail.co.uk; john@snowglobes.com.au; james@jtn.one; jewellerybouquetco@gmail.com; remislovas@yahoo.com; josey1113@hotmail.com; sneidov@gmail.com; nilsv@inbox.lv; kafabilah22@gmail.com; mdollarsgirl@yahoo.co.uk; josephvickers@live.co.uk; sapirkli@yahoo.com; kmtylozeh@outlook.com; kondiani71@gmail.com; jacquelinelow30@hotmail.com; kpabdiellivingston@gmail.com; ferdiansyahtaruna@outlook.com; bulltie13@outlook.co.th; deya5446@gmail.com; latinsmileukebay@gmail.com; legs.galore@yahoo.co.uk; b.lewsley92@gmail.com; lilahit.1980@gmail.com; liangfangling22@126.com; loonerworld.ebay@googlemail.com; lotusfunjewelry@outlook.com; atiutlub@gmail.com; ianmac6900@gmail.com; info@maconii.com; magicmomentswallart.clothes@gmail.com;

mangohouse926@yahoo.com; margothsstore@hotmail.com; maria.oliver@live.com.au; markylis@btinternet.com; paradnyy@gmail.com; sales@sofakingcool.co.uk; grupomeglob.es@gmail.com; meihappy94@hotmail.com; didithadikusuma@yahoo.com; merchantsinn@gmail.com; milen.ageorgiev@yahoo.com; sales@minervacrafts.com; awais4me@hotmail.com; matthew_paul@hotmail.co.uk; mobilepartner-hamburg-1@eazy-case.de; mhlyl99@gmail.com; monspiercing@gmail.com; muskanhandcraft786@gmail.com; colinnicholls501@btinternet.com; info@ngprinting.co.uk; the.nicoman.ltd@gmail.com; nipunpiumal1119@gmail.com; nimalsuriya20@gmail.com; amitazar765@gmail.com; rajivmall@hotmail.com; normanbusiness001@gmail.com; nujul.utpala90@gmail.com; online@omniasupplies.co.uk; indianleatherstuff@gmail.com; originalbyiris@gmail.com; 106sosta@gmail.com; pagalveshi@gmail.com; neil.partysuppliesmanchester@gmail.com; thanee.ebay@gmail.com; jupiteragri@yahoo.com; lizunen <lizunen@163.com>; polina.pchavdarova@yahoo.com; mjq188772@gmail.com; prasadwimalasena13@gmail.com; cwaite2017@gmail.com; james.cole92@yahoo.co.uk; pvpersonalised@gmail.com; raelenevoytekrcc70@gmail.com; randyshantaho324@gmail.com; liuheyi1988@outlook.com; pushacita@gmail.com; reina.maia1180@yahoo.com; renegadegraphics@outlook.com; retailhutltd@gmail.com; revillution@hotmail.co.uk; ringarchiveonline@gmail.com; rob.ordish@btinternet.com; roccohering@web.de; hpernomo@yahoo.com; sandy@sbulloch.freeserve.co.uk; sarahaugnes1@gmail.com; mafbog1@gmail.com; ebaydroper@gmail.com; hazans724@gmail.com; aaara331@gmail.com; reneberg196@gmail.com; thatpurplegirl@hotmail.com; info@shoeempire.co.uk; shopster02@gmail.com; kimpotty@aol.com; lukas.burlingis88@gmail.com; chengyi0718@yeah.net; sisihazan1@gmail.com; upsidedownstore1@gmail.com;

tyagiharish1990@gmail.com; shikha._rajput83@rediffmail.com; stickerfreaks@web.de; contact@auto-catalan.com; judy.toth77@yahoo.co.uk; 25.waleed@gmail.com; info@stuffenough.be; m42452525@gmail.com; help@sugarkittenlondon.com; summdz08@163.com; sunflower899@126.com; mecton.sls@gmail.com; alexandercree8@gmail.com; textildruckburg@web.de; aconolly23@yahoo.com; rosiemcmanus14@hotmail.co.uk; amandasutton645@gmail.com; tips87@aol.com; throup9@yahoo.co.uk; Realisticdexpectations@gmail.com; conorandciara2015@hotmail.com; lanarkprintco@gmail.com; office@tmapparel.uk; walldecors@outlook.com; info@swctrading.co.uk; trendizebay@gmail.com; tshirttohome@gmail.com; trojanpressprint@gmail.com; help@truffleshuffle.co.uk; stewy.suzy@btinternet.com; gary.turn@outlook.com; ukoommoja@yahoo.com; unique.treasures.101@outlook.com; prokash987jaipur@gmail.com; snowflake10700@yahoo.com; info@vertexgraphics.co.uk; w4rung.sna4ck11@gmail.com; serviceteam@hellweg-druckerei.de; whitedynamics1@gmail.com; whitelephants.online@gmail.com; beauty.roses2015@gmail.com; ebay@wowshoes.co.uk; suscf880aaqp@sina.com; ufkidderminster@gmail.com; caofan99@outlook.com; sales@simplyvinyl.biz; superw2007@hotmail.com; chj20160716@hotmail.com; yellin_yo@hotmail.com; info@youdesign24.de; 980962549@qq.com; 8zaxar1974@gmail.com; zhizhushicongzui6546@outlook.com; Jnorberg@nealmcdevitt.com