UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

    *Defendants.*
_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

The Plaintiff has filed a Motion for Entry of Final Default Judgment (the "Motion") [ECF No. 77]. On August 31, 2023, the Clerk of Court entered a default [ECF No. 67] against the Defendants listed on the attached Schedule "A" (the "Defendants").[1] And our review of the record indicates that the Defendants have indeed failed to appear, answer, or otherwise respond to the Plaintiff's Complaint [ECF No. 1]. Accordingly, after a careful review of the Motion, the record, and the applicable law, we now **GRANT** the Motion.

Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court may enter a final default judgment against any party who has failed to respond to the complaint. But "a defendant's default does not in itself warrant the court entering a default judgment. There must be a sufficient basis in the pleadings for the judgment entered." *Nishimatsu Constr. Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975); *see also Buchanan v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987) ("[L]iability is well-

---

[1] The Clerk also entered default against other Defendants who have since been dismissed from this action. The attached Schedule "A" lists *only* the Defendants against whom we now enter final default judgment.

pled in the complaint and is therefore established by the entry of default.").

Our review of the record in this case confirms that the Complaint adequately establishes our subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338 and sufficiently pleads claims for (1) trademark counterfeiting and trademark infringement under the Lanham Act, 15 U.S.C. §§ 1114, 1125(a); (2) false designation of origin under the Lanham Act; (3) unfair competition under the common law; (4) trademark infringement under the common law; and (5) infringement of copyright. *See* Complaint ¶¶ 50–83. The Plaintiff has thus satisfied the requirements for the entry of a final default judgment against the Defendants.

Accordingly, we hereby **ORDER and ADJUDGE** that the Plaintiff's Motion for Entry of Final Default Judgment [ECF No. 77] is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58, final judgment will be entered separately.

**DONE AND ORDERED** in the Southern District of Florida on September 13, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record

Schedule A

| | |
|---|---|
| 2 | 14-shop |
| 3 | 5starplus5 |
| 5 | acb_design |
| 6 | accessoriescircles |
| 7 | aeiwo |
| 8 | affordablejewelryshop |
| 9 | agamo-online |
| 11 | aj6ftrre4 |
| 13 | alezi_shop |
| 14 | als_handmade_store |
| 15 | amazingshirts-de |
| 16 | ameiva-apparel |
| 17 | annosha_store |
| 20 | artstore777 |
| 21 | atlastex99 |
| 22 | aussiemarketonline |
| 24 | awards2win |
| 25 | ayo-store10 |
| 26 | b.h_designs |
| 27 | b_bitzu20004074 |
| 28 | bagno-250 |
| 30 | bargainaccessories123 |
| 31 | bat1921 |
| 34 | beady-bo-bo |

| | |
|---|---|
| 38 | bigcarthub |
| 39 | bikerswear_uk |
| 40 | bizzarefindings |
| 41 | blingzntingz |
| 42 | bluediamondbeads3 |
| 43 | blunts.shoes |
| 44 | bluntsfootwear |
| 45 | bluoctopus_2000 |
| 46 | bruria23 |
| 48 | busybugzy |
| 49 | buycustomthings |
| 50 | captivart |
| 51 | carboy43 |
| 52 | charukamadu2574 |
| 54 | click*and*shop |
| 55 | clublux |
| 56 | cndealz |
| 57 | comboclothing |
| 58 | completefashionjewelery2011 |
| 59 | confetticrazybykirsty (now kraftyconfetti) |
| 60 | cosmo-shope |
| 61 | cpannell78 |
| 63 | craftlady_dress |
| 64 | customsignsbym.e |

| | |
|---|---|
| 65 | ddiqpp_hope |
| 66 | ddiqpp_ship |
| 67 | ddmn91 |
| 68 | decalmaster |
| 70 | designshopjmc |
| 71 | detem-unity-ltd |
| 73 | digitalworlduk |
| 76 | do_76658 |
| 78 | doris-65 |
| 79 | douetb52 |
| 80 | dovki1 |
| 81 | easyinkpress |
| 82 | echnouk |
| 83 | eciedwa-hpft8cxa |
| 85 | eilamalle-0 |
| 86 | elhol-7119 |
| 87 | ema-981 |
| 89 | epshop_67 |
| 90 | esfa2669 |
| 92 | ethnicrainbows |
| 93 | excellent*gift* |
| 94 | ezers777 |
| 95 | famillelap |
| 96 | fancorporation |
| 97 | faru-5831 |

| | |
|---|---|
| 98 | fashionfizz |
| 99 | fashionjewelleryforyou |
| 100 | fastfashionfusion |
| 101 | filishop |
| 102 | firitiris65 |
| 104 | flyung |
| 105 | frevans2004 |
| 106 | funtime-store |
| 110 | getclobbered |
| 111 | gift-base |
| 115 | go6etter |
| 116 | goingoutofbusiness100 |
| 117 | goldbows |
| 118 | goldshmithan_0 |
| 119 | grabmybits07 |
| 120 | greencotton |
| 121 | guntur24 |
| 122 | hackney-clothing |
| 123 | haotian175175 |
| 125 | hastingsdesigner |
| 126 | hegibaer |
| 127 | heimsas_77 |
| 128 | hertsdeals |
| 130 | hjmsupplies18 |
| 132 | homechoice_819 |

| | |
|---|---|
| 133 | homedecor2012 |
| 135 | hopkinsoncycles-2008 |
| 137 | husha_8119 |
| 139 | iamtomer |
| 141 | il2014-shpu |
| 142 | imagination-station |
| 145 | j.moran923 |
| 146 | j5012 |
| 149 | janel-1869 |
| 150 | jewellerybouquetco |
| 151 | jewelrydiy |
| 152 | joseyjosey1113 |
| 154 | justbeautybydovile |
| 155 | justflipping |
| 156 | kafa-192 |
| 158 | kawaiirebels |
| 159 | keithwright9832 |
| 163 | kli_ynon |
| 164 | kmty13 |
| 165 | kondacanik-0 |
| 166 | koolkids-toys |
| 167 | kpabdiell-26 |
| 168 | kuliahapakerjadek |
| 169 | kustomstyle89 |
| 170 | lamourexports |

| | |
|---|---|
| 172 | latinsmile-uk |
| 173 | legs.galore2009 |
| 174 | lewsleyanddavies |
| 176 | lilgifts |
| 177 | lingling2615 |
| 179 | loonerworld |
| 181 | lotusfunofficial |
| 182 | luatiu0 |
| 183 | macdo_80 |
| 184 | maconii |
| 185 | magicmomentssublimation |
| 187 | mangohouse |
| 188 | margothsstore |
| 189 | mariaoliver2012 |
| 190 | markylis |
| 191 | matchdayexperience.online |
| 192 | mc_duck1 |
| 193 | meglob |
| 195 | meito2088 |
| 196 | menejet |
| 197 | merchantsinn2012 |
| 198 | milenag25 |
| 199 | minervacraftsandfabricsuk |
| 200 | mini-it |
| 202 | mmtradinggoods |

| | |
|---|---|
| 203 | mobilepartner-hamburg |
| 204 | momarket38 |
| 205 | monsterpiercing |
| 206 | muskanhandcraft |
| 207 | neo-graphix |
| 208 | ngprinting |
| 209 | nicoman_ltd |
| 210 | nipunpi-11 |
| 211 | nmb_store |
| 212 | noamchen11 |
| 213 | non-stop-party-supplier |
| 214 | normanbusiness |
| 216 | nuutp0 |
| 220 | omnia-supplies |
| 222 | online_retail_exporter |
| 223 | origina8056 |
| 224 | overseasdealscn |
| 225 | pagalveshii |
| 227 | party-supplies-manchester |
| 228 | pattayabazaar |
| 230 | perkfashion |
| 232 | pilgrimshospices |
| 234 | pinbunny |
| 236 | polinapch21 |
| 237 | pomt9055 |

| | |
|---|---|
| 238 | prawimal-46 |
| 239 | projectvinyluk |
| 240 | promogifts4less |
| 241 | pv_personalised |
| 243 | raelenevo_8 |
| 244 | randysha-82 |
| 247 | rbrj8335 |
| 248 | rc-apparel |
| 249 | rema_6586 |
| 250 | renegadegraphics |
| 251 | retailhut-ltd |
| 253 | rev-level |
| 256 | robsmegastore |
| 257 | rocco27111982 |
| 258 | rotigoreng |
| 262 | sandeee1 |
| 263 | sarahaugnes |
| 265 | seeseeds |
| 267 | sevenpointshop_7 |
| 268 | shaha_271784 |
| 269 | shamhfruit0 |
| 273 | shirt-heaven |
| 274 | shockingblew |
| 275 | shoe-empire |
| 276 | shopster0 |

| | |
|---|---|
| 279 | silverselections007 |
| 280 | simmadesign |
| 282 | sincere-1 |
| 284 | sisih_82 |
| 285 | slquinn0202 |
| 286 | smart_buyer-place |
| 287 | smile_party_decor |
| 289 | spoonvoodoo |
| 290 | stickerfreaks* |
| 291 | sticker-plaque |
| 292 | stikkys |
| 293 | store-4-every-thing |
| 294 | stuff-enough |
| 295 | styleandfashionwholesalers |
| 296 | sugarkittenlondon |
| 297 | summ-5099 |
| 298 | sunflower1891 |
| 301 | teedrag |
| 303 | teetribe21 |
| 304 | textildruckburg |
| 307 | the_23cc_store |
| 308 | thecactusboudoir40 |
| 309 | thecredit-cruncher |
| 310 | thedealhut1 |
| 312 | throup5 |

| | |
|---|---|
| 313 | thugishgifts |
| 315 | tiernanclarke15 |
| 316 | tlpchoodies |
| 317 | tmapparel |
| 319 | top-stickers |
| 321 | toyland-store |
| 322 | trendiz34 |
| 323 | trntph_0 |
| 324 | trouk-2avvrzin |
| 325 | truffleshuffletshirts |
| 326 | ukbargains4u |
| 327 | ukflagshop |
| 328 | ukoommoja |
| 329 | unique.treasures.101 |
| 330 | unique_diamond11 |
| 332 | vatchara2424 |
| 333 | vertex-graphics |
| 334 | w4rung.88 |
| 336 | werbeprofi1408 |
| 337 | whitedynamicsltd |
| 338 | whiteelephants |
| 339 | wingraf_studio |
| 341 | wow-shoes |
| 342 | wuhuah12 |
| 343 | wyreforestfootwear |

| | |
|---|---|
| 344 | xiaocao1 |
| 345 | xsimplyvinylx |
| 346 | yes.bw |
| 347 | yhan2016071688 |
| 350 | yo!e |
| 351 | youdesign24 |
| 352 | yousu2929 |
| 354 | zapan98096 |
| 355 | zaxar1974 |
| 356 | zhizhushic-1 |