UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

 Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

 Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned

counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following

Defendant:

 ringarchive (Defendant No. 255 on Schedule "A" to the Complaint).

Date: September 14, 2023   Respectfully submitted by,

         ***A. Robert Weaver***
         Javier Sobrado (Fla. Bar No. 44992)
         Attorney Email address: jsobrado@brickellip.com
         Arthur Robert Weaver (Fla. Bar No. 92132)
         Attorney Email address: rweaver@brickellip.com
         THE BRICKELL IP GROUP, PLLC
         1101 Brickell Avenue, South Tower, Suite 800
         Miami FL, 33131
         Telephone: (305) 728-8831
         *Attorneys for Plaintiff*

1