UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendant:

    pilgrimhospices (Defendant No. 232 on Schedule "A" to the Complaint).

Date:   September 14, 2023         Respectfully submitted by,

                                      ***A. Robert Weaver***
                                      Javier Sobrado (Fla. Bar No. 44992)
                                      Attorney Email address: jsobrado@brickellip.com
                                      Arthur Robert Weaver (Fla. Bar No. 92132)
                                      Attorney Email address: rweaver@brickellip.com
                                      THE BRICKELL IP GROUP, PLLC
                                      1101 Brickell Avenue, South Tower, Suite 800
                                      Miami FL, 33131
                                      Telephone: (305) 728-8831
                                      *Attorneys for Plaintiff*