UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

THE SMILEY COMPANY SPRL,

   *Plaintiff*,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

   *Defendants.*
_____/

## ORDER

The Plaintiff filed Notices of Voluntary Dismissal as to Certain Defendants [ECF Nos. 83, 84], in which the Plaintiff voluntarily dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- ringarchive (Defendant No. 255 on Schedule "A" to the Complaint)[1]
- pilgrimhospices (Defendant No. 232 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on September 14, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

---

[1] On September 10, 2023, we ordered Defendant No. 255, "ringarchive," to "obtain counsel and show cause why the previously entered default should be set aside by October 2, 2023." Paperless Order [ECF No. 71]. Now that the Defendant has been voluntarily dismissed, it need not obtain counsel or show cause.