UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendant:

truffleshuffletshirts (Defendant No. 325 on Schedule "A" to the Complaint).

Date:   September 18, 2023          Respectfully submitted by,

    ***A. Robert Weaver***
    Javier Sobrado (Fla. Bar No. 44992)
    Attorney Email address: jsobrado@brickellip.com
    Arthur Robert Weaver (Fla. Bar No. 92132)
    Attorney Email address: rweaver@brickellip.com
    THE BRICKELL IP GROUP, PLLC
    1101 Brickell Avenue, South Tower, Suite 800
    Miami FL, 33131
    Telephone: (305) 728-8831
    *Attorneys for Plaintiff*