UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

THE SMILEY COMPANY SPRL,

    *Plaintiff*,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    *Defendants.*

_____/

## ORDER

The Plaintiff filed Notices of Voluntary Dismissal as to Certain Defendants [ECF Nos. 86, 87], in which the Plaintiff voluntarily dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- truffleshuffletshirts (Defendant No. 325 on Schedule "A" to the Complaint)
- Acb_design (Defendant No. 5 on Schedule "A" to the Complaint)
- pilgrimshospices (Defendant No. 232 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on September 19, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record