UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendant:

    ddiqpp_hope (Defendant No. 65 on Schedule "A" to the Complaint),

    ddiqpp_ship (Defendant No. 66 on Schedule "A" to the Complaint),

    excellent*gift* (Defendant No. 93 on Schedule "A" to the Complaint),

    haotian175175 (Defendant No. 123 on Schedule "A" to the Complaint),

    mini-it (Defendant No. 200 on Schedule "A" to the Complaint),

    store-4-every-thing (Defendant No. 293 on Schedule "A" to the Complaint),

    thecredit-cruncher (Defendant No. 309 on Schedule "A" to the Complaint), and

    yousu2929 (Defendant No. 352 on Schedule "A" to the Complaint).

Date:  September 28, 2023        Respectfully submitted by,

                                        ***A. Robert Weaver***
                                        Javier Sobrado (Fla. Bar No. 44992)

Attorney Email address: jsobrado@brickellip.com  
Arthur Robert Weaver (Fla. Bar No. 92132)  
Attorney Email address: rweaver@brickellip.com  
THE BRICKELL IP GROUP, PLLC  
1101 Brickell Avenue, South Tower, Suite 800  
Miami FL, 33131  
Telephone: (305) 728-8831  
*Attorneys for Plaintiff*