UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

 *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

 *Defendants.*

_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal as to Certain Defendants [ECF No. 89], in which the Plaintiff voluntarily dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- ddiqpp_hope (Defendant No. 65 on Schedule "A" to the Complaint)
- ddiqpp_ship (Defendant No. 66 on Schedule "A" to the Complaint)
- excellent*gift* (Defendant No. 93 on Schedule "A" to the Complaint)
- haotian175175 (Defendant No. 123 on Schedule "A" to the Complaint)
- mini-it (Defendant No. 200 on Schedule "A" to the Complaint)
- store-4-every-thing (Defendant No. 293 on Schedule "A" to the Complaint)
- thecredit-cruncher (Defendant No. 309 on Schedule "A" to the Complaint)
- yousu2929 (Defendant No. 352 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on September 29, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record