UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

    *Defendants.*
_____/

### ORDER

The Plaintiff filed a Notice of Voluntary Dismissal as to Certain Defendants [ECF No. 93], in which the Plaintiff dismissed the following Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- bat1921 (Defendant No. 31 on Schedule "A" to the Complaint)
- keithwright9832 (Defendant No. 159 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendants listed above are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** these Defendants from the case.

**DONE AND ORDERED** in the Southern District of Florida on October 17, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record