UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22385-ALTMAN/Reid

**THE SMILEY COMPANY SPRL**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    *Defendants.*

_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal as to Certain Defendant [ECF No. 95], in which the Plaintiff voluntarily dismissed the following Defendant under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

- online_retail_exporter (Defendant No. 222 on Schedule "A" to the Complaint)

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the Defendant listed above are **DISMISSED with prejudice**.
2. The Clerk of Court is directed to **TERMINATE** this Defendant from the case.

**DONE AND ORDERED** in the Southern District of Florida on October 23, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:   counsel of record