UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22385-RKA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendant:

    blunts.shoes (Defendant No. 43 on Schedule "A" to the Complaint),

    bluntsfootwear (Defendant No. 44 on Schedule "A" to the Complaint),

    shoe-empire (Defendant No. 275 on Schedule "A" to the Complaint),

    wow-shoes (Defendant No. 341 on Schedule "A" to the Complaint), and

    wyreforestfootwear (Defendant No. 343 on Schedule "A" to the Complaint).

Date:  December 17, 2023        Respectfully submitted by,

                                    ***A. Robert Weaver***
                                    Javier Sobrado (Fla. Bar No. 44992)
                                    Attorney Email address: jsobrado@brickellip.com
                                    Arthur Robert Weaver (Fla. Bar No. 92132)
                                    Attorney Email address: rweaver@brickellip.com
                                    THE BRICKELL IP GROUP, PLLC
                                    1101 Brickell Avenue, South Tower, Suite 800
                                    Miami FL, 33131

Telephone: (305) 728-8831
*Attorneys for Plaintiff*

2